1  Henry C. Su (CSB No. 211202)
   suh@howrey.com
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303-2281
   Telephone: (650) 798-3500
4  Facsimile: (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
9
   Attorneys for Plaintiffs HOLOGIC, INC., CYTYC
10 CORPORATION and HOLOGIC L.P.

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

15 HOLOGIC, INC.                        )   Case No. C08-00133 MEJ
16 CYTYC CORPORATION, and               )
   HOLOGIC L.P.,                        )
17                                      )   PLAINTIFFS' CERTIFICATE OF
             Plaintiffs,                )   INTERESTED ENTITIES UNDER CIVIL
18                                      )   LOCAL RULE 3-16
        vs.                             )
19                                      )   DEMAND FOR JURY TRIAL
   SENORX, INC.,                        )
20                                      )
             Defendant.                 )
21                                      )
                                        )
22 _____ )

23

24

25

26

27

28

HOWREY LLP

PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that, other than the named parties,
2  the following listed persons, associations of persons, firms, partnerships, corporations (including
3  parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or
4  in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that
5  could be substantially affected by the outcome of this proceeding:

| Name | Connection or Interest |
|---|---|
| Cianna Medical, Inc. | Plaintiff Hologic, Inc. owns less than a 20% interest in Cianna Medical, Inc., a company that sells brachytherapy devices. |

Dated: January 8, 2008

HOWREY LLP

By: _____
Henry C. Su
Attorneys for Plaintiffs
Hologic, Inc.,
Cytyc Corporation and
Hologic L.P.

HOWREY LLP

PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES