| *Attorney or Party without Attorney:*<br>HENRY C. SU, Bar #211202<br>HOWREY LLP<br>1950 UNIVERSITY AVENUE<br>4TH FL.<br>East Palo Alto, CA 94303<br>*Telephone No:* (650) 798-3500    *FAX No:* (650) 798-3600 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>36253 |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of Califronia | |
| *Plaintiff:* HOLOGIC, INC., ET AL. | |
| *Defendant:* SENORX, INC. | |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08 00133MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

*2. I served copies of the Summons In A Civil Case; Complaint For Patent Infringement; Ecf Registration Information Handout; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Plaintiffs' Certificate Of Interested Entities Under Civil Local Rule 3-16; Defendant Cytyc Corporation's Administrative Motion Under Civil Local Rule 3-12(B) To Consider Whether Cases Should Be Related; [Proposed] Order Granting Cytyc's Administrative Motion Under Civil Local Rule 3-12 (B) To Consider Whether Cases Should Be Related; Declaration Of Henry C. Su In Support Of Cytyc's Administrative Motion Under Civil Local Rule 3-12 (B) To Consider Whether Cases Should Be Related*

*3. a. Party served:*      SenoRx, Inc.
   *b. Person served:*      Maria Sanchez, Process Specialist, CT Corporation Systems Inc, Registered Agent.,(Served Under F.R.C.P Rule 4)

*4. Address where the party was served:*      818 W. 7TH ST.
    2ND FL.
    LOS ANGELES, CA 90017

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 09, 2008 (2) at: 3:12PM

*7. **Person Who Served Papers:***      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JORGE G. SILVA                            d. *The Fee for Service was:*
   **b. NATIONWIDE LEGAL INC.**            e. I am: (3) registered California process server
     316 W. 2ND STREET                          (i)   Independent Contractor
     SUITE 705                                         (ii) *Registration No.:*    5484
     LOS ANGELES, CA 90012                 (iii) *County:*            Los Angeles
   c. (213) 625-9100, FAX (213) 625-9111

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jan. 10, 2008

                                                         _____
**Judicial Council Form**                PROOF OF SERVICE             (JORGE G. SILVA)
**Rule 2.150.(a)&(b) Rev January 1, 2007**    SUMMONS IN A CIVIL CASE                                *36253.hensu.213*