1  COUNSEL LISTED ON SIGNATURE BLOCK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HOLOGIC, INC. CYTYC CORPORATION, and HOLOGIC L.P., <br><br>Plaintiffs, <br><br>vs. <br><br>SENORX, INC., <br><br>Defendant. | Case No. C08-00133 MEJ <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Plaintiffs Hologic, Inc., Cytyc Corporation and Hologic L.P., and Defendant SenoRx, Inc. ("SenoRx") hereby submit this Joint Stipulation and [Proposed] Order under Civil Local Rule 7-12 requesting an extension for SenoRx to file its answer or otherwise respond to the Complaint in this matter.

The current deadline for response to the Complaint is January 28, 2008. The parties stipulate and agree that SenoRx may have an additional thirty (30) days, until February 27, 2007, to file its answer or otherwise respond to the Complaint, and request that the Court so order. No extensions have

HOWREY LLP

JT. STIP. AND [PROPOSED] ORDER RE EXTENSION TO RESPOND
CASE NO. C-08-00133 MEJ

previously been requested or received in this matter.  The parties agree that no prejudice will come to this matter by this extension.

Respectfully submitted,

Dated:  January 25, 2008

HOWREY LLP

By:  /s/Henry C. Su
      Henry C. Su

Henry C. Su (CSB No. 211202)
suh@howrey.com
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo Alto, California  94303-2281
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600

Robert Ruyak
Matthew Wolf
Marc Cohn
**HOWREY LLP**
1229 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiffs HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

Dated:  January 25, 2008

WILSON SONSINI GOODRICH & ROSATI

By:  /s/Henry C. Su w/ permission
      F.T. Alexandra Mahaney

F.T. Alexandra Mahaney (State Bar No. 125984)
amahaney@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
12235 El Camino Real, Suite 200
San Diego, California 92130
Telephone:    858.350.2300
Facsimile:    858.350.2399

Attorneys for Defendant SENORX, INC.

**ATTESTATION UNDER GENERAL ORDER NO. 45, § X.B.**

As required by General Order No. 45, § X.B, I hereby attest that concurrence in the filing of the document has been obtained from the other signatory to this Stipulation.

By: /s/Henry C. Su
     Henry C. Su

**[PROPOSED] ORDER**

Pursuant to STIPULATION, it is SO ORDERED. The period within which Defendant SenoRx, Inc. shall file a responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12 is extended for thirty (30) days until February 27, 2008.

Date:     /     /

_____
UNITED STATES MAGISTRATE JUDGE

HOWREY LLP

JT. STIP. AND [PROPOSED] ORDER RE EXTENSION TO RESPOND
CASE NO. C-08-00133 MEJ

3