1 | Henry C. Su (SBN 211202; suh@howrey.com)
Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2 | HOWREY LLP
1950 University Avenue, 4th Floor
3 | East Palo Alto, California 94303
Telephone: (650) 798-3500
4 | Facsimile: (650) 798-3600

5 | Robert Ruyak
Matthew Wolf
6 | Marc Cohn
HOWREY LLP
7 | 1229 Pennsylvania Avenue, NW
Washington, DC 20004
8 | Telephone: (202) 783-0800
Facsimile: (202) 383-6610
9 |
Attorneys for Plaintiff
10 | HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC LP, | Case No. C08 00133 MEJ |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SENORX, INC., | |
| Defendant. | |

HOWREY LLP

Case No. C08 00133 MEJ
Notice of Appearance

DM_US:20993931_2

1  The undersigned hereby files this present notice of appearance on behalf of Plaintiffs Hologic,
2  Inc., Cytyc Corporation, and Hologic LP in this case. The undersigned has the following contact
3  information:

      Katharine L. Altemus
      HOWREY LLP
      1950 University Avenue, 4th Floor
      East Palo Alto, California 94303
      Telephone: (650) 798-3500
      Facsimile: (650) 798-3600
      E-Mail: altemusk@howrey.com

Dated: February 1, 2008            HOWREY LLP

              By:    /s/ Katharine L. Altemus
                    KATHARINE L. ALTEMUS

            HOWREY LLP
            Attorneys for Plaintiffs
            Hologic, Inc., Cytyc Corporation,
             and Hologic LP

Case No. C08 00133 MEJ
Notice of Appearance

DM_US:20993931_2