1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303
   Telephone: (650) 798-3500
4  Facsimile: (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
9
   Attorneys for Plaintiff
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC LP, | Case No. C08 00133 MEJ |
| 15               Plaintiff, | **CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND THE ENTIRE CONFIDENTIAL SUPPORTING DECLARATION OF GLENN MAGNUSON** |
| 16       vs. | |
| 17  SENORX, INC., | |
| 18               Defendant. | |
| 19 | Date: March 20, 2008<br>Time: 10:00 am<br>Room: Courtroom B (15th Floor)<br>Judge: Hon. Maria-Elena James |

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(b) and (c), Plaintiffs Hologic, Inc., Cytyc Corporation, And Hologic LP (Collectively, "Plaintiffs" or "Hologic") hereby move the Court for an administrative order to file under seal select portions of Plaintiffs' Motion For Preliminary Injunction and the entire Declaration of the Glenn Magnuson in Support of Plaintiffs' Motion For Preliminary Injunction.

Both the Motion For Preliminary Injunction and the supporting Declaration of Glenn Magnuson contain confidential Hologic business information. To date, the parties have not executed a Protective Order that governs how the confidential and proprietary information produced during discovery shall be treated by the parties. Accordingly, until such a Protective Order has been executed and entered by the Court, such confidential and proprietary materials are by operation of Patent Local Rule 2-2 deemed to be "Confidential–Attorneys Eyes Only" materials, unless otherwise agreed by the parties. In compliance with Northern District Civil Local Rule 79-5(B) and (C), Hologic wishes to withhold from the public versions of its papers that reference confidential business information.

For the foregoing reasons, Hologic respectfully requests that the Court enter an order allowing Hologic to file under seal the entire Declaration of Glenn Magnuson In Support of Plaintiffs' Motion For Preliminary Injunction, as well as designated portions of Plaintiffs' Motion For Preliminary Injunction.

Dated: February 6, 2008

By: /s/
Katharine L. Altemus

HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
and Hologic LP

Administrative Motion to File Under Seal           1           Case No. C08 00133 MEJ

1 | Henry C. Su (SBN 211202; suh@howrey.com)
Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2 | HOWREY LLP
1950 University Avenue, 4th Floor
3 | East Palo Alto, California  94303
Telephone:  (650) 798-3500
4 | Facsimile:  (650) 798-3600

5 | Robert Ruyak
Matthew Wolf
6 | Marc Cohn
HOWREY LLP
7 | 1229 Pennsylvania Avenue, NW
Washington, DC 20004
8 | Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

Attorneys for Plaintiff
HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC LP,<br><br>Plaintiffs,<br><br>vs.<br><br>SENORX, INC.,<br><br>Defendant. | Case No. C08-00133-MEJ<br><br>**DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF PLAINTIFFS' CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND THE ENTIRE CONFIDENTIAL SUPPORTING DECLARATION OF GLENN MAGNUSON**<br><br>**Date:  March 20, 2008**<br>**Time:  10:00a.m.**<br>**Courtroom:  B, 15th floor**<br>**Judge:  Hon. Maria-Elena James** |

I, Katharine L. Altemus, declare as follows:

1.     I am an associate in the law firm Howrey LLP and a member of the Bar of this court, and I serve as one of the outside counsel for Hologic, Inc., Cytyc Corporation and Hologic LP

Declaration of Katharine L. Altemus                                                                      Case No. C08 00133 MEJ

1 (collectively "Plaintiffs" or "Hologic").  The following declaration is based on my personal
2 knowledge, and if called upon to testify, I could and would competently testify as to the matters set
3 forth herein.

4     2,    In support of Plaintiffs' Administrative Motion To File Under Seal Confidential
5 Portions Of Plaintiffs' Motion For Preliminary Injunction And The Entire Confidential Supporting
6 Declaration Of Glenn Magnuson, Hologic respectfully requests that the Confidential Version of
7 Plaintiffs' Motion For Preliminary Injunction And The Entire Confidential Supporting Declaration Of
8 Glenn Magnuson be maintained under seal.

9     3.    Plaintiffs' Motion For Preliminary Injunction contains throughout its pages information
10 that is internal, confidential and sensitive to Hologic and its employees, and the unprotected
11 distribution of this transcript in its unredacted form to the general public could cause harm to Hologic
12 and its employees.

13     4.    The Declaration of Glenn Magnuson In Support Of Plaintiffs' Motion for Preliminary
14 Injunction contains throughout its pages information that is internal, confidential and sensitive to
15 Hologic and its employees, and the unprotected distribution of this transcript in its unredacted form to
16 the general public could cause harm to Hologic and its employees.

17 I declare under penalty of perjury that the foregoing is true and correct.

19 Dated:  February 6, 2008        HOWREY LLP

22 By:    /s/
    Katharine L. Altemus

24 HOWREY LLP
25 Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
and Hologic LP

Declaration of Katharine L. Altemus    2    Case No. C08 00133 MEJ

DM_US:20993931_2

1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303
   Telephone: (650) 798-3500
4  Facsimile: (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
9
   Attorneys for Plaintiff
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                             SAN FRANCISCO DIVISION
14

15
   HOLOGIC, INC.,                          ) Case No. C08-00133-MEJ
16 CYTYC CORPORATION, and                  )
   HOLOGIC LP,                             ) **[PROPOSED] ORDER GRANTING**
17                                         ) **PLAINTIFFS' ADMINISTRATIVE**
            Plaintiffs,                    ) **MOTION TO FILE UNDER SEAL**
18                                         ) **CONFIDENTIAL PORTIONS OF**
       vs.                                 ) **PLAINTIFFS' MOTION FOR**
19                                         ) **PRELIMINARY INJUNCTION AND THE**
   SENORX, INC.,                           ) **ENTIRE CONFIDENTIAL SUPPORTING**
20                                         ) **DECLARATION OF GLENN MAGNUSON**
            Defendant.                     )
21                                         )
                                           ) **Date: March 20, 2008**
22                                         ) **Time: 10:00a.m.**
                                           ) **Courtroom: B, 15th floor**
23                                         ) **Judge: Hon. Maria-Elena James**
                                           )
24                                         )
                                           )
25

26

27

28
   [Proposed] Order                                          Case No. C08 00133 MEJ

# [PROPOSED] ORDER

The Court, having considered Plaintiffs' Administrative Motion To File Under Seal Confidential Portions Of Plaintiffs' Motion For Preliminary Injunction And The Entire Confidential Supporting Declaration Of Glenn Magnuson, finds that good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under Seal the Confidential Versions Of Plaintiffs' Motion For Preliminary Injunction and the Declaration of Glenn Magnuson In Support Of Plaintiffs' Motion For Preliminary Injunction.

It is SO ORDERED.

Dated: _____, 2008

Maria-Elena James
United States District Court Judge

[Proposed Order]     2     Case No. C08 00133 MEJ

DM_US:20993931_2

1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiff
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                            SAN FRANCISCO DIVISION
14

15
   HOLOGIC, INC.,                    ) Case No. C08-00133-MEJ
16 CYTYC CORPORATION, and            )
   HOLOGIC LP,                       )
17                                   ) **PROOF OF SERVICE**
              Plaintiffs,            )
18                                   )
        vs.                          )
19                                   ) **Date:  March 20, 2008**
   SENORX, INC.,                     ) **Time:  10:00a.m.**
20                                   ) **Courtroom:  B, 15th floor**
              Defendant.             ) **Judge:  Hon. Maria-Elena James**
21                                   )
                                     )
22                                   )

23
        I am employed in the County of San Francisco, State of California.  I am over the age of 18 and
24 not a party to the within action.  My business address is 525 Market Street, Suite 3600, San Francisco,
   California  94105.
25
        On February 6, 2008, I served on the interested parties in said action a true copy of:
26
   **CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER**
27 **SEAL CONFIDENTIAL PORTIONS OF PLAINTIFFS' MOTION FOR PRELIMINARY**
   **INJUNCTION AND THE ENTIRE CONFIDENTIAL SUPPORTING DECLARATION OF**
28 **GLENN MAGNUSON**

Proof of Service                                                        Case No. C08 00133 MEJ

1 **DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF PLAINTIFFS' CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
2 **CONFIDENTIAL PORTIONS OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND THE ENTIRE CONFIDENTIAL SUPPORTING DECLARATION OF**
3 **GLENN MAGNUSON**

4 **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF PLAINTIFFS' MOTION FOR**
5 **PRELIMINARY INJUNCTION AND THE ENTIRE CONFIDENTIAL SUPPORTING DECLARATION OF GLENN MAGNUSON**

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X] (eMAIL) I am readily familiar with this firm's practice of serving documents via electronic mail. Under that practice, today I will send via my business email address a copy of each document listed herein as an attachment to the email address(es) listed below.

> F.T. Alexandra Mahaney
> WILSON SONSINI GOODRICH & ROSATI
> 12235 El Camino Real, Suite 200
> San Diego, CA 92130-3002
> Gen: 858-350-2300
> Dir: 858-350-2311
> Fax: 858-350-2399
> amahaney@wsgr.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 6, 2008, at San Francisco, California.

/s/
_____
Grady Johnson