Henry C. Su (SBN 211202; suh@howrey.com)
Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Robert Ruyak
Matthew Wolf
Marc Cohn
HOWREY LLP
1229 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiff
HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC LP,<br><br>Plaintiffs,<br><br>vs.<br><br>SENORX, INC.,<br><br>Defendant. | Case No. C08-00133-MEJ<br><br>**[PROPOSED] ORDER FOR PRELIMINARY INJUNCTION**<br><br>**Date: March 20, 2008**<br>**Time: 10:00a.m.**<br>**Courtroom: B, 15th floor**<br>**Judge: Hon. Maria-Elena James** |

# [PROPOSED] ORDER

The Court, having considered (1) Plaintiffs' Motion for Preliminary Injunction, (2) the declarations of Glenn Magnuson and Katharine L. Altemus filed in support of this Motion, and (3) all other pleadings and relevant evidence of record, and oral arguments, finds that good cause exists pursuant to 35 U.S.C. § 283 and Rule 65 of the Federal Rules of Civil Procedure to grant a preliminary injunction in favor of Hologic, Inc., Cytyc Corporation, and Hologic LP (collectively, "Hologic") against SenoRx, Inc ("SenoRx").

The Court hereby enjoins SenoRx and those acting in concert with SenoRx from further infringement of claim 36 of U.S. Patent No. 6,413,204 and claim 1 of U.S Patent No. 6,482,142.

It is **SO ORDERED.**

Dated: _____, 2008

United States District Court Judge

1 | PROOF OF SERVICE

2  I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 525 Market Street, Suite 3600, San Francisco,
3 California  94105.

4  On February 6, 2008, I served on the interested parties in said action a true copy of:

5 **[PROPOSED] ORDER FOR PRELIMINARY INJUNCTION**

6 ☒  (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal
7     service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more
8     than 1 day after date of deposit for mailing in affidavit.

9 ☒  (eMAIL) I am readily familiar with this firm's practice of serving documents via electronic mail.  Under that practice, today I will send via my business email address a copy of each
10    document listed herein as an attachment to the email address(es) listed below.

11         F.T. Alexandra Mahaney
           WILSON SONSINI GOODRICH & ROSATI
12         12235 El Camino Real, Suite 200
           San Diego, CA 92130-3002
13         Gen: 858-350-2300
           Dir: 858-350-2311
14         Fax: 858-350-2399
           amahaney@wsgr.com
15

 I declare under penalty of perjury under the laws of the State of California that the foregoing is
16 true and correct.

17  Executed on February 6, 2008, at San Francisco, California.

18

19      /s/
        _____
20              Grady Johnson

21

22

23

24

25

26

27

28