| *Attorney or Party without Attorney:*<br>HENRY C. SU, Bar #211202<br>HOWREY LLP<br>1950 UNIVERSITY AVENUE<br>4TH FL.<br>East Palo Alto, CA 94303<br>*Telephone No:* (650) 798-3500      *FAX No:* (650) 798-3600 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>36253 |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court, Northern District Of Califronia |

| *Plaintiff:* HOLOGIC, INC., ET AL. |
|---|
| *Defendant:* SENORX, INC. |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08 00133MEJ |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Complaint For Patent Infringement; Ecf Registration Information Handout; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Plaintiffs' Certificate Of Interested Entities Under Civil Local Rule 3-16; Defendant Cytyc Corporation's Administrative Motion Under Civil Local Rule 3-12(B) To Consider Whether Cases Should Be Related; [Proposed] Order Granting Cytyc's Administrative Motion Under Civil Local Rule 3-12 (B) To Consider Whether Cases Should Be Related; Declaration Of Henry C. Su In Support Of Cytyc's Administrative Motion Under Civil Local Rule 3-12 (B) To Consider Whether Cases Should Be Related

3. a. *Party served:*  SenoRx, Inc.
   b. *Person served:*  Maria Sanchez, Process Specialist, CT Corporation Systems Inc, Registered Agent.,(Served Under F.R.C.P Rule 4)

4. *Address where the party was served:*  818 W. 7TH ST.
   2ND FL.
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 09, 2008 (2) at: 3:12PM

7. *Person Who Served Papers:*                                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JORGE G. SILVA                                 d. *The Fee for Service was:*
   **b. NATIONWIDE LEGAL INC.**                      e. I am: (3) registered California process server
   316 W. 2ND STREET                                     (i)  Independent Contractor
   SUITE 705                                             (ii) *Registration No.:*  5484
   LOS ANGELES, CA 90012                                 (iii) *County:*  Los Angeles
   c. (213) 625-9100, FAX (213) 625-9111

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Thu, Jan. 10, 2008

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (JORGE G. SILVA) | *36253.hensu.213* |
|---|---|---|---|

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Hologic, Inc., Cytyc Corporation, and Hologic LP

v.

SenoRx, Inc.

E-FILING

SUMMONS IN A CIVIL CASE

CASE NUMBER:

ADR C08 00133 MEJ

TO: (Name and address of defendant)

SenoRx, Inc.
11 Columbia, Suite A
Aliso Viejo, CA 92656

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Henry C. Su
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

JAN 0 8 2008
DATE_____