1  F.T. Alexandra Mahaney, State Bar No. 125984
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   12235 El Camino Real, Suite 200
3  San Diego, CA 92130
   Telephone: (858) 350-2300
4  Facsimile:  (858) 350-2399
   Email: amahaney@wsgr.com
5
   Attorneys for Defendant
6  SENORX INC.

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10

11 | HOLOGIC, INC., CYTIC CORPORATION and ) | CASE NO.: 08-CV-0133 MEJ
   | HOLOGIC L.P.,                        ) |
12 |                                      ) |
   |         Plaintiffs,                  ) | NOTICE OF APPEARANCE
13 |                                      ) |
   |    v.                                ) |
14 |                                      ) |
   | SENORX INC.,                         ) |
15 |                                      ) |
   |         Defendant.                   ) |
16 |                                      ) |
   |                                      ) |
17 |_____) |

18

19

20

21

22

23

24

25

26

27

28

1  The undersigned hereby files this present notice of appearance on behalf of Defendant
2  SenoRx Inc. in this case. The undersigned has the following contact information:

3  F.T. Alexandra Mahaney
   WILSON SONSINI GOODRICH & ROSATI
4  12235 El Camino Real, Suite 200
   San Diego, CA  92130
5  (858) 350-2300
   (858) 350-2399
6

7  Dated: February 15, 2008             WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation
8

9
                                        By: _____/s/F.T. Alexandra Mahaney_____
10                                          F.T. Alexandra Mahaney
                                            amahaney@wsgr.com
11
                                        Attorneys for Defendant
12                                      SENORX INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                    -1-                     CASE NO. 08-CV-0133 MEJ
                                                                3292970_1.DOC

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. 08-CV-0133 MEJ

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On February 15, 2008, I served a copy(ies) of the following document(s):

**NOTICE OF APPEARANCE**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Robert Ruyak (ruyakr@howrey.com)<br>Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohenm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |

☐ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☒ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern

1   District of California.

2

3   I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on February 15, 2008.

4

5                                              _____
                                               Kirsten Blue

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATE OF SERVICE                                    CASE NO. 08-CV-0133 MEJ

3293557_1.DOC