1  F.T. Alexandra Mahaney (CA Bar No. 125984; amahaney@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
2  12235 El Camino Real, Suite 200
3  San Diego, CA 92130
   (858) 350-2300
4
5  Bruce R. Genderson (*pro hac vice application pending*)
   Aaron P. Maurer (*pro hac vice application pending*)
6  Rachel Shanahan Rodman (*pro hac vice application pending*)
   Adam D. Harber (*pro hac vice application pending*)
7  WILLIAMS & CONNOLLY LLP
   725 Twelfth St. NW
8  Washington, DC 20005
9  (202) 434-5000

10 Attorneys for Defendant
   SENORX, INC.
11

12                      UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14
                            SAN FRANCISCO DIVISION
15

16 ------------------------------------ x
   HOLOGIC, INC.                        )
17 CYTYC CORPORATION, and               )  Case No. C08-00133-MEJ
   HOLOGIC L.P.,                        )
18                                      )  **DEFENDANT'S CERTIFICATE**
                     Plaintiffs,        )  **OF INTERESTED ENTITIES OR**
19                                      )  **PERSONS UNDER CIVIL**
                                        )  **LOCAL RULE 3-16**
20                                      )
           v.                           )
21                                      )
                                        )
22 SENORX, INC.,                        )
23                                      )
                     Defendants.        )
24 ------------------------------------ x
25

26
          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
27
   parties, there is no such interest to report.
28

| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | By:_____/s/ F.T. Alexandra Mahaney_____ |
| 2 | | F.T. Alexandra Mahaney |
| | | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | 12235 El Camino Real, Suite 200 |
| 4 | | San Diego, CA 92130 |
| 5 | | |
| | | Bruce R. Genderson *(pro hac vice application pending)* |
| 6 | | Aaron P. Maurer *(pro hac vice application pending)* |
| | | Rachel Shanahan Rodman *(pro hac vice application pending)* |
| 7 | | Adam D. Harber *(pro hac vice application pending)* |
| 8 | | WILLIAMS & CONNOLLY LLP |
| | | 725 Twelfth St. NW |
| 9 | | Washington, DC 20005 |
| 10 | | |
| | | Attorneys for Defendant |
| 11 | | SENORX, INC. |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CASE NO. 08-CV-0133 MEJ)

-2-

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. 08-CV-0133 MEJ

I, Kirsten Blue, declare:

    I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

    On February 15, 2008, I served a copy(ies) of the following document(s):

**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES
OR PERSONS UNDER CIVIL LOCAL RULE 3-16**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC<br>CORPORATION and<br>HOLOGIC LP |
| Robert Ruyak (ruyakr@howrey.com)<br>Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohenm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC<br>CORPORATION and<br>HOLOGIC LP |

☐ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

1  ☒  (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

2

3

4  I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on February 15, 2008.

_____
Kirsten Blue