1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303
   Telephone: (650) 798-3500
4  Facsimile: (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
9
   Attorneys for Plaintiff
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC LP,<br><br>Plaintiff,<br><br>vs.<br><br>SENORX, INC.,<br><br>Defendant. | Case No. C08 00133 RMW<br><br>**PLAINTIFF'S NOTICE OF RESCHEDULED MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: March 28, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte |

HOWREY LLP

Plaintiff's Notice of Rescheduled Motion for Preliminary Injunction
Case No. C08 00133 RMW

DM_US:21026475_1

1  Please take notice that on March 28, 2008 at 9:00 a.m., or as soon thereafter as counsel may be
2  heard, in the courtroom of the Honorable Ronald M. Whyte at San Jose Courtroom 6 (4th Floor), 280
3  South First Street, San Jose, California 95113 Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic,
4  LP (together "Hologic" or "Plaintiffs"), by counsel and pursuant to 35 U.S.C. § 283 and Rule 65 of the
5  Federal Rules of Civil Procedure, will move this Court to preliminarily enjoin SenoRx, Inc.
6  ("SenoRx") from infringement of Claim 36 of U.S. Patent No. 6,413,204 (the "'204 patent") and claim
7  1 of U.S. Patent No. 6,482,142 (the "'412 patent"), specifically by enjoining SenoRx from selling
8  and/or offering to sell the Contura™ Multi-Lumen Balloon ("Contura MLB").

    This Motion is based on documentation filed for this case on February 6, 2008 with the United States District Court for Northern District of California, San Francisco Division, to with: Plaintiff's Motion For Preliminary Injunction and the Memorandum of Points and Authorities filed in support thereof, the declarations of Glenn Magnuson and Katharine L. Altemus filed in support thereof, all other pleadings and relevant evidence of record, and the arguments of Hologic's counsel.

Dated:                                                                       HOWREY LLP


By:   /s/  Katharine L. Altemus
      Katharine L. Altemus


HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
 and Hologic LP

- 1 -
Plaintiff's Notice of Rescheduled Motion for Preliminary Injunction
Case No. C08 00133 RMW

DM_US:21026475_1