IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLOGIC, INC., et al.,<br><br>        Plaintiff,<br><br>   v.<br><br>SENORX, INC.,<br><br>        Defendant. | ***E-FILED - 2/21/08***<br><br>CASE NO.: C-08-00133-RMW<br><br>**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **April 18, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by April 11, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: February 21, 2008

BY: _/s/ Jackie Garcia_
      JACKIE GARCIA
      Courtroom Deputy for
      Honorable Ronald M. Whyte

2  Copy of Order E-Filed to Counsel of Record: