1  COUNSEL LISTED ON SIGNATURE BLOCK

2

3

4

5

6

7                                                          *E-FILED - 2/21/08*

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  HOLOGIC, INC.                          )  Case No. C08-00133 o f  p
    CYTYC CORPORATION, and                 )
14  HOLOGIC L.P.,                          )
                                           )  **JOINT STIPULATION AND []**
15            Plaintiffs,                  )  **ORDER EXTENDING DEADLINE TO**
                                           )  **ANSWER OR OTHERWISE RESPOND TO**
16       vs.                               )  **COMPLAINT**
                                           )
17  SENORX, INC.,                          )
                                           )
18            Defendant.                   )
                                           )
19                                         )
                                           )
20  _____       )

21

22        Plaintiffs Hologic, Inc., Cytyc Corporation and Hologic L.P., and Defendant SenoRx, Inc.

23  ("SenoRx") hereby submit this Joint Stipulation and [Proposed] Order under Civil Local Rule 7-12

24  requesting an extension for SenoRx to file its answer or otherwise respond to the Complaint in this

25  matter.

26        The current deadline for response to the Complaint is January 28, 2008.  The parties stipulate

27  and agree that SenoRx may have an additional thirty (30) days, until February 27, 2007, to file its

28  answer or otherwise respond to the Complaint, and request that the Court so order.  No extensions have

1 | previously been requested or received in this matter.  The parties agree that no prejudice will come to

2 | this matter by this extension.

3 |                                                    Respectfully submitted,

4 | Dated:  January 25, 2008                            HOWREY LLP

5 |

6 |                                                    By:  /s/Henry C. Su
                                                             Henry C. Su

7 |                                                    Henry C. Su (CSB No. 211202)
8 |                                                    suh@howrey.com
                                                     **HOWREY LLP**
9 |                                                    1950 University Avenue, 4th Floor
                                                     East Palo Alto, California  94303-2281
10 |                                                   Telephone:  (650) 798-3500
                                                     Facsimile:  (650) 798-3600
11 |
12 |                                                   Robert Ruyak
                                                     Matthew Wolf
                                                     Marc Cohn
13 |                                                   **HOWREY LLP**
                                                     1229 Pennsylvania Avenue, NW
14 |                                                   Washington, DC  20004
                                                     Telephone:  (202) 783-0800
15 |                                                   Facsimile: (202) 383-6610
16 |                                                   Attorneys for Plaintiffs HOLOGIC, INC.,
                                                     CYTYC CORPORATION and HOLOGIC L.P.
17 |
18 | Dated:  January 25, 2008                          WILSON SONSINI GOODRICH & ROSATI

19 |

20 |                                                   By:  /s/Henry C. Su w/ permission
                                                             F.T. Alexandra Mahaney

21 |                                                   F.T. Alexandra Mahaney (State Bar No. 125984)
22 |                                                   amahaney@wsgr.com
                                                     **WILSON SONSINI GOODRICH & ROSATI**
23 |                                                   12235 El Camino Real, Suite 200
                                                     San Diego, California 92130
24 |                                                   Telephone:     858.350.2300
                                                     Facsimile:     858.350.2399
25 |
26 |                                                   Attorneys for Defendant SENORX, INC.
27 |
28 |

**HOWREY LLP**

1

**ATTESTATION UNDER GENERAL ORDER NO. 45, § X.B.**

2       As required by General Order No. 45, § X.B, I hereby attest that concurrence in the filing of the

3   document has been obtained from the other signatory to this Stipulation.

4

5                                                    By:  /s/Henry C. Su

6                                                          Henry C. Su

7

8                               **[] ORDER**

9       Pursuant to STIPULATION, it is SO ORDERED.  The period within which Defendant

10   SenoRx, Inc. shall file a responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12

11   is extended for thirty (30) days until February 27, 2008.

12   Date:   2/21/08 /           /

13

14

15                               _Ronald M. Whyte_

                                 UNITED STATES Vgco dFc JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP