| | |
|---|---|
| 1 | Henry C. Su (SBN 211202; suh@howrey.com) |
| | Katharine L. Altemus (SBN 227080; altemusk@howrey.com) |
| 2 | HOWREY LLP |
| | 1950 University Avenue, 4th Floor |
| 3 | East Palo Alto, California 94303 |
| | Telephone: (650) 798-3500 |
| 4 | Facsimile: (650) 798-3600 |
| 5 | Robert Ruyak |
| | Matthew Wolf |
| 6 | Marc Cohn |
| | HOWREY LLP |
| 7 | 1229 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| 8 | Telephone: (202) 783-0800 |
| | Facsimile: (202) 383-6610 |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC LP, | Case No. C08 00133 RMW |
| Plaintiff, | **DECLARATION OF GLENN MAGNUSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR CONTINUANCE OF THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| SENORX, INC., | |
| Defendant. | **PUBLIC VERSION** |

Declaration of Magnuson ISO Opposition
Case No. C08 00133 RMW

HOWREY LLP

I, Glenn Magnuson, do declare and state as follows:

1. The facts set forth below in this declaration are based upon my personal knowledge, and if called as a witness, I could and would testify competently those facts.

2. I earned a Bachelor's of Science in Business Administration from Bryant University in 1986. I worked at Abbott Diagnostics between 1991 and 2002. In 2002, I began working at Cytyc Corporation ("Cytyc") as the Director of Marketing for Cytyc's ThinPrep® System for cervical cancer screening. I continued in this position through 2004. In 2005, I became the Regional Business Director Northeast for the Cytyc's NovaSure® (an endometrial ablation device to treat menorrhagia) and ThinPrep® product lines.

3. In mid-2006, I was promoted to Senior Director of Product Marketing for Cytyc's Breast Health Unit. Cytyc combined with Hologic, Inc. ("Hologic") in 2007 and I am still the Senior Director of Product Marketing for Hologic's Breast Health Unit. As the Senior Director, I am responsible for all marketing efforts with respect to Hologic's MammoSite® Radiation Therapy System. My job requires that I understand the factors that drive sales of our breast health products globally, so that I can provide the appropriate resources and tools to the sales forces to maximize sales. I am also responsible for developing forward-looking strategies, such as identifying devices and instruments that will enable the franchise to grow. Another of my responsibilities within the company is to contribute input into continued product development and future innovation of products related to breast health.

4. From April 30 through May 4, 2008, the American Society of Breast Surgeons (ASBS) is holding their annual conference in New York City. [REDACTED] Over 1200 breast surgeons are expected to attend, which represents nearly half of all breast surgeons in the country. Last year, Hologic conducted a symposium at the ASBS conference at 6:30am and still had over 100 people in attendance. About 80% of those were new to MammoSite and were there to learn and hear from Hologic's presenters and experts about

---

[1] Plaintiffs' have moved concurrently with this filing to seal shaded portions of text.

Declaration of Magnuson ISO Opposition     - 1 -
Case No. C08 00133 RMW

1 | breast brachytherapy. <span style="background:black;color:red">REDACTED</span>
2 | I understand that SenoRx intends to hold a
3 | symposium at the ASBS this year, which will target, and significantly draw from, surgeons who would
4 | otherwise use the MammoSite.

6 | I declare under penalty of perjury that the foregoing is true and correct.

8 | _____
   Glenn Magnuson[2]

10 | Executed in _____, February __, 2008

---

[2] Mr. Magnuson verbally approved this declaration. A signed declaration will be submitted to the Court tomorrow (February 22, 2008).

Declaration of Magnuson ISO Opposition - 2 -
Case No. C08 00133 RMW