1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiff
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW
   | and HOLOGIC LP,                   |
15 |                                   | **PROOF OF SERVICE**
   |        Plaintiff,                 |
16 |                                   |
   |    vs.                            |
17 |                                   |
   | SENORX, INC.,                     |
18 |                                   |
   |        Defendant.                 |
19

20

21

22

23

24

25

26

27

28

HOWREY LLP

Proof of Service
Case No.  C08 00133

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On February 21, 2008, I served on the interested parties in said action the within:

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR CONTINUANCE OF THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (CONFIDENTIAL VERSION and PUBLIC VERSION); DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR CONTINUANCE OF THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF GLENN MAGNUSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR CONTINUANCE OF THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (CONFIDENTIAL and PUBLIC VERSION); ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF PLAINTIFFS' OPPOSTIION TO DEFENDANT'S MOPTION FOR CONTINUANCE OF THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND PORTIONS OF THE SUPPORTING DECLARATION OF GLENN MAGNUSON PURSUANT TO CIVIL LOCAL RULE 79-5(C); DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF CIVIL LOCAL RULE 79-5(C) ADMINISTRATIVE MOTION BY PLAINTIFFS TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION FOR CONTINUANCE OF THE HEARING ON PLAINTIFF'S MOITION FOR PRELIMINARY INJUNCTION AND PORTIONS OF THE SUPPORTING DECLARATION OF GLENN MAGNUSON; [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR CONTINUANCE OF THE HEARING ON POLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND PORTIONS OF THE SYUPPORTING DECLARATION OF GLENN MAGNUSON; and PROOF OF SERVICE**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

| | |
|---|---|
| F.T. Alexandra Mahaney<br>Wilson Sonsini Goodrich & Rosati<br>12235 El Camino Real, Suite 200<br>San Diego, California 92130-3002<br>E-Mail: amahaney@wsgr.com | Aaron P. Maurer (E-Mail: amaurer@wc.com)<br>Adam D. Harber (E-Mail: aharber@wc.com)<br>Bruce R. Genderson (E-Mail: bgenderson@wc.com)<br>Williams & Connolly, LLP<br>725 – 12th Street, N.W.<br>Washington, D.C. 20005 |

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X] (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time

Proof of Service                                              - 1 -
Case No. C08 00133

1  after the submission, any electronic message or other indication that the transmission was unsuccessful.

2  I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

4  Executed on February 21, 2008, at East Palo Alto, California.

| Sonya Schwab | *Sonya Schwab* |
|---|---|
| (Type or print name) | (Signature) |