1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiff
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW
   and HOLOGIC LP,                   |
15                                   | **ADMINISTRATIVE MOTION TO FILE**
              Plaintiff,              | **UNDER SEAL CONFIDENTIAL**
16                                   | **PORTIONS OF PLAINTIFFS' OPPOSITION**
         vs.                         | **TO DEFENDANT'S MOTION FOR**
17                                   | **CONTINUANCE OF THE HEARING ON**
   SENORX, INC.,                     | **PLAINTIFF'S MOTION FOR**
18                                   | **PRELIMINARY INJUNCTION AND**
              Defendant.              | **PORTIONS OF THE SUPPORTING**
19                                   | **DECLARATION OF GLENN MAGNUSON**
                                     | **PURSUANT TO CIVIL LOCAL RULE 79-**
20                                   | **5(C)**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(c), Plaintiffs Hologic, Inc., Cytyc Corporation, And Hologic LP (Collectively, "Plaintiffs" or "Hologic") hereby move the Court for an administrative order to file under seal select portions of (1) Plaintiffs' Opposition To Defendant's Motion For Continuance Of The Hearing On Plaintiff's Motion For Preliminary Injunction, and (2) the Declaration Of Glenn Magnuson In Support Of Plaintiffs' Opposition To Defendant's Motion For Continuance Of The Hearing On Plaintiff's Motion For Preliminary Injunction.

Both Plaintiffs' Opposition to Defendant's Motion for Continuance of the Hearing on Plaintiff's Motion for Preliminary Injunction, and the supporting Declaration of Glenn Magnuson contain confidential Hologic business information. To date, the parties have not executed a Protective Order that governs how the confidential and proprietary information produced during discovery shall be treated by the parties. Accordingly, until such a Protective Order has been executed and entered by the Court, such confidential and proprietary materials are by operation of Patent Local Rule 2-2 deemed to be "Confidential–Attorneys Eyes Only" materials, unless otherwise agreed by the parties. In compliance with Northern District Civil Local Rule 79-5(c), Hologic wishes to withhold from the public versions of its papers that reference confidential business information.

For the foregoing reasons, Hologic respectfully requests that the Court enter an order allowing Hologic to file under seal designated portions of (1) Plaintiffs' Opposition To Defendant's Motion For Continuance Of The Hearing On Plaintiff's Motion For Preliminary Injunction, and (2) the Declaration Of Glenn Magnuson In Support Of Plaintiffs' Opposition To Defendant's Motion For Continuance Of

\\

Administrative Motion to File Under Seal         - 1 -
Case No.  C08 00133 RMW

1  The Hearing on Plaintiff's Motion for Preliminary Injunction.

2  Dated: February 21, 2008

4                                              By: /s/
                                                   Katharine L. Altemus
5

7                                              HOWREY LLP
                                               Attorneys for Plaintiffs
                                               Hologic, Inc., Cytyc Corporation,
8                                                and Hologic LP

1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiff
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14 HOLOGIC, INC., CYTYC CORPORATION,           Case No. C08 00133 RMW
   and HOLOGIC LP,
15                                             **[PROPOSED] ORDER GRANTING
             Plaintiff,                        ADMINISTRATIVE MOTION TO FILE
16                                             UNDER SEAL CONFIDENTIAL
      vs.                                      PORTIONS OF PLAINTIFFS' OPPOSITION
17                                             TO DEFENDANT'S MOTION FOR
   SENORX, INC.,                               CONTINUANCE OF THE HEARING ON
18                                             PLAINTIFF'S MOTION FOR
             Defendant.                        PRELIMINARY INJUNCTION AND
19                                             PORTIONS OF THE SUPPORTING
                                               DECLARATION OF GLENN MAGNUSON**
20

21

22

23

24

25

26

27

28

Order Granting Motion to File Under Seal
Case No.  C08 00133 RMW

**HOWREY LLP**

**[PROPOSED] ORDER**

The Court, having considered Hologic's Administrative Motion To File Under Seal Confidential Portions Of Plaintiffs' Opposition To Defendant's Motion For Continuance Of The Hearing On Plaintiff's Motion For Preliminary Injunction And Portions Of The Supporting Declaration Of Glenn Magnuson, finds that good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under Seal Confidential Versions of (1) Plaintiffs' Opposition to Defendant's Motion for Continuance of the Hearing on Plaintiff's Motion for Preliminary Injunction and (2) the Declaration of Glenn Magnuson In Support of Plaintiffs' Opposition to Defendant's Motion for Continuance of the Hearing on Plaintiff's Motion for Preliminary Injunction.

It is SO ORDERED.

Dated: _____, 2008

Ronald M. Whyte
United States District Court Judge

Order Granting Motion to File Under Seal          - 1 -
Case No.  C08 00133 RMW