1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiff
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 HOLOGIC, INC., CYTYC CORPORATION,        Case No. C08 00133 RMW
   and HOLOGIC LP,
15                                          **DECLARATION OF KATHARINE L.
              Plaintiff,                    ALTEMUS IN SUPPORT OF CIVIL LOCAL
16                                          RULE 79-5(C) ADMINISTRATIVE
       vs.                                  MOTION BY PLAINTIFFS TO FILE
17                                          UNDER SEAL CONFIDENTIAL
   SENORX, INC.,                            PORTIONS OF PLAINTIFFS' OPPOSITION
18                                          TO DEFENDANT'S MOTION FOR
              Defendant.                    CONTINUANCE OF THE HEARING ON
19                                          PLAINTIFF'S MOTION FOR
                                            PRELIMINARY INJUNCTION AND
20                                          PORTIONS OF THE SUPPORTING
                                            DECLARATION OF GLENN MAGNUSON**
21

22

23

24

25

26

27

28

HOWREY LLP    Altemus Declaration ISO Administrative Motion to File
              Under Seal
              Case No.  C08 00133 RMW

I, Katharine L. Altemus, declare as follows:

1. I am an associate in the law firm Howrey LLP and a member of the Bar of this court, and I serve as one of the outside counsel for Hologic, Inc., Cytyc Corporation and Hologic LP (collectively "Plaintiffs" or "Hologic"). The following declaration is based on my personal knowledge, and if called upon to testify, I could and would competently testify as to the matters set forth herein.

2. In support of Hologic's Administrative Request to File Under Seal confidential portions of (1) Plaintiffs' Opposition To Defendant's Motion For Continuance Of The Hearing On Plaintiff's Motion For Preliminary Injunction, and (2) the Declaration Of Glenn Magnuson In Support Of Plaintiffs' Opposition To Defendant's Motion For Continuance Of The Hearing On Plaintiff's Motion For Preliminary Injunction, Hologic respectfully requests that Confidential Versions of Plaintiffs' Opposition To Defendant's Motion For Continuance Of The Hearing On Plaintiff's Motion For Preliminary Injunction and the Declaration of Glenn Magnuson In Support thereof be maintained under seal.

3. Both Plaintiffs' Opposition To Defendant's Motion For Continuance Of The Hearing On Plaintiff's Motion For Preliminary Injunction and the supporting Declaration of Glenn Magnuson contain designated confidential information that is internal, confidential and sensitive to Hologic and its employees, and the unprotected distribution of these documents in its unredacted form to the

\\

Altemus Declaration ISO Administrative Motion to File Under Seal    - 1 -
Case No. C08 00133 RMW

1  general public could cause harm to Hologic and its employees.

2      I declare under penalty of perjury that the foregoing is true and correct and that the declaration
3  was executed on February 21, 2008 at East Palo Alto, California.

4                                      HOWREY LLP

7                              By:     /s/
8                                  Katharine L. Altemus

10                                 HOWREY LLP
                                Attorneys for Plaintiffs
11                                 Hologic, Inc., Cytyc Corporation,
                                 and Hologic LP

Altemus Declaration ISO Administrative Motion to File   - 2 -
Under Seal
Case No.  C08 00133 RMW