**E-FILED on**   2/26/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC.; CYTYC CORPORATION; and HOLOGIC LP,<br><br>        Plaintiffs,<br><br>    v.<br><br>SENORX, INC.,<br><br>        Defendant. | No. C-08-00133 RMW<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

      PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for Friday, February 29, 2008 at 10:30 a.m., before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

      If the above-entitled matter settles counsel are required to notify the court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED:    2/26/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER SETTING CASE MANAGEMENT CONFERENCE—No. C-08-00133 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Katharine Lyn Altemus | altemusk@howrey.com |
| Robert F. Ruyak | ruyakr@howrey.com |
| Henry C. Su | suh@howrey.com, robischl@howrey.com, schwabs@howrey.com |
| Matthew M. Wolf | wolfm@howrey.com |

**Counsel for Defendant:**

F.T. Alexandra Mahaney     amahaney@wsgr.com, kblue@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  2/26/08                                     /s/ MAG
                                                **Chambers of Judge Whyte**