UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: February 29, 2008

| | |
|---|---|
| Case No. C-08-00133-RMW | JUDGE: Ronald M. Whyte |
| HOLOGIC, INC., et al.  -v- SENORX, INC. | |
| Title | |
| K. Altemus & M. Wolf via Phone | A. Maurer & A. Mahaney |
| Attorneys Present | Attorneys Present |
| COURT CLERK: Jackie Garcia | COURT REPORTER: Not Reported |

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Plaintiff shall file an amended complaint within 10 days from the conference. The Court set a briefing schedule on the motion for preliminary injunction: Defendants to file opposition by 3/28/08; plaintiffs reply due 4/7/08; hearing on the motion for preliminary injunction set for 4/21/08 @ 2:00 p.m. The parties agreed that there will be no live testimony. Defendant shall have an extension of 35 pages for the opposition, if a further extension is needed, send in an application for an extension of page limit. Plaintiff shall have an extension of 20 pages for the reply. The Court continued the Case Management Conference that was set for 4/18/08 to 5/23/08 @ 10:30 a.m. A revised joint case management statement shall be filed by 5/16/08. Plaintiff to submit a proposed order following the conference.