UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC LP,<br><br>  Plaintiff,<br><br>vs.<br><br>SENORX, INC.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C08 00133 RMW<br><br>**[PROPOSED] CASE MANAGEMENT ORDER** |

On February 29, 2008, the Court held a Case Management Conference for this case. During the conference, the Court scheduled Plaintiffs' Motion for Preliminary Injunction for hearing on April 21, 2008 at 2 p.m. The parties further stipulated to following briefing dates:

      March 28, 2008      Defendant's Opposition to the Motion

      April 7, 2008      Plaintiffs' Reply Brief

Pursuant to Defendant's request, the page limit for Defendant's Opposition is increased to 35 pages. The page limit for Plaintiffs' Reply is increased to 20 pages. The parties agreed that there will be no live testimony presented at the preliminary injunction hearing.

\\

1  Plaintiffs' request to amend their Complaint is granted, with the proviso that the Amended
2  Complaint must be filed within 10 days of the date of this case management hearing.
3  The case management conference originally scheduled for April 18, 2008 is continued to May
4  23, 2008 at 10:30 a.m.  The parties shall file a joint case management statement by May 16, 2008.
5  **IT IS SO ORDERED.**
6  Dated: _____           _____
                                                          The Honorable Ronald M. Whyte
7                                                         United States District Court Judge