1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800                                    *E-FILED - 3/5/08*
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiff
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                  SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW
   | and HOLOGIC LP,                   |
15 |                                   | **[] ORDER GRANTING
   |        Plaintiff,                 | ADMINISTRATIVE MOTION TO FILE
16 |                                   | UNDER SEAL CONFIDENTIAL
   |    vs.                            | PORTIONS OF PLAINTIFFS' OPPOSITION
17 |                                   | TO DEFENDANT'S MOTION FOR
   | SENORX, INC.,                     | CONTINUANCE OF THE HEARING ON
18 |                                   | PLAINTIFF'S MOTION FOR
   |        Defendant.                 | PRELIMINARY INJUNCTION AND
19 |                                   | PORTIONS OF THE SUPPORTING
                                         DECLARATION OF GLENN MAGNUSON**

20

21

22

23

24

25

26

27

28

   Order Granting Motion to File Under Seal
   Case No.  C08 00133 RMW

HOWREY LLP

**[] ORDER**

The Court, having considered Hologic's Administrative Motion To File Under Seal Confidential Portions Of Plaintiffs' Opposition To Defendant's Motion For Continuance Of The Hearing On Plaintiff's Motion For Preliminary Injunction And Portions Of The Supporting Declaration Of Glenn Magnuson, finds that good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under Seal Confidential Versions of (1) Plaintiffs' Opposition to Defendant's Motion for Continuance of the Hearing on Plaintiff's Motion for Preliminary Injunction and (2) the Declaration of Glenn Magnuson In Support of Plaintiffs' Opposition to Defendant's Motion for Continuance of the Hearing on Plaintiff's Motion for Preliminary Injunction.

It is SO ORDERED.

Dated: 3/5, 2008

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

Order Granting Motion to File Under Seal     - 1 -
Case No.  C08 00133 RMW