FILED

MAR - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FEB 15 PH 12:24

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Hologic Inc.,
Cytyc Corp., and
Hologic L.P.

CASE NO. C08-00133-~~MEJ~~ RMW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.

SenoRx Inc.

Defendant(s).

Adam D. Harber , an active member in good standing of the bar of

New York Supreme Court, Appellate Division and the District of Columbia whose business address and telephone number
(particular court to which applicant is admitted)

is

Williams & Connolly LLP
725 Twlefth Street NW
Washington, DC 20005       Telephone: (202) 434-5820 ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing SenoRx, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/6/08

*Ronald M. Whyte*

DISTRICT
United States ~~Magistrate~~ Judge
Hon. ~~Maria Elena James~~
Ronald M. Whyte