UNITED STATES DISTRICT COURT
Northern District of California

HOLOGIC, INC.,
CYTYC CORPORATION,
and HOLOGIC L.P.,

CASE NO. C08-00133 (MEJ) RMW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.

SENORX, INC.,

Defendant(s).

Aaron P. Maurer, an active member in good standing of the bar of the State of North Carolina and the District of Columbia Court of Appeals whose business address and telephone number (particular court to which applicant is admitted) is

Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005   Telephone: 202-434-5282

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant SenoRx, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/6/08

Ronald M. Whyte
United States ~~Magistrate~~ DISTRICT Judge
Hon. Ronald M. Whyte