**FILED**

MAR - 6 2008

RECEIVED
08 FEB 15 PM 12: 25
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## Northern District of California

HOLOGIC, INC.,
CYTYC CORPORATION, and
HOLOGIC L.P.,

        Plaintiff(s),

v.

SENORX, INC.

        Defendant(s).

CASE NO. C08-00133 (RMW)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Bruce R. Genderson, an active member in good standing of the bar of the Maryland Court of Appeals and the District of Columbia Court of Appeals (particular court to which applicant is admitted) whose business address and telephone number is

Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005     Telephone: 202-434-5999

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant SenoRx, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/6/08

                                             Ronald M. Whyte
                                          United States District Judge
                                          The Honorable Ronald M. Whyte