Case 5:08-cv-00133-RMW   Document 41   Filed 03/06/2008   Page 1 of 1

FILED
MAR - 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

Hologic Inc.,
Cytyc Corp., and
Hologic L.P.

           Plaintiff(s),

v.

SenoRx Inc.

           Defendant(s).

CASE NO. C08-00133-RMW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Rachel R. Shanahan, an active member in good standing of the bar of Virginia Supreme Court; District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005     Telephone: (202) 434-5952

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing SenoRx Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/6/08

_____
United States ~~Magistrate~~ DISTRICT Judge
~~Hon. Maria-Elena James~~
Hon. Ronald M. Whyte