1  COUNSEL LISTED ON SIGNATURE BLOCK

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

10

11  HOLOGIC, INC., CYTYC CORP., and           )   CASE NO.: C-08-0133 RMW
    HOLOGIC L.P.,                             )
12                                            )   **JOINT STIPULATION AND**
                    Plaintiffs,               )   **[PROPOSED] ORDER EXTENDING**
13                                            )   **TIME TO RESPOND TO AMENDED**
            v.                                )   **COMPLAINT**
14                                            )
    SENORX, INC.,                             )
15                                            )
                    Defendant.                )
16                                            )
                                              )
17  _____)
                                              )   Honorable Ronald M. Whyte
    SENORX, INC.,                             )
18                                            )
                    Counterclaimant,          )
19                                            )
            v.                                )
20                                            )
    HOLOGIC, INC., CYTYC CORP., and           )
21  HOLOGIC L.P.,                             )
                                              )
22          Counterdefendants.                )

23

24

25      Defendant and Counterclaimant SenoRx, Inc. ("SenoRx") and Plaintiffs and

26  Counterdefendants Hologic, Inc., Cytyc Corp., and Hologic L.P. ("Plaintiffs") hereby submit this

27  Joint Stipulation and [Proposed] Order under Civil Local Rule 7-12 requesting an extension for

28  SenoRx to file its answer or otherwise respond to the Amended Complaint in this matter.

1     The current deadline to respond to the Amended Complaint is March 24, 2008. The parties stipulate and agree that SenoRx may have until April 18, 2008, to file an answer or otherwise respond to the Amended Complaint, and request that this Court so order. SenoRx seeks this extension of time because it is currently focused on conducting discovery for and preparing an opposition (which is due March 28, 2008) to Plaintiffs' motion for preliminary injunction and therefore needs additional time to prepare its answer or other response to the Amended Complaint. The parties agree that no prejudice will come to this matter by this extension.

    Previously in this matter, the parties jointly stipulated to an extension of time to answer or otherwise respond to the initial complaint, Plaintiffs sought and were granted leave to file their amended complaint out of time, and SenoRx requested and was granted an extension of time to conduct discovery and prepare its opposition to Plaintiffs' motion for a preliminary injunction.

Respectfully submitted,

Dated: March 13, 2008

By:    s/F.T. Alexandra Mahaney
       F.T. Alexandra Mahaney
       amahaney@wsgr.com

F.T. Alexandra Mahaney, State Bar No. 125984
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com

Bruce R. Genderson
Aaron P. Maurer
Rachel Shanahan Rodman
Adam D. Harber
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant and Counterclaimant
SENORX, INC.

Dated:  March 13, 2008

By: s/F.T. Alexandra Mahaney w/permission
Katharine L. Altemus
altemusk@howrey.com

Henry C. Su, State Bar No. 211202
Katharine L. Altemus, State Bar No. 227080
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone:  (650) 798-3500
Facsimile:   (650) 798-3600

Robert Ruyak
Matthew Wolf
Marc Cohn
HOWREY LLO
1229 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile:  (202) 383-6610

Attorneys for Plaintiffs and Counterdefendants
HOLOGIC, INC., CYTYC CORPORATION
and HOLOGIC LP

### ATTESTATION UNDER GENERAL ORDER NO. 45, § X.B.

As required by General Order No. 45, § X.B., I hereby attest that concurrence in the filing of the document has been obtained from the other signatory to this Stipulation.

By: s/F.T. Alexandra Mahaney
F.T. Alexandra Mahaney
amahaney@wsgr.com

### [PROPOSED] ORDER

Pursuant to STIPULATION, it is SO ORDERED.  The period within which Defendant and Counterclaimant SenoRx, Inc. shall file an answer or otherwise respond to the Amended Complaint in this action is extended to April 18, 2008.

Date: _____                              _____
                                                                                     UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. 08-CV-0133 RMW

I, Kirsten Blue, declare:

    I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

    On March 17, 2008, I served a copy(ies) of the following document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC<br>CORPORATION and<br>HOLOGIC LP |
| Robert Ruyak (ruyakr@howrey.com)<br>Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC<br>CORPORATION and<br>HOLOGIC LP |

☐ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

1
2  ☒   (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.
3
4      I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on March 17, 2008.
5
6                                                                  _____
                                                                   Kirsten Blue
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28