**United States District Court**
For the Northern District of California

***E-FILED 3/20/08*"

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC, et al., | NO. C 08-00133 RMW (RS) |
| Plaintiffs, | **ORDER RE MOTION TO SHORTEN TIME** |
| v. | |
| SENORX, INC. | |
| Defendant. | |

Plaintiffs move under Civil Local Rule 6-3 for an order shortening time with respect to their motion to compel responses to certain interrogatories. Good cause appearing, the parties shall place a joint telephone call to the Court at 2:30 p.m. on Friday, March 21, 2008, at phone number (408) 535-5357. In the event parties reach an agreement as to any alternative time for the telephone conference to take place at or after 10:30 a.m., they should notify the Court as promptly as practicable at the same number.

IT IS SO ORDERED.

Dated: March 20, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Katharine Lyn Altemus    altemusk@howrey.com

Frances T. Alexandra Mahaney    amahaney@wsgr.com, kblue@wsgr.com

Natalie J. Morgan    nmorgan@wsgr.com, ebojorquez@wsgr.com

Robert F. Ruyak    ruyakr@howrey.com

Henry C. Su    suh@howrey.com, robischl@howrey.com, schwabs@howrey.com

Matthew M. Wolf    wolfm@howrey.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 3/20/08**                                                                 **Richard W. Wieking, Clerk**

                                                                                   **By:    Chambers**

ORDER RE MOTION TO SHORTEN TIME
C 08-00113 RMW (RS)

2