| | |
|---|---|
| 1 | Henry C. Su (SBN 211202; suh@howrey.com) |
| | Katharine L. Altemus (SBN 227080; altemusk@howrey.com) |
| 2 | HOWREY LLP |
| | 1950 University Avenue, 4th Floor |
| 3 | East Palo Alto, California 94303 |
| | Telephone: (650) 798-3500 |
| 4 | Facsimile: (650) 798-3600 |
| 5 | Robert Ruyak |
| | Matthew Wolf |
| 6 | Marc Cohn |
| | HOWREY LLP |
| 7 | 1229 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| 8 | Telephone: (202) 783-0800 |
| | Facsimile: (202) 383-6610 |
| 9 | |
| | Attorneys for Plaintiffs |
| 10 | HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
| Plaintiffs, | **PLAINTIFFS' REPLY TO DEFENDANT'S COUNTERCLAIMS** |
| vs. | **DEMAND FOR JURY TRIAL** |
| SENORX, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

HOWREY LLP

Pls.' Reply to Def.'s Counterclaims
Case No. C08 00133 RMW (RS)

Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. (collectively "Hologic"), by counsel, hereby reply to the counterclaims filed by Defendant SenoRx, Inc. ("SenoRx") and states as follows:

## COUNTERCLAIMS

### PARTIES

49.   Hologic lacks sufficient information with which to admit or deny the allegations of Paragraph 49 of the Counterclaims and on that basis denies the same.

50.   Hologic admits that Hologic, Inc. is a Delaware corporation with its principal place of business in Bedford, Massachusetts.

51.   Hologic admits that Cytyc Corporation is a Delaware corporation with its principal place of business in Marlborough, Massachusetts.

52.   Hologic admits that Hologic L.P. is a limited partnership with its principal place of business in Marlborough, Massachusetts.

### JURISDICTION

53.   Hologic admits that the Counterclaims purport to seek a declaration of patent infringement and invalidity arising under 35 U.S.C. §§ 101 *et seq.*, and that this Court would have jurisdiction over the subject matter of such an action pursuant to 28 U.S.C. §§ 1331, 1338, 1367, 2201, and 2202.

54.   Hologic admits that venue in this Court is proper under 28 U.S.C. §§ 1391 and 1400(b).

\\

|     |     |     |
| --- | --- | --- |
| 1   |     | **ANSWER TO COUNT ONE OF THE COUNTERCLAIMS** |
| 2   | 55. | No separate response to Paragraph 55 of the Counterclaims is required. |
| 3   | 56. | Hologic denies the allegations of Paragraph 56 of the Counterclaims. |
| 4   |     | **ANSWER TO COUNT TWO OF THE COUNTERCLAIMS** |
| 5   | 57. | No separate response to Paragraph 57 of the Counterclaims is required. |
| 6   | 58. | Hologic denies the allegations of Paragraph 58 of the Counterclaims. |
| 7   |     | **ANSWER TO COUNT THREE OF THE COUNTERCLAIMS** |
| 8   | 59. | No separate response to Paragraph 59 of the Counterclaims is required. |
| 9   | 60. | Hologic denies the allegations of Paragraph 60 of the Counterclaims. |
| 10  |     | **ANSWER TO COUNT FOUR OF THE COUNTERCLAIMS** |
| 11  | 61. | No separate response to Paragraph 61 of the Counterclaims is required. |
| 12  | 62. | Hologic denies the allegations of Paragraph 62 of the Counterclaims. |
| 13  |     | **ANSWER TO COUNT FIVE OF THE COUNTERCLAIMS** |
| 14  | 63. | No separate response to Paragraph 63 of the Counterclaims is required. |
| 15  | 64. | Hologic denies the allegations of Paragraph 64 of the Counterclaims. |
| 16  |     | **ANSWER TO COUNT SIX OF THE COUNTERCLAIMS** |
| 17  | 65. | No separate response to Paragraph 65 of the Counterclaims is required. |
| 18  | 66. | Hologic denies the allegations of Paragraph 66 of the Counterclaims. |
| 19  |     | **ANSWER TO COUNT SEVEN OF THE COUNTERCLAIMS** |
| 20  | 67. | No separate response to Paragraph 67 of the Counterclaims is required. |
| 21  | 68. | The allegations of paragraph 68 set forth a legal conclusion to which no response is |
| 22  | \\  |     |

1 | required.

2 | Dated: March 21, 2008                HOWREY LLP

3
4
5
                                        By:    /s/ Katharine L. Altemus
6                                              Katharine L. Altemus
7
8                                       HOWREY LLP
                                        Attorneys for Plaintiffs
9                                       Hologic, Inc., Cytyc Corporation,
                                         and Hologic LP
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pl.'s Reply to Def.' Counterclaims                    - 3 -
Case No. C08 00133 RMW (RS)