1  F.T. Alexandra Mahaney, State Bar No. 125984
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   12235 El Camino Real, Suite 200
3  San Diego, CA 92130
   Telephone: (858) 350-2300
4  Facsimile: (858) 350-2399
   Email: amahaney@wsgr.com
5
   Bruce R. Genderson (admitted *pro hac vice*)
6  Aaron P. Maurer (admitted *pro hac vice*)
   Rachel Shanahan Rodman (admitted *pro hac vice*)
7  Adam D. Harber (admitted *pro hac vice*)
   WILLIAMS & CONNOLLY LLP
8  725 Twelfth St. NW
   Washington, DC 20005
9  Telephone: (202) 434-5000
   Facsimile: (202) 434-5029
10
11 Attorneys for Defendant and Counterclaimant
   SENORX, INC.
12
                    IN THE UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                           SAN JOSE DIVISION
15

16 HOLOGIC, INC., CYTYC CORPORATION and    )
   HOLOGIC L.P.,                           )
17                                         )   Case No. 08-CV-0133 RMW
              Plaintiffs,                  )
18                                         )   **DECLARATION OF ROY**
          v.                               )   **WEINSTEIN IN SUPPORT OF**
19                                         )   **DEFENDANT SENORX, INC.'S**
   SENORX, INC.,                           )   **OPPOSITION TO PLAINTIFFS'**
20                                         )   **MOTION FOR A PRELIMINARY**
              Defendant.                   )   **INJUNCTION**
21                                         )
                                           )
22 _____)   REDACTED VERSION
   SENORX, INC.,                           )
23                                         )
              Counterclaimant,             )
24                                         )   Date: April 21, 2008
          v.                               )   Time: 2:00 p.m.
25                                         )   Courtroom: 6, 4th Floor
   HOLOGIC, INC., CYTYC CORPORATION and    )   Judge: Hon. Ronald M. Whyte
26 HOLOGIC L.P.,                           )
                                           )
27 _____)
              Counterdefendants.           )
28

## I.     INTRODUCTION

1.     I am an economist and President of Micronomics, Inc., an economic research and consulting firm located in Los Angeles, California.  I have more than 38 years of consulting experience analyzing questions relating to industrial organization, competitive impact, patent damages, the valuation of intellectual property, antitrust economics, and the collection, tabulation and analysis of various types of economic and statistical data.  I have spoken on these subjects before the National Association of Attorneys General, the American Bar Association, the Steering Committee of the California Society of Certified Public Accountants, the Los Angeles County Bar Association, the UCLA Institute on Mergers and Acquisitions, and the Midwest Economics Association.  My articles have appeared in the *Journal of the Patent and Trademark Office Society, The Journal of Law and Technology, The Licensing Journal, The Antitrust Bulletin, The International Journal of the Economics of Business,* the *California State Bar Journal,* and *Competition*, the Journal of the Antitrust and Trade Regulation Law Section of the State Bar of California.

2.     I have extensive experience pertaining to the valuation of intellectual property in the context of patent infringement litigation and have been asked to calculate damages adequate to compensate for patent infringement on at least 35 separate occasions.  I also have extensive experience involving medical devices, the prescription drug industry, and managed care.  Detailed biographical information, including a list of the matters in which I have given testimony, either by deposition or at trial, is attached at Exhibit 1.  My billing rate is $650 per hour.  I also have been assisted by members of my staff.

## II.     ASSIGNMENT

3.     I have been asked by counsel for SenoRx, Inc. ("SenoRx") to consider whether Hologic, Inc., Cytyc Corporation ("Cytyc"), and Hologic L.P. (collectively "Hologic") would suffer "irreparable harm" if SenoRx is allowed to continue to market its Contura Multi-Lumen Balloon ("Contura") product through the end of trial.[1]  In that regard, I understand that

---

[1] Cytyc Corporation and Hologic L.P. are subsidiaries of Hologic, Inc.  Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007, Exhibit 21.01, Subsidiaries of Hologic.

1    "irreparable" harm is injury that cannot be quantified as monetary damages or for which the

2    injured party cannot be made whole by the party causing the damage.

3         4.     In performing my analysis, I have reviewed pleadings, including Plaintiffs' Notice

4    of Motion and Motion for Preliminary Injunction ("Motion"), the Declaration of Glenn Magnuson

5    in Support of Plaintiffs' Motion for Preliminary Injunction ("Magnuson Declaration"), deposition

6    testimony, and the patents asserted by Hologic.  In addition, I have reviewed publicly available

7    trade press and studies concerning accelerated partial breast irradiation ("APBI") and

8    brachytherapy treatments.  I also have reviewed financial statements of SenoRx and Hologic as

9    well as SenoRx presentations and records.  In arriving at my opinions, I have relied on my training

10   as an economist, my knowledge and experience regarding the medical device and prescription

11   pharmaceutical industries, and the economics of entry and competition.  A summary of the

12   materials considered in connection with my assignment is attached at Exhibit 2.

13        5.     I will supplement this declaration should that be necessary in order to consider

14   additional information that might become available, including documents, court filings and

15   witness testimony.

16   **III.    SUMMARY AND CONCLUSIONS**

17        6.     I have concluded that neither the entry nor the continued sales of Contura by

18   SenoRx would inflict irreparable harm on Hologic.  First, the economic impact caused by such

19   sales would be readily calculable and remediable through an award of money damages at the end

20   of trial.  Second.

21                                     Third, Hologic already licensed a competing APBI treatment system

22                                                                              and invested in another

23   competitor, Cianna Medical, Inc. ("Cianna Medical").  Finally, continued sales of Contura will not

24   otherwise inflict irreparable harm to Hologic as a result of loss of reputation, damage to the APBI

25   market, irrecoverable investments in research and development, or competitive entry.

26        7.     I also have determined that the balance of harms does not support granting an

27   injunction.  Hologic is "one of the world's largest companies focused on advanced technology in

28

women's health," is diversified, and generates significant revenue from a wide array of products.[2] Sales of MammoSite in the company's most recent fiscal quarter accounted for a very small fraction of overall revenue. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Lost profits and market share for SenoRx will not be recoverable if an injunction is granted.

## IV.     BACKGROUND

### A.     Therapeutic Category

8.     My understanding is that breast cancer patients may be treated with "breast-conserving therapy," commonly referred to as lumpectomy, as an alternative to full mastectomy surgery.[4]  When supplemented by whole-breast irradiation therapy, lumpectomy can treat early-stage breast cancer as effectively as mastectomy.[5]  Indeed, lumpectomy followed by whole-breast irradiation confers certain benefits, including conservation of non-cancerous breast tissue.[6]  While useful in reducing recurrence of cancer, however, whole-breast irradiation also entails drawbacks. Treatment is lengthy, lasting five to six weeks, and healthy breast tissue is unnecessarily exposed to radiation.[7]  It is theorized that these factors cause as many as 20 percent of eligible patients to forgo radiation treatment following lumpectomy.[8]

---

[2] "Hologic and Cytyc Complete Merger," Hologic 2007 News Release, October 22, 2007.

[3] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

[4] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 1.

[5] Id.

[6] Cytyc Corporation Form 10-K/A (Amendment No. 2) for the fiscal year ended December 31, 2006, p. 5.

[7] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 1.

[8] Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007, p. 12.

9.    APBI, on the other hand, targets radiation treatment to only the breast area from which the tumor was excised.[9]  Radiation exposure to healthy breast tissue is thereby diminished, and therapy is completed in four or five days, markedly shorter than the treatment period required for whole-breast irradiation.[10]  By reducing radiation exposure and treatment duration, it is believed that APBI could induce more women to undergo post-lumpectomy radiation therapy and thus improve overall health outcomes for breast cancer patients.[11]

10.    APBI can be administered via one of a variety of methods, including interstitial brachytherapy, balloon brachytherapy (a form of interstitial brachytherapy), intensity-modulated therapy, 3-dimensional conformal radiotherapy, and intraoperative radiotherapy.[12]  Each treatment technique involves unique benefits and risks.[13]  Balloon brachytherapy, for example, is prone to dose inhomogeneity and underdosing portions of the targeted area.[14]  Because lumpectomy cavities often are irregularly shaped, the spherical source design of balloon brachytherapy catheters can result in poor conformance to the cavity wall.[15]

**B.    Products**

11.    In May 2002, the MammoSite radiation therapy system ("MammoSite") received 510(k) marketing clearance by the U.S. Food and Drug Administration ("FDA") as "substantially

---

[9] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 1.

[10] Id.

[11] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 3.

[12] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 1.

[13] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 9.

[14] Id.

[15] Id.; SenoRx, Inc. Form S-1/A Registration Statement (Amendment No. 3), filed February 21, 2007, p. 2.

equivalent to other commercially available brachytherapy applicators used with sealed radiation sources."[16]  MammoSite is a balloon brachytherapy device originally marketed by Proxima Therapeutics, Inc. ("Proxima").[17]  Following a series of acquisitions, MammoSite is now marketed by Hologic.[18]  The MammoSite device comprises a "dual lumen catheter with a silicon balloon and an applicator shaft that permits access through an external port" for administration of radiation.[19]

12.     Other brachytherapy systems also have received 510(k) FDA clearance.    In December 2005, Xoft was cleared to market its Axxent Electronic Radiotherapy device ("Axxent"), a balloon brachytherapy system.[20]  BioLucent, Inc. ("BioLucent") received clearance in October 2006 for its Strut-Adjusted Volume Implant ("SAVI"), a remote controlled radionuclide applicator that combines elements of interstitial brachytherapy and balloon brachytherapy.[21]  In November 2006, the North American Scientific, Inc. ("North American Scientific") Adjustable Multi-Catheter Source Applicator, ClearPath, was cleared.[22]  Finally, in

---

[16] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 3; 510(k) Summary of Safety and Effectiveness, dated May 6, 2002.

[17] "Proxima Therapeutics Announces FDA Clearance of MammoSite RTS, a Tumor Site-Specific Radiation Therapy System for Breast Cancer," BW HealthWire, May 6, 2007; Cytyc Corporation Form 10-K/A (Amendment No. 2) for the fiscal year ended December 31, 2006, p. 16.

[18] Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007, p. 12.

[19] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 14.

[20] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 15.

[21] Id.; Cianna Medical is now responsible for development and sales of SAVI.  "Cianna Medical Will Continue Innovation in SAVI Breast Brachytherapy Begun by BioLucent," Press Release, September 20, 2007.

[22] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 15; "North

(continued...)

May 2007, SenoRx received marketing clearance for its SenoRad Multi-Lumen Balloon Source Applicator for Brachytherapy.[23]  The SenoRx product is marketed under the name Contura.

13.    Contura was first sold by SenoRx in June 2007 and was fully commercially launched on January 17, 2008.[24]  At the time of launch, SenoRx expected Contura to assist in promoting use of APBI as an alternative to whole-breast irradiation treatment in eligible patients. In addition, the Contura "multi-lumen design" was meant to make APBI treatment available to certain patients previously excluded from brachytherapy due to breast size and location of the lesion.[25]  Some "clinical sites are already reporting…that they are in fact able to treat patients that they don't believe they have been in the past."[26]  The Contura also was designed to address drawbacks to balloon brachytherapy, including dosing imprecision stemming from poor balloon conformance within the lumpectomy cavity.[27]  Vacuum suction assists in removing fluid around the balloon to improve treatment delivery.[28]

**C.    Patents at Issue**

14.    On July 2, 2002, Proxima was assigned U.S. Patent No. 6,413,204 ("the '204 patent"), which relates to "Interstitial brachytherapy apparatus and method for treatment of

---

(...continued from previous page)
American Scientific Announces FDA Clearance of its ClearPath HDR Breast Brachytherapy System," North American Scientific Press Release, November 14, 2006.

[23] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 15; "SenoRx Announces 510(k) Clearance for its Multi-Lumen Radiation Balloon," Press Release, May 23, 2007.

[24] SenoRx, Inc. Form 10-Q for the period ended September 30, 2007, p. 15; "SenoRx Announces First Uses of its Multi-Lumen Radiation Balloon; Company Records First Commercial Sales of New Product," Press Release, June 28, 2007; "SenoRx Launches Contura MLB," Press Release, January 17, 2008.

[25] "SenoRx Launches Contura MLB," Press Release, January 17, 2008.

[26] Factset: Callstreet Raw Transcript, SenoRx, Inc. Q4 2007 Earnings Call, February 19, 2008, p. 11.

[27] "SenoRx Launches Contura MLB," Press Release, January 17, 2008.

[28] Id.; Pacific Growth Equities analyst report, SenoRx, Inc., February 15, 2008, p. 2.

proliferative tissue diseases."  Proxima obtained U.S. Patent No. 6,482,142 ("the '142 patent"), entitled "Asymmetric radiation dosing apparatus and method," on November 19, 2002.  The '204 and '142 patents (collectively "patents in suit") were acquired by Cytyc through its purchase of Proxima in March 2005.[29]  On October 22, 2007, Cytyc was acquired by Hologic, Inc., resulting in accrual of the patents in suit to Hologic.[30]

15.    I understand that on December 22, 2005, Xoft filed suit against Cytyc and Proxima with regard to the patents in suit and additional patents, alleging them invalid and not infringed by Xoft.[31]  This lawsuit settled on August 13, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

### D.    Parties

16.    Hologic is a medical technologies company that specializes in diagnostic imaging products and interventional devices for women's health.[33]  On October 22, 2007, Hologic merged with Cytyc to create "one of the largest companies in the world focused on advanced technology in women's health."[34]  The combined entity sells mammography and breast care products, osteoporosis assessment instruments, imaging systems, diagnostic products, and surgical products.[35]  MammoSite is one of four surgical systems marketed by Hologic and is now a part of Hologic's Breast Health segment.[36]

---

[29] Cytyc Corporation Form 10-K/A (Amendment No. 2) for the fiscal year ended December 31, 2006, pp. 16 and 34.

[30] Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007, pp. 3 and 5.

[31] Cytyc Corporation Form 10-K/A (Amendment No. 2) for the fiscal year ended December 31, 2006, p. 23.

[32] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Cytyc Form 8-K, Exhibit 99.1,  "Cytyc and Xoft Settle Intellectual Property Dispute,"  Press Release dated August 15, 2007.

[33] Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007, p. 3.

[34] "Hologic and Cytyc Complete Merger," Hologic 2007 News Release, October 22, 2007.

[35] Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007, pp. 5-12.

[36] Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007, pp. 11-12; Hologic, Inc. Form 10-Q/A (Amendment No. 1) for the period ended December 29, 2007, pp. 43-44.

17.    Hologic total revenue for the fiscal year ended September 29, 2007 was approximately $738.4 million.[37]  This figure excludes revenue from Cytyc, as the merger between the companies was not completed until after the close of the Hologic fiscal year.[38]  Cytyc total revenue for its fiscal year ended December 31, 2006 was approximately $608.3 million.[39]  As a combined entity, revenue for the quarter ended December 29, 2007 exceeded $371.4 million.[40]  Reported sales of MammoSite were approximately $7.8 million during this quarterly period.[41]  Comparative income statements for Hologic and Cytyc are set forth at Exhibit 3.  A summary of MammoSite sales is attached as Exhibit 4.

18.    SenoRx was incorporated in 1998.[42]  Until 2002, SenoRx was principally involved in the development and regulatory clearance of biopsy tissue markers and breast biopsy systems.[43]  In 2008, SenoRx launched the Contura.[44]  SenoRx continues to develop medical devices relating to breast health, including breast surgery and breast reconstruction devices, which are expected to launch in 2009.[45]  SenoRx completed its initial public offering on April 3, 2007.[46]

---

[37] Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007, p. 41.

[38] Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007, p. 5.

[39] Cytyc Corporation Form 10-K/A (Amendment No. 2) for the fiscal year ended December 31, 2006, p. F-4.

[40] This figure includes Cytyc revenue for the 10 week period beginning October 22, 2007. Hologic, Inc. Form 10-Q/A (Amendment No. 1) for the period ended December 29, 2007, pp. 4 and 7.

[41] Reported MammoSite revenues reflect sales for the 10 week period beginning October 22, 2007.  Hologic, Inc. Form 10-Q/A (Amendment No. 1) for the period ended December 29, 2007, pp. 7 and 39.

[42] SenoRx, Inc. Form 10-Q for the period ended September 30, 2007, p. 13.

[43] Id.

[44] "SenoRx Launches Contura MLB," Press Release, January 17, 2008.

[45] SenoRx, Inc. Form 10-Q for the period ended September 30, 2007, p. 13.

[46] SenoRx, Inc. Form 10-Q for the period ended September 30, 2007, p. 7.

19.    SenoRx revenue for the year ended December 31, 2007 was approximately $35.0 million.[47]  As of December 31, 2007, SenoRx held total assets of approximately $42.1 million and total current assets of nearly $40.6 million, including cash and cash equivalents and short term investments of approximately $27.9 million.[48]  Contura sales in 2007 generated $542,000 in revenue.[49]  SenoRx comparative financial statements are set forth at Exhibit 5.  A summary of Contura sales is included at Exhibit 6.

## V.    HOLOGIC WILL NOT BE IRREPARABLY HARMED SHOULD SENORX CONTINUE TO MARKET CONTURA

20.    In the present context, I understand that "irreparable harm" constitutes injury that cannot be quantified as monetary damages or, if quantified, for which the injured party cannot be made whole by the party causing the damage.  In my opinion, Hologic would not experience "irreparable" harm should SenoRx be allowed to continue to market Contura prior to trial.

### A.    Any Economic Damage is Recoverable Through a Monetary Award After Trial

#### i.  Any Damage to Hologic is Readily Calculable

21.    It is my opinion that any harm to Hologic stemming from declines in MammoSite revenue, unit sales, average selling price, profits, or market share could be readily monitored, calculated, and awarded as damages.  Data sufficient to determine such damages presently are available and will continue to be available through the conclusion of trial.

22.    Hologic tracks sales of its MammoSite product and reports revenue figures in its public filings.  In its most recent fiscal quarter, Hologic recorded $7.8 million in revenue from MammoSite sales.[50]  Prior to its merger with Hologic, Cytyc also tracked sales of MammoSite and

---

[47] "SenoRx Reports Revenue Growth of 43.2 Percent in Q4 2007 Compared with Q4 2006," Press Release, February 19, 2008.

[48] Id.

[49] SenoRx Fourth Quarter/FY 2007 Conference Call Notes, February 19, 2008, p. 7.

[50] Hologic, Inc. Form 10-Q/A (Amendment No. 1) for the period ended December 29, 2007, p. 39.

1  reported them in its SEC filings.[51]  In addition, Hologic reports business results from each of its

2  operating segments, including Breast Health.[52]  For each segment, revenue and operating income

3  generated by its products are recorded.  As such, Hologic tracks expenses associated with products

4  it sells, including MammoSite, which is part of the Breast Health segment

5                                                SenoRx also

6  closely tracks its product sales, including sales of Contura.[54]

23.     To the extent any economic harm accrues to Hologic due to continued sales of

Contura by SenoRx, these data would be sufficient to estimate any lost profits or other economic

damages.

### ii.  Any Decreases in the Price or Market Share of MammoSite Will Be Measurable and Quantifiable as Monetary Damages

24.     Any price reductions in the MammoSite would be readily observable, measurable,

and quantifiable as monetary damage.  As discussed above, Hologic tracks the revenue and unit

sales performance of MammoSite.  Hologic's own business records could be used to monitor any

price declines, for which Hologic could be remunerated with an award of price erosion damages at

the conclusion of trial.

25.     Were any price declines attributable to SenoRx's marketing of Contura to occur,

Hologic would be able fully to restore MammoSite price levels following removal of Contura at

the conclusion of trial.  Any suggestion that the price of MammoSite would be irreversibly

depressed as a result of the marketing of Contura is speculative.  To the extent, however, that

Hologic would be unable to recover its pricing of MammoSite, forecasts of MammoSite pricing

"but for" sales of Contura could be used to compute price erosion damages, a calculable measure

---

[51] Cytyc Corporation Form 10-Q for the period ended June 30, 2007, p. 28; Cytyc Corporation Form 10-K/A (Amendment No. 2) for the period ended December 31, 2006, p. 32.

[52] Hologic, Inc. Form 10-Q/A (Amendment No. 1) for the period ended December 29, 2007, pp. 38 and 43-44.

[53] Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction, pp. 7-9.

[54] SenoRx Fourth Quarter/FY 2007 Conference Call Notes, February 19, 2008, p. 7.

1    of economic harm.  This is a standard approach to calculating such damage in patent infringement

2    cases.

3         26.    Though damages associated with any decreases in the price of MammoSite are

4    measurable and remediable through a monetary award, it is not apparent why MammoSite price

5    should decline with Contura on the market

6    

7    

8         27.

9    

10    

11    

12    

13    

14    

15    

16    

17    

18         28.    I understand Hologic also contends that any market share loss to Contura will be

19    unrecoverable because the APBI market is "nascent" and "high-growth."[60]  As an initial matter, it

20    is unclear that the market in question is "nascent" or "high-growth."  The MammoSite product

---

[55] Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction, p. 9.

[56] SenoRx, Inc. Board of Directors' Meeting Presentation, September 26, 2007, p. 14.

[57] The suggested retail price of MammoSite is $2,750 per unit.  Deposition of Glenn Magnuson, March 18, 2008, p. 133.

[58] Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction, p. 9.

[59] SenoRx, Inc. General Session Presentation of 2008 Operating Plan, p. 21.

[60] Plaintiffs' Notice of Motion and Motion for Preliminary Injunction, p. 21.

1    was cleared by the FDA in 2002; for at least five years MammoSite has been available for use.[61]

2    Prior to MammoSite, other APBI methods, including interstitial brachytherapy, had been

3    developed for treatment of breast cancer.[62]

4                                                                                     Indeed, I

5    understand there has been a recent slowdown in the balloon brachytherapy market.[64]  Given that

6

7    and that a recent slowdown has been observed, it is not clear how the market can be characterized

8    as "high-growth."

9           29.    Regardless, any temporary MammoSite market share losses would be measurable

10    and recoverable at the end of trial.  Moreover, if it is true, as Hologic contends, that "Hologic is

11    the only current supplier of radionuclide-based balloon applicators for breast brachytherapy" then,

12    upon the Contura's removal at the end of trial, MammoSite would immediately recover its share

13    of the market.[65]

14        **B.**    **SenoRx Has Assets Sufficient to Pay Any Money Judgment Likely to Be Awarded in This Matter**

15

16           30.    SenoRx has more than adequate assets to fund any damages payment.  SenoRx

17    cash and cash equivalents and short term investments held as of December 31, 2007, were valued

18

19

20

21    [61] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 3; 510(k) Summary of Safety and Effectiveness, dated May 6, 2002.

22

23    [62] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 14.

24

25    [63] Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction, pp. 6-7.

26

27    [64] Citigroup Global Markets Equity Research analyst report, SenoRx Inc, February 19, 2008, p. 14.

28    [65] Plaintiffs' Notice of Motion and Motion for Preliminary Injunction, p. 21.

1  at approximately $27.9 million.[66]  Total current assets were $40.6 million, and total assets equaled

2  approximately $42.1 million as of that date.[67]

3        31.

4                                With nearly $30 million in cash, cash equivalents and short term

5  investments alone, even if every dollar of expected Contura revenue resulted in a dollar of

6  economic damage to Hologic, the assets discussed above are sufficient to pay such an award.

7        32.      Moreover, total Contura revenue significantly overstates likely damages from the

8  alleged infringement.

9

10

11

12

13

14

15      C.      Hologic's License                                    Demonstrates
          Competitive Harm is Not Irreparable
16

17      33.

18

19  _____

20      [66] "SenoRx Reports Revenue Growth of 43.2 Percent in Q4 2007 Compared with Q4 2006,"
    Press Release, February 19, 2008.

21      [67] Id.

22      [68] SenoRx, Inc. General Session Presentation of 2008 Operating Plan, pp. 92 and 109.

23      [69]

24      [70] Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary
    Injunction, p. 7.

25

26      [71]

27

28

1  [redacted]

2  [redacted]

3  34.  [redacted]

4  [redacted]

5  [redacted]

6  [redacted]

7  [redacted]

8  [redacted]

9  [redacted]

10  **D.    Other Aspects of Alleged Irreparable Harm**

11      **i.  Hologic Will Not Suffer Any Loss of Reputation**

12  35.  [redacted]

13  [redacted]

14  [redacted]

15  [redacted] I understand, however, that it is a matter of contention

16  whether Contura even infringes the patents in suit.  I also understand that there are questions of

17  validity regarding those patents.  Hence, if it is proven either that Contura does not infringe

18  Hologic's patents or that those patents are invalid, then Contura's marketing will have no relation

19  to Hologic's intellectual property position.  Additionally, Hologic already has sent a message that

20  it will seek to enforce its intellectual property rights by filing a patent infringement suit against

---

22  [72] Deposition of Glenn Magnuson, March 18, 2008, p. 208.

23  [73] "Cianna Medical Will Continue Innovation in SAVI Breast Brachytherapy Begun by BioLucent," September 20, 2007.

24  [74] "SAVI Breast Brachytherapy Reaches 100-Patient Milestone," October 22, 2007.

25  [75] "Cianna Medical Will Continue Innovation in SAVI Breast Brachytherapy Begun by BioLucent," September 20, 2007.  Cianna Medical website, About Cianna (www.ciannamedical.com).

28  [76] Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction, p. 10.

1  SenoRx.  Contura's continued marketing before trial does not undermine Hologic's reputation or

2  indicate that Hologic will not protect its intellectual property.

### ii.  Contura's Availability Will Not Harm the APBI Market

4    36.

8                                                                              I note, however, that other

9  APBI treatments were available prior to MammoSite and that MammoSite received 510(k)

10  clearance from the FDA because it was "substantially equivalent to other commercially available

11  brachytherapy applicators."[78]  In addition, efforts similar to those made on behalf of MammoSite

12  have been undertaken by SenoRx, Cianna Medical (and BioLucent before them), and Xoft.   Each

13  of these companies has invested resources to develop, test, and refine their respective

14  brachytherapy products.  They also have sponsored symposia and publications, provided education

15  and training, and performed clinical evaluations.[79]  If investing money to develop APBI products

---

[77] Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction, pp. 5-6, 8.

[78] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 3; 510(k) Summary of Safety and Effectiveness, dated May 6, 2002.

[79]                                                                    SenoRx Announces First Uses of its Multi-Lumen Radiation Balloon; Company Records First Commercial Sales of New Product," Press Release, June 28, 2007.  "SenoRx Launches Contura MLB," Press Release, January 17, 2008.  Factset: Callstreet Raw Transcript, SenoRx, Inc. Q4 2007 Earnings Call, February 19, 2008, p. 2.  "North American Scientific Introduces ClearPath at ASTRO," Press Release, November 8, 2006.  "North American Scientific Showcases CLEARPATH-HDR at ASTRO," Press Release, November 8, 2007.  "SAVI Produces Promising Results, Doctors Report at ASCO Meeting," Press Release, October 9, 2007.  "SAVI Applicator for Breast Brachytherapy May Optimize Treatment and Spare Healthy Tissue, Study Finds," Press Release, October 25, 2007.  "New Technology to Treat Breast Cancer Shows Promise in Early Application," University of California, San Diego Medical Center Moores Cancer Center News, November 19, 2007.  "New Research at UCSD Shows SAVI Breast Brachytherapy Has Multiple Benefits," Press Release, December 5, 2007.  "Momentum for Xoft's Electronic Brachytherapy

(continued...)

1    and educate physicians and the public about their use is what constitutes "creation and

2    development" of a market, then SenoRx, Cianna Medical, and Xoft are also contributing to the

3    development of the APBI market.

### iii.  Sales of Contura Will Not Cause Hologic to Forgo Additional Research and Development Investment in MammoSite or Prevent Recoupment of its Investments

6    37.    The relationship between MammoSite sales and Hologic's research and

7    development efforts is tenuous.  During Hologic's most recent fiscal quarter, MammoSite sales

8    accounted for no more than three percent of revenue.[80]  More than $360 million in revenue was

9    generated from Hologic's sales of its broad array of other products, completely independent of

10   MammoSite.[81]  Hologic has myriad revenue streams from which to draw in support of research

11   and development.[82]  For a corporation as large and diversified as Hologic, a temporary decline in

12   sales of one product – particularly one that accounts for such a small proportion of overall revenue

13   – is unlikely to have any impact on research and development efforts.

14   38.    In addition, recovery of research and development investments in MammoSite can

15   be achieved whether Contura sales are allowed to continue or are enjoined.  Hologic can be fully

16   remunerated by a damages award that would place it in the same position it would have occupied

17   "but for" Contura sales.

### iv.  Continued Marketing of Contura Will Not Induce Competitive Entry

19   39.    No fewer than three APBI products other than MammoSite and Contura have

20   received FDA 510(k) clearance.[83]  Those products include the Xoft Axxent, Cianna Medical

22        (...continued from previous page)
     System Grows with Six Papers Accepted for Presentation at AAPM," Press Release, July 25,
23   2006.

24        [80] Exhibit 4.

25        [81] Exhibit 4.

26        [82] Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007, pp. 5-12.

27        [83] "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving
     Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology
28   Evaluation Center Assessment Program, Volume 22, No. 4, August 2007, p. 15.

1    SAVI, and North American Scientific ClearPath.  Each of these three APBI systems received

2    510(k) clearance before Contura, and one of those products, the Axxent, was commercially

3    available prior to Contura's launch.[84]  SAVI and ClearPath also were used to treat patients before

4    Contura launched.[85]  The decisions of Xoft, Cianna Medical, and North American Scientific to

5    market APBI products were made independent of the marketing of Contura.  If the marketing of

6    any APBI product has induced or would induce competitive entry, it is Xoft's Axxent, sales of

7    which Cytyc itself decided to allow.                                                    Cianna

8    Medical, a firm with no products other than the SAVI brachytherapy system.[86]

9    **VI.    BALANCE OF HARMS DOES NOT SUPPORT GRANTING THE INJUNCTION**

10        40.    In my opinion, the harm SenoRx will experience if the injunction is granted

11    exceeds that of Hologic.

12        41.    Contura is a singularly important product for SenoRx.  SenoRx only recently

13    completed its IPO in April 2007

14

15

16

17

18

19

20

---

21    [84] Id.; Cytyc Form 8-K, Exhibit 99.1, "Cytyc and Xoft Settle Intellectual Property Dispute,"
22    Press Release dated August 15, 2007

23    [85] "SAVI Breast Brachytherapy Reaches 100-Patient Milestone," Press Release, October 22,
      2007; "North American Scientific Announces First ClearPath-HDR Clinical Experience," Press
24    Release, September 28, 2007.

25    [86] Cianna Medical website, About Cianna (www.ciannamedical.com).  Deposition of Glenn
      Magnuson, March 18, 2008, pp. 208 and 210.

26
27    [87] SenoRx, Inc. Board of Directors' Meeting Presentation, February 27, 2008, p. 60.  SenoRx,
      Inc. Board of Directors' Meeting Presentation, September 26, 2007, pp. 81-82.

28    [88] SenoRx, Inc. Board of Directors' Meeting Presentation, February 27, 2008, p. 33.

42.     SenoRx has invested significant resources in developing Contura, conducting pre-launch evaluations, and securing three patents on the product with additional patents pending.[89] SenoRx expects Contura to be a substantial contributor to the company's future growth and creation of revenue.[90]

Lost profits and market share for SenoRx will not be recoverable if a preliminary injunction is granted.

43.

44.     Hologic, on the other hand, will not experience any unrecoverable losses.   Any harm can be quantified and awarded as monetary damages upon completion of trial.  Also, unlike SenoRx, a small company with heavy dependence on the success of Contura, Hologic is a diversified corporation and "one of the world's largest companies focused on advanced technology in women's health" with little reliance on MammoSite sales.[94]  In fact, the overwhelming majority of Hologic's business is unrelated to MammoSite.  In Hologic's most recent fiscal quarter, ended

---

[89] "SenoRx Launches Contura MLB," Press Release, January 18, 2007; SenoRx, Inc. Form 10-Q for the period ended September 30, 2007, p. 15.

[90] SenoRx, Inc. Form 10-Q for the period ended September 30, 2007, p. 20.

[91]

[92] SenoRx, Inc. 2007 Operating Plan, pp. 10-11.

[93] Declaration of William Gearhart, Paragraph 21.

[94] "Hologic and Cytyc Complete Merger," Hologic 2007 News Release, October 22, 2007.

1    December 29, 2007, it reported MammoSite revenue of approximately $7.8 million.[95]    Hologic

2    total revenue during the period exceeded $371.4 million.[96]    MammoSite accounted for no more

3    than three percent of Hologic revenue.    Accordingly, it is not evident that changes in the level of

4    MammoSite sales, up or down, would significantly affect Hologic.

26    [95] Hologic, Inc. Form 10-Q/A (Amendment No. 1) for the period ended December 29, 2007, p. 39.

27    [96] Hologic, Inc. Form 10-Q/A (Amendment No. 1) for the period ended December 29, 2007, p. 4.

1   I declare under penalty of perjury that the foregoing is true and correct.

2

3   Dated: March 28th, 2008

4

5                                    _____
                                              Roy Weinstein
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

2

3

4    I, Kirsten Blue, declare:

5        I am and was at the time of the service mentioned in this declaration, employed in the
County of San Diego, California.  I am over the age of 18 years and not a party to the within
6    action.  My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

7        On March 28, 2008, I served a copy(ies) of the following document(s):

8    **DECLARATION OF ROY WEINSTEIN IN SUPPORT OF DEFENDANT
SENORX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A
9    PRELIMINARY INJUNCTION [REDACTED VERSION]**

10   on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

11       Henry C. Su (suh@howrey.com)              Attorneys for Plaintiffs
         Katharine L. Altemus (altemusk@howrey.com)   HOLOGIC, INC. CYTYC
12       HOWREY LLP                                CORPORATION and
         1950 University Avenue, 4th Floor         HOLOGIC LP
13       East Palo Alto, CA  94303
         Telephone:  (650) 798-3500
14       Facsimile:  (650) 798-3600

15       Matthew Wolf (wolfm@howrey.com)           Attorneys for Plaintiffs
         Marc Cohn (cohnm@howrey.com)              HOLOGIC, INC. CYTYC
16       HOWREY LLP                                CORPORATION and
         1229 Pennsylvania Avenue, NW              HOLOGIC LP
17       Washington, DC  20004
         Telephone:  (202) 783-0800
18       Facsimile:  (202) 383-6610

19   ☒   (BY ELECTRONIC MAIL)  I caused such document(s) to be sent via electronic mail
         (email) to the above listed names and email addresses.
20
     ☒   (BY CM/ECF)  I caused such document(s) to be sent via electronic mail through the Case
21       Management/Electronic Case File system with the U.S. District Court for the Northern
         District of California.

22

23       I declare under penalty of perjury under the laws of the United States that the above is true
     and correct, and that this declaration was executed on March 28, 2008.

24

25       _____
                     Kirsten Blue

26

27

28

CERTIFICATE OF SERVICE                                    CASE NO. C-08-0133 RMW (RS)

# Exhibit 1

Micronomics, Inc.
Forty-Sixth Floor
777 South Figueroa Street
Los Angeles, California 90017
Tel:  213 629 2655
Fax: 213 688 8899
www.micronomics.com

# MICRONOMICS
*Economic Research & Consulting*

## ROY WEINSTEIN
### President

**Prior Experience**

> Industrial Organization; Antitrust Economics; Patent Damages and the Valuation of Intellectual Property; Royalty Audits; Transfer Pricing; Employment Litigation; Alter Ego; Bankruptcy; Econometrics; Statistical Analysis; Surveys and Sampling; Damages Calculations

**Expert Testimony**

> U.S. District Courts (Alabama, Illinois, Wisconsin, Washington, Rhode Island, New York, California, Colorado, Missouri, Kansas, Arizona, Indiana, New Mexico, Oregon, Alaska, Georgia, Louisiana, Minnesota, Texas, Delaware, Virginia, Michigan)
>
> U.S. Bankruptcy Court
> State Courts (Arizona, California, Florida, Illinois, New Jersey, New York, Ohio, Washington)
> California Public Utilities Commission
> Texas Commissioner of Insurance
> American Arbitration Association
> Judicial Arbitration and Mediation Service
> Federal Trade Commission
> International Trade Commission
> Commodity Futures Trading Commission
> Provincial Division, Ontario, Canada
> International Court of Arbitration

**Consultant**

> United States Department of Justice, Antitrust Division
> Federal Trade Commission
> United States Internal Revenue Service
>
> Attorneys General for the States of Arizona, California, Connecticut, Florida, Idaho, Illinois, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oregon, Pennsylvania, Tennessee, Texas, Washington, Wisconsin
>
> Office of the Governor, State of California

**Roy Weinstein**                                                                                           **Page 2**

**Industry Experience**

| | |
|---|---|
| Aerospace | Insurance |
| Agriculture | Manufacturing |
| Automotive | Medical products and devices |
| Banking and financial services | Motion pictures |
| Biotechnology | Oil and gas |
| Chemicals | Paper |
| Cigare ttes | Pharmaceuticals |
| Computer hardware and software | Printing and publishing |
| Construction | Railroad |
| Consumer Electronics | Real estate |
| Energy | Securities |
| Entertainment | Semiconductors |
| Financial services | Sports |
| Food products | Steel |
| Forest products | Supermarkets |
| Gaming | Telecommunications |
| Health care | Transportation |
| Hotels | |

**Publications**

1.  "Industry Norms and Reasonable Royalty Rate Determination" (with Michelle Porter and Robert Mills), *les Nouvelles* (Licensing Executives Society), March 2008

2.  "Antitrust Aspects of Barriers to Entry" (with John D. Culbertson), *UCLA Law First Annual Institute on US and EU Antitrust Aspects of Mergers and Acquisitions* (UCLA School of Law), February 2004

3.  "An Analytical Solution to Reasonable Royalty Rate Calculations" (with William Choi), *The Journal of Law and Technology*, Vol. 41, No. 1, 2001

4.  "Valuing Patents and Intangible Assets in the Semiconductor Industry," *The Licensing Journal* (with Shane Huang), February 1999

5.  "Measuring Year 2000 Damages: A General Approach to Estimating Losses Caused by Non-Compliant Software," *Wall Street Lawyer*, May 1998

6.  "How U.S. Antitrust Can Be on Target: The Brand-Name Prescription Drug Litigation," *International Journal of the Economics of Business*, November 1997

7.  "Unfair Practices Act: The Problem of New Entrants" (with Gail Fruchtman), *Competition*, The Journal of the Antitrust and Trade Regulation Law Section of the State Bar of California, April 1994

8.  "Product Substitutes and the Calculation of Patent Damages" (with John Culbertson), *Journal of the Patent and Trademark Office Society*, November 1988

9.  "The Use of an Economic Expert in Criminal Antitrust Cases" (with Jeffrey Leitzinger), *Criminal Antitrust Litigation Manual* (American Bar Association), 1983

10. "Estimating Lost Sales, Profits: A Hypothetical Look at the Real Issue" (with Peter Max), *The National Law Journal*, February 1979

11.   **"Good Bids and Bad:  Can Economists Tell the Difference?"** *California State Bar Journal*, November/December 1978

12.   **"A Broad View of Collusion" (with Mark Stelnik),** *The Antitrust Bulletin*, Fall 1971

**Speeches**

1.   **"'The Art of Noticing' and What Makes for a Great Expert Witness," Law Seminars International, Effective Development & Presentation of Expert Testimony, Chicago, Illinois, September 2007**

2.   **"*Cel-Tech*, Unfair Competition and Intent," California's Unfair Competition Law after Prop. 64, 4th Annual Unfair Competition Law Program of The Antitrust and Unfair Competition Section of the State Bar of California, Omni Hotel, San Francisco, California, May 19, 2006**

3.   **"The Science of Economics and Challenges to Expert Testimony," Law Seminars International, Effective Development and Presentation of Expert Testimony, The Mid-America Club, Chicago, Illinois, March 21, 2006**

4.   **"Antitrust Aspects of Barriers to Entry" (with John D. Culbertson), UCLA First Annual Institute on US and EU Antitrust Aspects of Mergers and Acquisitions, Ritz-Carlton Hotel, Marina del Rey, Los Angeles, California, February 27 & 28, 2004**

5.   **"The Economic Impact of the Year 2000 Problem," The Year 2000 Computer Crisis: The Litigation Summit, Bonaventure Hotel, Los Angeles, January 1999**

6.   **"Valuing Intellectual Property," California Mandatory Continuing Legal Education Program, Los Angeles, January 1999**

7.   **"Valuing Intellectual Capital," 1999 Advanced Strategies for Knowledge Management, Valuation of Intellectual Capital Seminar, Los Angeles, August 1998 and New York City, September 1998**

8.   **Loss Prevention Programs, Trial of a Legal Malpractice Case, Attorneys' Liability Assurance Society, Inc., Southampton Princess Hotel, Bermuda, June 1998**

9.   **"Valuation of Intangible Assets: Economic Analysis v. Accounting Convention," Steering Committee, Litigation Section, California Society of Certified Public Accountants, May 1998**

10.  **"The Relationship Between Patent Damage Models and Antitrust Analysis," Antitrust Section, Los Angeles County Bar Association, March 1995**

11.  **Roundtable -- Cellular Regulation, State of California, Governor's Office of Planning and Research, Sacramento, California, July 1994**

12.  **California Mandatory Continuing Legal Education Program:**
     **"Valuing Intellectual Property," January 1994**
     **"Economic Efficiency and the Legal System," October 1993**

13.  **"An Economic Vision for Los Angeles," Los Angeles City Council, Community & Economic Development Program, April 1993**

14. "Assessing the Economic Impact of the BankAmerica-Security Pacific Bank Merger," UCLA Law School, Los Angeles, California, April 1992

15. Forum on Intellectual Property, sponsored by Micronomics, San Francisco, California, April 1991

16. "Calculating Damages in an Antitrust Case," Antitrust Section, Los Angeles County Bar Association, Los Angeles, California, November 1986

17. "What an Expert Expects from the Attorney," Association of Business Trial Lawyers, Maui, Hawaii, October 1986

18. "Proper and Improper Uses of an Economic Consultant," Antitrust Section, Los Angeles County Bar Association, Los Angeles, California, April 1985

19. "What Does an Economic Consultant Do in Antitrust Cases?" Antitrust Section, Los Angeles County Bar Association, Los Angeles, California, November 1981

20. "Vertical Price Restraints: The Uneasy Case for a Per Se Prohibition," Stanford University, National Association of Attorneys General, Palo Alto, California, August 1981

21. "Projection and Methods of Proof of Lost Profits By an Economist" (with Peter Max), American Bar Association Section of Litigation, Washington, D.C., November 1978

22. Panel–The Use of Experts in Corporate Litigation, Seminar sponsored by the New York Law Journal, New York, New York, November 1978

23. Panel–The Use of Experts in Corporate Litigation, Seminar sponsored by the New York Law Journal, San Francisco, California, October 1978

24. "Good Bids and Bad: Can Economists Tell the Difference?" Midwest Economics Association, Chicago, Illinois, April 1978

25. "The Impact of Urbanization on the Demand for Energy," Western Resources Conference, Denver, Colorado, July 1970

## Education

M.A., Economics, University of Chicago, 1967

B.B.A., *cum laude*, with Honors in Economics, City College New York, 1964

## Honors and Awards

Career Achievement Award, Business and Economics Alumni Society of City College, New York

Fellowship from U.S. Public Health Service, University of Chicago

Fellowship from Walgreen Foundation, University of Chicago

Higgons Award for academic excellence, City College New York

Berliner Award, City College New York

First Prize--State-wide competition sponsored by Industrial Relations Research Association, City College New York

**Affiliations**

American Economic Association

National Association for Business Economics

American Bar Association, Section of Antitrust Law

Los Angeles County Bar Association

Past President, University Synagogue, Los Angeles

Los Angeles Sports and Entertainment Commission Advisory Board

**MICRONOMICS**
777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/Trial | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 1. | The Cast Iron Pipe Antitrust Cases | U.S. District Court, Northern District of Alabama | No. 71-516 | Deposition Trial | May 1973 June 1973 | Plaintiff |
| 2. | U.S. Amsted Industries, Inc. and Glamorgan Pipe & Foundry Co. | U.S. District Court, Northern District of Illinois, Eastern Division | No. 71 C 3124 | Trial | December 1973 | Plaintiff |
| 3. | In the Matter of Retail Credit Corporation | Federal Trade Commission | 8920 | Hearing | May 1975 | Respondent |
| 4. | Washington Suburban Sanitary Commission v. U.S. Pipe & Foundry Co. | U.S. District Court, Northern District of Alabama, Southern District | No. 71-156 | Deposition Trial | December 1975 February 1976 | Plaintiff |
| 5. | American Micro-Systems, Inc. v. The Garrett Corp., et al. | Superior Court of the State of California, County of Los Angeles | No. C-30042 | Deposition Deposition | January 1976 February 1976 | Defendant |
| 6. | In the Matter of Boise Cascade, et al. | Federal Trade Commission | 8958 | Hearing | March 1976 | Respondents |
| 7. | In the Matter of Certain Welded Stainless Steel Pipe and Tube | International Trade Commission | Investigation 337-TA-29 | Hearing | September 1977 | Complainants |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 8. Globe-Union, Inc. v. UV Industries, Inc. | U.S. District Court, Eastern District of Wisconsin | No. 77-C-711 | Deposition Trial | March 1978 May 1978 | Plaintiff |
| 9. The Fed-Mart Corporation v. Nicholas Pellegrino, et al. | Superior Court of the State of California | No. 339 175 | Deposition Trial | June 1978 July 1978 | Plaintiff |
| 10. Granada de Nueva Andalucia, et al. v. Short, Cressman & Cable, et al. | Superior Court of the State of Washington at Seattle | No. 839555 | Deposition Deposition Trial | May 1979 June 1979 June 1979 | Defendant |
| 11. Tri-M Erectors, Inc. v. Bethlehem Steel Corp., et al. | U.S. District Court, Western District of Washington | No. C75-767M | Deposition Deposition Trial Trial | June 1979 August 1979 April 1980 June 1980 | Plaintiff |
| 12. Golob & Sons, Inc., et al. v. Schaake Packing Co., Inc., et al. | Superior Court of the State of Washington, County of King | No. 821-982 | Deposition | July 1979 | Plaintiff |
| 13. Levine Distributors, Inc. v. Sony Corporation, et al. | U.S. District Court, District of Rhode Island | No. 77-0109 | Deposition Trial | February 1980 February 1980 | Defendant |
| 14. Vernon F. Ball, et al. v. Stadelman Fruit, Inc., et al. | U.S. District Court, Eastern District of Washington | No. C-77-94 | Deposition Deposition | March 1980 February 1981 | Plaintiff |

MICRONOMICS

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 15. In Re Folding Carton Antitrust Litigation | U.S. District Court, Northern District of Illinois | MDL 250 | Deposition | July 1980 | Defendant |
| 16. Paul A. Simmons, et ux. et al. v. Roth Young Personnel Service, Inc., a New York corporation | U.S. District Court, Western District of Washington | No. C74-50S | Trial | July 1980 | Defendant |
| 17. Mendel Schwinner dba Supersonic Electronics Co. v. Sony Corp. of America and Sony Corp. | U.S. District Court, Eastern District of New York | No. 77-1275 | Deposition Trial | November 1980 November 1980 | Defendant |
| 18. The Bohack Corporation v. Iowa Beef Processors, Inc., et al. | U.S. District Court, Eastern District of New York | No. 77 C 1673 | Trial Trial | May 1981 May 1982 | Defendant |
| 19. Tuesday Productions, Inc. v. American Federation of Television and Radio Artists, et al. | U.S. District Court, Southern District of California | No. 78-0644-K(I) | Deposition Deposition Trial Trial | October 1981 March 1982 April 1982 May 1982 | Plaintiff |
| 20. Mail Company Liquidators, Inc. v. Toshiba Corporation and Toshiba America, Inc. | U.S. District Court, Southern District of California | No. 79-1925-G | Deposition Trial Trial | October 1981 November 1981 December 1981 | Defendant |

M I C R O N O M I C S
777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 21. | In the Matter of Monex International, Ltd. | Commodity Futures Trading Commission | No. 79-57 | Trial Trial | November 1981 June 1982 | Respondent |
| 22. | World of Sleep, Inc. v. La-Z-Boy Chair Co., et al. | U.S. District Court, District of Colorado | No. 79-C-1677 | Deposition Trial | January 1982 February 1982 | Defendant |
| 23. | Shoppin' Bag of Pueblo, Inc., et al. v. Dillon Companies, Inc. | U.S. District Court, District of Colorado | No. 81-Z-1548 | Deposition Deposition Trial | October 1982 November 1983 December 1983 | Defendant |
| 24. | The Walter Reade Organization, Inc. v. Columbia Pictures Industries, Inc., et al. | U.S. District Court, Southern District of New York | No. 82 Civ. 8566(JES) | Trial | July 1983 | Defendant |
| 25. | Northrop Corporation v. McDonnell Douglas Corporation | U.S. District Court, Central District of California | No. 79-4145-R | Deposition Deposition Deposition Deposition Deposition | December 1983 January 1984 February 1984 May 1984 February 1985 March 1985 | Plaintiff |
| 26. | Farley Transportation Co., Inc. v. The Santa Fe Trail Transportation Company, et al. | U.S. District Court, Central District of California | No. CV 79-03937 | Trial | January 1984 | Defendant |

**M I C R O N O M I C S**
777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 27. Eye Encounter v. Walter E. Heller Western, Incorporated | Superior Court of the State of California, County of Los Angeles | No. C 286 803 | Deposition | June 1984 | Defendant |
| 28. Central Telecommunications, Inc. v. TCI Cablevision, Inc., et al. | U.S. District Court, Western District of Missouri | No. 83-4068-CV-C-5 | Deposition Trial | September 1984 January 1985 | Defendant |
| 29. Alfred W. Hendricks, et al. v. Fuller-Western Motor Sales, Inc. | Superior Court of the State of California, County of Los Angeles | No. CA 000,714 | Deposition | January 1985 | Defendant |
| 30. Casa Leasing, Inc. v. Universal Gym Equipment, Inc., et al. | U.S. District Court, Central District of California | No. 82 4511 MRP (mcx) | Deposition Deposition | March 1985 July 1985 | Plaintiff |
| 31. General Poly Corporation v. Allied Corporation | U.S. District Court, District of Kansas | No. 82-2282 | Deposition Trial | July 1985 May 1987 | Plaintiff |
| 32. Smith International, Inc. v. Hughes Tool Company | U.S. District Court, Central District of California | No. 72-1231 HLH | Deposition Trial | October 1985 January 1986 | Plaintiff |
| 33. Washington Public Power Supply System v. Fischbach and Moore, Inc., et al. | U.S. District Court, Western District of Washington | No. C831134 | Deposition Deposition | October 1985 April 1986 | Plaintiff |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 34. Westronics Business Systems, Inc. v. Olivetti Corporation, et al. | U.S. District Court, District of Arizona | No. CIV 83-937 PHX PGR | Deposition | October 1985 | Defendant |
| 35. California Sound v. Sanyo Electric, Inc., et al. | Superior Court of the State of California, County of San Diego | No. 469468 | Deposition | December 1985 | Respondents |
| 36. E. Martinoni & Co. v. Julius Wile, et al. | American Arbitration Assn., City of San Francisco | | Hearing | March 1986 | Respondents |
| 37. Cooper v. American Honda Motor Co., et al. | Superior Court of the State of California, County of San Diego | No. 473513 | Deposition | May 1986 | Defendant |
| 38. Thurman Industries v. Pay 'N Pak Stores, Inc. | U.S. District Court, Western District of Washington at Seattle | No. C84-1171R | Deposition Deposition | August 1986 September 1987 | Plaintiff |
| 39. Powers v. Monarch | U.S. District Court, Northern District of Illinois, Eastern Division | No. 82 C 2599 | Deposition | September 1986 | Defendant |
| 40. Cushman & Wakefield of New Jersey, Inc. v. Connell Rice & Sugar Co., Inc., et al. | Superior Court of New Jersey, Law Division, Bergen County | No. L-046624-84 | Deposition | February 1987 | Defendant |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 41. Signal Printing, Inc. v. Didde Graphics Systems Corporation | U.S. District Court, Central District of California | No. CV-85-2716-JGD | Trial | March 1987 | Defendant |
| 42. Indiana Grocery Co., Inc. v. Super Valu Stores, Inc., et al. | U.S. District Court, Southern District of Indiana, Indianapolis Division | No. IP85-176C | Deposition | August 1987 | Defendant |
| 43. Bacchus Industries, Inc. v. Arvin Industries, Inc. | U.S. District Court, District of New Mexico | No. CIV 86-1222M | Deposition | November 1987 | Defendant |
| 44. General Communication, Inc. v. Alascom, Inc., et al. | U.S. District Court, Western District of Washington at Seattle | No. C84-523C | Deposition Deposition | November 1987 December 1987 | Plaintiff |
| 45. Cook Paint & Varnish Co. v. Cargill, Inc. | Circuit Court of Jackson County, Missouri at Kansas City | No. CV86-20089 | Deposition | January 1988 | Plaintiff |
| 46. Lee C. Ditzler and Paul H. Ditzler v. Texas Instruments, Inc., et al. | U.S. District Court, Northern District of California | No. C 864579 SAW | Deposition | January 1988 | Plaintiff |
| 47. Universal Frozen Foods Co. v. Lamb-Weston, Inc. | U.S. District Court, District of Oregon | No. 86-1212-RE | Deposition | March 1988 | Plaintiff |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 48. | Municipality of Anchorage, et al. v. Hitachi Cable, Ltd., etc., et al. | U.S. District Court, District of Alaska | No. A81-347 | Deposition | April 1988 | Plaintiff |
| 49. | Helix Ltd., et al. v. The Gillete Co. | U.S. District Court, Central District of California | No. 82 2567 MML | Deposition | October 1988 | Defendant |
| 50. | The Vollrath Co. v. Sammi Corp., et al. | U.S. District Court, Central District of California | No. CV 85-820 MRP (Kx) | Deposition Trial | February 1989 March 1989 | Defendant |
| 51. | Federal Trade Commission v. Red Foods, Inc., The Kroger Company | U.S. District Court, Northern District of Georgia | No. 1:89-CV-611-ODE | Deposition | April 1989 | Respondent |
| 52. | Fontana Pipe and Fabrication, Inc. v. Ameron, Inc. | U.S. District Court, District of Oregon | No. 88-954-PA | Deposition Deposition Trial | April 1989 September 1989 October 1989 | Plaintiff |
| 53. | In Re The Marriage of Sandra Nimoy and Leonard Nimoy | Superior Court of the State of California, County of Los Angeles | No. D 201 535 | Deposition | May 1989 | Petitioner |
| 54. | Tol-O-Matic v. Proma and Norgren, et al. | U.S. District Court, District of Colorado | No. 87-F-1985 | Deposition Trial | September 1989 October 1989 | Defendant |
| 55. | Empire Ownership Company, Ltd. v. Amir Development Co. | Superior Court of the State of California, County of Los Angeles | No. C 650 527 | Deposition | December 1989 | Plaintiff |

M I C R O N O M I C S

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 56. Harkins Amusement Enterprises, et al. v. General Cinema Corporation, et al. | U.S. District Court, District of Arizona | No. CIV-77-736 PHX CLH | Deposition | December 1989 | Defendant |
| 57. Betsey Grey v. Cineplex Odeon Corp., et al. | Superior Court of the State of California, County of Los Angeles | No. C 632 927 | Deposition | March 1990 | Defendant |
| 58. Interinsurance Exchange of the Automobile Club of Southern California v. Samuel P. Delug, et al. | U.S. District Court, Central District of California | No. CV-84-8651-MRP | Deposition | May 1990 | Plaintiff |
| 59. Swensen's v. Butcher | American Arbitration Assn., Phoenix AZ held at City of Palm Springs | | Hearing | May 1990 | Plaintiff |
| 60. Joslyn Manufacturing Co. v. Amerace Corporation | U.S. District Court, Northern District of Illinois | No. 89 C 5775 | Deposition Trial | August 1990 March 1991 | Plaintiff |
| 61. The Spound Co. v. Informatics General Corp., et al. | Superior Court of the State of California, County of Los Angeles | No. C 644220 | Deposition | August 1990 | Defendant |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 62. Coordinated Pretrial Proceedings in Petroleum Products Antitrust Litigation | U.S. District Court, Central District of California | MDL Docket No. 150 WPG, CV No. 75-2232-WPG | Deposition Deposition Trial | September 1990 July 1991 September 1991 February 1992 | Plaintiff |
| 63. In the Matter re White | Indio Superior Court of the State of California, County of Riverside | No. D-12039 | Trial | November 1990 | Respondent |
| 64. Zacky Foods and Zacky Farms v. Foster Farms, et al. | Superior Court of the State of California, County of Los Angeles | No. C 658496 | Deposition | December 1990 | Plaintiff |
| 65. The City of Long Beach v. Pacific Refining Co. | Superior Court of the State of California, County of Los Angeles | No. C 584 720 | Deposition Trial | December 1990 January 1991 | Plaintiff |
| 66. Alton Ochsner Medical Foundation v. Fischbach & Moore, Inc., et al. | U.S. District Court, Eastern District of Louisiana | No. 89-2353 | Deposition Trial | February 1991 March 1991 | Plaintiff |
| 67. Medical Designs, Inc. v. Smith & Nephew DonJoy, Inc. | U.S. District Court, Southern District of California | No. 88-1849-E (CM) | Deposition | October 1991 | Defendant |
| 68. United States of America v. Builders Fence Company, Inc., et al. | U.S. District Court, Northern District of California | No. CR91 0134 CAL. | Trial | October 1991 | Defendant |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 69. ORMCO v. Rocky Mountain Orthodontics | U.S. District Court, District of Colorado | No. 90-F-2231 | Deposition | October 1991 | Defendant |
| 70. River City v. Fleming Foods, et al.; Fong v. American Stores, et al. | Superior Court of California, County of Sacramento | No. 356853; No. 357754 | Deposition Trial Trial | March 1992 May 1992 March 1995 | Plaintiff |
| 71. Banner Engineering v. Tri-Tronics Company, Inc. | U.S. District Court, District of Minnesota, Fourth Division | No. 4-90 Civil 112 | Trial | April 1992 | Cross-Complainant |
| 72. Louisiana Power & Light v. Fischbach & Moore, et al. | U.S. District Court, Eastern District of Louisiana | No. 86-0594, Section E | Deposition Trial | May 1992 September 1992 | Plaintiff |
| 73. Apple Homes, Inc. v. Neil Landes, et al. | Superior Court of California, County of Los Angeles | No. C 748248 | Deposition | June 1992 | Defendant |
| 74. C.R. Bard, Inc. v. Interventional Technologies, Inc. | U.S. District Court, Southern District of California | No. 90-0847-E (CM) | Deposition Deposition Trial | August 1992 May 1993 September 1993 | Defendant |
| 75. Texas Instruments, Inc. v. Dell Computer Corp. | U.S. District Court, Northern District of Texas | No. CA-3-90-2086p | Deposition | September 1992 | Cross-Complainant |
| 76. Great American Consortium, Inc. v. Meredith Corp. | Superior Court of Arizona, County of Maricopa | No. CV91-02364 | Deposition Trial | October 1992 November 1992 | Defendant |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 77. | Crown Homes, Inc., et al. v. Neil Landes, et al. | Superior Court of California | No. BC009180 | Trial | December 1992 | Defendant |
| 78. | State of California, et al. v. Chevron, et al. | Superior Court for the State of California | No. C-587912 | Deposition Trial | January 1993 February 1993 | Plaintiff |
| 79. | Rohm & Haas Company v. Brotech Corp. | U.S. District Court, District of Delaware | No. 90-109-JJF | Deposition Trial | March 1993 May 1993 | Defendant |
| 80. | North Shore Towers Associates v. Lupton Manufacturing Co. | Supreme Court of the State of New York, County of New York | No. 06036/75 | Trial | March 1993 | Plaintiff |
| 81. | Imperial Resource Recovery Associates, L.P. v. Zurn Industries, Inc., et al. | Superior Court of the State of California, County of Imperial | No. 70138 | Deposition Trial | March 1993 May 1993 | Plaintiff/ Counter- Defendant |
| 82. | Lincoln National Life Insurance Co., et al. v. North American Life and Casualty Co., et al. | Superior Court of the State of California, City and County of San Francisco | No. 949451 | Deposition Deposition Deposition Trial | May 1993 November 1996 December 1996 February 1997 | Defendant |
| 83. | El Cajon Cinemas, Inc. v. American Multi-Cinema, Inc. | U.S. District Court, Southern District of California | No. 9000710B | Deposition Deposition | September 1993 October 1993 | Defendant |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

## ROY WEINSTEIN
*Prior Testimony*

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 84. | In Re Marriage of Didi Anthony Yamagata and Hiromichi Yamagata | Superior Court of the State of California | No. BD 034418 | Trial | November 1993 | Defendant |
| 85. | Multistate Legal Studies, Inc. v. Harcourt Brace Jovanovich Legal and Professional Publications, Inc., et al. | U.S. District Court, District of Colorado | No. 92-Z-2330 | Deposition | December 1993 | Defendant |
| 86. | American Professional Testing Service, Inc. v. Harcourt Brace Jovanovich Legal and Professional Publications, Inc. | U.S. District Court, Central District of California | No. CV92-3107-KLH (Bx) | Deposition Trial | March 1994 May 1994 | Defendant |
| 87. | Thompson Everett, Inc. v. National Cable Advertising, L.P., Cable Networks, Inc. and Cable Media Corporation | U.S. District Court, Eastern District of Virginia | No. 3:93CV452 | Deposition | March 1994 | Plaintiff |
| 88. | Investigation of the Commission's Own Motion Into the Regulation of Cellular Radiotelephone Utilities | Public Utilities Commission, State of California | I.88-11-040 | Hearing | May 1994 | Intervenor |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 89. United Farmers Agents Association, Inc. v. Farmers Insurance Exchange, et al. | U.S. District Court, Western District of Texas, Austin Division | No. A92-CA-373 JN | Deposition | October 1994 | Defendants |
| 90. Brenco, Incorporated, et al. v. Roller Bearing Industries, Inc. | U.S. District Court, Eastern District of Virginia, Richmond Division | No. 3-94CV388 | Deposition Trial | January 1995 January 1995 | Defendant |
| 91. Gen-Probe, Inc. v. MicroProbe Corp. | U.S. District Court, Southern District of California | No. 93-768 H (BTM) | Deposition | January 1995 | Defendant |
| 92. Cel-Tech Communications, Inc., Comtech, Inc., Cellular Service, Inc., Nutek, Inc. v. Los Angeles Cellular Telephone Company, Affordable Portables, et al. | Superior Court of California, County of Los Angeles, Southeast District | No. VC 015535 | Deposition Trial | January 1995 February 1995 | Plaintiffs |
| 93. Goldenwest Cellular Corp. v. Los Angeles Cellular Telephone Company, PacTel Cellular, et al. | Superior Court of the State of California for the County of Orange | No. 715472 | Deposition Deposition | February 1995 March 1995 | Plaintiff |

MICRONOMICS

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 94. Noise Reduction, Inc. v. NORDAM, Pratt & Whitney Group, The Boeing Company, et al. | U.S. District Court for the Northern District of Illinois, Eastern Division | No. 90 C 6497 | Deposition | March 1995 | Defendants |
| 95. BGB Pet Supply, Inc. v. Nutro Products, Inc. | U.S. District Court, Eastern District of Michigan | No. 91-CV-77196-DT | Deposition Trial | July 1995 December 1995 | Defendant |
| 96. So. Calif. Physicians Insurance Exchange v. William Kirksey & Associates Agency, Inc., William Kirksey, et al. | Superior Court of the State of California, County of Los Angeles | No. BC 088 821 | Deposition Trial | July 1995 October 1995 | Defendants |
| 97. In Re Brand Name Prescription Drugs Antitrust Litigation | U.S. District Court, Northern District of Illinois | No. 94 C 897 | Deposition Deposition Deposition | October 1995 May 2000 December 2000 | Plaintiffs |
| 98. Michael A. Lobatz, M.D., et al. v. Airtouch Cellular Company and U.S. West Cellular of California, Inc. | U.S. District Court, Southern District of California | No. 941311 IEG (AJB) Class Action | Deposition | December 1995 January 1996 | Plaintiffs |
| 99. Cellular Activators, et al. v. L.A. Cellular, et al. | Orange County Superior Court | No. 729278 | Deposition | March 1996 | Plaintiffs |
| 100. Steven G. Mihaylo v. Bank of America, Arizona | Superior Court of the State of Arizona, County of Maricopa | No. CV 93-16018 | Deposition | August 1996 | Plaintiff |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 101. JJIS Division of Ethicon v. Cook Incorporated v. Julio C. Palmaz | U.S. District Court, Southern Dist. of Indiana, Indianapolis | No. IP 95-1262-C (T/G) | Deposition | December 1996 | Defendant |
| 102. Applied Medical Resources Corp v. United States Surgical Corp. | U.S. District Court, Eastern District of Virginia, Alexandria Division | No. 96-1217A | Deposition Trial | January 1997 April 1997 | Plaintiff |
| 103. In Re: Circuit Breaker Litigation | U.S. District Court, Central District of California | No. CV-88-3012-RS (TX) | Deposition | February 1997 | Defendants |
| 104. Arthur Garabedian, dba Western Mobile Telephone Company v. Los Angeles SMSA Limited Partnership, et al. | State of California, Orange County Superior Court | No. 721144 | Deposition | March 1997 | Plaintiff |
| 105. Lou Ann Foley v. Farmers Insurance Group, et al. | State of California, Los Angeles County Superior Court | No. LC 021228 | Trial | April 1997 | Defendants |
| 106. Mark Saunders and Ann Saunders, dba Cima-Tech Depositions, et al. v. California Reporting Alliance, et al. | Superior Court of the State of California, County of Los Angeles | No. BC 072 147 | Deposition Trial | August 1997 January 1998 | Defendant |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 107. Compton Commercial Development Renaissance Plaza Company v. East Coast Foods, Inc. | State of California, County of Los Angeles, Superior Court, Central District | No. BC 119593 | Deposition Trial | September 1997 November 1997 | Plaintiff |
| 108. Trend Offset Printing v. Gruner & Jahn Printing & Publishing Co., et al. | Superior Court of the State of California, County of Riverside | No. 258927 | Deposition Deposition | October 1997 December 1997 | Defendant |
| 109. In the Matter of Pace Healthcare Management and Actuarial Sciences Associates, Inc. | American Arbitration Assn., held in Los Angeles, CA | | Deposition Hearing | November 1997 February 1998 | Defendant |
| 110. Food Additives (HFCS) Cases | Superior Court of California, Stanislaus County | No. 39693 | Deposition | January 1998 | Plaintiffs |
| 111. Charles A. Pancerzewski v. Microsoft Corporation | U.S. District Court, Western District of Washington at Seattle | No.C97-293 D | Deposition | April 1998 | Plaintiff |
| 112. SRAM Corporation v. Shimano, Inc., et al. | U.S. District Court, Central District of California | No. SACV 96-208 GLT (EEx) | Deposition Trial | August 1998 December 1999 | Plaintiff |
| 113. Harris Corporation, et al. v. Mosel Vitelic Corporation | U.S. District Court, Eastern District of Virginia, Alexandria Division | No. CA 98-209-A | Deposition | September 1998 | Defendant |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 114. NEC Corporation v. Hyundai Electronics Industries & Hyundai Electronics America | U.S. District Court, Eastern District of Virginia, Alexandria Division | Nos. CA-97-1967-A, CA-97-1968-A, CA-97-1969-A | Deposition | September 1998 | Defendant |
| 115. Mailers Data Services, Inc., et al. v. Siemens Nixdorf Printing Systems, et al. | Circuit Court for Pinellas County, Florida | No. 96-7077-CI-8 | Deposition | October 1998 | Plaintiffs |
| 116. Rancho Disposal Service, Inc. et al. v. Western Waste Industries, et al. | Superior Court of California, County of San Bernardino | No. SCV 14473 | Deposition Deposition Deposition | December 1998 January 1999 March 1999 | Defendant |
| 117. adidas America, Inc. v. National Collegiate Athletic Association | U.S. District Court, District of Kansas, Kansas City Division | No. 98-2510 GTV | Deposition Trial | January 1999 February 1999 | Plaintiff |
| 118. Texas Instruments, Inc. v. Hyundai Electronics Industries Co., Ltd. | U.S. District Court, Eastern District of Texas | Nos. 2:98 cv 0073, 74, 77 | Deposition Trial Trial | January 1999 March 1999 April 1999 | Defendant |
| 119. Ronald S. Haft v. Michael R. Klein, et al. | Superior Court of the District of Columbia, Civil Division | No. CA 94-99-04 | Deposition | April 1999 | Defendant |
| 120. Surgin Surgical Instrumentation, Inc. v. Truck Insurance Exchange | Superior Court of California, County of Orange | No. 662216 | Deposition Trial | June 1999 August 1999 | Defendant |

**MICRONOMICS**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 121. Harris Corp. v. Macronix International Co., Ltd. and Winbond Electronics Corp. | U.S. District Court, Eastern District of Virginia, Alexandria Division | No. 98-1592-A | Deposition | July 1999 | Defendant |
| 122. J. Gregory Brown & Co., Inc. et al. v. National Life Insurance Co., et al. | U.S. District Court, Central District of California | No. CV 98-3935 WJR | Deposition | July 1999 | Defendant |
| 123. Her Majesty the Queen v. Balance Group International Trading, Inc. | Ontario (Canada) Court, Provincial Division | | Trial | August 1999 | Defendant |
| 124. Michael Conway & Raymond Nakano v. America West Holdings, et al. | Superior Court of the State of Arizona, County of Maricopa | No. CV 97-17555 | Deposition | September 1999 | Plaintiffs |
| 125. In the Matter of Private Passenger and Commercial Automobile Insurance Benchmark Rates | Texas State Office of Administrative Hearings, Commissioner of Insurance | No. 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.G | Hearing | August 1999 | Respondent |
| 126. Park Electrochemical Corp. v. Delco Electronics Corp., et al. | U.S. District Court, District of Arizona | No. CIV 98-0777 EHC | Deposition Trial | September 1999 November 2000 | Plaintiff |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 127. Coordination Proceeding Special Title (Rule 1550(b)), Sanitary Paper Cases I and II | Superior Court of the State of California, County of San Francisco | Nos. 4019 & 4027, Master File No. 986984 | Deposition | October 1999 | Plaintiff |
| 128. Charles Knox v. Microsoft Corp. | Superior Court, State of Washington, County of King | No. 95-2-11369-9 SEA | Deposition Deposition | November 1999 December 1999 | Plaintiff |
| 129. Avery Dennison Corp. v. ACCO Brands, Inc., et al. | U.S. District Court, Central District of California, Western Division | No. CV 99-01877 DT (Mcx) | Deposition | December 1999 | Defendant |
| 130. Ace Foods, Inc. v. Jays Foods | Circuit Court of Cook County, Illinois County Dept., Law Division | No. 97 L 09102 | Deposition Trial | January 2000 June 2000 | Plaintiff |
| 131. Sonus Pharmaceuticals, Inc., et al. v. Molecular Biosystems, et al. | U.S. District Court, Western District of Washington | No. C97-1273R | Deposition | January 2000 | Defendant |
| 132. Steven Jiles v. Southern California Gas Co., et al. | U.S. District Court, Central District of California | No. CV 99-00520 TJH (RNBx) | Deposition | June 2000 | Defendant |
| 133. Applied Medical Resources Corp. v. Core Dynamics, Inc. | U.S. District Court, Central District of California, Southern Division | No. SACV 99-748-DOC (Anx) | Deposition Trial | August 2000 January 2002 | Plaintiff |

**M I C R O N O M I C S**
777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 134. PepsiCo, Inc. v. Central Investment Corp., et al. | U.S. District Court, So. District of Ohio, Western Division | No. C-1-98-389 | Deposition | November 2000 | Plaintiff |
| 135. Ortho-McNeil Pharmaceutical, Inc. v. Barr Laboratories, Inc. | U.S. District Court, District of New Jersey | No. 99-CV-00235 (GEB) | Deposition Deposition | November 2000 December 2000 | Defendant |
| 136. Applied Medical Resources Corp. v. U.S. Surgical Corp. | U.S. District Court, Central District of California, Santa Ana Division | No. SACV 99-625-AHS (EEx) | Deposition Trial | December 2000 July 2004 | Plaintiff |
| 137. Oakland Raiders v. National Football League | Superior Court of the State of California, County of Los Angeles | No. BC 206 388 | Deposition Trial | January 2001 April 2001 | Plaintiff |
| 138. Acres v. Mikohn Gaming et al | U.S. District Court for the District of Nevada | No. CV-S-97-1383 | Deposition Trial | January 2001 March 2001 | Defendant |
| 139. Cargill v. LGX, L.L.C. | U.S. District Court, Eastern District of Pennsylvania | No. 00-CV-4252 | Deposition | February 2001 | Plaintiff |
| 140. Raymond Verdin, et al. v. Falcon. | U.S. District Court for the Southern District of Texas Galveston Division | No. G-00-488 | Deposition | April 2001 | Plaintiff |

**MICRONOMICS**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 141. Rose M. Bell et al. v. Farmers Insurance Exchange | Superior Court of the State of California, County of Alameda | No. 774013-0 | Deposition Trial | May 2001 July 2001 | Defendant |
| 142. R. J. Reynolds Tobacco Co. v. Philip Morris, Inc. | U.S. District Court for Middle District of N. Carolina | No. I-99CV-00185 | Deposition | July 2001 | Plaintiff |
| 143. Modesto City Schools et al. v. Riso Kagaku et al. | U.S. District Court Eastern District of California | No. CIV.S-99-2214 DFL DAD | Deposition | August 2001 | Plaintiff |
| 144. PepsiCo, Inc. v. Marion Pepsi-Cola Bottling, Co. | U.S. District Court, Southern District of Illinois | No. 00-229-DRH | Deposition | September 2001 | Plaintiff |
| 145. Inter-Tel, Inc. v. Bank of America | Superior Court of the State of Arizona, County of Maricopa | No. CV 96-00867 | Deposition Deposition Arbitration | December 2001 January 2002 January 2002 | Plaintiff |
| 146. Citizens Telecommunications Company of the White Mountains, et al. v. Arizona Department of Revenue, et al. | Superior Court of the State of Arizona, Arizona Tax Court | No. TX 98-00716 (Consolidated) | Deposition | January 2002 | Defendant |
| 147. International Rectifier Corporation v. IXYS Corporation and Does 1-10 | U.S. District Court, Central District of California | No. CV-00-06756-R | Deposition Trial Deposition Trial | January 2002 July 2002 July 2005 October 2005 | Defendants |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 148. E.M.P.P., Inc. v. Bank One Corporation | American Arbitration Assn., City of Columbus, Ohio | No. 25 148 00086 01 | Arbitration | April 2002 | Plaintiff |
| 149. Ortho-McNeil Pharmaceutical, Inc. v. Barr Laboratories, Inc. | U.S. District Court, District of New Jersey | No. 00-CV-2805 (GEB) | Deposition | April 2002 | Defendant |
| 150. Twentieth Century Fox Film Corporation v. Marvel Enterprises, Inc., et al. | U.S. District Court, Southern District of New York | No. 01 CV 3016 (AGS) | Deposition | September 2002 | Plaintiff |
| 151. James R. Strawn v. Sony Pictures Entertainment, Inc., et al. | U.S. District Court, Southern District of Texas Houston Division | No. 01-CV-2853 | Deposition | September 2002 | Plaintiff |
| 152. Joel E. Zawikowski, et al. v. Beneficial National Bank, et al. | U.S. District Court, Northern District of Illinois Eastern Division | No. 98 C 2178 | Hearing | October 2002 | Plaintiffs |
| 153. Tim Lahaye v. Namesake Entertainment, et al. | U.S. District Court, Central District of California | No. CV 00-08306 TJH (RZx) | Deposition Trial | November 2002 October 2003 | Defendants |
| 154. Petsmart, Inc. v. Datatec Systems, Inc. | Superior Court of Arizona, Maricopa County | No. CV 2000-017581 | Deposition Trial | January 2003 August 2003 | Plaintiffs |
| 155. Roberta Todd, et al. v. Exxon Corporation, et al. | United States District Court Southern District of New York | No. 97 Civ. 04557 (JES) | Deposition | February 2003 | Plaintiffs |

**MICRONOMICS**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 156. MercExchange v. Ebay, Inc., Half com and Returnbuy, Inc. | Eastern District of Virginia, Norfolk Division | No. 2:01-CV-736 | Trial | May 2003 | Plaintiffs |
| 157. Glaxo Group Ltd. and Glaxo Wellcome Inc. v. Ranbaxy Laboratories, Inc. | United States District Court for the District of New Jersey | No. 00-5172 MLC | Deposition | June 2003 | Defendants |
| 158. Pharmacia Corp v. Par Pharmaceutical, Inc. | United States District Court for the District of New Jersey | No. 01-CV-6011 | Deposition | September 2003 | Defendants |
| 159. GM Daewoo Auto & Technology Company v. Daewoo Motor America | United States Bankruptcy Court Central District of California Los Angeles Division | No. LA02-24411.BB | Deposition Hearing | September 2003 October 2003 | Plaintiffs |
| 160. Aero Products Int'l, Inc. v. Intex Recreation Corp., Wal-Mart Stores and Quality Trading | United States District Court Northern District of Illinois Eastern Division | No. 02 C 2590 | Deposition Trial | October 2003 February 2004 | Defendants |
| 161. Tristrata Technology, Inc. v. ICN Pharmaceuticals, Inc. | United States District Court for the District of Delaware | No. 01-150-JJF | Trial | November 2003 | Defendants |
| 162. Mary Beck, et al. v. The Boeing Company, et al. | United States District Court Western District of Washington at Seattle | No. C00-0301P | Deposition | December 2003 | Plaintiffs |

**M I C R O N O M I C S**
777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 163. John Doe I, et al. v. Unocal Corporation, Union Oil Company of California, John Imle, and Roger C. Beach, John Roe III, et al. v. Unocal Corporation and Union Oil Company of California. | Superior Court of the State of California for the County of Los Angeles | No. BC237980 No. BC237679 | Deposition | January 2004 | Defendants |
| 164. Veritec, Inc. v. Mitsubishi Corporation | International Court of Arbitration International Chamber of Commerce | No. 11944/TE/MW Arbitration | | August 2004 | Defendants and Counterclaimants |
| 165. Southern California Gas Co. v. Ingersoll-Rand Energy Systems | American Arbitration Association | No. 72 198 00502 04 VSS | Deposition Trial | January 2005 February 2005 | Plaintiff |
| 166. Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH v. Rambus, Inc. | United States District Court for the Northern District of California San Jose Division | No. CV 00-20905 RMW | Deposition Deposition Trial Deposition Trial | February 2005 December 2005 April 2006 September 2007 March 2008 | Plaintiff |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 167. People of the State of California v. Econolite Control Products, Inc., a California Corporation, and DOES 1 through 100, inclusive. | United States District Court Central District of California | No. BC 314141 | Deposition Trial | June 2005 August 2005 | Plaintiff |
| 168. Tag-It Pacific, Inc. v. Pro-Fit Holdings, Ltd. | United States District Court Central District of California | No. CV04-2694 LGB | Deposition | September 2005 | Plaintiff |
| 169. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson Pharmaceutical Research & Development, LLC v. Barr Laboratories, Inc. | United States District Court for the District of New Jersey | No. 03-4678 (SRC) | Deposition | January 2006 | Defendant |
| 170. In Re Dynamic Random Access Memory (DRAM) Antitrust Litigation | United States District Court Northern District of California | No. M-02-1486 PJH | Deposition | October 2006 | Defendant |
| 171. Affymetrix, Inc. v. Illumina, Inc. | United States District Court for the District of Delaware | No. 04-901 JJF | Deposition | November 2006 | Defendant |
| 172. In the Matter of: Certain Wireless Communication Equipment, Articles Therein, and Products Containing the Same. | United States International Trade Commission Washington D.C. | No. 337-TA-577 | Deposition | May 2007 | Respondent |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 173. Visto Corporation v. Microsoft Corporation | United States District Court for the Eastern District of Texas Marshall Division | No. 2:05-CV-546 (DJF) | Deposition | June 2007 | Plaintiff |
| 174. State of Arizona v. Autozone, Inc. | Superior Court of the State of Arizona in and for the County of Maricopa | No. CV2006-010186 | Deposition Deposition | July 2007 August 2007 | Plaintiff |
| 175. Camino Palmero West, LLC v. Cahuenga Ivar Associates, et al | Superior Court of the State of California for the County of Los Angeles | No. BC 334 740 | Deposition Trial | July 2007 September 2007 | Plaintiff |
| 176. Boehringer Ingelheim International GmbH et al v. Barr Laboratories, Inc. | United States District Court for the District of Delaware | No. 05-700-(KAJ) | Deposition Trial | September 2007 March 2008 | Defendant |
| 177. Medtronic AVE, Inc., Medtronic, Inc., and Medtronic USA, Inc., v. Cordis Corporation | United States District Court for the Eastern District of Texas Marshall Division | No. 2:03-CV-212 TJW | Deposition | November 2007 | Plaintiff |

**M I C R O N O M I C S**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 178. Medtronic Vascular, Inc., Medtronic, USA, Inc., Medtronic, Inc. and Medtronic Vascular Galway, Ltd. v. Boston Scientific Corp., Scimed Life Systems, Inc. and Boston Scientific Scimed, Inc. | United States District Court for the Eastern District of Texas Marshall Division | No. 2:06-CV-78 | Deposition | March 2008 | Plaintiff |

# Exhibit 2

## SUMMARY OF MATERIALS CONSIDERED

| Description | Bates Range |
|---|---|
| **PLEADINGS AND FILINGS** | |
| 1.  Complaint for Patent Infringement Seeking Damages and Injunctive Relief. | N/A |
| 2.  Plaintiffs' Notice of Motion and Motion for Preliminary Injunction. | N/A |
| **DECLARATIONS** | |
| 1.  Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction. | N/A |
| 2.  Declaration of William F. Gearhart in Support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction | |
| 3.  Declaration of Douglas Arthur, M.D. in Support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction | |
| 4.  Declaration of Philip Z. Israel, M.D. in Support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction | |
| **DEPOSITIONS** | |
| 1.  Deposition of Glenn Magnuson, March 18, 2008 (redacted). | N/A |
| **LEGAL FRAMEWORK** | |
| 1.  *Hybritech, Inc. v. Abbott Laboratories*, 4 U.S.P.Q. 2d 1001 (1987). | N/A |
| 2.  *Hybritech Inc. v. Abbott Laboratories*, 849 F. 2d 1446 (1988). | N/A |
| 3.  *Nutrition 21 v. U.S.*, 930 F.2d 871  18 U.S.P.Q.2d (BNA) 1347 (Fed.Cir. 1991). | N/A |
| 4.  *Eli Lilly and Company v. American Cyanamid Company*, 896 F. Supp. 851 (S.D Ind. 1995). | N/A |
| 5.  *Collagenex Pharmaceuticals, Inc., et al. v. Ivax Corporation, et al.*, 375 F.Supp.2d 120 (E.D. N.Y. 2005). | N/A |
| 6.  *Giantceutical, Inc. v. Ken Mable Inc., et al.*, 356 F. Supp. 2d 374 (2005). | N/A |
| **PATENTS** | |
| 1.  U.S. Patent No. 6,413,204, Issued July 2, 2002. | SRX-HOL00000007-00000017 |
| 2.  U.S. Patent No. 6,482,142, Issued November 19, 2002. | SRX-HOL00000018-00000027 |
| **LICENSE AGREEMENTS** | |
| 1.  Cytyc-Xoft Settlement Agreement License and Mutual Release | HOLOGIC 0047845-63 |
| **SENORX INTERNAL DOCUMENTS** | |
| 1.  SenoRx, Inc. 2007 Operating Plan. | SRX-HOL00002049-00002186 |
| 2.  SenoRx Initial Public Offering Presentation, March 2007. | SRX-HOL00002187-00002223 |
| 3.  SenoRx, Inc. Board of Directors' Meeting Presentation, June 14, 2007. | SRX-HOL00001504-00001664 |
| 4.  SenoRx, Inc. Board of Directors' Meeting Presentation, September 26, 2007. | SRX-HOL00001665-00001774 |
| 5.  SenoRx, Inc. Board of Directors' Meeting Presentation, December 20, 2007 and General Session Presentation of 2008 Operating Plan. | SRX-HOL00001775-00001954 |
| 6.  Fourth Quarter/FY 2007 Conference Call Notes, February 19, 2008. | SRX-HOL00003380-00003397 |
| 7.  SenoRx, Inc. Board of Directors' Meeting Presentation, February 27, 2008. | SRX-HOL00001955-00002048 |
| 8.  Brachytherapy Sales Report | SRX-HOL00003362-00003379 |

## SUMMARY OF MATERIALS CONSIDERED

| Description | Bates Range |
|---|---|
| **ANALYST REPORTS** | |
| 1.  Cowen and Company, SenoRx Inc, December 21, 2007. | SRX-HOL00002431-00002440 |
| 2.  Canaccord Adams, SenoRx, January 17, 2008. | SRX-HOL00002441-00002450 |
| 3.  Canaccord Adams, Hologic, February 1, 2008. | SRX-HOL00002451-00002458 |
| 4.  Jeffries & Company, Inc., Hologic, February 1, 2008. | SRX-HOL00002459-00002465 |
| 5.  Canaccord Adams, SenoRx, February 15, 2008. | SRX-HOL00002341-00002352 |
| 6.  Pacific Growth Equities, SenoRx, Inc., February 15, 2008. | SRX-HOL00002402-00002411 |
| 7.  Canaccord Adams, SenoRx, February 19, 2008. | SRX-HOL00002353-00002358 |
| 8.  Citigroup Global Markets Equity Research, SenoRx Inc, February 19, 2008. | SRX-HOL00002371-00002388 |
| 9.  Cowen and Company, SenoRx Inc, February 19 2008. | SRX-HOL00002389-00002392 |
| 10. Factset: Callstreet, Raw Transcript, SenoRx, Inc. Q4 2007 Earnings Call, February 19, 2008. | SRX-HOL00002326-00002340 |
| 11. Soleil Neponset Equity Research, SenoRx, February 19, 2008. | SRX-HOL00002424-00002430 |
| 12. Canaccord Adams, SenoRx, February 20, 2008. | SRX-HOL00002359-00002370 |
| 13. Cowen and Company, SenoRx Inc, February 20, 2008. | SRX-HOL00002393-00002401 |
| 14. Pacific Growth Equities, SenoRx, Inc., February 20, 2008. | SRX-HOL00002412-00002423 |
| **SENORX WEBSITE** | |
| 1.  "SenoRx Granted New Patents for Partial Breast Radiation Balloon," Press Release, January 6, 2006. | SRX-HOL00002468 |
| 2.  "SenoRx Announces 510(k) Clearance for its Multi-Lumen Radiation Balloon," Press Release, May 23, 2007. | SRX-HOL00002476-00002477 |
| 3.  "SenoRx Announces Additional Patent Granted for Radiation Balloon," Press Release, June 18, 2007. | SRX-HOL00002478 |
| 4.  "SenoRx Announces First Uses of its Multi-Lumen Radiation Balloon; Company Records First Commercial Sales of New Product," Press Release, June 28, 2007. | SRX-HOL00002479 |
| 5.  "SenoRx Named as One of the Fastest Growing Companies in North America on Deloitte's 2007 Technology Fast 500," Press Release, October 30, 2007. | SRX-HOL00002480-00002481 |
| 6.  "SenoRx Report Third Quarter 2007 Results," Press Release, November 13, 2007. | SRX-HOL00002482-00002486 |
| 7.  "SenoRx Provides Initial Estimate for 2008 Revenue," Press Release, December 20, 2007. | SRX-HOL00002466-00002467 |
| 8.  "SenoRx Launches Contura MLB," Press Release, January 17, 2008. | SRX-HOL00002469-00002470 |
| 9.  Contura Multi-Lumen Balloon, SenoRx Treatment. | SRX-HOL00002520 |
| 10. "SenoRx Reports Revenue Growth of 43.2 Percent in Q4 2007 Compared with Q4 2006," Press Release, February 19, 2008. | SRX-HOL00002471-00002475 |

SUMMARY OF MATERIALS CONSIDERED

| Description | Bates Range |
| --- | --- |

*SENORX SEC FILINGS*

1. SenoRx, Inc. Form S-1/A (Amendment No. 3) Registration Statement, filed February 21, 2007. — SRX-HOL00002525-00002756

2. SenoRx, Inc. Form 10-Q for the period ended September 30, 2007. — SRX-HOL00002757-00002791

*HOLOGIC WEBSITE*

1. "Hologic and Cytyc Complete Merger," Press Release, October 22, 2007. — SRX-HOL00002489

2. "Hologic Announces First Quarter Fiscal 2008 Operating Results," January 31, 2008. — SRX-HOL00002493-00002500

*HOLOGIC AND CYTYC SEC FILINGS*

1. Cytyc Corporation Form 10-K/A (Amendment No. 2) for the fiscal year ended December 31, 2006. — SRX-HOL00002934-00003034

2. Cytyc Corporation Form 10-Q for the period ended June 30, 2007. — SRX-HOL00002864-00002933

3. Cytyc Corporation Form 8-K filed August 15, 2007, Exhibit 99.1, Press Release dated August 15, 2007, "Cytyc and Xoft Settle Intellectual Property Dispute." — SRX-HOL00002490-00002492

4. Hologic, Inc. Form 10-K for the fiscal year ended September 29, 2007. — SRX-HOL00003035-00003267

5. Hologic, Inc. Form 10-Q/A (Amendment No. 1) for the period ended December 29, 2007. — SRX-HOL00002792-00002863

*INDUSTRY RESEARCH*

1. "Proxima Therapeutics Announces FDA Clearance of MammoSite RTS, a Tumor Site-Specific Radiation Therapy System for Breast Cancer," BW HealthWire, May 6, 2002. — SRX-HOL00002509-00002510

2. "North American Scientific Announces FDA Clearance of Low-Dose Breast Brachytherapy Product Company Plans to Launch in November 2006," North American Scientific Press Release, April 25, 2006. — SRX-HOL00002515-00002516

3. "Partial-Breast Irradiation Therapy with MammoSite Appears to Offer Similar Results as Whole-Breast Irradiation Therapy," American Society of Oncology Annual Meeting, June 2006, Abstract as presented on www.breastcancer.org. — SRX-HOL00002517-00002519

4. "Momentum for Xoft's Electronic Brachytherapy Grows with Six Papers Accepted for Presentation at AAPM," Xoft Press Release, July 25, 2006. — SRX-HOL00002502-00002503

5. "North American Scientific Introduces ClearPath at ASTRO," North American Scientific Press Release, November 8, 2006. — SRX-HOL00002501

6. "North American Scientific Announces FDA Clearance of its ClearPath HDR Breast Brachytherapy System," North American Scientific Press Release, November 14, 2006. — SRX-HOL00002513-00002514

7. "Accelerated Partial Breast Irradiation as Sole Radiotherapy After Breast-Conserving Surgery for Early Stage Breast Cancer," Blue Cross and Blue Shield Association Technology Evaluation Center Assessment Program, Volume 22, No. 4, August 2007. — SRX-HOL00003270-00003303

8. Axxent Electronic Brachytherapy System, Axxent Balloon Applicator, Xoft, Inc. website, www.xoftinc.com. — SRX-HOL00003268-00003269

9. "North American Scientific Will Divest NOMOS Business and Focus Exclusively on Brachytherapy," North American Scientific Press Release, August 3, 2007. — SRX-HOL00002512

10. "Cianna Medical Will Continue Innovation in SAVI Breast Brachytherapy Begun by BioLucent," Cianna Medical Press Release, September 20, 2007. — SRX-HOL00002487-00002488

11. "Breast Cancer: Statistics on Incidence, Survival, and Screening," Imaginis, The Women's Health Resource, www.imaginis.com. — SRX-HOL00003304-00003308

12. "North American Scientific Announces First ClearPath-HDR Clinical Experience," North American Scientific Press Release, September 28, 2007. — SRX-HOL00002508

13. "SAVI Produces Promising Results, Doctors Report at ASCO Meeting," Cianna Medical Press Release, October 9, 2007. — SRX-HOL00002523-00002524

14. "SAVI Breast Brachytherapy Reaches 100-Patient Milestone," Cianna Medical Press Release, October 22, 2007. — SRX-HOL00002521-00002522

15. "SAVI Applicator for Breast Brachytherapy May Optimize Treatment and Spare Healthy Tissue, Study Finds," Arizona Oncology Services Press Release, October 25, 2007. — SRX-HOL00003309-00003310

16. "North American Scientific Showcases CLEARPATH-HDR at Astro," North American Scientific Press Release, November 8, 2007. — SRX-HOL00002511

17. "New Technology to Treat Breast Cancer Shows Promise in Early Application," University of California, San Diego Medical Center, Moores Cancer Center News, November 19, 2007. — SRX-HOL00002506-00002507

18. "New Research at UCSD Shows SAVI Breast Brachytherapy Has Multiple Benefits," Cianna Medical Press Release, December 5, 2007. — SRX-HOL00002504-00002505

# Exhibit 3

**CONSOLIDATED STATEMENTS OF INCOME**
**HOLOGIC, INC.**
**FISCAL YEAR ENDED SEPTEMBER 29, 2007 AND QUARTER ENDED DECEMBER 29, 2007**

| | Fiscal Year Ended September 29, 2007 | | Quarter Ended December 29, 2007 | |
| --- | --- | --- | --- | --- |
| | (Dollars in Thousands) | (Percent) | (Dollars in Thousands) | (Percent) |
| | (1) | (2) | (3) | (4) |
| 1. Product sales | $628,854 | 85.2 % | $334,790 | 90.1 % |
| 2. Service and other revenue | 109,514 | 14.8 | 36,655 | 9.9 |
| 3. Total revenues | 738,368 | 100.0 | 371,445 | 100.0 |
| 4. Cost of product sales | 265,151 | 35.9 | 139,377 | 37.5 |
| 5. Cost of product sales - amortization of intangible assets | 11,024 | 1.5 | 20,155 | 5.4 |
| 6. Cost of service and other revenue | 116,626 | 15.8 | 44,078 | 11.9 |
| 7. Research and development | 44,484 | 6.0 | 20,147 | 5.4 |
| 8. Selling and marketing | 84,845 | 11.5 | 56,986 | 15.3 |
| 9. General and administrative | 62,902 | 8.5 | 34,334 | 9.2 |
| 10. Amortization of acquired intangible assets | 5,584 | 0.8 | 6,249 | 1.7 |
| 11. Impairment of acquired intangible assets | 0 | 0.0 | 2,900 | 0.8 |
| 12. Acquired in-process research and development | 0 | 0.0 | 370,000 | 99.6 |
| 13. Total operating expenses | 590,616 | 80.0 | 694,226 | 186.9 |
| 14. Income from operations | 147,752 | 20.0 | (322,781) | -86.9 |
| 15. Interest income | 2,815 | 0.4 | 2,253 | 0.6 |
| 16. Interest and other expense, net | (2,078) | -0.3 | (31,660) | -8.5 |
| 17. Other (expense) income, net | 0 | 0.0 | (15) | 0.0 |
| 18. Income before income taxes | 148,489 | 20.1 | (352,203) | -94.8 |
| 19. Provision for income taxes | 53,911 | 7.3 | 6,405 | 1.7 |
| 20. Net income | $94,578 | 12.8 % | ($358,608) | -96.5 % |

Notes: 1. Columns (2) and (4) are calculated as a percentage of total revenues (Line 3).
2. Detail may not sum to total due to rounding.

Source: Column (1): Hologic Form 10-K for year ended September 29, 2007.
Column (3): Hologic Form 10-Q/A (Amendment No. 1) for quarter ended December 29, 2007.

**CONSOLIDATED STATEMENTS OF INCOME**
**CYTYC CORPORATION**
**FISCAL YEAR ENDED 2005, FISCAL YEAR ENDED 2006 AND QUARTER ENDED JUNE 30, 2007**

| | Fiscal Year Ended December 31, 2005 | | Fiscal Year Ended December 31, 2006 | | Quarter Ended June 30, 2007 | |
|---|---|---|---|---|---|---|
| | (Dollars in Thousands) | (Percent) | (Dollars in Thousands) | (Percent) | (Dollars in Thousands) | (Percent) |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| 1. Net sales | $508,251 | 100.0 % | $608,250 | 100.0 % | $188,837 | 100.0 % |
| 2. Cost of sales | 107,149 | 21.1 | 134,184 | 22.1 | 48,283 | 25.6 |
| 3. Gross profit | 401,102 | 78.9 | 474,066 | 77.9 | 140,554 | 74.4 |
| 4. Research and development | 32,330 | 6.4 | 44,134 | 7.3 | 11,371 | 6.0 |
| 5. Selling and marketing | 131,346 | 25.8 | 161,925 | 26.6 | 48,183 | 25.5 |
| 6. General and administrative | 45,298 | 8.9 | 63,452 | 10.4 | 27,042 | 14.3 |
| 7. Restructuring | 0 | 0.0 | 2,885 | 0.5 | 0 | 0.0 |
| 8. Arbitration decision | 7,807 | 1.5 | 0 | 0.0 | 0 | 0.0 |
| 9. In-process research and development | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 10. Total operating expenses | 216,781 | 42.7 | 272,396 | 44.8 | 86,596 | 45.9 |
| 11. Income from operations | 184,321 | 36.3 | 201,670 | 33.2 | 53,958 | 28.6 |
| 12. Interest income | 3,280 | 0.6 | 7,207 | 1.2 | 713 | 0.4 |
| 13. Interest expense | (7,168) | -1.4 | (7,506) | -1.2 | (3,765) | -2.0 |
| 14. Gain on equity investments, net | 0 | 0.0 | 10,766 | 1.8 | 0 | 0.0 |
| 15. Other | (1,715) | -0.3 | 2,535 | 0.4 | (11) | 0.0 |
| 16. Total other income (expense), net | (5,603) | -1.1 | 13,002 | 2.1 | (3,063) | -1.6 |
| 17. Income before provision for income taxes | 178,718 | 35.2 | 214,672 | 35.3 | 50,895 | 27.0 |
| 18. Provision for income taxes | 65,232 | 12.8 | 75,135 | 12.4 | 17,355 | 9.2 |
| 19. Net income | $113,486 | 22.3 % | $139,537 | 22.9 % | $33,540 | 17.8 % |

Notes: 1. Columns (2), (4) and (6) are calculated as a percentage of net sales (Line 1).
      2. Detail may not sum to total due to rounding.

Source: Columns (1) and (3): Cytyc Form 10-K/A (Amendment No. 2) for year ended December 31, 2006.
      Column (5): Cytyc Form 10-Q for quarter ended June 30, 2007.

# Exhibit 5

## STATEMENTS OF OPERATIONS
## SENiORX, INC.
## FISCAL YEARS 2005 - 2007

| | Fiscal Year Ended December 31, 2005 | | Fiscal Year Ended December 31, 2006 | | Fiscal Year Ended December 31, 2007 | | Total | |
|---|---|---|---|---|---|---|---|---|
| | (Dollars in Thousands) | (Percent) | (Dollars in Thousands) | (Percent) | (Dollars in Thousands) | (Percent) | (Dollars in Thousands) | (Percent) |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| 1. Net revenues | $19,253 | 100.0 % | $25,509 | 100.0 % | $35,036 | 100.0 % | $79,798 | 100.0 % |
| 2. Cost of goods sold | 10,105 | 52.5 | 13,506 | 52.9 | 15,124 | 43.2 | 38,736 | 48.5 |
| 3. Gross profit | 9,148 | 47.5 | 12,002 | 47.1 | 19,912 | 56.8 | 41,062 | 51.5 |
| 4. Research and development | 4,903 | 25.5 | 5,323 | 20.9 | 6,353 | 18.1 | 16,579 | 20.8 |
| 5. Selling and marketing | 10,148 | 52.7 | 15,041 | 59.0 | 19,023 | 54.3 | 44,212 | 55.4 |
| 6. General and administrative | 2,116 | 11.0 | 2,050 | 8.0 | 4,187 | 12.0 | 8,354 | 10.5 |
| 7. Total operating expenses | 17,167 | 89.2 | 22,414 | 87.9 | 29,564 | 84.4 | 69,144 | 86.6 |
| 8. Loss from operations | (8,019) | -41.6 | (10,411) | -40.8 | (9,652) | -27.5 | (28,082) | -35.2 |
| 9. Interest expense | 665 | 3.5 | 988 | 3.9 | 1,647 | 4.7 | 3,310 | 4.1 |
| 10. Loss on debt extinguishment | 0 | 0.0 | 197 | 0.8 | 1,265 | 3.6 | 1,462 | 1.8 |
| 11. Change in fair value of convertible promissory notes | 0 | 0.0 | 3,960 | 15.5 | (991) | -2.8 | 2,969 | 3.7 |
| 12. Other income - net | (72) | -0.4 | (146) | -0.6 | (1,639) | -4.7 | (1,859) | -2.3 |
| 13. Loss before provision for income taxes | (8,613) | -44.7 | (15,419) | -60.4 | (9,933) | -28.4 | (33,965) | -42.6 |
| 14. Provision for taxes on income | 11 | 0.1 | 0 | 0.0 | 0 | 0.0 | 11 | 0.0 |
| 15. Net loss | ($8,623) | -44.8 % | ($15,419) | -60.4 % | ($9,933) | -28.4 % | ($33,975) | -42.6 % |

Notes: 1. Columns (2), (4) and (6) are calculated as a percentage of net revenues (Line 1).
2. Detail may not sum to total due to rounding.

Source: Columns (1) and (3): SenoRx Form S-1/A filed February 21, 2007.
Column (5): "SenoRx Reports Revenue Growth of 43.2 Percent in Q4 2007 Compared with Q4 2006," Press Release, February 19, 2008.

Micronomics, Inc.

Confidential

# BALANCE SHEETS
## SENORX, INC.
### FISCAL YEARS 2006 - 2007

|  |  | 2006 | | 2007 | |
|---|---|---|---|---|---|
|  |  | (Dollars in Thousands) | (Percent) | (Dollars in Thousands) | (Percent) |
|  |  | (1) | (2) | (3) | (4) |
|  | Current Assets: |  |  |  |  |
| 1. | Cash and cash equivalents | $7,413 | 37.1 % | 17,185 | 40.9 % |
| 2. | Short-term investments | 0 | 0.0 | 10,764 | 25.6 |
| 3. | Accounts receivable, net | 4,241 | 21.2 | 5,421 | 12.9 |
| 4. | Inventory | 4,989 | 25.0 | 6,651 | 15.8 |
| 5. | Prepaid expenses and deposits | 221 | 1.1 | 544 | 1.3 |
| 6. | Total current assets | 16,864 | 84.4 | 40,566 | 96.4 |
| 7. | Property and equipment, net | 1,101 | 5.5 | 1,071 | 2.5 |
| 8. | Other assets, net | 2,017 | 10.1 | 425 | 1.0 |
| 9. | Total assets | 19,981 | 100.0 | 42,062 | 100.0 |
|  | Current Liabilities: |  |  |  |  |
| 10. | Accounts payable | 4,122 | 20.6 | 2,580 | 6.1 |
| 11. | Accrued expenses | 2,109 | 10.6 | 2,905 | 6.9 |
| 12. | Deferred revenue - current | 36 | 0.2 | 94 | 0.2 |
| 13. | Current portion of long-term debt | 3,210 | 16.1 | 2,093 | 5.0 |
| 14. | Total current liabilities | 9,477 | 47.4 | 7,672 | 18.2 |
| 15. | Long-term debt - less current portion | 10,596 | 53.0 | 27 | 0.1 |
| 16. | Warrant liability | 1,529 | 7.7 | 0 | 0.0 |
| 17. | Total long-term liabilities | 12,125 | 60.7 | 27 | 0.1 |
| 18. | Convertible promissory notes (at fair value) | 11,960 | 59.9 | 0 | 0.0 |
|  | Shareholders' Equity (Deficit): |  |  |  |  |
| 19. | Series A convertible preferred stock | 3,000 | 15.0 | 0 | 0.0 |
| 20. | Series B convertible preferred stock | 8,808 | 44.1 | 0 | 0.0 |
| 21. | Series C convertible preferred stock | 35,009 | 175.2 | 0 | 0.0 |
| 22. | Common stock | 2 | 0.0 | 17 | 0.0 |
| 23. | Additional paid-in capital | 5,262 | 26.3 | 109,816 | 261.1 |
| 24. | Deferred compensation | (127) | -0.6 | 0 | 0.0 |
| 25. | Accumulated deficit | (65,536) | -328.0 | (75,469) | -179.4 |
| 26. | Total shareholders' equity (deficit) | (13,581) | -68.0 | 34,363 | 81.7 |
| 27. | Total liabilities and shareholders' equity | 19,981 | 100.0 | 42,062 | 100.0 |
| **28.** | **Net working capital** | **$7,386** | **37.0 %** | **$32,894** | **78.2 %** |

Notes: 1. Columns (2) and (4) are calculated as a percentage of total assets (Line 8).
2. Detail may not sum to total due to rounding.

Source: Column (1): SenoRx Form S-1/A filed February 21, 2007.
Column (3): "SenoRx Reports Revenue Growth of 43.2 Percent in Q4 2007 Compared with Q4 2006," PrimeNewswire, February 19, 2008.

# Exhibit 6

**TOTAL U.S. SALES**
**CONTURA MULTI-LUMEN BALLOON CATHETER**
**2007**

| Period | Total U.S. Sales |
|--------|------------------|
| | (Dollars) |
| (1) | (2) |
| 1. Q2 2007 | $25,500 |
| 2. Q3 2007 | 187,000 |
| 3. Q4 2007 | 329,500 |
| **4. Total** | **$542,000** |

Notes: 1. Sales for Q2 2007 have been estimated by subtracting
Q3 2007 and Q4 2007 sales from total 2007 sales
of $542,000.
2. Detail may not sum to total due to rounding.

Source: SenoRx Fourth Quarter/FY 2007 Conference Call Notes,
February 19, 2008.

Confidential                                                                                                    Micronomics, Inc.