F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com
Email: nmorgan@wsgr.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
(202) 434-5000

Attorneys for Defendant and Counterclaimant
SENORX, INC.

FILED
2008 MAR 28 P 3:30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. <br><br><br> AND RELATED COUNTERCLAIMS | CASE NO.: C08-0133 RMW (RS) <br><br> CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, CONFIDENTIAL PORTIONS OF THE DECLARATIONS OF ROY WEINSTEIN AND WILLIAM F. GEARHART IN SUPPORT THEREOF, AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 1, 7, 14, 15, 17, 20-26, 28 AND 30 TO THE DECLARATION OF AARON P. MAURER AND EXHIBITS 7 AND 8 TO THE DECLARATION OF ROY WEINSTEIN <br><br> Date: April 21, 2008 <br> Time: 2:00 p.m. <br> Ct. Rm: Courtroom 6, 4th Floor <br> Judge: Hon. Ronald M. Whyte |

ADMINISTRATIVE MOTION TO FILE UNDER SEAL                CASE NO. C08-0133 RMW (RS)

3323137_1.DOC

1   PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(b) and (c), Defendant SenoRx, Inc. ("SenoRx") hereby moves the Court for an order to file under seal select portions of Defendant SenoRx, Inc.'s Opposition to Plaintiffs' Motion For A Preliminary Injunction, select portions of the Declarations of Roy Weinstein and William F. Gearhart in support thereof, and the entirety of Exhibits 1, 7, 14, 15, 17, 20-26, 28 and 30 to the Declaration of Aaron P. Maurer and Exhibits 7 and 8 to the Declaration of Roy Weinstein.

SenoRx brings this motion because the Opposition, Declarations and Exhibits each contain the highly confidential financial and business information of SenoRx and/or information that Plaintiffs have designated as "Confidential-Outside Attorneys Eyes Only." To date, the parties have not executed a protective order governing how confidential and proprietary information produced during the case shall be treated by the parties. Accordingly, until such a protective order has been executed and entered by the Court, SenoRx's confidential and proprietary information are by operation of Patent Local Rule 2-2 deemed to be "Confidential-Attorneys Eyes Only" materials, unless otherwise agreed by the parties. In compliance with Civil Local Rule 79-5(b) and (c), SenoRx withes to withhold SenoRx's highly confidential information and Plaintiffs' designated confidential information from the public versions of its papers and submits redacted versions of its papers for the public record.

For the foregoing reasons, SenoRx respectfully requests that the Court enter an order allowing SenoRx to file the following documents under seal:

1) select portions of Defendant SenoRx, Inc.'s Opposition to Plaintiffs' Motion For A Preliminary Injunction;

2) select portions of the Declaration of Roy Weinstein In Support Of Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction;

3) select portions of the Declaration of William F. Gearhart In Support Of Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction; and

///
///
///

1      4) the entirety of Exhibits 1, 7, 14, 15, 17, 20-26, 28 and 30 to the Declaration of Aaron

2  P. Maurer and Exhibits 7 and 8 to the Declaration of Roy Weinstein.

3  Dated: March 28, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ N.J. Morgan

F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant and Counterclaimant
SENORX, INC.