```
FILED

2008 MAR 28  P 3: 30

RICHARD W. WIEKING
       CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
```

1  F.T. Alexandra Mahaney, State Bar No. 125984
   Natalie J. Morgan, State Bar No. 211143
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  12235 El Camino Real, Suite 200
   San Diego, CA  92130
4  Telephone:    (858) 350-2300
   Facsimile:    (858) 350-2399
5  Email:        amahaney@wsgr.com
   Email:        nmorgan@wsgr.com
6
   Bruce R. Genderson (admitted *pro hac vice*)
7  Aaron P. Maurer (admitted *pro hac vice*)
   Rachel Shanahan Rodman (admitted *pro hac vice*)
8  Adam D. Harber (admitted *pro hac vice*)
   WILLIAMS & CONNOLLY LLP
9  725 Twelfth St. NW
10 Washington, DC 20005
   (202) 434-5000
11
   Attorneys for Defendant and Counterclaimant
12 SENORX, INC.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16 HOLOGIC, INC., CYTIC CORPORATION    )  CASE NO.:  C08-0133 RMW (RS)
   and HOLOGIC L.P.,                    )
17                                      )  **DECLARATION OF NATALIE J.
                Plaintiffs,             )  MORGAN IN SUPPORT OF SENORX'S
18                                      )  CIVIL LOCAL RULE 79-5(B) AND (C)
      v.                                )  ADMINISTRATIVE MOTION TO FILE
19                                      )  UNDER SEAL CONFIDENTIAL
   SENORX, INC.,                        )  PORTIONS OF DEFENDANT SENORX,
20                                      )  INC.'S OPPOSITION TO PLAINTIFFS'
                Defendant.              )  MOTION FOR A PRELIMINARY
21                                      )  INJUNCTION, CONFIDENTIAL
                                        )  PORTIONS OF THE DECLARATIONS
22                                      )  OF ROY WEINSTEIN AND WILLIAM
                                        )  F. GEARHART IN SUPPORT
23                                      )  THEREOF, AND THE ENTIRETY OF
                                        )  CONFIDENTIAL EXHIBITS 1, 7, 14, 15,
24                                      )  17, 20-26, 28 AND 30 TO THE
                                        )  DECLARATION OF AARON P.
25                                      )  MAURER AND EXHIBITS 7 AND 8 TO
                                        )  THE DECLARATION OF ROY
26 _____)  WEINSTEIN**
                                        )  Date:    April 21, 2008
27 AND RELATED COUNTERCLAIMS            )  Time:    2:00 p.m.
                                        )  Ct. Rm:  Courtroom 6, 4th Floor
28 _____)  Judge:   Hon. Ronald M. Whyte

DECLARATION OF NATALIE J. MORGAN                    CASE NO. C08-0133 RMW (RS)
                                                              3323159_1.DOC

I, Natalie J. Morgan, declare are follows:

1. I am an associate at the law firm Wilson Sonsini Goodrich & Rosati and a member of the Bar of this court, and I serve as one of the outside counsel for Defendant SenoRx, Inc. ("SenoRx"). The following declaration is based on my personal knowledge, as if called upon to testify, I could and would competently testify as to the matters set forth herein.

2. In support of SenoRx's Civil Local Rule 79-5(b) And (c) Administrative Motion To File Under Seal Confidential Portions Of Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction, Confidential Portions Of The Declarations Of Roy Weinstein And William F. Gearhart In Support Thereof, And The Entirety Of Confidential Exhibits 1, 7, 14, 15, 17, 20-26, 28 and 30 to the Declaration of Aaron P. Maurer and Exhibits 7 and 8 to the Declaration of Roy Weinstein, SenoRx respectfully requests that the Confidential Version of Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction, the Confidential Version of the Declaration of Roy Weinstein In Support of Defendant SenoRx, Inc.'s Opposition to Plaintiffs' Motion for A Preliminary Injunction, the Confidential Version of the Declaration of William F. Gearhart In Support of Defendant SenoRx, Inc.'s Opposition to Plaintiffs' Motion for A Preliminary Injunction and the entirety of confidential Exhibits 1, 7, 14, 15, 17, 20-26, 28 and 30 to the Declaration of Aaron P. Maurer and Exhibits 7 and 8 to the Declaration of Roy Weinstein be maintained under seal.

3. SenoRx's Opposition contains highly confidential and sensitive financial and business information of SenoRx, and the distribution to the general public of the Opposition in its unredacted form could cause harm to SenoRx. In addition, SenoRx's Opposition contains information that Plaintiffs designated as "Confidential – Outside Attorneys Eyes Only."

4. The Declaration of Roy Weinstein and the Declaration of William F. Gearhart contain highly confidential and sensitive financial and business information of SenoRx, and the distribution to the general public of the Declarations in their unredacted forms could cause harm to SenoRx.

5. Exhibits 14, 28 and 30 to the Declaration of Aaron P. Maurer and Exhibit 7 to the Declaration of Roy Weinstein contain throughout their pages highly confidential and sensitive

1 | financial, business and/or technical information of SenoRx, and the distribution to the general
2 | public of these Exhibits could cause harm to SenoRx.
3 |     6.    Exhibits 1, 7, 15, 17, and 20-26 to the Declaration of Aaron P. Maurer and Exhibit
4 | 8 to the Declaration of Roy Weinstein contain information designated by Plaintiffs as
5 | "Confidential – Outside Attorneys Eyes Only."
6 |     I declare under penalty of perjury that the foregoing is true and correct.
7 | Dated: March 28, 2008
8 |                              By: _____
                                      Natalie J. Morgan