2008 MAR 28 PM 3:30

RICHARD ...
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P.,<br><br>      Plaintiffs,<br><br>v.<br><br>SENORX, INC.,<br><br>      Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: C08-0133 RMW (RS)<br><br>**[PROPOSED] ORDER GRANTING SENORX'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, CONFIDENTIAL PORTIONS OF THE DECLARATIONS OF ROY WEINSTEIN AND WILLIAM F. GEARHART IN SUPPORT THEREOF, AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 1, 7, 14, 15, 17, 20-26, 28 AND 30 TO THE DECLARATION OF AARON P. MAURER AND EXHIBITS 7 AND 8 TO THE DECLARATION OF ROY WEINSTEIN** |

The Court, having considered Defendant SenoRx, Inc.'s ("SenoRx") Motion To File Under Seal Confidential Portions Of Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction, Confidential Portions Of The Declarations Of Roy Weinstein And William F. Gearhart In Support Thereof, And The Entirety Of Confidential Exhibits 1, 7, 14, 15, 17, 20-26, 28 and 30 to the Declaration of Aaron P. Maurer and Exhibits 7 and 8 to the Declaration of Roy Weinstein, finds that good cause exists pursuant to Civil Local Rule 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain the following documents under seal:

1) Confidential Version of Defendant SenoRx's Opposition to Plaintiffs' Motion For A Preliminary Injunction;

2) Confidential Version of the Declaration of Roy Weinstein In Support Of Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction;

3) Confidential Version of the Declaration of William F. Gearhart In Support Of Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction; and

3) The entirety of Exhibits 1, 7, 14, 15, 17, 20-26, 28 and 30 to the Declaration of Aaron P. Maurer and Exhibits 7 and 8 to the Declaration of Roy Weinstein.

It is SO ORDERED

Dated: _____, 2008          By: _____
                                        Honorable Ronald M. Whyte
                                        United States District Court Judge

[PROPOSED] ORDER                     -1-                    CASE NO. C08-0133 RMW (RS)
                                                            3323197_1.DOC