CERTIFICATE OF SERVICE    FILED
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)  '8 MAR 28  P 3:30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On March 28, 2008, I served a copy(ies) of the following document(s):

**CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, CONFIDENTIAL PORTIONS OF THE DECLARATIONS OF ROY WEINSTEIN AND WILLIAM F. GEARHART IN SUPPORT THEREOF, AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 1, 7, 14, 15, 17, 20-26, 28 AND 30 TO THE DECLARATION OF AARON P. MAURER AND EXHIBITS 7 AND 8 TO THE DECLARATION OF ROY WEINSTEIN**

**DECLARATION OF NATALIE J. MORGAN IN SUPPORT OF SENORX'S CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, CONFIDENTIAL PORTIONS OF THE DECLARATIONS OF ROY WEINSTEIN AND WILLIAM F. GEARHART IN SUPPORT THEREOF, AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 1, 7, 14, 15, 17, 20-26, 28 AND 30 TO THE DECLARATION OF AARON P. MAURER AND EXHIBITS 7 AND 8 TO THE DECLARATION OF ROY WEINSTEIN**

**[PROPOSED] ORDER GRANTING SENORX'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, CONFIDENTIAL PORTIONS OF THE DECLARATIONS OF ROY WEINSTEIN AND WILLIAM F. GEARHART IN SUPPORT THEREOF, AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 1, 7, 14, 15, 17, 20-26, 28 AND 30 TO THE DECLARATION OF AARON P. MAURER AND EXHIBITS 7 AND 8 TO THE DECLARATION OF ROY WEINSTEIN**

**[FILED UNDER SEAL] CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**[FILED UNDER SEAL] CONFIDENTIAL VERSION OF THE DECLARATION OF ROY WEINSTEIN IN SUPPORT OF DEFENDANT SENORX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**[FILED UNDER SEAL] CONFIDENTIAL VERSION OF THE DECLARATION OF WILLIAM F. GEARHART IN SUPPORT OF DEFENDANT SENORX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

-1-

**[FILED UNDER SEAL] CONFIDENTIAL EXHIBITS 1, 7, 14, 15, 17, 20, 21, 22, 23, 24, 25, 26, 28 AND 30 TO THE DECLARATION OF AARON P. MAURER**

**[FILED UNDER SEAL] CONFIDENTIAL EXHIBITS 7 AND 8 TO THE DECLARATION OF ROY WEINSTEIN**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on March 28, 2008.

*/s/ Kirsten Blue*
Kirsten Blue

CERTIFICATE OF SERVICE            CASE NO. C-08-0133 RMW (RS)