ORIGINAL

1  F.T. Alexandra Mahaney, State Bar No. 125984
   Natalie J. Morgan, State Bar No. 211143
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  12235 El Camino Real, Suite 200
   San Diego, CA 92130
4  Telephone:  (858) 350-2300
   Facsimile:  (858) 350-2399
5  Email:      amahaney@wsgr.com
   Email:      nmorgan@wsgr.com
6
   Bruce R. Genderson (admitted *pro hac vice*)
7  Aaron P. Maurer (admitted *pro hac vice*)
   Rachel Shanahan Rodman (admitted *pro hac vice*)
8  Adam D. Harber (admitted *pro hac vice*)
   WILLIAMS & CONNOLLY LLP
9  725 Twelfth St. NW
   Washington, DC 20005
10 (202) 434-5000
11
   Attorneys for Defendant and Counterclaimant
12 SENORX, INC.

FILED
MAR 28 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16 HOLOGIC, INC., CYTIC CORPORATION and    )  CASE NO.: C08-0133 RMW (RS)
   HOLOGIC L.P.,                           )
17                                         )  SUPPLEMENTAL CIVIL LOCAL
              Plaintiffs,                  )  RULE 79-5(B) AND (C)
18                                         )  ADMINISTRATIVE MOTION TO
       v.                                  )  FILE UNDER SEAL THE ENTIRETY
19                                         )  OF CONFIDENTIAL EXHIBIT 4 TO
   SENORX, INC.,                           )  THE DECLARATION OF ROY
20                                         )  WEINSTEIN
              Defendant.                   )
21                                         )
                                           )
22 _____)
                                           )  Date:   April 21, 2008
23 AND RELATED COUNTERCLAIMS               )  Time:   2:00 p.m.
                                           )  Ct. Rm: Courtroom 6, 4th Floor
24 _____)  Judge:  Hon. Ronald M. Whyte

25

26

27

28

1  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(b) and (c), Defendant
2  SenoRx, Inc. ("SenoRx") hereby moves the Court for an order to file under seal select portions
3  of the entirety of Exhibit 4 to the Declaration of Roy Weinstein.

4  SenoRx brings this motion because Exhibit 4 contains information that Plaintiffs have
5  designated as "Confidential-Outside Attorneys Eyes Only." In compliance with Civil Local Rule
6  79-5(b) and (c), SenoRx withes to withhold Plaintiffs' designated confidential information from
7  the public versions of its papers.

8  For the foregoing reasons, SenoRx respectfully requests that the Court enter an order
9  allowing SenoRx to file the entirety of Exhibit 4 to the Declaration of Roy Weinstein under seal.

10 Dated: March 28, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____

F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant and Counterclaimant
SENORX, INC.