ORIGINAL

1  F.T. Alexandra Mahaney, State Bar No. 125984
   Natalie J. Morgan, State Bar No. 211143
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  12235 El Camino Real, Suite 200
   San Diego, CA 92130
4  Telephone:  (858) 350-2300
   Facsimile:  (858) 350-2399
5  Email:      amahaney@wsgr.com
   Email:      nmorgan@wsgr.com
6
   Bruce R. Genderson (admitted *pro hac vice*)
7  Aaron P. Maurer (admitted *pro hac vice*)
   Rachel Shanahan Rodman (admitted *pro hac vice*)
8  Adam D. Harber (admitted *pro hac vice*)
   WILLIAMS & CONNOLLY LLP
9  725 Twelfth St. NW
   Washington, DC 20005
10 (202) 434-5000
11
   Attorneys for Defendant and Counterclaimant
12 SENORX, INC.

**FILED**

MAR 28 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15                    SAN JOSE DIVISION

16 HOLOGIC, INC., CYTIC CORPORATION  )  CASE NO.: C08-0133 RMW (RS)
   and HOLOGIC L.P.,                 )
17                                    )  SUPPLEMENTAL DECLARATION OF
                Plaintiffs,           )  NATALIE J. MORGAN IN SUPPORT
18                                    )  OF SENORX'S SUPPLEMENTAL
       v.                             )  CIVIL LOCAL RULE 79-5(B) AND (C)
19                                    )  ADMINISTRATIVE MOTION TO FILE
   SENORX, INC.,                      )  UNDER SEAL THE ENTIRETY OF
20                                    )  CONFIDENTIAL EXHIBIT 4 TO THE
                Defendant.            )  DECLARATION OF ROY WEINSTEIN
21 _____)
                                      )  Date:    April 21, 2008
22 AND RELATED COUNTERCLAIMS          )  Time:    2:00 p.m.
                                      )  Ct. Rm:  Courtroom 6, 4th Floor
23 _____)  Judge:   Hon. Ronald M. Whyte

24
25
26
27
28

DECLARATION OF NATALIE J. MORGAN                                CASE NO. C08-0133 RMW (RS)
                                                                          3325793_1.DOC

1  I, Natalie J. Morgan, declare are follows:

2  1. I am an associate at the law firm Wilson Sonsini Goodrich & Rosati and a member of the Bar of this court, and I serve as one of the outside counsel for Defendant SenoRx, Inc. ("SenoRx"). The following declaration is based on my personal knowledge, as if called upon to testify, I could and would competently testify as to the matters set forth herein.

3  2. In support of SenoRx's Supplemental Civil Local Rule 79-5(b) And (c) Administrative Motion To File Under Seal The Entirety Of Confidential Exhibit 4 to the Declaration of Roy Weinstein, SenoRx respectfully requests that Exhibit 4 be maintained under seal.

4  3. Exhibit 4 to the Declaration of Roy Weinstein contains information designated by Plaintiffs as "Confidential – Outside Attorneys Eyes Only."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2008

By: _____
Natalie J. Morgan