

ORIGINAL

RECEIVED

MAR 2 8 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CASE NO.: C08-0133 RMW (RS) <br><br> **[PROPOSED] ORDER GRANTING SENORX'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE ENTIRETY OF CONFIDENTIAL EXHIBIT 4 TO THE DECLARATION OF ROY WEINSTEIN** |

1    The Court, having considered Defendant SenoRx, Inc.'s ("SenoRx") Supplemental

2  Motion To File Under Seal The Entirety Of Confidential Exhibit 4 to the Declaration of Roy

3  Weinstein, finds that good cause exists pursuant to Civil Local Rule 79-5 for the Motion and

4  hereby orders that the Motion is GRANTED in its entirety.

5    The clerk shall maintain Exhibit 4 to the Declaration of Roy Weinstein In Support Of

6  Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction under

7  seal.

8    It is SO ORDERED

9

10  Dated: _____, 2008        By: _____

11                                              Honorable Ronald M. Whyte
                                              United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                         -1-                    CASE NO. C08-0133 RMW (RS)
                                                               3323197_1.DOC