ORIGINAL

**CERTIFICATE OF SERVICE**
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

FILED
MAR 28 2008

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On March 28, 2008, I served a copy(ies) of the following document(s):

**SUPPLEMENTAL CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE ENTIRETY OF CONFIDENTIAL EXHIBIT 4 TO THE DECLARATION OF ROY WEINSTEIN**

**SUPPLEMENTAL DECLARATION OF NATALIE J. MORGAN IN SUPPORT OF SENORX'S CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE ENTIRETY OF CONFIDENTIAL EXHIBIT 4 TO THE DECLARATION OF ROY WEINSTEIN**

**[PROPOSED] ORDER GRANTING SENORX'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE ENTIRETY OF CONFIDENTIAL EXHIBIT 4 TO THE DECLARATION OF ROY WEINSTEIN**

**[FILED UNDER SEAL] CONFIDENTIAL EXHIBIT 4 TO THE DECLARATION OF ROY WEINSTEIN**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

-1-

1  ☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

2  ☐ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

3

4

5   I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on March 28, 2008.

6

7                                                          _____
                                                            Kirsten Blue
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATE OF SERVICE                                    CASE NO. C-08-0133 RMW (RS)