Kevin Hardy
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5257

**ORIGINAL**

*Filed*

APR 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1

2                    **UNITED STATES DISTRICT COURT**

3                    **NORTHERN DISTRICT OF CALIFORNIA**

4

5   Hologic, Inc.,
    Cytyc Corp., and
    Hologic L.P.

6                                          **CASE NO.** C-08-00133 RMW

7                    Plaintiff(s),

8              v.                          **APPLICATION FOR**
                                           **ADMISSION OF ATTORNEY**
    SenoRx, Inc.                           ***PRO HAC VICE***

9

10

11   _____ Defendant(s). _____/

    Pursuant to Civil L.R. 11-3, Kevin Hardy                              , an active member in

12
    good standing of the bar of Maryland Court of Appeals          , hereby applies
13                                  and the District of Columbia
    for admission to practice in the Northern District of California on a pro hac vice basis

14

15   representing  SenoRx, Inc.                    in the above-entitled action.

16      In support of this application, I certify on oath that:

17      1.   I am an active member in good standing of a United States Court or of the highest

18           court of another State or the District of Columbia, as indicated above;

19      2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local

20           Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

21           become familiar with the Local Rules and the Alternative Dispute Resolution

22           programs of this Court; and,

23      3.   An attorney who is a member of the bar of this Court in good standing and who

24           maintains an office within the State of California has been designated as co-

25           counsel in the above-entitled action.  The name, address and telephone number of

26           that attorney is:
             F.T. Alexandra Mahaney, Wilson Sonsini Goodrich & Rosati
27           12235 El Camino Real, Suite 200, San Diego, CA 92130   (858) 350-2311
    I declare under penalty of perjury that the foregoing is true and correct.

28

    Dated: March 31, 2008

                                           Kevin Hardy

Clerk's Use Only

Initial for fee pd.: