| Clerk's Use Only |
|---|
| Initial for fee pd.: |

David A. Forkner
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5316

**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hologic, Inc.,
Cytyc Corp., and
Hologic L.P.

    Plaintiff(s),

        v.

SenoRx, Inc.

    Defendant(s).

CASE NO. C-08-00133

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**

Filed
APR 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Pursuant to Civil L.R. 11-3, David A. Forkner, an active member in good standing of the bar of Colorado Supreme Court, District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing SenoRx, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

F.T. Alexandra Mahaney, Wilson Sonsini Goodrich & Rosati
12235 El Camino Real, Suite 200, San Diego, CA 92130   (858) 350-2311

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2008

David A. Forkner