Clerk's Use Only

Initial for fee pd.:

Adam L. Perlman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5244

**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Filed**

APR 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Hologic, Inc.,
Cytyc Corp., and
Hologic L.P.

CASE NO. C-08-00133 RMW

Plaintiff(s),

v.

SenoRx, Inc.

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).

Pursuant to Civil L.R. 11-3, Adam L. Perlman, an active member in good standing of the bar of Maryland Court of Appeals / District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing SenoRx, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

F.T. Alexandra Mahaney, Wilson Sonsini Goodrich & Rosati
12235 El Camino Real, Suite 200, San Diego, CA 92130   (858) 350-2311

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2008

Adam L. Perlman