```
 1  Henry C. Su (SBN 211202; suh@howrey.com)
    Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
 2  HOWREY LLP
    1950 University Avenue, 4th Floor
 3  East Palo Alto, California  94303
    Telephone:  (650) 798-3500
 4  Facsimile:  (650) 798-3600

 5  Robert Ruyak
    Matthew Wolf
 6  Marc Cohn
    HOWREY LLP
 7  1229 Pennsylvania Avenue, NW
    Washington, DC 20004
 8  Telephone:  (202) 783-0800
    Facsimile:  (202) 383-6610
 9
    Attorneys for Plaintiffs
10  HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> SENORX, INC., <br><br> Defendant. | Case No. C08 00133 RMW (RS) <br><br> **MANUAL FILING NOTICE** <br><br> **Date:  April 21, 2008** <br> **Time:  2:00 p.m.** <br> **Courtroom:  6, 4th Floor** <br> **Judge: Hon. Ronald M. Whyte** |
| AND RELATED COUNTERCLAIMS. | |

Manual Filing Notice
Case No.  C08 00133 RMW (RS)

HOWREY LLP

1  Regarding: Exhibits O, Q, R, U, W, X, Y, AA through II, KK, LL, NN, QQ, XX through ZZ to
2  Declaration of Katharine L. Altemus In Support of Plaintiffs' Reply Brief in Support of Motion for
3  Preliminary Injunction; and Exhibit A to Declaration of Katharine L. Altemus In Support Of Plaintiff
4  Hologic's Opposition to Objections and Motion to Strike Certain Portions of the Declaration of Glenn
5  Magnuson.

6  This filing is in paper or physical form only, and is being maintained in the case file in the
7  Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For
8  information on retrieving this filing directly from the court, please see the court's main web site at
9  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10  This filing was not efiled for the following reason(s):

11  [X] Item Under Seal

12  Dated: April 7, 2008                                HOWREY LLP

15                                       By:      /s/
                                              Katharine L. Altemus

17                                            HOWREY LLP
                                              Attorneys for Plaintiffs
18                                            Hologic, Inc., Cytyc Corporation,
                                                and Hologic LP

Manual Filing Notice                    - 1 -
Case No.  C08 00133 RMW (RS)