1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14 HOLOGIC, INC., CYTYC CORPORATION,            Case No. C08 00133 RMW (RS)
   and HOLOGIC L.P.,
15                                              **CIVIL LOCAL RULE 79-5(B), (C) AND (D)
                  Plaintiffs,                   ADMINISTRATIVE MOTION TO FILE
16                                              UNDER SEAL (1) PORTIONS OF
        vs.                                     PLAINTIFFS' REPLY BRIEF IN SUPPORT
17                                              OF PENDING MOTION FOR
   SENORX, INC.,                                PRELIMINARY INJUNCTION AND THE
18                                              DAVIS DECLARATION IN SUPPORT
                  Defendant.                    THEREOF,  (2) PORTIONS OF
19                                              PLAINTIFFS' OPPOSITION TO
                                                DEFENDANTS' MOTION TO STRIKE,
20                                              AND (3) SELECT SUPPORTING EXHIBITS
                                                TO PLAINTIFFS' REPLY AND
21                                              OPPOSITION IN THEIR ENTIRETY**

22                                              Date:  April 21, 2008
                                                Time:  2:00 p.m.
23                                              Room: 6, 4th Floor
                                                Judge: Hon. Ronald M. Whyte
24

25 AND RELATED COUNTERCLAIMS.

26

27

28

Administrative Motion to File Under Seal
Case No.  C08 00133 RMW (RS)

HOWREY LLP

1  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(b), (c), and (d), Plaintiffs
2  Hologic, Inc., Cytyc Corporation, and Hologic LP (collectively, "Plaintiffs" or "Hologic") hereby
3  move the Court for an administrative order to file under seal (1) designated selections of Plaintiffs'
4  Reply Brief In Support Of Motion For Preliminary Injunction; (2) certain exhibits attached to the
5  Declaration of Katharine L. Altemus In Support of Plaintiffs' Reply Brief In Support Of Motion For
6  Preliminary Injunction; (3) designated selections from the Declaration of Julie L. Davis In Support Of
7  Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction; (4) Plaintiffs' Opposition To
8  Objections And Motion To Strike Certain Portions Of The Declaration Of Glenn Magnuson; and (5)
9  Exhibit A attached to the Declaration of Katharine L. Altemus In Support of Plaintiffs' Opposition To
10 Objections And Motion To Strike Certain Portions Of The Declaration Of Glenn Magnuson.

11  The documents listed above contain confidential business information of Plaintiffs and/or
12 Defendant SenoRx, Inc. ("SenoRx"). To date, the parties have not executed a Protective Order that
13 governs how the confidential and proprietary information produced during discovery shall be treated
14 by the parties. Accordingly, until such a Protective Order has been executed and entered by the Court,
15 such confidential and proprietary materials are by operation of Patent Local Rule 2-2 deemed to be
16 "Confidential–Attorneys Eyes Only" materials, unless otherwise agreed by the parties. In compliance
17 with Northern District Civil Local Rule 79-5(b), (c), and (d), Hologic wishes to withhold from the
18 public versions of papers that reference confidential business information from either party.

19  For the foregoing reasons, Hologic respectfully requests that the Court enter an order allowing
20 Hologic to file under seal (1) designated selections of Plaintiffs' Reply Brief In Support Of Motion For
21 Preliminary Injunction; (2) Exhibits O, Q, R, U, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG, HH, II,
22 KK, LL, NN, QQ, XX, YY, and ZZ attached to the Declaration of Katharine L. Altemus In Support of
23 Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction; (3) designated selections
24 from the Declaration of Julie L. Davis In Support Of Plaintiffs' Reply Brief In Support Of Motion For
25 Preliminary Injunction; (4) Plaintiffs' Opposition To Objections And Motion To Strike Certain

Administrative Motion to File Under Seal         - 1 -
Case No. C08 00133 RMW (RS)

Portions Of The Declaration Of Glenn Magnuson; and (5) Exhibit A attached to the Declaration of Katharine L. Altemus In Support of Plaintiffs' Opposition To Objections And Motion To Strike Certain Portions Of The Declaration Of Glenn Magnuson.

Dated: April 7, 2008

By:  /s/
    Katharine L. Altemus

HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
and Hologic LP

1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW (RS)
   | and HOLOGIC L.P.,                 |
15 |                                    | **[PROPOSED] ORDER GRANTING
   |          Plaintiffs,               | PLAINTIFFS' ADMINISTRATIVE
16 |                                    | MOTION TO FILE UNDER SEAL (1)
   |     vs.                            | PORTIONS OF PLAINTIFFS' REPLY
17 |                                    | BRIEF IN SUPPORT OF PENDING
   | SENORX, INC.,                      | MOTION FOR PRELIMINARY
18 |                                    | INJUNCTION AND THE DAVIS
   |          Defendant.                | DECLARATION IN SUPPORT THEREOF,
19 |                                    | (2) PORTIONS OF PLAINTIFFS'
   |                                    | OPPOSITION TO DEFENDANTS' MOTION
20 |                                    | TO STRIKE, AND (3) SELECT
   |                                    | SUPPORTING EXHIBITS TO PLAINTIFFS'
21 |                                    | REPLY AND OPPOSITION IN THEIR
   |                                    | ENTIRETY**
22
   |                                    | **Date:  April 21, 2008
23 |                                    | Time:  2:00 p.m.
   |                                    | Courtroom:  6, 4th Floor
24 |                                    | Judge:  Hon. Ronald M. Whyte**
25 | AND RELATED COUNTERCLAIMS.         |
26
27
28
   [Proposed] Order re Motion to File Under Seal
HOWREY LLP
   Case No.  C08 00133 RMW (RS)

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Administrative Motion To File Under Seal (1) Portions Of Plaintiffs' Reply Brief In Support Of Pending Motion For Preliminary Injunction and the Davis Declaration In Support Thereof, (2) Portions Of Plaintiffs' Opposition To Defendants' Motion To Strike, And (3) Select Supporting Exhibits To Plaintiffs' Reply And Opposition In Their Entirety, finds that good cause exists pursuant to Civil L.R. 79-5(b), (c), and (d) for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under seal the (1) designated selections of Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction; (2) Exhibit EE attached to the Declaration of Katharine L. Altemus In Support of Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction; (3) designated selections from the Declaration of Julie L. Davis In Support Of Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction; (4) designated selections from Plaintiffs' Opposition To Objections And Motion To Strike Certain Portions Of The Declaration Of Glenn Magnuson; and (5) Exhibit A attached to the Declaration of Katharine L. Altemus In Support of Plaintiffs' Opposition To Objections And Motion To Strike Certain Portions Of The Declaration Of Glenn Magnuson.

It is SO ORDERED.

Dated: _____, 2008

_____
Ronald M. Whyte
United States District Court Judge

[Proposed] Order re Motion to File Under Seal          - 1 -
Case No.  C08 00133 RMW (RS)