Henry C. Su (SBN 211202; suh@howrey.com)
Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Robert Ruyak
Matthew Wolf
Marc Cohn
HOWREY LLP
1229 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P.,

Plaintiffs,

vs.

SENORX, INC.,

Defendant.

AND RELATED COUNTERCLAIMS.

Case No. C08 00133 RMW (RS)

**DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF PLAINTIFFS' CIVIL LOCAL RULE 79-5(B), (C), AND (D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) PORTIONS OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PENDING MOTION FOR PRELIMINARY INJUNCTION AND THE DAVIS DECLARATION IN SUPPORT THEREOF, (2) PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE, AND (3) SELECT SUPPORTING EXHIBITS TO PLAINTIFFS' REPLY AND OPPOSITION IN THEIR ENTIRETY**

**Date: April 21, 2008**
**Time: 2:00 p.m.**
**Courtroom: 6, 4th Floor**
**Judge: Hon. Ronald M. Whyte**

I, Katharine L. Altemus, declare as follows:

1. I am an associate in the law firm Howrey LLP and a member of the Bar of this court, and I serve as one of the outside counsel for Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. (collectively "Plaintiffs"). The following declaration is based on my personal knowledge, and if called upon to testify, I could and would competently testify as to the matters set forth herein.

2. In support of Plaintiffs' Administrative Motion To File Under Seal 1) Portions Of Plaintiffs' Reply Brief In Support Of Pending Motion For Preliminary Injunction And The Davis Declaration In Support Thereof, (2) Portions Of Plaintiffs' Opposition To Defendants' Motion To Strike, And (3) Select Supporting Exhibits To Plaintiffs' Reply And Opposition In Their Entirety, Plaintiffs respectfully requests that the following exhibits to the Declaration Of Katharine L. Altemus In Support Of Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction be maintained under seal.

3. To date, the parties have not executed a Protective Order that governs how the confidential and proprietary information produced during discovery shall be treated by the parties. Accordingly, until such a Protective Order has been executed and entered by the Court, such confidential and proprietary materials are by operation of Patent Local Rule 2-2 deemed to be "Confidential–Attorneys Eyes Only" materials, unless otherwise agreed by the parties. In compliance with Northern District Civil Local Rule 79-5(b), (c), and (d), Plaintiffs wish to withhold from the public versions of papers that reference confidential business information from either party.

4. Each of Exhibits EE contains throughout its pages information that is internal, confidential and sensitive to Hologic, Inc., Cytyc Corporation, and/or Hologic L.P. and their respective employees, and the unprotected distribution of these exhibits in unredacted form to the general public could cause harm to Plaintiffs and their employees.

5. Each of Exhibits O, Q, R, U, W, X, Y, Z, AA, BB, CC, DD, FF, GG, HH, II, KK, LL, NN, QQ, XX, YY, and ZZ contains throughout its pages information that has been designated by Defendant SenoRx, Inc. ("SenoRx") as "Confidential-Outside Counsel Only.

6. Designated selections of Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction contain information designated as "Confidential-Outside Counsel Only" by either Plaintiffs or Defendant. Such material designated by Plaintiffs contains information that is internal, confidential and sensitive to Hologic, Inc., Cytyc Corporation, and/or Hologic L.P. and their respective employees, and the unprotected distribution of this information in its unredacted form to the general public could cause harm to Plaintiffs and their employees.

7. Designated selections of the Declaration of Julie L. Davis In Support Of Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction contain information designated as "Confidential-Outside Counsel Only" by either Plaintiffs or Defendant. Such material designated by Plaintiffs contains information that is internal, confidential and sensitive to Hologic, Inc., Cytyc Corporation, and/or Hologic L.P. and their respective employees, and the unprotected distribution of this information in its unredacted form to the general public could cause harm to Plaintiffs and their employees.

8. Designated selections of Plaintiffs' Opposition To Objections And Motion To Strike Certain Portions Of The Declaration Of Glenn Magnuson contains information that is internal, confidential and sensitive to Hologic, Inc., Cytyc Corporation, and/or Hologic L.P. and their respective employees, and the unprotected distribution of this information in its unredacted form to the general public could cause harm to Plaintiffs and their employees.

9. Exhibit A attached to the Declaration of Katharine L. Altemus In Support of Plaintiffs' Opposition To Objections And Motion To Strike Certain Portions Of The Declaration Of Glenn Magnuson contains information that is internal, confidential and sensitive to Hologic, Inc., Cytyc Corporation, and/or Hologic L.P. and their respective employees, and the unprotected distribution of this information in its unredacted form to the general public could cause harm to Plaintiffs and their

\\

employees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2008

HOWREY LLP

By: /s/
Katharine L. Altemus

HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation, and Hologic LP