1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303
   Telephone: (650) 798-3500
4  Facsimile: (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610

9

10 Attorneys for Plaintiffs
   HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

Filed
APR 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> SENORX, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C08 00133 RMW (RS) <br><br> **DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO OBJECTIONS AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON** <br><br> Date: April 21, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 6, 4th Floor <br> Judge: Hon. Ronald M. Whyte |
|---|---|

HOWREY LLP

1     I, Katharine L. Altemus, declare that I am an associate in the law firm Howrey LLP and a member of the bar of this court, and I serve as one of the outside counsel for Plaintiffs Hologic, Inc., Cytyc Corporation and Hologic LP. The following declaration is based on my personal knowledge, and if sworn as a witness I could and would competently testify as to the matters set forth herein.

    1.     Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Hologic, Inc. taken on March 18, 2008, pursuant to Fed.R.Civ.P. 30(b)(6), through Glenn I. Magnuson, marked Confidential, and submitted under seal.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2008                        HOWREY LLP

By:    /s/             
      Katharine L. Altemus

HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
  and Hologic LP