1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303
   Telephone: (650) 798-3500
4  Facsimile: (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW (RS)
   | and HOLOGIC L.P., |
15 |                                   | **PROOF OF SERVICE**
   |        Plaintiffs,                |
16 |                                   |
   |   vs.                             |
17 |                                   |
   | SENORX, INC.,                     |
18 |                                   |
   |        Defendant.                 |
19 |_____|
20 | AND RELATED COUNTERCLAIMS.        |

Proof of Service
Case No. C08 00133 RMW (RS)

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On April 8, 2008, I served on the interested parties in said action the within:

**PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION – Confidential Version; EXHIBITS O, Q, R, U, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG, HH, II, KK, LL, NN, QQ, XX, YY and ZZ to the DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION – Submitted Under Seal; DECLARATION OF JULIE L. DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – Confidential Version; PLAINTIFFS' OPPOSITION TO OBJECTIONS AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON – Confidential Version; and EXHIBIT A TO DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO OBJECTIONS AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON – Submitted Under Seal**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

| | |
|---|---|
| F.T. Alexandra Mahaney | Bruce R. Genderson |
| Natalie J. Morgan | Aaron P. Maurer |
| Wilson Sonsini Goodrich & Rosati | Rachael Shanahan Rodman |
| 12235 El Camino Real, Suite 200 | Adam D. Harber |
| San Diego, California 92130 | Williams & Connolly LLP |
| | 725 – 12th Street, N.W. |
| | Washington, D.C. 20005 |

[X]   (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 8, 2008, at East Palo Alto, California.

Sonya Schwab
(Type or print name)

_Sonya Schwab_
(Signature)

-1-