```
1  F.T. Alexandra Mahaney, State Bar No. 125984
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   12235 El Camino Real, Suite 200
3  San Diego, CA  92130
   Telephone: (858) 350-2300
4  Facsimile: (858) 350-2399
   Email:  amahaney@wsgr.com
5
   Bruce R. Genderson (admitted pro hac vice)
6  Aaron P. Maurer (admitted pro hac vice)
   Rachel Shanahan Rodman (admitted pro hac vice)
7  Adam D. Harber (admitted pro hac vice)
   WILLIAMS & CONNOLLY LLP
8  725 Twelfth St. NW
   Washington, DC 20005
9  Telephone: (202) 434-5000
   Facsimile: (202) 434-5029
10
11 Attorneys for Defendant and Counterclaimant
   SENORX, INC.
12
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. | Case No. 08-CV-0133 RMW <br><br> **UNOPPOSED ADMINISTRATIVE MOTION REQUESTING PERMISSION TO FILE REPLY BRIEF IN SUPPORT OF SENORX INC.'S OBJECTIONS TO AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| SENORX, INC., <br><br> Counterclaimant, <br><br> v. <br><br> HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., <br><br> Counterdefendants. | Date:  April 21, 2008 <br> Time:  2:00 p.m. <br> Courtroom:  6, 4th Floor <br> Judge:  Hon. Ronald M. Whyte |

1  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(b) and (c), Defendant SenoRx, Inc. ("SenoRx") hereby moves the Court for an order granting SenoRx permission to file a four page reply brief in support of SenoRx Inc.'s Objections to and Motion to Strike Certain Portions of the Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction ("SenoRx's Objections"). Plaintiffs do not oppose this request. Mahaney Decl. at ¶ 2. A copy of SenoRx's Reply Brief in support of SenoRx Inc.'s Objections to and Motion to Strike Certain Portions of the Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction is attached hereto as "Attachment A."

SenoRx makes this request because Plaintiffs' Opposition to SenoRx's Objections sets forth various arguments SenoRx would like the opportunity to brief. For example, SenoRx's reply addresses Plaintiffs' arguments regarding the applicability of the standard expressed in Rule 56(e) in the preliminary injunction context. SenoRx's reply also addresses mischaracterizations Plaintiffs made in their Opposition regarding SenoRx's request to strike portions of Mr. Magnuson's declaration.

For the foregoing reasons, and because this request is unopposed, SenoRx respectfully requests that the Court enter an order allowing SenoRx to file the attached reply brief in support of SenoRx Inc.'s Objections to and Motion to Strike Certain Portions of the Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction.

Dated: April 11, 2008

Respectfully submitted,

By: __/s/ F.T.Alexandra Mahaney__
F.T. Alexandra Mahaney, State Bar No. 125984
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com

UNOPPOSED ADMINISTRATIVE MOTION FOR
PERMISSION TO FILE REPLY BRIEF ISO SENORX'S
OBJECTIONS TO AND MOTION TO STRIKE

-1-

CASE NO. 08-CV-0133 RMW

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant and Counterclaimant
SENORX, INC.

# EXHIBIT A

F.T. Alexandra Mahaney, State Bar No. 125984
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant and Counterclaimant
SENORX, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. <br><br>———————————————————— <br> SENORX, INC., <br><br> Counterclaimant, <br><br> v. <br><br> HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., <br><br> Counterdefendants. | Case No. 08-CV-0133 RMW <br><br> **SENORX, INC.'S REPLY BRIEF IN SUPPORT OF ITS OBJECTIONS TO AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> Date: April 21, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 6, 4th Floor <br> Judge: Hon. Ronald M. Whyte |

# ARGUMENT

Plaintiffs' arguments on the equitable factors in its Motion for Preliminary Injunction are premised on hearsay and the self-serving speculation of a Hologic marketing executive. These statements are improper evidence in the context of a preliminary injunction hearing. SenoRx urges that this Court strike those statements.

## I. The Standard Expressed in Rule 56(e) is Not "Inapplicable" in the Preliminary Injunction Context.

Contrary to Plaintiffs' mischaracterization, SenoRx's Motion to Strike does not suggest that Fed. R. Civ. P. 56(e) directly governs the submission of evidence by declaration in the context of a preliminary injunction. SenoRx never stated that it does. But it is equally untrue that "the requirements of Rule 56(e) are <u>inapplicable</u> in the preliminary injunction context." Pl. Opp. at 2 (emphasis added). Civil Local Rule 7-5(b), which Plaintiffs do not cite in their Opposition, governs declarations submitted to this Court. It states that "[a]n affidavit or declaration may contain <u>only facts</u>, must conform <u>as much as possible</u> to the requirements of FRCivP 56(e), and must avoid conclusions and argument." Civil L.R. 7-5(b) (emphasis added).[1] That is, although Rule 56(e) does not directly apply, the standard embodied in that rule – that an "affidavit must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant is competent to testify on the matters stated" – should guide this Court's view of what is acceptable content for a supporting declaration "as much as possible." *See id.*

While a court "<u>may</u> give inadmissible evidence some weight in consideration of a motion for preliminary injunction," *Arthur J. Gallagher & Co., Inc. v. Edgewood Partners Ins. Center*, No. C07-06418, 2008 WL 205274, *2 n.3 (N.D. Cal. Jan. 23, 2008) (emphasis added), it is not required to do so. *See, e.g., SunL Group, Inc. v. Seaseng, Inc.*, No. EDCV-07-807, 2007 WL

---

[1] This standard, which was quoted in the first sentence of SenoRx's original argument, makes it clear that SenoRx never stated that Rule 56(e) itself applied here. Rather, the standard expressed in that Rule, as applied through Civil Local Rule 7-5(b), should guide "as much as possible" this Court's determination of what is and is not permissible in a declaration.

SENORX, INC.'S REPLY BRIEF ISO ITS OBJECTIONS TO AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON     -1-     CASE NO. 08-CV-0133 RMW

4144992, *3 (C.D. Cal. Sept. 14, 2007) (striking statements from a declaration for lack of foundation when considering a motion for preliminary injunction even though the court "may, at its discretion, consider inadmissible evidence, including hearsay statements, on a motion for preliminary injunction"); *Ticketmaster L.L.C. v. RMG Technologies, Inc.*, 507 F. Supp. 2d 1096, 1103 n.2 (C.D. Cal. 2007) (considering evidentiary objections, including lack personal knowledge and hearsay, to a declaration in the preliminary injunction context, even though the court "is not strictly bound by all rules of evidence" in that context). Nor does the fact of a request for a preliminary injunction render this Court's Local Rules completely inapplicable.

Indeed, the rationale Plaintiffs offer for their reliance on inadmissible evidence and speculation is that the urgency involved with a preliminary injunction motion makes it difficult to obtain affidavits from experts who would be qualified to testify at trial. Pl. Opp. at 2. That may be true in some instances, but not here. Not only did Plaintiffs know of SenoRx's launch of the Contura device months before filing this lawsuit, Plaintiffs waited an additional month before requesting a preliminary injunction. Instead of submitting cogent, supportable, admissible evidence, Plaintiffs – despite bearing the burden on all factors supporting their request for an injunction – chose to rely on one clearly inadmissible and conclusory declaration. While this Court has discretion to consider speculation and clearly inadmissible evidence, there is no reason to do so here.

**II. This Court Should Disregard or Heavily Discredit the Speculative, Unsupported, and Inadmissible Statements in Mr. Magnuson's Declaration.**

Contrary to Plaintiffs' argument, SenoRx does not question Mr. Magnuson's ability to opine about the market for his product. Where SenoRx believes this Court should draw the line, however, is where those opinions cross into speculation about medical opinion and the medical community's view of what is considered safe and sufficiently tested.

These are not tangential points. Mr. Magnuson's speculation on these topics (in paragraphs 18 and 23) is the only support for the primary argument made in Plaintiffs' public interest and irreparable harm sections. That is, Plaintiffs have argued that a preliminary

1  injunction is necessary because SenoRx's "untested" and "unsafe" product will cause the
2  medical community to turn away from balloon brachytherapy. *See* Pl. Br. at 23-24. But Mr.
3  Magnuson is not a medical doctor, and he holds no scientific degrees. Ex. 1 (Magnuson Tr.), at
4  7:22-8:4, 12:2-8.[2] Notwithstanding the knowledge he may have gained about the breast
5  brachytherapy market in his less than two years of experience, SenoRx respectfully requests that
6  this Court disregard the statements in his declaration that contain unsupported speculation on
7  areas outside of his personal knowledge.[3]

## CONCLUSION

For the reasons stated above and in its original objections, SenoRx respectfully asks that this Court not exercise its discretion to consider the speculative, unsupported, and inadmissible statements identified in Mr. Magnuson's Declaration in Support of Plaintiffs' Motion for Preliminary Injunction.

Dated: April 11, 2008

Respectfully submitted,

By: __/s/ F.T. Alexandra Mahaney__
F.T. Alexandra Mahaney, State Bar No. 125984
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com

---

[2] The relevant excerpts of Mr. Magnuson's deposition are attached as Exhibit 1 to the Declaration of Aaron P. Maurer in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction.

[3] Although not addressed here for the sake of brevity, SenoRx stands by the other objections made in its original Motion to Strike.

SENORX, INC.'S REPLY BRIEF ISO ITS OBJECTIONS TO     -3-     CASE NO. 08-CV-0133 RMW
AND MOTION TO STRIKE CERTAIN PORTIONS OF THE
DECLARATION OF GLENN MAGNUSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant and Counterclaimant
SENORX, INC.

**CERTIFICATE OF SERVICE**
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On April 11, 2008, I served a copy(ies) of the following document(s):

**UNOPPOSED ADMINISTRATIVE MOTION REQUESTING PERMISSION TO FILE REPLY BRIEF IN SUPPORT OF SENORX INC.'S OBJECTIONS TO AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |

[X] **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

[X] **(BY ELECTRONIC MAIL)** I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

[ ] **(BY PERSONAL SERVICE)** I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ] **(BY OVERNIGHT DELIVERY)** I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini

-1-

|   |   |
|---|---|
| 1 | Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection. |

☐ (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the documents(s) to (see above). The facsimile transmission(s) was/were reported as complete and without error.

☒ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on April 11, 2008.

_____
Kirsten Blue

---

CERTIFICATE OF SERVICE
-2-
CASE NO. C-08-0133 RMW
3293557_1.DOC

1  F.T. Alexandra Mahaney, State Bar No. 125984
   Natalie J. Morgan, State Bar No. 211143
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  12235 El Camino Real, Suite 200
   San Diego, CA  92130
4  Telephone:    (858) 350-2300
   Facsimile:    (858) 350-2399
5  Email:        amahaney@wsgr.com
   Email:        nmorgan@wsgr.com
6
   Bruce R. Genderson (admitted *pro hac vice*)
7  Aaron P. Maurer (admitted *pro hac vice*)
   Rachel Shanahan Rodman (admitted *pro hac vice*)
8  Adam D. Harber (admitted *pro hac vice*)
   WILLIAMS & CONNOLLY LLP
9  725 Twelfth St. NW
10 Washington, DC 20005
   (202) 434-5000
11
   Attorneys for Defendant and Counterclaimant
12 SENORX, INC.

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16 HOLOGIC, INC., CYTIC CORPORATION      )  CASE NO.:  C08-0133 RMW (RS)
   and HOLOGIC L.P.,                     )
17                                       )  **DECLARATION OF F.T. ALEXANDRA
                Plaintiffs,              )  MAHANEY IN SUPPORT OF
18                                       )  UNOPPOSED ADMINISTRATIVE
        v.                               )  MOTION REQUESTING PERMISSION
19                                       )  TO FILE REPLY BRIEF IN SUPPORT
   SENORX, INC.,                         )  OF SENORX INC.'S OBJECTIONS TO
20                                       )  AND MOTION TO STRIKE CERTAIN
                Defendant.               )  PORTIONS OF THE DECLARATION
21                                       )  OF GLENN MAGNUSON IN SUPPORT
                                         )  OF PLAINTIFFS' MOTION FOR
22                                       )  PRELIMINARY INJUNCTION**
                                         )
23                                       )  Date:     April 21, 2008
                                         )  Time:     2:00 p.m.
24                                       )  Ct. Rm:   Courtroom 6, 4th Floor
                                         )  Judge:    Hon. Ronald M. Whyte
25 _____)
                                         )
26 AND RELATED COUNTERCLAIMS             )
                                         )
27 _____)

28

I, F.T. Alexandra Mahaney, declare are follows:

1. I am a partner at the law firm Wilson Sonsini Goodrich & Rosati and a member of the Bar of this court, and I serve as one of the outside counsel for Defendant SenoRx, Inc. ("SenoRx"). The following declaration is based on my personal knowledge, as if called upon to testify, I could and would competently testify as to the matters set forth herein.

2. Counsel for Plaintiffs has informed us that they are not opposing this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April, 2008, at San Diego, California.

                                                                           s/F.T. Alexandra Mahaney
                                                                           F.T. Alexandra Mahaney

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Kirsten Blue, declare:

    I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

    On April 11, 2008, I served a copy(ies) of the following document(s):

**DECLARATION OF F.T. ALEXANDRA MAHANEY IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION REQUESTING PERMISSION TO FILE REPLY BRIEF IN SUPPORT OF SENORX INC.'S OBJECTIONS TO AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA  94303<br>Telephone:  (650) 798-3500<br>Facsimile:  (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Telephone:  (202) 783-0800<br>Facsimile:  (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |

[X] **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

[X] **(BY ELECTRONIC MAIL)** I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

[ ] **(BY PERSONAL SERVICE)** I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ] **(BY OVERNIGHT DELIVERY)** I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and

-1-

CERTIFICATE OF SERVICE      CASE NO. C-08-0133 RMW

3293557_1.DOC

1  overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☐ (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the documents(s) to (see above). The facsimile transmission(s) was/were reported as complete and without error.

☒ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on April 11, 2008.

_____
Kirsten Blue

---

CERTIFICATE OF SERVICE         -2-         3293557_1.DOC
                                          CASE NO. C-08-0133 RMW

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., | ) ) ) | CASE NO.: C08-0133 RMW (RS) |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING SENORX'S UNOPPOSED** |
| v. | ) ) | **ADMINISTRATIVE MOTION REQUESTING PERMISSION TO FILE** |
| SENORX, INC., | ) ) | **REPLY BRIEF IN SUPPORT OF SENORX INC.'S OBJECTIONS TO AND** |
| Defendant. | ) ) ) | **MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| SENORX, INC., | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., | ) ) ) | |
| Counterdefendants. | ) | |

1  The Court, having considered Defendant SenoRx, Inc.'s ("SenoRx") Unopposed
2  Administrative Motion Requesting Permission to File a Reply Brief in Support of Senorx Inc.'s
3  Objections to and Motion to Strike Certain Portions of the Declaration of Glenn Magnuson in
4  Support of Plaintiffs' Motion for Preliminary Injunction, finds that good cause exists pursuant to
5  Civil Local Rule 79-5 for the Motion and hereby orders that the Motion is GRANTED in its
6  entirety.
7  SenoRx's Reply Brief in support of SenoRx Inc.'s Objections to and Motion to Strike
8  Certain Portions of the Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for
9  Preliminary Injunction ("SenoRx's Reply"), which was attached as "Attachment A" to SenoRx's
10  Motion is deemed filed. The clerk shall enter SenoRx's Reply on the docket.
11  It is SO ORDERED

13  Dated: _____, 2008          By: _____
                                              Honorable Ronald M. Whyte
14                                            United States District Court Judge

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On April 11, 2008, I served a copy(ies) of the following document(s):

**[PROPOSED] ORDER GRANTING SENORX'S UNOPPOSED ADMINISTRATIVE MOTION REQUESTING PERMISSION TO FILE REPLY BRIEF IN SUPPORT OF SENORX INC.'S OBJECTIONS TO AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |

[X] **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

[X] **(BY ELECTRONIC MAIL)** I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

[ ] **(BY PERSONAL SERVICE)** I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ] **(BY OVERNIGHT DELIVERY)** I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and

-1-

3293557_1.DOC

CERTIFICATE OF SERVICE                              CASE NO. C-08-0133 RMW

1  overnight delivery by following the ordinary business practices of Wilson Sonsini
   Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily
2  familiar with WSGR's practice for collecting and processing of correspondence for
   overnight delivery, said practice being that, in the ordinary course of business,
3  correspondence for overnight delivery is deposited with delivery fees paid or provided for
   at the carrier's express service offices for next-day delivery the same day as the
4  correspondence is placed for collection.

5  ☐ (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending
   facsimile machine is (858) 350-2399 at the time stated on the attached transmission
6  report(s) by sending the documents(s) to (see above). The facsimile transmission(s)
   was/were reported as complete and without error.

7  ☒ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case
   Management/Electronic Case File system with the U.S. District Court for the Northern
8  District of California.

9     I declare under penalty of perjury under the laws of the United States that the above is true
10 and correct, and that this declaration was executed on April 11, 2008.

11                                             _____
12                                                      Kirsten Blue

CERTIFICATE OF SERVICE                      -2-                    CASE NO. C-08-0133 RMW