*E-FILED 4/11/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. | CASE NO.: C08-0133 RMW (RS) <br><br> [XXXXXXXXXX] **ORDER GRANTING SENORX'S UNOPPOSED ADMINISTRATIVE MOTION REQUESTING PERMISSION TO FILE REPLY BRIEF IN SUPPORT OF SENORX INC.'S OBJECTIONS TO AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF GLENN MAGNUSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| SENORX, INC., <br><br> Counterclaimant, <br><br> v. <br><br> HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., <br><br> Counterdefendants. | |

The Court, having considered Defendant SenoRx, Inc.'s ("SenoRx") Unopposed Administrative Motion Requesting Permission to File a Reply Brief in Support of Senorx Inc.'s Objections to and Motion to Strike Certain Portions of the Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction, finds that good cause exists pursuant to Civil Local Rule 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

SenoRx's Reply Brief in support of SenoRx Inc.'s Objections to and Motion to Strike Certain Portions of the Declaration of Glenn Magnuson in Support of Plaintiffs' Motion for Preliminary Injunction ("SenoRx's Reply"), which was attached as "Attachment A" to SenoRx's Motion is deemed filed. The clerk shall enter SenoRx's Reply on the docket.

It is SO ORDERED

Dated: ____4/11/08____, 2008     By: _/s/ Ronald M. Whyte_____
                                                                                            Honorable Ronald M. Whyte
                                                                                            United States District Court Judge