F.T. Alexandra Mahaney, State Bar No. 125984
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA  92130
Telephone:     (858) 350-2300
Facsimile:     (858) 350-2399
Email:         amahaney@wsgr.com

Bruce R. Genderson (*admitted pro hac vice*)
Aaron P. Maurer (*admitted pro hac vice*)
David A. Forkner (*admitted pro hac vice*)
Rachel Shanahan Rodman (*admitted pro hac vice*)
Adam D. Harber (*admitted pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC  20005
Telephone:     (202) 434-5000
Facsimile:     (202) 434-5029

Attorneys for Defendant and Counterclaimant
SENORX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. <br><br>——————————————————<br><br> SENORX, INC., <br><br> Counterclaimant, <br><br> v. <br><br> HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., <br><br> Counterdefendants. | Case No. C08-0133 RMW (RS) <br><br> **[PROPOSED] ORDER GRANTING SENORX, INC. PERMISSION TO BRING ELECTRONIC EQUIPMENT AND AN EXEMPLAR DEVICE INTO THE COURT FOR THE APRIL 21, 2008 HEARING BEFORE THE HONORABLE RONALD M. WHYTE** |

1   Having considered SenoRx, Inc.'s request to bring electronic equipment and an exemplar
2   device into the Court for the hearing in this action scheduled for April 21, 2008, IT IS HEREBY
3   ORDERED THAT SenoRx, Inc. may bring the following items into the Court on April 21, 2008:

- 4 computers;
- 5 PDAs (portable digital assistants);
- 5 cellular phones;
- cords and other accessories related to the foregoing; and
- an exemplar device for argument.

SenoRx, Inc.'s request is hereby GRANTED.

IT IS SO ORDERED.

Dated: April ___, 2008

Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California, San Jose Division
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Liz Bojorquez, declare:

    I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

    On April 16, 2008, I served a copy(ies) of the following document(s):

**[PROPOSED] ORDER GRANTING SENORX, INC. PERMISSION TO BRING ELECTRONIC EQUIPMENT AND AN EXEMPLAR DEVICE INTO THE COURT FOR THE APRIL 21, 2008 HEARING BEFORE THE HONORABLE RONALD M. WHYTE**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |

☐ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

-1-

CERTIFICATE OF SERVICE   CASE NO. C-08-0133 RMW

3293557_1.DOC

1  ☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☐ (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the documents(s) to (see above). The facsimile transmission(s) was/were reported as complete and without error.

☒ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on April 16, 2008.

_____
Liz Bojorquez