1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303
   Telephone: (650) 798-3500
4  Facsimile: (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610

9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW (RS)
   | and HOLOGIC L.P.,                 |
15 |                                   | **[PROPOSED] ORDER GRANTING
   |         Plaintiffs,               | PLAINTIFFS PERMISSION TO BRING
16 |                                   | ELECTRONIC EQUIPMENT AND
   |    vs.                            | EXEMPLAR MEDICAL DEVICES INTO
17 |                                   | THE COURT FOR THE APRIL 21, 2008
   | SENORX, INC.,                     | HEARING ON PLAINTIFFS' MOTION
18 |                                   | FOR PRELIMINARY INJUNCTION**
   |         Defendant.                |
19 |                                   |

20   AND RELATED COUNTERCLAIMS.

---

[Proposed] Order Granting Pl.'s Request to Bring
Equipment Into Court
Case No. C08 00133 RMW (RS)

HOWREY LLP

1  Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. respectfully request permission
2  from the Court to bring into the courtroom and set up equipment described on the attached Schedule A
3  on April 21, 2008. This equipment will be used at the hearing on Plaintiffs' Motion for Preliminary
4  Injunction scheduled for April 21, 2008 at 2:00 p.m.

5  Dated: April 17, 2008    HOWREY LLP

7                             By:    /s/
8                                 Katharine L. Altemus

10                             Attorneys for Plaintiffs
                               Hologic, Inc., Cytyc Corporation,
11                              and Hologic LP

13  The Court, having considered Plaintiffs' request to bring into the courtroom equipment listed
14  on the attached Schedule A, hereby grants that request. The equipment may be brought in and set up
15  between 1 and 2 p.m. on April 21, 2008.
16  IT IS SO ORDERED.

18  Dated: April ___, 2008    _____
19                             Honorable Ronald M. Whyte
                               United States District Judge

[Proposed] Order Granting Pl.'s Request to Bring          - 1 -
Equipment Into Court
Case No. C08 00133 RMW (RS)

## SCHEDULE A

### List of Equipment to be brought into Court on April 21, 2008

1. 2 Hologic MammoSite Balloon Applicators;
2. 2 SenoRx Contura Multi-Lumen Balloon Applicators;
3. Fluid used to fill each balloon device;
4. 6 PDAs (Personal Digital Assistants);
5. 6 cell phones;
6. 4 computers;
7. Multimedia projector;
8. 2 speakers;
9. Amplifier;
10. 7 foot projection screen;
11. A/B switch box;
12. Laser pointer; and
13. Associated wires, cables, peripherals, extension cords, power strips, adapters, and tools to install and connect the above equipment.

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On April 17, 2008, I served on the interested parties in said action the within:

**[PROPOSED] ORDER GRANTING PLAINTIFFS PERMISSION TO BRING ELECTRONIC EQUIPMENT AND EXEMPLAR MEDICAL DEVICES INTO THE COURT FOR THE APRIL 21, 2008 HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below.

| | |
|---|---|
| F.T. Alexandra Mahaney; amahaney@wsgr.com<br>Natalie J. Morgan; nmorgan@wsgr.com<br>Wilson Sonsini Goodrich & Rosati<br>12235 El Camino Real, Suite 200<br>San Diego, California 92130 | Bruce R. Genderson; bgenderson@wc.com<br>Aaron P. Maurer; amaurer@wc.com<br>Rachael Shanahan Rodman; rrodman@wc.com<br>Adam D. Harber; aharber@wc.com<br>Williams & Connolly LLP<br>725 – 12th Street, N.W.<br>Washington, D.C. 20005 |

[X]  (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 17, 2008, at East Palo Alto, California.

Sonya Schwab  
(Type or print name)

_(Signature)_

-1-