1 | F.T. Alexandra Mahaney, State Bar No. 125984
WILSON SONSINI GOODRICH & ROSATI
2 | Professional Corporation
12235 El Camino Real, Suite 200
3 | San Diego, CA  92130
Telephone:    (858) 350-2300
4 | Facsimile:    (858) 350-2399
Email:            amahaney@wsgr.com
5 |
Bruce R. Genderson (*admitted pro hac vice*)
6 | Aaron P. Maurer (*admitted pro hac vice*)
David A. Forkner (*admitted pro hac vice*)
7 | Rachel Shanahan Rodman (*admitted pro hac vice*)
Adam D. Harber (*admitted pro hac vice*)
8 | WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
9 | Washington, DC  20005
Telephone:    (202) 434-5000
10 | Facsimile:    (202) 434-5029

11 | Attorneys for Defendant and Counterclaimant
SENORX, INC.

*E-FILED - 4/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., | Case No. C08-0133 RMW (RS) |
| Plaintiffs, | **[] ORDER GRANTING SENORX, INC. PERMISSION TO BRING ELECTRONIC EQUIPMENT AND AN EXEMPLAR DEVICE INTO THE COURT FOR THE APRIL 21, 2008 HEARING BEFORE THE HONORABLE RONALD M. WHYTE** |
| v. | |
| SENORX, INC., | |
| Defendant. | |
| SENORX, INC., | |
| Counterclaimant, | |
| v. | |
| HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P., | |
| Counterdefendants. | |

[] ORDER GRANTING SENORX                                                                                   CASE NO. C08-0133 RMW (RS)
PERMISSION TO BRING ELECTRONIC EQUIPMENT
AND AN EXEMPLAR DEVICE INTO THE COURT
3337454_1.DOC

1   Having considered SenoRx, Inc.'s request to bring electronic equipment and an exemplar
2   device into the Court for the hearing in this action scheduled for April 21, 2008, IT IS HEREBY
3   ORDERED THAT SenoRx, Inc. may bring the following items into the Court on April 21, 2008:

4   - 4 computers;
5   - 5 PDAs (portable digital assistants);
6   - 5 cellular phones;
7   - cords and other accessories related to the foregoing; and
8   - an exemplar device for argument.

9   SenoRx, Inc.'s request is hereby GRANTED.

11   IT IS SO ORDERED.

12   Dated: April 17, 2008

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

[] ORDER GRANTING SENORX
PERMISSION TO BRING ELECTRONIC EQUIPMENT
AND AN EXEMPLAR DEVICE INTO THE COURT
3337454_1.DOC

-1-    CASE NO. C08-0133 RMW (RS)