1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004                              *E-FILED - 4/17/08*
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                               SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW (RS)
   | and HOLOGIC L.P.,
15 |                                   | **[] ORDER GRANTING
   |       Plaintiffs,                 | PLAINTIFFS PERMISSION TO BRING
16 |                                   | ELECTRONIC EQUIPMENT AND
   |   vs.                             | EXEMPLAR MEDICAL DEVICES INTO
17 |                                   | THE COURT FOR THE APRIL 21, 2008
   | SENORX, INC.,                     | HEARING ON PLAINTIFFS' MOTION
18 |                                   | FOR PRELIMINARY INJUNCTION**
   |       Defendant.
19
20 | AND RELATED COUNTERCLAIMS.

21
22
23
24
25
26
27
28

HOWREY LLP

[] Order Granting Pl.'s Request to Bring
Equipment Into Court
Case No.  C08 00133 RMW (RS)

1    Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. respectfully request permission
2 from the Court to bring into the courtroom and set up equipment described on the attached Schedule A
3 on April 21, 2008. This equipment will be used at the hearing on Plaintiffs' Motion for Preliminary
4 Injunction scheduled for April 21, 2008 at 2:00 p.m.

5 Dated: April 17, 2008                               HOWREY LLP

7                                                   By:    /s/
8                                                          Katharine L. Altemus

10                                                  Attorneys for Plaintiffs
                                                    Hologic, Inc., Cytyc Corporation,
11                                                   and Hologic LP

13    The Court, having considered Plaintiffs' request to bring into the courtroom equipment listed
14 on the attached Schedule A, hereby grants that request. The equipment may be brought in and set up
15 between 1 and 2 p.m. on April 21, 2008.
16    IT IS SO ORDERED.

18 Dated: April 17, 2008                             *Ronald M. Whyte*
19                                                  Honorable Ronald M. Whyte
                                                    United States District Judge

[] Order Granting Pl.'s Request to Bring                - 1 -
Equipment Into Court
Case No. C08 00133 RMW (RS)

## SCHEDULE A

### List of Equipment to be brought into Court on April 21, 2008

1. 2 Hologic MammoSite Balloon Applicators;
2. 2 SenoRx Contura Multi-Lumen Balloon Applicators;
3. Fluid used to fill each balloon device;
4. 6 PDAs (Personal Digital Assistants);
5. 6 cell phones;
6. 4 computers;
7. Multimedia projector;
8. 2 speakers;
9. Amplifier;
10. 7 foot projection screen;
11. A/B switch box;
12. Laser pointer; and
13. Associated wires, cables, peripherals, extension cords, power strips, adapters, and tools to install and connect the above equipment.