Clerk's Use Only
Initial for fee pd.:

Marc Cohn
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Filed
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hologic, Inc., Cytyc Corporation, and Hologic L.P.,

Plaintiff(s),

v.

SenoRx, Inc.,

Defendant(s).

CASE NO. C08 00133 RMW (RS)

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

Pursuant to Civil L.R. 11-3, Marc Cohn, an active member in good standing of the bar of the District of Columbia Court of Appeals, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Hologic, Inc., Cytyc Corporation, and Hologic, L.P. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Henry C. Su (SBN 211202; suh@howrey.com)
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2008

Marc Cohn

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On April 16, 2008, I served on the interested parties in said action the within:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* and (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

F.T. Alexandra Mahaney
Natalie J. Morgan
Wilson Sonsini Goodrich & Rosati
12235 El Camino Real, Suite 200
San Diego, California 92130

Bruce R. Genderson
Aaron P. Maurer
Rachael Shanahan Rodman
Adam D. Harber
Williams & Connolly LLP
725 – 12th Street, N.W.
Washington, D.C. 20005

[X] (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 16, 2008, at East Palo Alto, California.

Sonya Schwab
(Type or print name)

_Sonya Schwab_
(Signature)

-1-