United States District Court

For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
APR 1 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

FILED
APR 1 8 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Hologic, Inc., Cytyc Corporation,
and Hologic L.P.,

Plaintiff(s),

v.

SenoRx, Inc.,

Defendant(s).

CASE NO.  C08-00133 RMW (RS)

(Proposed)

**ORDER GRANTING APPLICATION
FOR APPLICATION OF ATTORNEY
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Matthew M. Wolf , an active member in good standing of the bar of

Maryland Court of Appeals and
District of Columbia Court of Appeals   whose business address and telephone number
(particular court to which applicant is admitted)

is  HOWREY LLP
    1299 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: (202) 783-0800

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Hologic, Inc., Cytyc Corporation, and Hologic L.P.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:  4/18/08

Ronald M. Whyte

United States District    Judge