UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hologic, Inc., Cytyc Corporation,
and Hologic L.P.,

Plaintiff(s),

v.

SenoRx, Inc.,

Defendant(s).

CASE NO. C08-00133 RMW (RS)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Marc Cohn , an active member in good standing of the bar of District of Columbia Court of Appeals (particular court to which applicant is admitted) whose business address and telephone number is HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Hologic, Inc., Cytyc Corporation, and Hologic L.P.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 4/18/08

Ronald M. Whyte
United States District Judge