1  F.T. Alexandra Mahaney, State Bar No. 125984
   Natalie J. Morgan, State Bar No. 211143
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  12235 El Camino Real, Suite 200
   San Diego, CA  92130
4  Telephone:   (858) 350-2300
   Facsimile:   (858) 350-2399
5  Email:       amahaney@wsgr.com
   Email:       nmorgan@wsgr.com
6
   Bruce R. Genderson (admitted *pro hac vice*)
7  Aaron P. Maurer (admitted *pro hac vice*)
   Rachel Shanahan Rodman (admitted *pro hac vice*)
8  Adam D. Harber (admitted *pro hac vice*)
   WILLIAMS & CONNOLLY LLP
9  725 Twelfth St. NW
   Washington, DC 20005
10 (202) 434-5000

11
   Attorneys for Defendant and Counterclaimant
12 SENORX, INC.

13                        UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15                               SAN JOSE DIVISION

| | |
|---|---|
| 16  HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., | CASE NO.:  C08-0133 RMW (RS) |
| 17              Plaintiffs, | **DECLARATION OF NATALIE J. MORGAN PURSUANT TO CIVIL LOCAL RULE 79-5(D) IN PARTIAL SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS O, Q, R, W, X, Y, Z, AA, BB, CC, DD, FF, GG, HH, II, KK, LL, NN, QQ, XX, YY, AND ZZ TO THE DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PENDING MOTION FOR PRELIMINARY INJUNCTION AND DESIGNATED PORTIONS OF PLAINTIFFS' REPLY BRIEF** |
| 18      v. | |
| 19  SENORX, INC., | |
| 20              Defendant. | |
| 25  AND RELATED COUNTERCLAIMS | Date:      April 21, 2008<br>Time:      2:00 p.m.<br>Ct. Rm:    Courtroom 6, 4th Floor<br>Judge:     Hon. Ronald M. Whyte |

I, Natalie J. Morgan, declare are follows:

1. I am an associate at the law firm Wilson Sonsini Goodrich & Rosati and a member of the Bar of this court, and I serve as one of the outside counsel for Defendant SenoRx, Inc. ("SenoRx"). The following declaration is based on my personal knowledge, as if called upon to testify, I could and would competently testify as to the matters set forth herein.

2. Pursuant to Civil L.R. 79-5(d), the information contained herein is submitted in partial support of Plaintiffs' Administrative Motion [Docket No. 81] to File Under Seal Exhibits O, Q, R, W, X, Y, Z, AA, BB, CC, DD, FF, GG, HH, II, KK, LL, NN, QQ, XX, YY and ZZ To The Declaration Of Katharine L. Altemus In Support Of Plaintiffs' Reply Brief In Support Of Pending Motion For Preliminary Injunction and designated portions of Plaintiffs' Reply Brief. These documents contain the confidential information of Defendant SenoRx, Inc. ("SenoRx").

3. Exhibits O (bearing bates numbers SRX-HOL00006590-6611), Q (bearing bates numbers SRX-HOL00004119-4128), R (bearing bates numbers SRX-HOL00006486-6497), W (bearing bates numbers SRX-HOL00006616-6686), X (bearing bates numbers SRX-HOL00007335-7348), AA (bearing bates numbers SRX-HOL00007202-7205), BB (bearing bates numbers SRX-HOL00007169-7187), CC (bearing bates numbers SRX-HOL00007192-7201), DD (bearing bates numbers SRX-HOL00007323-7334), GG (bearing bates numbers SRX-HOL00006575-6584), II (bearing bates numbers SRX-HOL00007316-7322), KK(bearing bates numbers SRX-HOL00005395-5429), LL (bearing bates numbers SRX-HOL00005538), NN (bearing bates numbers SRX-HOL00005563-5565), QQ (bearing bates numbers SRX-HOL00005492), XX (bearing bates numbers SRX-HOL00006882-6898), YY (bearing bates numbers SRX-HOL00003362-3379), and ZZ (bearing bates numbers SRX-HOL00000406-430) were each produced during the course of discovery in this case and were designated "CONFIDENTIAL – OUTSIDE COUNSEL ONLY" by SenoRx. These documents contain financial, business and/or technical information of SenoRx, and the distribution to the general public of these Exhibits could cause harm to SenoRx.

4. Exhibit Y contains excerpts from the deposition of William F. Gearhart which SenoRx designated as "highly confidential." These deposition excerpts contain business and

1  technical information of SenoRx, and the distribution to the general public of this Exhibit could
2  cause harm to SenoRx.

3      5.    Exhibit Z contains excerpts from the deposition of Philip Z. Israel, M.D., which
4  SenoRx designated as "highly confidential." These deposition excerpts contain business and
5  technical information of SenoRx, and the distribution to the general public of this Exhibit could
6  cause harm to SenoRx.

7      6.    Exhibit FF contains excerpts from the deposition of Roy Weinstein which SenoRx
8  designated as "highly confidential." These deposition excerpts contain business and financial
9  information of SenoRx, and the distribution to the general public of this Exhibit could cause
10 harm to SenoRx.

11     7.    Exhibit HH contains excerpts from the deposition of Douglas W. Arthur which
12 SenoRx designated as "highly confidential." These deposition excerpts contain business and
13 technical information of SenoRx, and the distribution to the general public of this Exhibit could
14 cause harm to SenoRx.

15     8.    SenoRx confirms that designated selections of Plaintiffs' Reply Brief In Support
16 Of Motion For Preliminary Injunction contain information designated as "Confidential-Outside
17 Counsel Only" by SenoRx and that such information is internal, confidential and sensitive to
18 SenoRx, the distribution of which to the general public could cause harm to SenoRx.

19     9.    Plaintiffs' Administrative Motion and the Declaration of Katharine Altemus in
20 support thereof seek for Exhibit U (deposition excerpts) to the Declaration of Katharine Altemus
21 to be filed under seal as information that has been designated confidential by SenoRx. SenoRx
22 has not designated the deposition excerpts that are Exhibit U as confidential and therefore,
23 pursuant to Civil L.R. 79-5(d), withdraws the designation of confidentiality and states that
24 Exhibit U need not be maintained under seal.

25     I declare under penalty of perjury that the foregoing is true and correct.

26 Dated: April 22, 2008

27                                       By: _s/Natalie J. Morgan_____
28                                             Natalie J. Morgan

<u>CERTIFICATE OF SERVICE</u>
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Kirsten Blue, declare:

    I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

    On April 22, 2008, I served a copy(ies) of the following document(s):

**DECLARATION OF NATALIE J. MORGAN PURSUANT TO CIVIL LOCAL RULE 79-5(D) IN PARTIAL SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS O, Q, R, U, W, X, Y, Z, AA, BB, CC, DD, FF, GG, HH, II, KK, LL, NN, QQ, XX, YY, AND ZZ TO THE DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PENDING MOTION FOR PRELIMINARY INJUNCTION**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |

☐ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

| | |
|---|---|
| 1 | ☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection. |
| 6 | ☐ (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the documents(s) to (see above). The facsimile transmission(s) was/were reported as complete and without error. |
| 8 | ☒ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California. |

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on April 22, 2008.

_____
Kirsten Blue

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  HOLOGIC, INC., CYTIC CORPORATION and    )   CASE NO.: C08-0133 RMW (RS)
    HOLOGIC L.P.,                           )
12                                          )   **[PROPOSED] ORDER GRANTING
                  Plaintiffs,               )   PLAINTIFFS' ADMINISTRATIVE
13                                          )   MOTION TO FILE UNDER SEAL
          v.                                )   EXHIBITS O, Q, R, W, X, Y, Z, AA,
14                                          )   BB, CC, DD, FF, GG, HH, II, KK, LL,
    SENORX, INC.,                           )   NN, QQ, XX, YY, AND ZZ TO THE
15                                          )   DECLARATION OF KATHARINE L.
                  Defendant.                )   ALTEMUS IN SUPPORT OF
16                                          )   PLAINTIFFS' REPLY BRIEF IN
                                            )   SUPPORT OF PENDING MOTION
17                                          )   FOR PRELIMINARY INJUNCTION
                                            )   AND DESIGNATED PORTIONS OF
18  _____)   PLAINTIFFS' REPLY BRIEF**
                                            )
19  AND RELATED COUNTERCLAIMS               )
    _____)
20
21
22
23
24
25
26
27
28

1   The Court, having considered Plaintiff's Administrative Motion to File Under Seal and
2   SenoRx, Inc.'s ("SenoRx") Declaration of Natalie J. Morgan in partial support of Plaintiffs'
3   Administrative Motion to File Under Seal Exhibits O, Q, R, W, X, Y, Z, AA, BB, CC, DD, FF,
4   GG, HH, II, KK, LL, NN, QQ, XX, YY and ZZ To The Declaration Of Katharine L. Altemus In
5   Support Of Plaintiffs' Reply Brief In Support Of Pending Motion For Preliminary Injunction
6   And Designated Portions Of Plaintiffs' Reply Brief, finds that good cause exists pursuant to
7   Civil Local Rule 79-5 and hereby orders that the Motion is GRANTED except as to Exhibit U to
8   the Declaration of Katharine L. Altemus which shall not be maintained under seal.
9   The clerk shall maintain the following under seal:
10   1) Exhibits O, Q, R, W, X, Y, Z, AA, BB, CC, DD, FF, GG, HH, II, KK, LL, NN, QQ,
11   XX, YY and ZZ To The Declaration Of Katharine L. Altemus In Support Of Plaintiffs' Reply
12   Brief In Support Of Pending Motion For Preliminary Injunction; and
13   2) designated selections of Plaintiffs' Reply Brief In Support Of Motion For Preliminary
14   Injunction.
15   It is SO ORDERED

17   Dated: _____, 2008        By: _____
                                            Honorable Ronald M. Whyte
18                                          United States District Court Judge

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On April 22, 2008, I served a copy(ies) of the following document(s):

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS O, Q, R, U, W, X, Y, Z, AA, BB, CC, DD, FF, GG, HH, II, KK, LL, NN, QQ, XX, YY, AND ZZ TO THE DECLARATION OF KATHARINE L. ALTEMUS IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PENDING MOTION FOR PRELIMINARY INJUNCTION**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |

☐ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and

-1-

CERTIFICATE OF SERVICE

3293557_1.DOC

CASE NO. C-08-0133 RMW

| | |
|---|---|
| 1 | overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA.  I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection. |

☐ (BY FACSIMILE)  I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the documents(s) to (see above).  The facsimile transmission(s) was/were reported as complete and without error.

☒ (BY CM/ECF)  I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on April 22, 2008.

_____
Kirsten Blue