UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 25 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: NOT REPORTED            DATE: 3/21/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                        CASE #: C 08-00133RMW

CASE TITLE: HOLOGIC         VS.    SENORX

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

MATTHEW WOLF (via phone)              AARON P. MAURER (via phone)

                                      ALEXANDRA MAHANEY (via phone)

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.    { } PRETRIAL CONF.    {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| {X} | { } | { } | 1. TO COMPEL RESPONSE TO CERTAIN INTERROGATORY |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED    [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED    [X] DENIED    [ ] SUBMITTED    [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to        @        For

**ORDER TO BE PREPARED BY:**    [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments: