1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf (Admitted *Pro Hac Vice*)
6  Marc Cohn (Admitted *Pro Hac Vice*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14 HOLOGIC, INC., CYTYC CORPORATION,        Case No. C08 00133 RMW (RS)
   and HOLOGIC L.P.,
15                                          **DECLARATION OF KATHARINE L.
            Plaintiffs,                     ALTEMUS IN SUPPORT OF SENORX,
16                                          INC.'S ADMINISTRATIVE MOTION TO
        vs.                                 FILE UNDER SEAL EXHIBITS 33 AND 36
17                                          TO THE DECLARATION OF ADAM D.
   SENORX, INC.,                            HARBER IN SUPPORT OF SENORX,
18                                          INC.'S OPPOSITION TO PLAINTIFFS'
            Defendant.                      MOTION FOR A PRELIMINARY
19                                          INJUNCTION AND SUBMITTED
                                            PURSUANT TO PERMISSION GRANTED
20                                          AT HEARING**

21 AND RELATED COUNTERCLAIMS.

Altemus Declaration ISO Motion to Seal
Case No.  C08 00133 RMW (RS)

I, Katharine L. Altemus, declare as follows:

I am an attorney at the law firm Howrey LLP and a member of the Bar of this court. I serve as one of the outside counsel for Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. (collectively, "Hologic"). If called upon to testify, I could and would competently testify as to the matters set forth herein.

1. Exhibit 33 to the Declaration of Adam D. Harber In Support of Defendant SenoRx, Inc.'s Opposition to Plaintiffs' motion for Preliminary Injunction (Submitted Pursuant To Permission Granted At Hearing Of April 21, 2008) contains excerpts from the transcript of the April 18, 2008 deposition of Martin Keisch. These excerpts contain information that is internal, confidential, and sensitive to Hologic and its employees, and the unprotected distribution of this document in its unredacted form to the general public could cause harm to Hologic and its employees.

2. Exhibit 36 to the Declaration of Adam D. Harber In Support of Defendant SenoRx, Inc.'s Opposition to Plaintiffs' motion for Preliminary Injunction (Submitted Pursuant To Permission Granted At Hearing Of April 21, 2008) contains excerpts from the transcript of the April 15, 2008 deposition of Julie L. Davis. These excerpts on pages labeled "confidential" contain information that is internal, confidential, and sensitive to Hologic and its employees (and/or information designated by SenoRx as its confidential business information). The unprotected distribution of this document in its unredacted form to the general public could cause harm to Hologic and its employees.

3. To date, the parties have not executed a Protective Order that governs how the confidential and proprietary information produced during discovery shall be treated by the parties. Until such a Protective Order has been executed and entered by the Court, such confidential and proprietary materials are, by operation of Patent Local Rule 2-2 deemed to be "Confidential–Attorneys Eyes Only" materials, unless otherwise agreed by the parties.

Altemus Declaration ISO Motion to Seal            - 1 -
Case No. C08 00133 RMW (RS)

4. In compliance with Northern District Civil Local Rule 79-5(d), Hologic wishes to withhold from the public versions of these transcripts that reference confidential business information.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: April 28, 2008                              HOWREY LLP


By:      /s/
     Katharine L. Altemus


HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
 and Hologic LP

1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf (Admitted *Pro Hac Vice*)
6  Marc Cohn (Admitted *Pro Hac Vice*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610

9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

11                      UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW (RS)
   | and HOLOGIC L.P.,                 |
15 |                                   | **[PROPOSED] ORDER GRANTING**
   |         Plaintiffs,               | **ADMINISTRATIVE MOTION TO FILE**
16 |                                   | **UNDER SEAL**
   |     vs.                           |
17 |                                   |
   | SENORX, INC.,                     |
18 |                                   |
   |         Defendant.                |
19 |                                   |

20 AND RELATED COUNTERCLAIMS.

21

22

23

24

25

26

27

28

[Proposed] Order Granting Motion to Seal
Case No. C08 00133 RMW (RS)

LP

The Court, having considered Defendant SenoRx, Inc.'s ("SenoRx") Administrative Motion To File Under Seal and the Declaration of Katharine L. Altemus In Support Of SenoRx, Inc.'s Administrative Motion To File Under Seal finds that good cause exists pursuant to Civil Local Rule 79-5(d) and hereby orders that Defendant's Motion to Seal Exhibits 33 and 36 attached to the Declaration of Adam D. Harber In Support of Defendant SenoRx, Inc.'s Opposition to Plaintiffs' motion for Preliminary Injunction (Submitted Pursuant To Permission Granted At Hearing Of April 21, 2008) is GRANTED.

The Clerk shall maintain under seal Exhibits 33 and 36 attached to the Declaration of Adam D. Harber In Support of Defendant SenoRx, Inc.'s Opposition to Plaintiffs' motion for Preliminary Injunction (Submitted Pursuant To Permission Granted At Hearing of April 21, 2008).

IT IS SO ORDERED.

Dated: _____       _____
Honorable Ronald M. Whyte
United States District Court Judge

- 1 -

[Proposed] Order Granting Motion to Seal
Case No. C08 00133 RMW (RS)