**E-FILED on**    4/30/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC.; CYTYC CORPORATION; and HOLOGIC LP,<br><br>    Plaintiffs,<br><br>    v.<br><br>SENORX, INC.,<br><br>    Defendant. | No. C-08-00133 RMW<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

In the court's April 25, 2008 order denying plaintiffs' motion for a preliminary injunction, the parties were ordered to contact the court's Courtroom Deputy to set a trial date 60-90 days from the date of the order. SenoRx's counsel has contacted the court, stating that the parties have questions about how the court would like to proceed with the trial with respect to scheduling claim construction, disclosures under the Northern District of California Patent Local Rules, etc. The parties seek a conference with the court, but have not identified any particular areas of disagreement.

The court ordered the parties to proceed on an expedited schedule based on their representations at the hearing that both were ready to proceed to trial in 60-90 days. Accordingly, the court expects the parties to meet and confer to discuss how each side anticipates proceeding on an expedited basis under the Patent Local Rules and to agree where they can about the procedures

ORDER SETTING CASE MANAGEMENT CONFERENCE—No. C-08-00133 RMW
MAG

going forward. *See* N.D. Cal. Patent L.R. 2-1(a). The court will set a case management conference in this matter for Friday, May 9, 2008 at 10:30 a.m. to discuss particular areas of disagreement that the parties identify. The parties shall file a joint case management conference statement on or before Friday May, 2, 2008 setting forth their proposed schedule and any specific case management issues requiring the court's guidance. The parties may ask to appear telephonically by filing an appropriate request with the court's Courtroom Deputy.

DATED: 4/30/08

RONALD M. WHYTE
United States District Judge

ORDER SETTING CASE MANAGEMENT CONFERENCE—No. C-08-00133 RMW
MAG                                      2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Katharine Lyn Altemus    altemusk@howrey.com
Robert F. Ruyak    ruyakr@howrey.com
Henry C. Su    suh@howrey.com
Matthew M. Wolf    wolfm@howrey.com

**Counsel for Defendant:**

F.T. Alexandra Mahaney    amahaney@wsgr.com
Natalie Morgan    nmorgan@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 4/30/08                                                /s/ MAG
                                                                                      **Chambers of Judge Whyte**