1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf (Admitted *Pro Hac Vice*)
6  Marc Cohn (Admitted *Pro Hac Vice*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14 HOLOGIC, INC., CYTYC CORPORATION,           Case No. C08 00133 RMW (RS)
   and HOLOGIC L.P.,
15                                             **[PROPOSED] ORDER GRANTING
              Plaintiffs,                      PLAINTIFFS' REQUEST TO APPEAR
16                                             TELEPHONICALLY AT CASE
        vs.                                    MANAGEMENT CONFERENCE**
17
   SENORX, INC.,
18
              Defendant.
19

20 AND RELATED COUNTERCLAIMS.

21

22

23

24

25

26

27

28

HOWREY LLP   Order re Plaintiffs' Request for Telephonic Appearance
             Case No.  C08 00133 RMW (RS)

1   Pursuant to Judge Whyte's April 30, 2008 Order Setting Case Management Conference on
2   May 9, 2008, Plaintiffs respectfully request permission to appear telephonically at that case
3   management conference. Plaintiffs' lead counsel, Matthew Wolf, will be reachable at the scheduled
4   time at **(202) 383-7067**, or can dial-in to a telephone number provided by the court.

Dated: April 30, 2008                    HOWREY LLP


By:    /s/
       Katharine L. Altemus


HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
 and Hologic L.P.

The Court, having considered Plaintiffs' request to appear telephonically at the May 9, 2008 case management conference, hereby grants that request.

IT IS SO ORDERED.


Dated: May ___, 2008        _____

                            Honorable Ronald M. Whyte
                            United States District Judge

Order re Plaintiffs' Request for Telephonic Appearance   - 1 -
Case No. C08 00133 RMW (RS)