1  F.T. Alexandra Mahaney, State Bar No. 125984
   Natalie J. Morgan, State Bar No. 211143
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  12235 El Camino Real, Suite 200
   San Diego, CA  92130
4  Telephone:  (858) 350-2300
   Facsimile:  (858) 350-2399
5  Email:  amahaney@wsgr.com
   Email:  nmorgan@wsgr.com
6
   Bruce R. Genderson (admitted *pro hac vice*)
7  Aaron P. Maurer (admitted *pro hac vice*)
   Rachel Shanahan Rodman (admitted *pro hac vice*)
8  Adam D. Harber (admitted *pro hac vice*)
   WILLIAMS & CONNOLLY LLP
9  725 Twelfth St. NW
   Washington, DC 20005
10 (202) 434-5000

11 Attorneys for Defendant and Counterclaimant
   SENORX, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

16 HOLOGIC, INC., CYTIC CORPORATION and  )  CASE NO.:  C08-0133 RMW (RS)
   HOLOGIC L.P.,                         )
17                                       )  **[PROPOSED] ORDER GRANTING
             Plaintiffs,                 )  DEFENDANT'S REQUEST TO
18                                       )  APPEAR TELEPHONICALLY AT
      v.                                 )  CASE MANAGEMENT
19                                       )  CONFERENCE**
   SENORX, INC.,                         )
20                                       )
             Defendant.                  )
21 _____)
                                         )
22 AND RELATED COUNTERCLAIMS             )
                                         )
23 _____)

24

25

26

27

28

Pursuant to Judge Whyte's April 30, 2008 Order Setting Case Management Conference on May 9, 2008, Defendant respectfully requests permission to appear telephonically at that case management conference. Defendant's lead counsel, Bruce R. Genderson and Aaron P. Maurer, will be reachable at the scheduled time at (202) 434-5999, or can dial-in to a telephone number provided by the Court. In the alternative, Defendant offers the following audio conference number for the parties and the Court: 1-888-759-6037, passcode 2024345282.

Dated: May 1, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: s/Natalie J. Morgan

F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant and Counterclaimant
SENORX, INC.

The Court, having considered Defendant's request to appear telephonically at the May 9, 2008 case management conference, hereby grants that request.

IT IS SO ORDERED

Dated: _____

_____
Honorable Ronald M. Whyte
United States District Judge

**CERTIFICATE OF SERVICE**
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On May 1, 2008, I served a copy(ies) of the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

on the parties to this action by the following means:

| | |
|---|---|
| Henry C. Su (suh@howrey.com) <br> Katharine L. Altemus (altemusk@howrey.com) <br> HOWREY LLP <br> 1950 University Avenue, 4th Floor <br> East Palo Alto, CA  94303 <br> Telephone:  (650) 798-3500 <br> Facsimile:  (650) 798-3600 | Attorneys for Plaintiffs <br> HOLOGIC, INC. CYTYC CORPORATION and <br> HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com) <br> Marc Cohn (cohnm@howrey.com) <br> HOWREY LLP <br> 1229 Pennsylvania Avenue, NW <br> Washington, DC  20004 <br> Telephone:  (202) 783-0800 <br> Facsimile:  (202) 383-6610 | Attorneys for Plaintiffs <br> HOLOGIC, INC. CYTYC CORPORATION and <br> HOLOGIC LP |

☐ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☒ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on May 1, 2008. |

_____
Kirsten Blue

-2-

| CERTIFICATE OF SERVICE | CASE NO. C-08-0133 RMW (RS) |