UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: April 21, 2008

Case No. C-08-00133-RMW    JUDGE: Ronald M. Whyte

HOLOGIC, INC., et al.    -V- SENORX, INC.
Title

H. Su, M. Wolf, K. Altemus, M. Cohn    B. Genderson
                                       A. Manhaney, R. Rodman, A. Harber, A. Maurer
Attorneys Present                      Attorneys Present

COURT CLERK: Jackie Garcia    COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

ORDER AFTER HEARING

Hearing Held. The parties agree to submit the motion to strike on the papers without oral argument. The Court heard oral argument from both sides and the took the matter under submission. The Court to issue a ruling to the parties. The matter is deemed submitted.