1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf (Admitted *Pro Hac Vice*)
6  Marc Cohn (Admitted *Pro Hac Vice*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

*E-FILED - 5/14/08*

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14 HOLOGIC, INC., CYTYC CORPORATION,           Case No. C08 00133 RMW (RS)
   and HOLOGIC L.P.,
15                                             **[] ORDER GRANTING
          Plaintiffs,                          PLAINTIFFS' REQUEST TO APPEAR
16                                             TELEPHONICALLY AT CASE
       vs.                                     MANAGEMENT CONFERENCE**
17
   SENORX, INC.,
18
          Defendant.
19

20 AND RELATED COUNTERCLAIMS.

Order re Plaintiffs' Request for Telephonic Appearance
Case No. C08 00133 RMW (RS)

HOWREY LLP

Pursuant to Judge Whyte's April 30, 2008 Order Setting Case Management Conference on May 9, 2008, Plaintiffs respectfully request permission to appear telephonically at that case management conference. Plaintiffs' lead counsel, Matthew Wolf, will be reachable at the scheduled time at **(202) 383-7067**, or can dial-in to a telephone number provided by the court.

Dated: April 30, 2008

HOWREY LLP

By: _____/s/_____
Katharine L. Altemus

HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
and Hologic L.P.

The Court, having considered Plaintiffs' request to appear telephonically at the May 9, 2008 case management conference, hereby grants that request.

IT IS SO ORDERED.

Dated: May __9__, 2008         *Ronald M. Whyte*
                              Honorable Ronald M. Whyte
                              United States District Judge

Order re Plaintiffs' Request for Telephonic Appearance    - 1 -
Case No. C08 00133 RMW (RS)