1  F.T. Alexandra Mahaney, State Bar No. 125984
   Natalie J. Morgan, State Bar No. 211143
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  12235 El Camino Real, Suite 200
   San Diego, CA  92130
4  Telephone:    (858) 350-2300
   Facsimile:    (858) 350-2399
5  Email:        amahaney@wsgr.com
   Email:        nmorgan@wsgr.com
6
   Bruce R. Genderson (admitted *pro hac vice*)
7  Aaron P. Maurer (admitted *pro hac vice*)
   Rachel Shanahan Rodman (admitted *pro hac vice*)
8  Adam D. Harber (admitted *pro hac vice*)
   WILLIAMS & CONNOLLY LLP
9  725 Twelfth St. NW
   Washington, DC 20005
10 (202) 434-5000

***E-FILED - 5/14/08***

11 Attorneys for Defendant and Counterclaimant
   SENORX, INC.
12

13            UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                  SAN JOSE DIVISION

16 HOLOGIC, INC., CYTIC CORPORATION and  )   CASE NO.:  C08-0133 RMW (RS)
   HOLOGIC L.P.,                         )
17                                        )   [~~PROPOSED~~] ORDER GRANTING
              Plaintiffs,                 )   DEFENDANT'S REQUEST TO
18                                        )   APPEAR TELEPHONICALLY AT
        v.                                )   CASE MANAGEMENT
19                                        )   CONFERENCE
   SENORX, INC.,                          )
20                                        )
              Defendant.                  )
21 _____)
                                          )
22 AND RELATED COUNTERCLAIMS              )
                                          )
23 _____)

24

25

26

27

28

1  Pursuant to Judge Whyte's April 30, 2008 Order Setting Case Management Conference
2  on May 9, 2008, Defendant respectfully requests permission to appear telephonically at that case
3  management conference. Defendant's lead counsel, Bruce R. Genderson and Aaron P. Maurer,
4  will be reachable at the scheduled time at (202) 434-5999, or can dial-in to a telephone number
5  provided by the Court. In the alternative, Defendant offers the following audio conference
6  number for the parties and the Court: 1-888-759-6037, passcode 2024345282.

7  Dated: May 1, 2008　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　　　　Professional Corporation
8

9  　　　　　　　　　　　　　　　　　　　　　By:　s/Natalie J. Morgan

10 　　　　　　　　　　　　　　　　　　　　F.T. Alexandra Mahaney, State Bar No. 125984
　　　　　　　　　　　　　　　　　　　　　　Natalie J. Morgan, State Bar No. 211143
11 　　　　　　　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　　　Professional Corporation
12 　　　　　　　　　　　　　　　　　　　　12235 El Camino Real, Suite 200
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92130
13 　　　　　　　　　　　　　　　　　　　　Telephone: (858) 350-2300
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (858) 350-2399
14 　　　　　　　　　　　　　　　　　　　　Email: amahaney@wsgr.com

15 　　　　　　　　　　　　　　　　　　　　Bruce R. Genderson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Aaron P. Maurer (admitted *pro hac vice*)
16 　　　　　　　　　　　　　　　　　　　　Rachel Shanahan Rodman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Adam D. Harber (admitted *pro hac vice*)
17 　　　　　　　　　　　　　　　　　　　　WILLIAMS & CONNOLLY LLP
　　　　　　　　　　　　　　　　　　　　　　725 Twelfth St. NW
18 　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 434-5000
19 　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 434-5029

20 　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant and Counterclaimant
　　　　　　　　　　　　　　　　　　　　　　SENORX, INC.
21

22 　　　The Court, having considered Defendant's request to appear telephonically at the May 9,
23 2008 case management conference, hereby grants that request.

24 　　　IT IS SO ORDERED

25 Dated: ___5/9/08___　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　　Honorable Ronald M. Whyte
26 　　　　　　　　　　　　　　　　　　　　United States District Judge

27

28

[PROPOSED] ORDER GRANTING DEFENDANT'S　　　-1-　　　CASE NO. C08-0133 RMW (RS)
REQUEST TO APPEAR TELEPHONICALLY AT CASE　　　　　　　　　　　　3348355_1.DOC
MANAGEMENT CONFERENCE

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On May 1, 2008, I served a copy(ies) of the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

on the parties to this action by the following means:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA  94303<br>Telephone:  (650) 798-3500<br>Facsimile:  (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and<br>HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Telephone:  (202) 783-0800<br>Facsimile:  (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and<br>HOLOGIC LP |

☐ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☒ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

1  I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on May 1, 2008.

*[signature]*
_____
Kirsten Blue