Henry C. Su (SBN 211202; suh@howrey.com)
Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600

Robert Ruyak
Matthew Wolf (Admitted *Pro Hac Vice*)
Marc Cohn (Admitted *Pro Hac Vice*)
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>SENORX, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C08 00133 RMW (RS)<br><br>**STIPULATED ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMITS FOR OPENING CLAIM CONSTRUCTION BRIEFS AND [PROPOSED] ORDER GRANTING PARTIES' STIPULATED MOTION**<br><br>Markman Hearing<br>Date: June 25, 2008<br>Time: To Be Set<br>Room: Courtroom 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte |

1  Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. and Defendant SenoRx, Inc.
2 hereby jointly move this Court pursuant to Civil Local Rule 7-11 for leave to exceed page limits for
3 Opening Claim Construction Briefs to be filed on May 21, 2008. The parties believe that an increase
4 in the current page limit of 25 pages is warranted to fully brief the claim terms at issue.

5  For this reason, the parties respectfully request that the page limit for the opening claim
6 construction briefs be increased from 25 pages to 30 pages.

7 Dated: May 14, 2008                    HOWREY LLP

8                                         By: _____/s/_____

9                                         Katharine L. Altemus
10                                        HOWREY LLP
                                          1950 University Avenue, 4th Floor
11                                        East Palo Alto, California 94303
                                          Attorneys for Plaintiffs
12
                                          Hologic, Inc., Cytyc Corporation,
13                                        and Hologic L.P.

14

15
                                          WILLIAMS & CONNOLLY LLP
16
                                          By: _____/s/_____
17                                        Bruce R. Genderson
                                          Aaron P. Maurer
18                                        Rachael Shanahan Rodman
                                          Adam D. Harber
19                                        WILLIAMS & CONNOLLY LLP
                                          725 – 12th Street, N.W.
20                                        Washington, D.C. 20005

21

22

23

24

25

26

27

28

Stip. & [Proposed] Order Granting Leave to Exceed    - 2 -
Page Limits
Case No. C08 00133 RMW (RS)

|   |   |
|---|---|
| 1 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | By: _____/s/_____ |
| 3 | F.T. Alexandra Mahaney<br>Natalie J. Morgan |
| 4 | WILSON SONSINI GOODRICH & ROSATI<br>12235 El Camino Real, Suite 200 |
| 5 | San Diego, California 92130 |
| 6 |   |
| 7 | Attorneys for Defendant<br>SenoRx, Inc. |

1  
2  
3  
4  
5  
6  
7  
8  
9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10  
11  DATED: May ___, 2008           _____
       The Honorable Ronald M. Whyte
       United States District Court Judge

12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Stip. & [Proposed] Order Granting Leave to Exceed   - 3 -
Page Limits
Case No. C08 00133 RMW (RS)

**Filer's Attestation**

I, Katharine L. Altemus, am the ECF User whose identification and password are being used to file this Stipulated Administrative Motion Pursuant To Civil L.R. 7-11 For Leave To Exceed Page Limits For Opening Claim Construction Briefs And [Proposed] Order Granting Parties' Stipulated Motion. Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Bruce R. Genderson.

Dated: May 14, 2008

By:   /s/
      Katharine L. Altemus

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On May 14, 2008, I served on the interested parties in said action the within:

**STIPULATED ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 FOR LEAVE TO EXCEED PAGE LIMITS FOR OPENING CLAIM CONSTRUCTION BRIEFS AND [PROPOSED] ORDER GRANTING PARTIES' STIPULATED MOTION**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

| | |
|---|---|
| F.T. Alexandra Mahaney; amahaney@wsgr.com<br>Natalie J. Morgan; nmorgan@wsgr.com<br>Wilson Sonsini Goodrich & Rosati<br>12235 El Camino Real, Suite 200<br>San Diego, California 92130 | Bruce R. Genderson; bgenderson@wc.com<br>Aaron P. Maurer; amaurer@wc.com<br>Rachael Shanahan Rodman; rrodman@wc.com<br>Adam D. Harber; aharber@wc.com<br>Williams & Connolly LLP<br>725 – 12th Street, N.W.<br>Washington, D.C. 20005 |

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X] (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on May 14, 2008, at East Palo Alto, California.

Sonya Schwab
(Type or print name)

_(Signature)_