RECEIVED
2008 MAY 13 AM 10: 18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

Hologic, Inc., Cytyc Corporation,
and Hologic L.P.,

CASE NO. C08 00133 RMW (RS)

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

v.

SenoRx, Inc.,

Defendant(s).

Andrew R. Sommer, an active member in good standing of the bar of Virginia Supreme Court, D.C. Court of Appeals whose business address and telephone number (particular court to which applicant is admitted) is

Howrey LLC, 1299 Pennsylvania Avenue, N.W., Washington, DC 20004-2402

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Hologic, Inc., Cytyc Corporation, and Holoic L.P.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 9, 2008

_____
United States Magistrate Judge