UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 9, 2008

Case No. C-08-00133-RMW    JUDGE: Ronald M. Whyte

HOLOGIC, INC., et al.    -V- SENORX, INC.
Title

M. Wolf via Phone                                    B. Genderson & A. Maurer via Phone
Attorneys Present (Plaintiff)                        Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia                           COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule: Claims Construction Hearing set for 6/9/08 @ 2:00 PM;

Pretrial Conference set for 6/30/08 @ 2:00 PM; Jury Trial set for 7/14/08 2@ 1:30 PM.