1   Henry C. Su (SBN 211202; suh@howrey.com)
    Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2   HOWREY LLP
    1950 University Avenue, 4th Floor
3   East Palo Alto, California  94303
    Telephone:  (650) 798-3500
4   Facsimile:  (650) 798-3600

5   Robert Ruyak
    Matthew Wolf (Admitted *Pro Hac Vice*)
6   Marc Cohn (Admitted *Pro Hac Vice*)
    HOWREY LLP
7   1299 Pennsylvania Avenue, NW
    Washington, DC 20004
8   Telephone:  (202) 783-0800
    Facsimile:  (202) 383-6610

9
    Attorneys for Plaintiffs
10  HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.          *E-FILED 5/22/08*

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14  HOLOGIC, INC., CYTYC CORPORATION,        Case No. C08 00133 RMW (RS)
    and HOLOGIC L.P.,
15                                           STIPULATED ADMINISTRATIVE
                   Plaintiffs,               MOTION PURSUANT TO CIVIL L.R. 7-11
16                                           FOR LEAVE TO EXCEED PAGE LIMITS
                                             FOR OPENING CLAIM CONSTRUCTION
17         vs.                               BRIEFS AND [] ORDER
                                             GRANTING PARTIES' STIPULATED
18  SENORX, INC.,                            MOTION

19                 Defendant.                Markman Hearing
                                             Date: June 25, 2008
20                                           Time: To Be Set
                                             Room: Courtroom 6, 4th Floor
21                                           Judge: Hon. Ronald M. Whyte

22  AND RELATED COUNTERCLAIMS.

23

24

25

26

27

28
    Stip. & [] Order Granting Leave to Exceed          - 1 -
    Page Limits
    Case No.  C08 00133 RMW (RS)

1    Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. and Defendant SenoRx, Inc.

2  hereby jointly move this Court pursuant to Civil Local Rule 7-11 for leave to exceed page limits for

3  Opening Claim Construction Briefs to be filed on May 21, 2008.  The parties believe that an increase

4  in the current page limit of 25 pages is warranted to fully brief the claim terms at issue.

5    For this reason, the parties respectfully request that the page limit for the opening claim

6  construction briefs be increased from 25 pages to 30 pages.

7  Dated:  May 14, 2008                              HOWREY LLP

8                                                    By:  _____/s/_____

9
                                                    Katharine L. Altemus
10                                                  HOWREY LLP
                                                    1950 University Avenue, 4th Floor
11                                                  East Palo Alto, California 94303
                                                    Attorneys for Plaintiffs
12
                                                    Hologic, Inc., Cytyc Corporation,
13                                                  and Hologic L.P.

14

15                                                  WILLIAMS & CONNOLLY LLP
16
                                                    By:  _____/s/_____
17                                                  Bruce R. Genderson
                                                    Aaron P. Maurer
18                                                  Rachael Shanahan Rodman
                                                    Adam D. Harber
19                                                  WILLIAMS & CONNOLLY LLP
                                                    725 – 12th Street, N.W.
20                                                  Washington, D.C. 20005
21

22

23

24

25

26

27

28

Stip. & [] Order Granting Leave to Exceed                   - 2 -
Page Limits
Case No.  C08 00133 RMW (RS)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI

By: _____/s/_____
F.T. Alexandra Mahaney
Natalie J. Morgan
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, California 92130


Attorneys for Defendant
SenoRx, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May _P[ __, 2008

_Ronald M. Whyte_____
The Honorable Ronald M. Whyte
United States District Court Judge

Stip. & [] Order Granting Leave to Exceed
Page Limits
Case No.  C08 00133 RMW (RS)

- 3 -