RECEIVED
MAY 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*E-FILED - 5/22/08*

# UNITED STATES DISTRICT COURT
## Northern District of California

Hologic, Inc.
Cytyc Corp., and
Hologic L.P.

CASE NO. C08 00133 RMW (RS)

Plaintiff(s),

v.

SenoRx, Inc.

Defendant(s).

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David C. Kiernan , an active member in good standing of the bar of Maryland Court of Appeals, Supreme Court of Virginia, and the District of Columbia whose business address and telephone number (particular court to which applicant is admitted)

is

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005   (202) 434-5191

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing SenoRx, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/22/08

*Ronald M. Whyte*

United States District Judge
Hon. Ronald M. Whyte