RECEIVED

MAY 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

*E-FILED - 5/22/08*

| | |
|---|---|
| Hologic Inc., Cytyc Corporation, and Hologic L.P. | CASE NO. C08-0133-RMW |
| Plaintiff(s), | [XXXXXXXXXX] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | |
| SenoRx Inc. | |
| Defendant(s). | |

F. Gregory Bowman, an active member in good standing of the bar of District of Columbia and Supreme Court of Connecticut whose business address and telephone number (particular court to which applicant is admitted) is

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005      Telephone: (202) 434-5753

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing SenoRx Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/22/08

*Ronald M. Whyte*
United States District Judge
Hon. Ronald M. Whyte

UNITED STATES DISTRICT COURT
For the Northern District of California