*E-FILED - 5/22/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> SENORX, INC., <br><br> Defendant. | Case No. C08 00133 RMW (RS) <br><br> [] **STIPULATED SCHEDULING ORDER** <br><br> **Pretrial Conference: June 30, 2008 at 2 p.m.** <br><br> **Trial:  July 14, 2008 at 1:30 p.m.** |
| AND RELATED COUNTERCLAIMS. | |

1  I.   CASE MANAGEMENT SCHEDULE

2     On May 9, 2008, the Court held the Case Management Conference in the above-entitled matter.

3  The Court enters the following Scheduling Order:

| EVENT | DATE |
|---|---|
| Initiation of Discovery | **April 30, 2008** |
| Initial disclosures | **May 9, 2008** |
| Preliminary Infringement Contentions (Patent L.R. 3-1) | **May 6, 2008** |
| Preliminary Invalidity Contentions (Patent L.R. 3-3) | **May 21, 2008** |
| Exchange of Proposed Claim Terms for Construction (Patent L.R. 4-1) | **May 7, 2008** |
| Exchange of Preliminary Claim Construction (Patent L.R. 4-2) | **May 12, 2008** |
| Opening Claim Construction Briefs (simultaneous) (Patent L.R. 4-5) | **May 21, 2008** |
| Identification of Experts (name and subject matter of opinion(s) only) | **May 23, 2008** |
| Reply Claim Construction Briefs (simultaneous) (Patent L.R. 4-5) | **May 30, 2008** |
| Joint Claim Construction Statement (Patent L.R. 4-3) | **May 30, 2008** |
| Expert reports (simultaneous exchange by both parties as to infringement and invalidity without regard to burden) | **June 4, 2008** |
| Claim Construction Hearing (Patent L.R. 4-3) | **June ri , 2008 at 2 p.m.** |
| Potential Mediation | **June 13, 2008** |
| Close of Discovery | **June 25, 2008** |
| Pretrial Conference | **Ju    n, 2008 at 2 p.m.** |
| Trial (jury) | **July 14, 2008 at 1:30 p.m.** |

[Proposed] Stipulated Scheduling Order         - 1 -
Case No.  C08 00133 RMW (RS)

## II. DISMISSAL OF NON-PATENT COUNTS

Plaintiffs' non-patent Counts Four through Six (federal and state unfair competition counts) of Plaintiffs' Amended Complaint For Patent Infringement, Lanham Act Violations, And State Unfair Competition Seeking Damages and Injunctive Relief filed March 7, 2008 are hereby dismissed without prejudice. Defendant SenoRx, Inc.'s Motion to Dismiss is hereby dismissed as moot.

Dated: May 12, 2008

HOWREY LLP

By: ___/s/___

Katharine L. Altemus
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Attorneys for Plaintiffs

Hologic, Inc., Cytyc Corporation, and Hologic L.P.

WILLIAMS & CONNOLLY LLP

By: ___/s/___
Aaron P. Maurer
Bruce R. Genderson
Rachael Shanahan Rodman
Adam D. Harber
WILLIAMS & CONNOLLY LLP
725 – 12th Street, N.W.
Washington, D.C. 20005

| | |
|---|---|
| 1 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | By:  /s/ |
| 3 | F.T. Alexandra Mahaney<br>Natalie J. Morgan |
| 4 | WILSON SONSINI GOODRICH & ROSATI<br>12235 El Camino Real, Suite 200 |
| 5 | San Diego, California 92130 |
| 6 | |
| 7 | Attorneys for Defendant<br>SenoRx, Inc. |
| 8 | |
| 9 | IT IS SO ORDERED. |
| 10 | DATED:  May 22, 2008 |
| 11 | *Ronald M. Whyte*<br>The Honorable Ronald M. Whyte<br>United States District Court Judge |

[] Stipulated Scheduling Order
Case No. C08 00133 RMW (RS)

- 3 -

**Filer's Attestation**

I, Katharine L. Altemus, am the ECF User whose identification and password are being used to file this [Proposed] Stipulated Scheduling Order. Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Aaron P. Maurer.

Dated: May 12, 2008

By: <u>/s/</u>
Katharine L. Altemus

[] Stipulated Scheduling Order
Case No. C08 00133 RMW (RS)
- 4 -

1
2
3
4
5                                                               *E-FILED - 5/22/08*
6
7
8                     UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                             SAN JOSE DIVISION

11  HOLOGIC, INC., CYTYC CORPORATION,            Case No. C08 00133 RMW (RS)
    and HOLOGIC L.P.,
12                                               [] STIPULATED SCHEDULING
                Plaintiffs,                      ORDER
13
           vs.                                   Pretrial Conference: V    nLrNNo    rfNN   C C
14
    SENORX, INC.,                                Trial: July 14, 2008 at 1:30 p.m.
15
                Defendant.
16

17  AND RELATED COUNTERCLAIMS.

18
19
20
21
22
23
24
25
26
27
28
    [] Stipulated Scheduling Order
    Case No. C08 00133 RMW (RS)

1  I.   CASE MANAGEMENT SCHEDULE

2     On May 9, 2008, the Court held the Case Management Conference in the above-entitled matter.

3  The Court enters the following Scheduling Order:

| EVENT | DATE |
|---|---|
| Initiation of Discovery | **April 30, 2008** |
| Initial disclosures | **May 9, 2008** |
| Preliminary Infringement Contentions (Patent L.R. 3-1) | **May 6, 2008** |
| Preliminary Invalidity Contentions (Patent L.R. 3-3) | **May 21, 2008** |
| Exchange of Proposed Claim Terms for Construction (Patent L.R. 4-1) | **May 7, 2008** |
| Exchange of Preliminary Claim Construction (Patent L.R. 4-2) | **May 12, 2008** |
| Opening Claim Construction Briefs (simultaneous) (Patent L.R. 4-5) | **May 21, 2008** |
| Identification of Experts (name and subject matter of opinion(s) only) | **May 23, 2008** |
| Reply Claim Construction Briefs (simultaneous) (Patent L.R. 4-5) | **May 30, 2008** |
| Joint Claim Construction Statement (Patent L.R. 4-3) | **May 30, 2008** |
| Expert reports (simultaneous exchange by both parties as to infringement and invalidity without regard to burden) | **June 4, 2008** |
| Claim Construction Hearing (Patent L.R. 4-3) | ~~**June 9, 2008 at 2 p.m.**~~ June 25, 2008 at 2 p.m. |
| Potential Mediation | **June 13, 2008** |
| Close of Discovery | **June 25, 2008** |
| Pretrial Conference    July 9, 2008 at 2:00 p.m. | ~~**June 30, 2008 at 2 p.m.**~~ |
| Trial (jury) | **July 14, 2008 at 1:30 p.m.** |

[ Stipulated Scheduling Order              - 1 -
Case No.  C08 00133 RMW (RS)

## II.  DISMISSAL OF NON-PATENT COUNTS

Plaintiffs' non-patent Counts Four through Six (federal and state unfair competition counts) of Plaintiffs' Amended Complaint For Patent Infringement, Lanham Act Violations, And State Unfair Competition Seeking Damages and Injunctive Relief filed March 7, 2008 are hereby dismissed without prejudice.  Defendant SenoRx, Inc.'s Motion to Dismiss is hereby dismissed as moot.

Dated:  May 12, 2008

HOWREY LLP

By:  /s/

Katharine L. Altemus
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Attorneys for Plaintiffs

Hologic, Inc., Cytyc Corporation, and Hologic L.P.


WILLIAMS & CONNOLLY LLP

By:  /s/
Aaron P. Maurer
Bruce R. Genderson
Rachael Shanahan Rodman
Adam D. Harber
WILLIAMS & CONNOLLY LLP
725 – 12th Street, N.W.
Washington, D.C. 20005

| | |
|---|---|
| 1 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | By:  /s/ |
| 3 | F.T. Alexandra Mahaney<br>Natalie J. Morgan |
| 4 | WILSON SONSINI GOODRICH & ROSATI<br>12235 El Camino Real, Suite 200 |
| 5 | San Diego, California 92130 |
| 6 | |
| 7 | Attorneys for Defendant<br>SenoRx, Inc. |
| 8 | |
| 9 | IT IS SO ORDERED. |
| 10 | DATED:  May 22, 2008 |
| 11 | *Ronald M. Whyte*<br>The Honorable Ronald M. Whyte<br>United States District Court Judge |

[] Stipulated Scheduling Order       - 3 -
Case No.  C08 00133 RMW (RS)

1 **Filer's Attestation**

2   I, Katharine L. Altemus, am the ECF User whose identification and password are being used to
3 file this [Proposed] Stipulated Scheduling Order. Pursuant to General Order No. 45, § X(B), I attest
4 under penalty of perjury that concurrence in the filing of the document has been obtained from Aaron
5 P. Maurer.

6 Dated: May 12, 2008

7
8                                      By: /s/
                                          Katharine L. Altemus

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[] Stipulated Scheduling Order                      - 4 -
Case No. C08 00133 RMW (RS)