```
                                                RECEIVED
                                              2008 MAY 13 AM 10:18
       UNITED STATES DISTRICT COURT
                                              RICHARD W. WIEKING
                                                    CLERK
         Northern District of California    U.S. DISTRICT COURT
                                             NO. DIST. OF CA. S.J.
```

*E-FILED - 5/22/08*

Hologic, Inc., Cytyc Corporation,
and Hologic L.P.,

CASE NO. C08 00133 RMW (RS)

              Plaintiff(s),

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    v.

SenoRx, Inc.,

              Defendant(s).
_____/

Andrew R. Sommer                              , an active member in good standing of the bar of

Virginia Supreme Court, D.C. Court of Appeals    whose business address and telephone number

(particular court to which applicant is admitted)

is

Howrey LLC, 1299 Pennsylvania Avenue, N.W., Washington, DC 20004-2402

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Hologic, Inc., Cytyc Corporation, and Holoic L.P.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 22, 2008

                                                    *Ronald M. Whyte*
                                                 _____
                                                 United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California