1  COUNSEL LISTED ON SIGNATURE BLOCK

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12  HOLOGIC, INC., CYTYC CORP., and          )   CASE NO.: C-08-0133 RMW (RS)
    HOLOGIC L.P.,                            )
13                                           )   **STIPULATED REQUEST FOR**
              Plaintiffs,                    )   **ORDER CHANGING TIME TO**
                                             )   **EXTEND DEADLINE FOR FILING**
14        v.                                 )   **PRETRIAL SUBMISSIONS**
                                             )   **PURSUANT TO CIVIL LOCAL**
15  SENORX, INC.,                            )   **RULE 6-2 AND [PROPOSED]**
                                             )   **ORDER**
16            Defendant.                     )
                                             )
17                                           )
    _____ )
18  SENORX, INC.,                            )
                                             )   Courtroom: 6, 4th Floor
19            Counterclaimant,               )   Judge: Hon. Ronald M. Whyte
                                             )
20        v.                                 )
                                             )
21  HOLOGIC, INC., CYTYC CORP., and          )
    HOLOGIC L.P.,                            )
22                                           )
              Counterdefendants.             )
23  _____ )

24

25

26

27
                                                           3373806_1.DOC
28
    STIPULATED REQUEST FOR ORDER TO                    CASE NO. C-08-0133 RMW
    EXTEND DEADLINE FOR FILING
    PRETRIAL SUBMISSIONS

1    Plaintiffs and Counterdefendants Hologic, Inc., Cytyc Corporation, and Hologic L.P. and

2 Defendant and Counterclaimant SenoRx, Inc. hereby jointly request pursuant to Civil Local Rule

3 6-2 an order changing time to extend the deadline to file pretrial submissions to July 3, 2008. In

4 support of this request, the parties submit the Declaration of Rachel Rodman.

5    The deadline for pretrial submissions is currently June 24, 2008. However, because the

6 date for the claim construction and summary judgment hearing has been moved to June 25, 2008,

7 the parties' pretrial submissions would now be due before the claim construction hearing and

8 before any claim construction order or order on the pending motions for summary judgment.

9 Because the scope of the case and issues to be tried will depend on the Court's rulings on these

10 motions, the parties request the extension of these pretrial submissions to July 3, 2008. The

11 pretrial conference is currently scheduled for July 9, 2008, and the trial is scheduled to begin on

12 July 14, 2008.

13    For these reasons, the parties respectfully request that the deadline for submitting pretrial

14 submissions be extended until July 3, 2008. The parties agree that this extension would not apply

15 to motions in limine, which would be filed on June 24, 2008 so that replies would be filed in time

16 to be heard at the pretrial conference. In addition, the parties would exchange deposition

17 designations and exhibits in advance of the pretrial submissions so that the pretrial submissions

18 would include counter-designations and objections to deposition designations, as well as

19 objections to authenticity and admissibility of proposed exhibits.

20
Dated: June 3, 2008                    HOWREY LLP
21

22                                    By:    /s/Katharine L. Altemus w/ permission
                                          Katharine L. Altemus
23                                        altemusk@howrey.com
                                          HOWREY LLP
24                                        1950 University Avenue, 4th Floor
                                          East Palo Alto, CA 94303
25                                        Telephone: (650) 798-3500
                                          Facsimile: (650) 798-3600
26

27                                    Attorneys for Plaintiffs Hologic, Inc.,

3373806_1.DOC
28
                                              1
STIPULATED REQUEST FOR ORDER TO                           CASE NO. C-08-0133 RMW
EXTEND DEADLINE FOR FILING
PRETRIAL SUBMISSIONS

1

2

Cytyc Corporation, and Hologic L.P.
WILLIAMS & CONNOLLY LLP

3

By:     /s/Bruce R. Genderson w/ permission
       Bruce R. Genderson

4

       Aaron P. Maurer
       Rachel Shanahan Rodman

5

       Adam D. Harber
       WILLIAMS & CONNOLLY LLP

6

       725 12th Street, N.W.

7

       Washington, D.C.  20005
       Telephone:  (202) 434-5000

8

       Facsimile:  (202) 434-5029

9

10

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

11

12

By:     /s/Natalie J. Morgan
       Natalie J. Morgan, State Bar No. 211143
       nmorgan@wsgr.com

13

       F.T. Alexandra Mahaney, State Bar No.
       125984

14

       amahaney@wsgr.com
       WILSON SONSINI GOODRICH &

15

       ROSATI
       Professional Corporation

16

       12235 El Camino Real, Suite 200
       San Diego, CA  92130

17

       Telephone:  (858) 350-2300
       Facsimile:   (858) 350-2399

18

19

Attorneys for Defendant
SENORX, INC.

20

21

22

23

24

25

26

27

28

3373806_1.DOC

2

1

**Filer's Attestation**

2    I, Natalie J. Morgan, am the ECF User whose identification and password are being used

3    to file this Stipulated Request for Order Changing Time.  Pursuant to General Order No. 45, ¶

4    X(B), I attest under penalty of perjury that concurrence in the filing of the document has been

5    obtained from the other signatories to this Stipulation.

6

7                                                    By: /s/Natalie J. Morgan_____
                                                          Natalie J. Morgan

8

9

10

**[PROPOSED] ORDER**

11    PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.  The deadline

12    for submitting pretrial submissions is July 3, 2008.  Motions in limine shall be filed on June 24,

13    2008.  The parties shall exchange deposition designations and exhibits in advance of the pretrial

14    submissions so that the pretrial submissions shall include counter-designations and objections to

15    deposition designations, as well as objections to authenticity and admissibility of proposed

16    exhibits.

17

18    Dated  June ____, 2008                          _____

19                                                    The Honorable Ronald M. Whyte
                                                      United States District Court Judge

20

21

22

23

24

25

26

27
                                                                                      3373806_1.DOC
28                                                    3
STIPULATED REQUEST FOR ORDER TO                                    CASE NO. C-08-0133 RMW
EXTEND DEADLINE FOR FILING
PRETRIAL SUBMISSIONS

1

2

3

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

4

I, Janice Wright, declare:

5

6

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

7

On June 3, 2008, I served a copy(ies) of the following document(s):

8

9

**STIPULATED REQUEST FOR ORDER CHANGING TIME TO EXTEND DEADLINE FOR FILING PRETRIAL SUBMISSIONS PURSUANT TO CIVIL LOCAL RULE 6-2 AND [PROPOSED] ORDER**

10

11

on the parties to this action by the following means:

12

13

14

| | |
|---|---|
| Henry C. Su (suh@howrey.com) | Attorneys for Plaintiffs |
| Katharine L. Altemus (altemusk@howrey.com) | HOLOGIC, INC. CYTYC |
| HOWREY LLP | CORPORATION and |
| 1950 University Avenue, 4th Floor | HOLOGIC LP |
| East Palo Alto, CA 94303 | |
| Telephone: (650) 798-3500 | |
| Facsimile: (650) 798-3600 | |

15

16

17

18

| | |
|---|---|
| Matthew Wolf (wolfm@howrey.com) | Attorneys for Plaintiffs |
| Marc Cohn (cohnm@howrey.com) | HOLOGIC, INC. CYTYC |
| HOWREY LLP | CORPORATION and |
| 1229 Pennsylvania Avenue, NW | HOLOGIC LP |
| Washington, DC 20004 | |
| Telephone: (202) 783-0800 | |
| Facsimile: (202) 383-6610 | |

19

20

21

22

23

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

24

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

25

26

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

27

28

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily

-1-

3293557_1.DOC

1   familiar with WSGR's practice for collecting and processing of correspondence for
    overnight delivery, said practice being that, in the ordinary course of business,
2   correspondence for overnight delivery is deposited with delivery fees paid or provided for
    at the carrier's express service offices for next-day delivery the same day as the
3   correspondence is placed for collection.

4   ☐  (BY FACSIMILE)  I caused to be transmitted by facsimile machine (number of sending
       facsimile machine is (858) 350-2399 at the time stated on the attached transmission
5      report(s) by sending the documents(s) to (see above).  The facsimile transmission(s)
       was/were reported as complete and without error.

6   ☒  (BY CM/ECF)  I caused such document(s) to be sent via electronic mail through the Case
       Management/Electronic Case File system with the U.S. District Court for the Northern
7      District of California.

8          I declare under penalty of perjury under the laws of the United States that the above is true
9   and correct, and that this declaration was executed on June 3, 2008.

10                                    _____
                                              Janice Wright
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

3293557_1.DOC

CERTIFICATE OF SERVICE                                    CASE NO. C-08-0133 RMW

1   F.T. Alexandra Mahaney, State Bar No. 125984
    WILSON SONSINI GOODRICH & ROSATI
2   Professional Corporation
    12235 El Camino Real, Suite 200
3   San Diego, CA 92130
    Telephone: (858) 350-2300
4   Facsimile: (858) 350-2399
    Email: amahaney@wsgr.com
5
    Bruce R. Genderson (*admitted pro hac vice*)
6   Aaron P. Maurer (*admitted pro hac vice*)
    Rachel Shanahan Rodman (*admitted pro hac vice*)
7   Adam D. Harber (*admitted pro hac vice*)
    WILLIAMS & CONNOLLY LLP
8   725 Twelfth St. NW
9   Washington, DC 20005
    Telephone: (202) 434-5000
10  Facsimile: (202) 434-5029

11  Attorneys for Defendant and Counterclaimant
    SENORX, INC.
12
                IN THE UNITED STATES DISTRICT COURT
13
                NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15

16  HOLOGIC, INC., CYTYC CORP., and        )   CASE NO.: C-08-0133 RMW (RS)
    HOLOGIC L.P.,                          )
17                                         )
            Plaintiffs,                    )   **DECLARATION OF RACHEL**
18                                         )   **RODMAN IN SUPPORT OF**
                                           )   **STIPULATED REQUEST FOR**
19          v.                             )   **ORDER CHANGING TIME TO**
                                           )   **EXTEND DEADLINE FOR FILING**
20  SENORX, INC.,                          )   **PRETRIAL SUBMISSIONS**
                                           )   **PURSUANT TO CIVL LOCAL**
21          Defendant.                     )   **RULE 6-2**
                                           )
22                                         )
    _____   )
23  SENORX, INC.,                          )
                                           )   Courtroom: 6, 4th Floor
24          Counterclaimant,               )   Judge: Hon. Ronald M. Whyte
                                           )
25          v.                             )
                                           )
26  HOLOGIC, INC., CYTYC CORP., and        )
    HOLOGIC L.P.,                          )
27                                         )
            Counterdefendants.             )
28  _____

1    I, Rachel Rodman, declare that I am an associate at the law firm of Williams & Connolly

2  LLP, admitted pro hac vice to practice before this Court in the above-captioned matter. I serve

3  as outside counsel for Defendant SenoRx, Inc. ("SenoRx"). The following declaration is based

4  on my personal knowledge, and if called upon to testify, I could and would competently testify

5  as to the matters set forth herein.

6    1.    The parties request an enlargement of the time to file pretrial submissions for the

7  following reasons. The pretrial conference is currently scheduled for July 9, 2008, and the trial is

8  scheduled to begin on July 14, 2008. Pursuant to the Honorable Ronald M. Whyte's Standing

9  Order Re: Pretrial Preparation, the deadline for pretrial submissions is currently June 24, 2008 (ten

10  court days prior to the pretrial conference). However, because the date for the claim construction

11  and summary judgment hearing has been moved to June 25, 2008, the parties' pretrial submissions

12  would now be due before the claim construction hearing and before any claim construction order

13  or order on the pending motions for summary judgment. Because the scope of the case and issues

14  to be tried will depend on the Court's rulings on these motions, the parties request the extension of

15  these pretrial submissions to July 3, 2008. The parties agree that this extension would not apply to

16  motions in limine, which would be filed on June 24, 2008 so that replies would be filed in time to

17  be heard at the pretrial conference. In addition, the parties would exchange deposition

18  designations and exhibits in advance of the pretrial submissions so that the pretrial submissions

19  would include counter-designations and objections to deposition designations, as well as

20  objections to authenticity and admissibility of proposed exhibits.

21    2.    Previously in this matter, the parties jointly stipulated to an extension of time to

22  answer or otherwise respond to the initial complaint, Plaintiffs sought and were granted leave to

23  file their amended complaint out of time, SenoRx requested and was granted an extension of time

24  to conduct discovery and prepare its opposition to Plaintiffs' motion for a preliminary injunction,

25  the parties jointly stipulated to an extension of time to answer or otherwise respond to the

26  amended complaint, the parties jointly stipulated to an extension of time for Plaintiffs to respond

27  to Defendant's Objections to and Motion to Strike Certain Portions of the Declaration of Glenn

28

DECLARATION OF RACHEL RODMAN IN SUPPORT        -1-        CASE NO. C-08-0133 RMW (RS)
OF STIP. REQUEST FOR ORDER CHANGING TIME
TO EXTEND DEADLINE FOR FILING PRETRIAL
SUBMISSIONS

1    Magnuson, and, at the Court's request, the claim construction hearing was rescheduled from June

2    9, 2008 to June 25, 2008.

3         3.     The requested enlargement of time would not otherwise affect the schedule for this

4    case.

5         I declare under penalty of perjury that the foregoing is true and correct.

6

7    Dated:  June 3, 2008          By:  _Rachel Rodman_____
                                         Rachel Rodman
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF RACHEL RODMAN IN SUPPORT        -2-        CASE NO. C-08-0133 RMW (RS)
OF STIP. REQUEST FOR ORDER CHANGING TIME
TO EXTEND DEADLINE FOR FILING PRETRIAL
SUBMISSIONS

1

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

2

3

4

I, Janice Wright, declare:

5

I am and was at the time of the service mentioned in this declaration, employed in the
County of San Diego, California. I am over the age of 18 years and not a party to the within
action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

6

7

On June 3, 2008, I served a copy(ies) of the following document(s):

8

**DECLARATION OF RACHEL RODMAN IN SUPPORT OF STIPULATED
REQUEST FOR ORDER CHANGING TIME TO EXTEND DEADLINE FOR
FILING PRETRIAL SUBMISSIONS PURSUANT TO CIVIL LOCAL RULE 6-2**

9

10

on the parties to this action by the following means:

11

12

13

14

Henry C. Su (suh@howrey.com)                     Attorneys for Plaintiffs
Katharine L. Altemus (altemusk@howrey.com)       HOLOGIC, INC. CYTYC
HOWREY LLP                                       CORPORATION and
1950 University Avenue, 4th Floor                HOLOGIC LP
East Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600

15

16

17

18

Matthew Wolf (wolfm@howrey.com)                  Attorneys for Plaintiffs
Marc Cohn (cohnm@howrey.com)                     HOLOGIC, INC. CYTYC
HOWREY LLP                                       CORPORATION and
1229 Pennsylvania Avenue, NW                     HOLOGIC LP
Washington, DC  20004
Telephone: (202) 783-0800
Facsimile:  (202) 383-6610

19

20

21

22

☒  (BY MAIL)  I placed the sealed envelope(s) for collection and mailing by following the
ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real,
Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and
processing of correspondence for mailing with the United States Postal Service, said
practice being that, in the ordinary course of business, correspondence with postage fully
prepaid is deposited with the United States Postal Service the same day as it is placed for
collection.

23

24

☒  (BY ELECTRONIC MAIL)  I caused such document(s) to be sent via electronic mail
(email) to the above listed names and email addresses.

25

☐  (BY PERSONAL SERVICE)  I caused to be delivered by hand to the addressee(s) noted
above. I delivered to an authorized courier or driver to be delivered on the same date. A
proof of service signed by the authorized courier will be filed with the court upon
request.

26

27

28

☐  (BY OVERNIGHT DELIVERY)  I placed the sealed envelope(s) or package(s), to the
addressee(s) noted above, designated by the express service carrier for collection and
overnight delivery by following the ordinary business practices of Wilson Sonsini
Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily
familiar with WSGR's practice for collecting and processing of correspondence for

-1-

3293557_2.DOC

CERTIFICATE OF SERVICE                                                    CASE NO. C-08-0133 RMW

1    overnight delivery, said practice being that, in the ordinary course of business,
     correspondence for overnight delivery is deposited with delivery fees paid or provided for
2    at the carrier's express service offices for next-day delivery the same day as the
     correspondence is placed for collection.

3    ☐   (BY FACSIMILE)  I caused to be transmitted by facsimile machine (number of sending
         facsimile machine is (858) 350-2399 at the time stated on the attached transmission
4        report(s) by sending the documents(s) to (see above).  The facsimile transmission(s)
         was/were reported as complete and without error.
5
     ☒   (BY CM/ECF)  I caused such document(s) to be sent via electronic mail through the Case
6        Management/Electronic Case File system with the U.S. District Court for the Northern
         District of California.
7

8        I declare under penalty of perjury under the laws of the United States that the above is true
     and correct, and that this declaration was executed on June 3, 2008.
9

10                                        _____
                                              Janice Wright
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                    CASE NO. C-08-0133 RMW

3293557_2.DOC