1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303
   Telephone: (650) 798-3500
4  Facsimile: (650) 798-3600

5  Robert Ruyak
   Matthew Wolf (Admitted *Pro Hac Vice*)
6  Marc Cohn (Admitted *Pro Hac Vice*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW (RS)
   | and HOLOGIC L.P.,                  |
15 |                                    | **CIVIL LOCAL RULE 79-5(B) AND (C)**
   | Plaintiffs,                        | **ADMINISTRATIVE MOTION TO FILE**
16 |                                    | **UNDER SEAL EXHIBITS A, D THROUGH**
   | vs.                                | **P, S, AND T TO THE DECLARATION OF**
17 |                                    | **HENRY C. SU IN SUPPORT OF**
   | SENORX, INC.,                      | **PLAINTIFFS' OPPOSITION TO**
18 |                                    | **DEFENDANT SENORX, INC.'S MOTION**
   | Defendant.                         | **FOR PARTIAL SUMMARY JUDGMENT**
19 |                                    | **OF NON-INFRINGEMENT ('813 PATENT,**
   |                                    | **CLAIMS 11 & 12; '204 PATENT, CLAIMS 4**
20 |                                    | **& 17; AND '142 PATENT, CLAIM 6)**

21                                      Date:  June 25, 2008
                                        Time:  2:00 p.m.
22                                      Room:  6, 4th Floor
                                        Judge: Hon. Ronald M. Whyte
23

24 AND RELATED COUNTERCLAIMS.

25

26

27

28

Administrative Motion to File Under Seal
Case No. C08 00133 RMW (RS)

1   PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(B) and (C), Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic LP ("Plaintiffs" or "Hologic") hereby move the Court for an administrative order to file under seal Exhibits A, D through P, S, and T to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant SenoRx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement ('813 Patent, Claims 11 & 12; '204 Patent, Claims 4 & 17; and '142 Patent, Claim 6).

The exhibits appear to contain confidential SenoRx business information. To date, the parties have not executed a Protective Order that governs how the confidential and proprietary information produced during discovery shall be treated by the parties. Accordingly, until such a Protective Order has been executed and entered by the Court, such confidential and proprietary materials are by operation of Patent Local Rule 2-2 deemed to be "Confidential–Attorneys Eyes Only" materials, unless otherwise agreed by the parties. In compliance with Northern District Civil Local Rule 79-5(B) and (C), Hologic wishes to withhold from the public documents that appear to contain confidential business information.

For the foregoing reasons, Hologic respectfully requests that the Court enter an order allowing Hologic to file under seal Exhibits A, D through P, S, and T to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant SenoRx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement.

Dated: June 4, 2008

By: /s/
Henry C. Su

HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
and Hologic LP

Administrative Motion to File Under Seal         - 1 -
Case No. C08 00133 RMW (RS)

1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf (Admitted *Pro Hac Vice*)
6  Marc Cohn (Admitted *Pro Hac Vice*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 HOLOGIC, INC., CYTYC CORPORATION,            Case No. C08 00133 RMW (RS)
   and HOLOGIC L.P.,
15                                              **[PROPOSED] ORDER GRANTING
            Plaintiffs,                         PLAINTIFFS' ADMINISTRATIVE
16                                              MOTION TO FILE UNDER SEAL**
        vs.
17                                              Date:  June 25, 2008
   SENORX, INC.,                                Time:  2:00 p.m.
18                                              Courtroom: 6, 4th Floor
            Defendant.                          Judge:  Hon. Ronald M. Whyte
19

20 AND RELATED COUNTERCLAIMS.

21

22

23

24

25

26

27

28
   [Proposed] Order re Motion to File Under Seal
   Case No.  C08 00133 RMW (RS)

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Administrative Motion To File Under Seal Exhibits A, D through P, S, and T to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant SenoRx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement, finds that good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under seal Exhibits A, D through P, S, and T to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant SenoRx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement.

It is SO ORDERED.

Dated: _____, 2008

_____
Ronald M. Whyte
United States District Court Judge