# Exhibit R



DUANE MORRIS LLP
ONE MARKET, SPEAR TOWER, SUITE 2000
SAN FRANCISCO, CA 94105-1104
PHONE: 415.371.2200
FAX: 415.371.2201

## Part 2 of 2

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** | OFFICE OF PETITIONS |
| **FIRM/COMPANY:** | Commissioner for Patents |
| **FACSIMILE NUMBER:** | 703 305-4257 |
| **CONFIRMATION TELEPHONE:** | |
| **FROM:** | Ruth Der |
| **DIRECT DIAL:** | 415.371.2231 |
| **DATE:** | July 21, 2004 |
| **USER NUMBER:** | |
| **FILE NUMBER:** | Atty Docket No. R0367-03100, Serial No. 10/290,002 |
| **TOTAL # OF PAGES:** (INCLUDING COVERSHEET) | 103 |
| **MESSAGE:** | Attached are *copies of 9 cited references* in IDS in Part 1 of 2 facsimile sent concurrently. |

*Please confirm receipt of this transmission.*

NOTE: Original will not follow

CONFIDENTIALITY NOTICE

THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY TELEPHONE THE SENDER ABOVE TO ARRANGE FOR ITS RETURN, AND IT SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT PRIVILEGE.

If there is a problem with this transmission, please call us as soon as possible at 415.371.2200.

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the application of<br>  Paul Lubock | Examiner: J. P. Lacyk |
| For: **VACUUM DEVICE AND METHOD FOR TREATING TISSUE ADJACENT A BODY CAVITY** | Group Art Unit: 3736 |
| Serial No.: 10/290,002 | **INFORMATION DISCLOSURE STATEMENT** |
| Filed: November 6, 2002 | |
| Atty. Docket No.: R0367-03100 | |

**CERTIFICATE OF MAILING PURSUANT TO 37 C.F.R. §1.8**
I hereby certify that this correspondence is being transmitted by facsimile at (703) 305-4257, Office of Petitions, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on ___July 22, 2004___ in San Francisco, CA.
By: _____

Office of Petitions
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**RECEIVED**
JUL 2 2 2004
OFFICE OF PETITIONS

Dear Sir:

    Applicants wish to bring to the attention of the Patent Office the references listed on the attached PTO-1449 form and request that they be considered by the Examiner. Copies of the cited references listed in the attached are enclosed herewith.

    This information disclosure statement is being filed under 37 C.F.R. §1.97(b)(3), therefore, no fee is due. The Commissioner is authorized to charge any fees which may be required under 37 C.F.R. §1.16 and §1.17 to Deposit Account No. 04-1679, referencing Atty. Docket No. R0367-03100.

Respectfully Submitted,

By: _____
Edward J. Lynch
Registration No. 24,422
Attorney for Applicants

DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105
Telephone: (415) 371-2200
Facsimile: (415) 371-2201
**Direct Dial: (415) 371-2267**

| | | | IN THE UNITED STATES PATENT AND TRADEMARK OFFICE | ATTORNEY DOCKET NO.: R0367-03100 | SERIAL NO.: 10/290,002 |
|---|---|---|---|---|---|
| | | | INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §1.56, §1.97, and §1.98 PTO-1449 FORM | APPLICANT: Paul Lubock | EXAMINER J. P. Lacyk |
| | | | SHEET 1 OF 1 | FILING DATE: May 19, 2004 | GROUP ART UNIT: 3736 |

### U.S. PATENT DOCUMENTS

| † EX'R INITIAL | *REF. # | PATENT NUMBER | DATE (MO/YR) | NAME | U.S. CLASS/ SUBCLASS | FILING DATE (If appropriate) |
|---|---|---|---|---|---|---|
| | A11 | 5,106,360 | 4/92 | Ishiwara et al. | | |
| | A12 | 5,662,580 | 9/97 | Bradshaw et al. | | |
| | A13 | 5,913,813 | 6/99 | Williams et al. | | |
| | A14 | 5,931,774 | 8/99 | Williams et al. | | |
| | A15 | 6,022,308 | 2/00 | Williams | | |
| | A16 | 6,083,148 | 7/00 | Williams | | |
| | A17 | 6,413,204 | 7/02 | Winkler et al. | | |
| | A18 | 6,482,142 | 11/02 | Winkler et al. | | |
| | A19 | 6,673,006 | 1/04 | Winkler | | |

RECEIVED
JUL 2 2 2004
OFFICE OF PETITIONS

### FOREIGN PATENT DOCUMENTS

| † EX'R INITIAL | *REF. # | PATENT NUMBER | DATE (MO/YR) | COUNTRY | TRANSLATION (YES/NO) | |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER DOCUMENTS

| † EX'R INITIAL | *REF. # | Document Description (including Author, Title, Date, Pertinent Pages, Etc.) |
|---|---|---|
| | | |

| EXAMINER'S SIGNATURE | DATE CONSIDERED |
|---|---|
| | |

† EXAMINER:  Initial if reference is considered, whether or not citation is in conformance with MPEP 609. Line through citation if not in conformance and not considered. Include copy of this form in next communication to applicant.

\* If an asterisk is placed beside the reference number, a copy is not provided because the reference was previously cited by or submitted to the PTO in a prior application that is identified in the statement and relied upon for an earlier filing date under 35 U.S.C. 120. 37 C.F.R. 1.98(d).