ORIGINAL

| | |
|---|---|
| 1 | F.T. Alexandra Mahaney, State Bar No. 125984 |
| | Natalie J. Morgan, State Bar No. 211143 |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 3 | 12235 El Camino Real, Suite 200 |
| | San Diego, CA 92130 |
| 4 | Telephone: (858) 350-2300 |
| | Facsimile: (858) 350-2399 |
| 5 | Email: amahaney@wsgr.com |
| | Email: nmorgan@wsgr.com |

FILED

2008 MAY 30 P 2: 08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
(202) 434-5000

Attorneys for Defendant and Counterclaimant
SENORX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., <br><br>             Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br>             Defendant. <br><br>—————————————————— <br> AND RELATED COUNTERCLAIMS | CASE NO.: C08-0133 RMW (RS) <br><br> **CIVIL LOCAL RULE 79-5(D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 15, 16, AND 17 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT THEREOF** <br><br> Date:   June 25, 2008 <br> Time:   2:00 p.m. <br> Ct. Rm:  Courtroom 6, 4th Floor <br> Judge:  Hon. Ronald M. Whyte |

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(d), Defendant SenoRx, Inc. ("SenoRx") hereby moves the Court for an order to file under seal select portions of Defendant SenoRx, Inc.'s Responsive Claim Construction Brief and the Entirety of Confidential Exhibits 15, 16, and 17 to the Declaration of Adam D. Harber in Support of SenoRx's Responsive Claim Construction Brief.

SenoRx brings this motion because the Responsive Claim Construction Brief and Exhibits 15, 16, and 17 each contain information designated by Plaintiffs as "Highly Confidential." To date, the parties have not executed a protective order governing how confidential and proprietary information produced during the case shall be treated by the parties. Accordingly, until such a protective order has been executed and entered by the Court, SenoRx's confidential and proprietary information are by operation of Patent Local Rule 2-2 deemed to be "Confidential-Attorneys Eyes Only" materials, unless otherwise agreed by the parties. In compliance with Civil Local Rule 79-5(d), SenoRx wishes to withhold Plaintiffs' designated confidential information from the public versions of its papers and submits redacted versions of its papers for the public record.

For the foregoing reasons, SenoRx respectfully requests that the Court enter an order allowing SenoRx to file the following documents under seal:

1) select portions of Defendant SenoRx, Inc.'s Responsive Claim Construction Brief; and

2) the entirety of Exhibits 15, 16, and 17 to the Declaration of Adam D. Harber in Support of SenoRx's Responsive Claim Construction Brief.

Dated: May 30, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/

F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com

ADMINISTRATIVE MOTION TO FILE UNDER SEAL     -1-     CASE NO. C08-0133 RMW (RS)
3371583_2.DOC

| | |
|---|---|
| 1 | |
| 2 | Bruce R. Genderson (admitted *pro hac vice*) |
|   | Aaron P. Maurer (admitted *pro hac vice*) |
|   | Rachel Shanahan Rodman (admitted *pro hac vice*) |
| 3 | Adam D. Harber (admitted *pro hac vice*) |
|   | WILLIAMS & CONNOLLY LLP |
| 4 | 725 Twelfth St. NW |
|   | Washington, DC 20005 |
| 5 | Telephone: (202) 434-5000 |
| 6 | Facsimile: (202) 434-5029 |
| 7 | Attorneys for Defendant and Counterclaimant |
|   | SENORX, INC. |

**CERTIFICATE OF SERVICE**
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On May 30, 2008, I served a copy(ies) of the following document(s):

**CIVIL LOCAL RULE 79-5(D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 15, 16, AND 17 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT THEREOF**

**DECLARATION OF ALEXANDRA MAHANEY IN SUPPORT OF SENORX'S CIVIL LOCAL RULE 79-5(D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 15, 16, AND 17 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT THEREOF**

**[FILED UNDER SEAL] DEFENDANT SENORX, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

**[FILED UNDER SEAL] EXHIBIT 15 TO DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

**[FILED UNDER SEAL] EXHIBIT 16 TO DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

**[FILED UNDER SEAL] EXHIBIT 17 TO DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and |

-1-

CERTIFICATE OF SERVICE                       CASE NO. C-08-0133 RMW (RS)

1229 Pennsylvania Avenue, NW   HOLOGIC LP
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

☒ **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ **(BY ELECTRONIC MAIL)** I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ **(BY CM/ECF)** I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on May 30, 2008.

_____
Kirsten Blue

---

CERTIFICATE OF SERVICE   -2-   CASE NO. C-08-0133 RMW (RS)