ORIGINAL

1  F.T. Alexandra Mahaney, State Bar No. 125984
   Natalie J. Morgan, State Bar No. 211143
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  12235 El Camino Real, Suite 200
   San Diego, CA 92130
4  Telephone: (858) 350-2300
   Facsimile: (858) 350-2399
5  Email:     amahaney@wsgr.com
   Email:     nmorgan@wsgr.com
6
   Bruce R. Genderson (admitted *pro hac vice*)
7  Aaron P. Maurer (admitted *pro hac vice*)
   Rachel Shanahan Rodman (admitted *pro hac vice*)
8  Adam D. Harber (admitted *pro hac vice*)
   WILLIAMS & CONNOLLY LLP
9  725 Twelfth St. NW
   Washington, DC 20005
10 (202) 434-5000

11
   Attorneys for Defendant and Counterclaimant
12 SENORX, INC.

FILED
2008 MAY 30 P 2:08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CASE NO.: C08-0133 RMW (RS) <br><br> **DECLARATION OF ALEXANDRA MAHANEY IN SUPPORT OF SENORX'S CIVIL LOCAL RULE 79-5(D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 15, 16, AND 17 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT THEREOF** <br><br> Date: June 25, 2008 <br> Time: 2:00 p.m. <br> Ct. Rm: Courtroom 6, 4th Floor <br> Judge: Hon. Ronald M. Whyte |

DECLARATION OF ALEXANDRA MAHANEY                         CASE NO. C08-0133 RMW (RS)
                                                                    3371597_2.DOC

1  I, Alexandra Mahaney, declare are follows:

2  1. I am a member at the law firm Wilson Sonsini Goodrich & Rosati and a member of the Bar of this court, and I serve as one of the outside counsel for Defendant SenoRx, Inc. ("SenoRx"). The following declaration is based on my personal knowledge, as if called upon to testify, I could and would competently testify as to the matters set forth herein.

3  2. In support of SenoRx's Civil Local Rule 79-5(d) Administrative Motion To File Under Seal Confidential Portions Of Defendant SenoRx, Inc.'s Responsive Claim Construction Brief and the Entirety of Confidential Exhibits 15, 16, and 17 to the Declaration of Adam D. Harber in Support Thereof, SenoRx respectfully requests that the Confidential Version of Defendant SenoRx, Inc.'s Responsive Claim Construction Brief and the Entirety of Confidential Exhibits 15, 16, and 17 to the Declaration of Adam D. Harber in Support of Defendant SenoRx Inc.'s Responsive Claim Construction Brief be maintained under seal.

4  3. SenoRx's Responsive Claim Construction Brief contains information that Plaintiffs designated as "Highly Confidential."

5  4. Exhibits 15, 16, and 17 to the Declaration of Adam D. Harber contain information that Plaintiffs designated as "Highly Confidential."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2008

By: _____
Alexandra Mahaney