F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com
Email: nmorgan@wsgr.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
(202) 434-5000

Attorneys for Defendant and Counterclaimant
SENORX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., Plaintiffs, v. SENORX, INC., Defendant. AND RELATED COUNTERCLAIMS | CASE NO.: C08-0133 RMW (RS) **DECLARATION OF NATALIE J. MORGAN PURSUANT TO CIVIL LOCAL RULE 79-5(D) IN PARTIAL SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A, D THROUGH P, S AND T TO THE DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SENORX, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT ('813 PATENT CLAIMS 11 & 12; '204 PATENT, CLAIMS 4 & 17; AND '142 PATENT, CLAIM 6) Date: June 25, 2008 Time: 2:00 p.m. Ct. Rm: Courtroom 6, 4th Floor Judge: Hon. Ronald M. Whyte |
|---|---|

1       I, Natalie J. Morgan, declare as follows:

2       1.      I am an associate at the law firm Wilson Sonsini Goodrich & Rosati and a member of the Bar of this court, and I serve as one of the outside counsel for Defendant and Counterclaimant SenoRx, Inc. ("SenoRx"). The following declaration is based on my personal knowledge, and if called upon to testify, I could and would competently testify as to the matters set forth herein.

3       2.      Pursuant to Civil L.R. 79-5(d), the information contained herein is submitted in partial support of Plaintiffs' Administrative Motion [Docket No. 152] to File Under Seal Exhibits A, D Through P, S And T To The Declaration Of Henry C. Su In Support Of Plaintiffs' Opposition To Defendant SenoRx, Inc.'s Motion For Partial Summary Judgment Of Non-Infringement ('813 Patent Claims 11 & 12; '204 Patent, Claims 4 & 17; And '142 Patent, Claim 6). Exhibits A, D-M, O, P, S and T contain the confidential information of SenoRx. Further, certain designated portions of Plaintiffs' Opposition To Defendant SenoRx, Inc.'s Motion For Partial Summary Judgment Of Non-Infringement ('813 Patent Claims 11 & 12; '204 Patent, Claims 4 & 17; And '142 Patent, Claim 6) contain the confidential information of SenoRx.

4       3.      Exhibit A (bearing bates numbers SRX-HOL00000413-00000493), Exhibit D (bearing bates number SRX-HOL00006665), Exhibit E (bearing bates numbers SRX-HOL00006684-00006686), Exhibit F (bearing bates number SRX-HOL 00001685), Exhibit G (excerpts from the transcript of the deposition of Douglas W. Arthur, M.D.), Exhibit H (excerpts from the transcript of the deposition of Philip Z. Israel, M.D.), Exhibit I (excerpts from the transcript of the deposition of William F. Gearhart); Exhibit J (bearing bates numbers SRX-HOL00006598-00006601), Exhibit K (bearing bates number SRX-HOL00006492), Exhibit L (bearing bates number SRX-HOL00006493), Exhibit M (bearing bates numbers SRX-HOL00006624-00006631), Exhibit O (bearing bates numbers SRX-HOL00006605-00006606), Exhibit P (bearing bates numbers SRX-HOL00005563-00005565), Exhibit S (bearing bates numbers SRX-HOL00005395-00005405), and Exhibit T (bearing bates numbers SRX-HOL00001535-00001537), were each produced during the course of discovery in this case and

1  contain confidential business information of SenoRx, and the distribution to the general public of these Exhibits could cause harm to SenoRx.

4.  Further, some of the designated selections of the confidential version of Plaintiffs' Opposition To Defendant SenoRx, Inc.'s Motion For Partial Summary Judgment Of Non-Infringement ('813 Patent Claims 11 & 12; '204 Patent, Claims 4 & 17; And '142 Patent, Claim 6) contain confidential business information designated as "Confidential-Outside Counsel Only" by SenoRx and such information is internal, confidential and sensitive to SenoRx. The distribution of this information to the general public could cause harm to SenoRx.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2008            By:   s/Natalie J. Morgan
                                     Natalie J. Morgan

<u>CERTIFICATE OF SERVICE</u>
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Janice Wright, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On June 5, 2008, I served a copy(ies) of the following document(s):

**DECLARATION OF NATALIE J. MORGAN PURSUANT TO CIVIL LOCAL RULE 79-5(D) IN PARTIAL SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A, D THROUGH P, S AND T TO THE DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SENORX, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT ('813 PATENT CLAIMS 11 & 12; '204 PATENT, CLAIMS 4 & 17; AND '142 PATENT, CLAIM 6)**

on the parties to this action by the following means:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and<br>HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and<br>HOLOGIC LP |

☒ **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ **(BY ELECTRONIC MAIL)** I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ **(BY PERSONAL SERVICE)** I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

1  ☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☐ (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the documents(s) to (see above). The facsimile transmission(s) was/were reported as complete and without error.

☒ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on June 5, 2008.

_____
Janice Wright

DECLARATION OF NATALIE J. MORGAN ISO                -4-                CASE NO. C08-0133 RMW (RS)
PLAINTIFFS' ADMIN. MOTION TO FILE UNDER SEAL                                    3376200_1.DOC

1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

| | |
|---|---|
| 11  HOLOGIC, INC., CYTIC CORPORATION and ) <br> HOLOGIC L.P., ) <br> 12                                ) <br>          Plaintiffs,           ) <br> 13                                ) <br>      v.                        ) <br> 14                                ) <br> SENORX, INC.,                   ) <br> 15                                ) <br>          Defendant.            ) <br> 16                                ) <br>                                ) <br> 17                                ) <br>                                ) <br> 18                                ) <br>                                ) <br> 19 ─────────────────────────────── ) <br>                                ) <br> AND RELATED COUNTERCLAIMS       ) <br> 20 ─────────────────────────────── ) | CASE NO.:  C08-0133 RMW (RS) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A, D THROUGH P, S AND T TO THE DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SENORX, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT ('813 PATENT CLAIMS 11 & 12; '204 PATENT, CLAIMS 4 & 17; AND '142 PATENT, CLAIM 6)** |

1   The Court, having considered Plaintiffs' Administrative Motion [Docket No. 152] to File Under Seal Exhibits A, D Through P, S And T To The Declaration Of Henry C. Su In Support Of Plaintiffs' Opposition To Defendant Senorx, Inc.'s Motion For Partial Summary Judgment Of Non-Infringement ('813 Patent Claims 11 & 12; '204 Patent, Claims 4 & 17; And '142 Patent, Claim 6), and the Declaration of Natalie J. Morgan in partial support thereof, finds that good cause exists pursuant to Civil Local Rule 79-5 and hereby orders that the Motion is GRANTED.

The clerk shall maintain the following under seal:

1) Exhibits A, D-M, O, P, S and T to the Declaration Of Henry C. Su in Support of Plaintiffs' Opposition to Defendant Senorx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement ('813 Patent Claims 11 & 12; '204 Patent, Claims 4 & 17; and '142 Patent, Claim 6); and

2) designated selections of the confidential version of Plaintiffs' Opposition to Defendant Senorx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement ('813 Patent Claims 11 & 12; '204 Patent, Claims 4 & 17; and '142 Patent, Claim 6).

It is SO ORDERED

Dated: _____, 2008         By: _____
                                    Honorable Ronald M. Whyte
                                    United States District Court Judge

CERTIFICATE OF SERVICE

U.S. District Court, Northern District of California,

*Hologic, Inc. et al. v. SenoRx, Inc.*

Case No. C-08-0133 RMW (RS)

I, Janice Wright, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On June 5, 2008, I served a copy(ies) of the following document(s):

**PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A, D THROUGH P, S AND T TO THE DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SENORX, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT ('813 PATENT CLAIMS 11 & 12; '204 PATENT, CLAIMS 4 & 17; AND '142 PATENT, CLAIM 6)**

on the parties to this action by the following means:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC LP |

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ **(BY OVERNIGHT DELIVERY)** I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☐ **(BY FACSIMILE)** I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the documents(s) to (see above). The facsimile transmission(s) was/were reported as complete and without error.

☒ **(BY CM/ECF)** I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on June 5, 2008.

*Janice Wright*
Janice Wright