1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf (Admitted *Pro Hac Vice*)
6  Marc Cohn (Admitted *Pro Hac Vice*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW (RS) |
   | and HOLOGIC L.P., | |
15 | | ***AMENDED*[1] ADMINISTRATIVE MOTION** |
   | Plaintiffs, | **TO FILE UNDER SEAL CONFIDENTIAL** |
16 | | **VERSION OF OPPOSITION BRIEF AND** |
   | vs. | **EXHIBITS A, D THROUGH P, S, AND T TO** |
17 | | **THE DECLARATION OF HENRY C. SU IN** |
   | SENORX, INC., | **SUPPORT OF PLAINTIFFS' OPPOSITION** |
18 | | **TO DEFENDANT SENORX, INC.'S** |
   | Defendant. | **MOTION FOR PARTIAL SUMMARY** |
19 | | **JUDGMENT OF NON-INFRINGEMENT** |
   | | **('813 PATENT, CLAIMS 11 & 12; '204** |
20 | | **PATENT, CLAIMS 4 & 17; AND '142** |
   | | **PATENT, CLAIM 6)** |
21 | | |
   | | **[CIVIL LOCAL RULE 79-5(b)-(d)]** |
22 | | |
   | | Date:  June 25, 2008 |
23 | | Time:  2:00 p.m. |
   | | Room:  6, 4th Floor |
24 | | Judge:  Hon. Ronald M. Whyte |

25 | AND RELATED COUNTERCLAIMS. |
26

27 ─────────────────────

28 [1] This Motion amends Docket No. 152, filed June 4, 2008.

Administrative Motion to File Under Seal
Case No.  C08 00133 RMW (RS)

1   PLEASE TAKE NOTICE pursuant to Civil Local Rule 79-5(b)-(d), Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic LP ("Plaintiffs" or "Hologic") hereby move the Court for an administrative order to file under seal (1) the confidential version of Plaintiffs' Opposition to Defendant SenoRx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement ("Opposition Brief"); and (2) Exhibits A, D through P, S, and T to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant SenoRx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement. As required by Civil Local Rule 79-5(c), Hologic has created confidential and non-confidential versions of its Opposition Brief, and has lodged with the Clerk both versions of the brief.

A portion of the Opposition Brief, and Exhibit N to the supporting Declaration of Henry C. Su, contain confidential Hologic business information. The distribution to the general public of this information could cause harm to Hologic.

A portion of the Opposition Brief, and Exhibits A, D though M, O, P, S, and T appear to contain confidential SenoRx business information.

To date, the parties have not executed a Protective Order that governs how the confidential and proprietary information produced during discovery shall be treated by the parties. Accordingly, until such a Protective Order has been executed and entered by the Court, such confidential and proprietary materials are by operation of Patent Local Rule 2-2 deemed to be "Confidential–Attorneys Eyes Only" materials, unless otherwise agreed by the parties. In compliance with Northern District Civil Local Rule 79-5(B) and (C), Hologic wishes to withhold from the public documents that contain or appear to contain confidential business information.

For the foregoing reasons, Hologic respectfully requests that the Court enter an order allowing

\\

1  Hologic to file under seal the confidential version of its Opposition Brief and Exhibits A, D through P,
2  S, and T to the supporting Declaration of Henry C. Su.
3  Dated: June 5, 2008
4
5                                                  By: /s/
                                                        Henry C. Su
6
7
                                                   HOWREY LLP
8                                                  Attorneys for Plaintiffs
                                                   Hologic, Inc., Cytyc Corporation,
9                                                  and Hologic LP
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On June 6, 2008, I served on the interested parties in said action the within:

***AMENDED* ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF OPPOSITION BRIEF AND EXHIBITS A, D THROUGH P, S, AND T TO THE DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SENORX, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT ('813 PATENT, CLAIMS 11 & 12; '204 PATENT, CLAIMS 4 & 17; AND '142 PATENT, CLAIM 6; DECLARATION OF GREGORY K. STOREY IN SUPPORT OF *AMENDED* ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF OPPOSITION BRIEF AND EXHIBIT N TO THE DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SENORX, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT ('813 PATENT, CLAIMS 11 & 12; '204 PATENT, CLAIMS 4 & 17; AND '142 PATENT, CLAIM 6); and [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL***

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

F.T. Alexandra Mahaney (amahaney@wsgr.com)
Natalie J. Morgan (nmorgan@wsgr.com)
Wilson Sonsini Goodrich & Rosati
12235 El Camino Real, Suite 200
San Diego, California 92130

Bruce R. Genderson (bgenderson@wc.com)
Aaron P. Maurer (amaurer@wc.com)
Rachael Shanahan Rodman (rrodman@wc.com)
Adam D. Harber (aharber@wc.com)
Williams & Connolly LLP
725 – 12th Street, N.W.
Washington, D.C. 20005

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X] (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 6, 2008, at East Palo Alto, California.

| Sonya Schwab | *(Signature)* |
|---|---|
| (Type or print name) | |

Administrative Motion to File Under Seal      - 3 -
Case No. C08 00133 RMW (RS)

1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303
   Telephone: (650) 798-3500
4  Facsimile: (650) 798-3600

5  Robert Ruyak
   Matthew Wolf (Admitted *Pro Hac Vice*)
6  Marc Cohn (Admitted *Pro Hac Vice*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW (RS)
   | and HOLOGIC L.P.,                 |
15 |                                   | **DECLARATION OF GREGORY K.
   |          Plaintiffs,              | STOREY IN SUPPORT OF *AMENDED*
16 |                                   | ADMINISTRATIVE MOTION TO FILE
   |    vs.                            | UNDER SEAL CONFIDENTIAL VERSION
17 |                                   | OF OPPOSITION BRIEF AND EXHIBIT N
   | SENORX, INC.,                     | TO THE DECLARATION OF HENRY C. SU
18 |                                   | IN SUPPORT OF PLAINTIFFS'
   |          Defendant.               | OPPOSITION TO DEFENDANT SENORX,
19 |                                   | INC.'S MOTION FOR PARTIAL
                                         SUMMARY JUDGMENT OF NON-
20                                       INFRINGEMENT ('813 PATENT, CLAIMS
                                         11 & 12; '204 PATENT, CLAIMS 4 & 17;
21                                       AND '142 PATENT, CLAIM 6)**

22                                       [CIVIL LOCAL RULE 79-5(C) AND (D)]

23 AND RELATED COUNTERCLAIMS.

24

25

26

27

28

Storey Decl ISO Amended Motion to Seal
Case No. C08 00133 RMW (RS)

I, Gregory K. Storey, declare as follows:

1. I am an associate with the law firm of Howrey LPP and a member of the Bar of this Court. I serve as outside counsel for Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic, L.P. ("Plaintiffs" or "Hologic"). I base this declaration on my personal knowledge, and if called to testify, I could and would competently testify as to the matters set forth below.

2. I submit this declaration in support of Hologic's *Amended* Adminstrative Motion to Seal (a) the confidential version of Plaintiffs' Opposition to Defendant Senorx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement ('813 Patent, Claims 11 & 12; '204 Patent, Claims 4 & 17; and '142 Patent, Claim 6) ("Confidential Opposition Brief") and (b) Exhibit N to the supporting Declaration of Henry C. Su.

3. Portions of the Confidential Opposition Brief, and Exhibit N to the supporting Declaration of Henry C. Su, contain confidential Hologic business information. Both pertain to deposition testimony that was designated "Highly Confidential - Outside Attorneys Eyes Only" - pursuant to Patent Local Rule 2-2. The distribution of this information to the public could cause harm to Hologic.

4. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 5, 2007, in East Palo Alto, California.

By:   /s/
      Gregory K. Storey

HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
 and Hologic L.P.

Storey Decl ISO Amended Motion to Seal         - 1 -
Case No. C08 00133 RMW (RS)

1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5  Robert Ruyak
   Matthew Wolf (Admitted *Pro Hac Vice*)
6  Marc Cohn (Admitted *Pro Hac Vice*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14 | HOLOGIC, INC., CYTYC CORPORATION, | Case No. C08 00133 RMW (RS)
   | and HOLOGIC L.P.,
15 |                                    | **[PROPOSED] ORDER GRANTING
   |         Plaintiffs,                | PLAINTIFFS' ADMINISTRATIVE
16 |                                    | MOTION TO FILE UNDER SEAL**
   |   vs.
17 |                                    | Date: June 25, 2008
   | SENORX, INC.,                      | Time: 2:00 p.m.
18 |                                    | Courtroom: 6, 4th Floor
   |         Defendant.                 | Judge: Hon. Ronald M. Whyte
19

20 AND RELATED COUNTERCLAIMS.

21
22
23
24
25
26
27
28
   [Proposed] Order re Motion to File Under Seal
   Case No. C08 00133 RMW (RS)

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' *Amended* Administrative Motion To File Under Seal Confidential Version of Opposition Brief and Exhibits A, D through P, S, and T to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant SenoRx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement, finds that good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under seal the confidential version of the Opposition Brief and Exhibits A, D through P, S, and T to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant SenoRx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement.

It is SO ORDERED.

Dated: _____, 2008

_____
Ronald M. Whyte
United States District Court Judge