1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  Marilee C. Wang (SBN 232432; wangm@howrey.com)
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, California  94303
4  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
5
   Robert Ruyak
6  Matthew Wolf (Admitted *Pro Hac Vice*)
   Marc Cohn (Admitted *Pro Hac Vice*)
7  HOWREY LLP
   1299 Pennsylvania Avenue, NW
8  Washington, DC 20004
   Telephone:  (202) 783-0800
9  Facsimile:  (202) 383-6610

10 Attorneys for Plaintiffs
   HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF MARILEE C. WANG** |
| vs. | |
| SENORX, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

Notice of Appearance of Marilee C. Wang
Case No.  C08 00133 RMW (RS)

DM_US:21277849_1

1  PLEASE TAKE NOTICE that Marilee C. Wang of the law firm of Howrey LLP, 1950
2  University Avenue, 4th Floor, East Palo Alto, California 94303, hereby makes her appearance as
3  counsel of record for Plaintiffs Hologic, Inc., Cytyc Corporation and Hologic L.P., in the above
4  entitled matter.

5  Dated:  June 6, 2008                              HOWREY LLP

                                                    By:       /s/ Marilee C. Wang
                                                                  Marilee C. Wang

                                                    Attorneys for Plaintiffs
                                                    HOLOGIC, INC., CYTYC
                                                    CORPORATION and HOLOGIC LP

Notice of Appearance of Marilee C. Wang                    - 1 -
Case No.  C08 00133 RMW (RS)

DM_US:21277849_1