1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  Marilee C. Wang (SBN 232432; wangm@howrey.com)
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, California  94303
4  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
5
   Robert Ruyak
6  Matthew Wolf (Admitted *Pro Hac Vice*)
   Marc Cohn (Admitted *Pro Hac Vice*)
7  HOWREY LLP
   1299 Pennsylvania Avenue, NW
8  Washington, DC 20004
   Telephone:  (202) 783-0800
9  Facsimile:  (202) 383-6610

10 Attorneys for Plaintiffs
   HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN JOSE DIVISION
14

| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
|---|---|
| Plaintiffs, | **DECLARATION OF MARILEE C. WANG IN SUPPORT OF MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 15, 16, AND 17 PURSUANT TO CIVIL LOCAL RULE 79-5(D)** |
| vs. | |
| SENORX, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

Declaration of Marilee C. Wang in Support of the
Motion to File Under Seal
Case No.  C08 00133 RMW (RS)
DM_US:21272623_1

I, Marilee C. Wang, declare as follows:

I am an attorney with the law firm of Howrey LLP, counsel for Plaintiffs Hologic, Inc., Cytyc Corporation and Hologic L.P. ("Hologic") in the above-captioned case. I am a member of the Bar of this Court and make this declaration pursuant to Civil Local Rule 79-5(d) in support of defendant SenoRx, Inc.'s Motion to File Under Seal Confidential Portions of Defendant SenoRx, Inc.'s Responsive Claim Construction Brief and the Entirety of Confidential Exhibits 15, 16, and 17 to the supporting Declaration of Adam D. Harber. (Docket No. 155). If called as a witness, I could and would testify competently to the contents of this declaration.

1. SenoRx, Inc. ("SenoRx") has submitted a confidential version of Defendant SenoRx, Inc.'s Responsive Claim Construction Brief in which several statements describing Hologic's confidential and proprietary business information and intellectual property are quoted from deposition testimony. These passages are highlighted in yellow and contain information that is internal, confidential, and sensitive to Hologic and its employees, and the unprotected distribution of this document in its unredacted form to the general public could cause harm to Hologic and its employees. Accordingly, Hologic respectfully requests that the Court authorize the filing under seal of the confidential version of SenoRx's Responsive Claim Construction Brief.

2. Exhibit 15 to the Declaration of Adam D. Harber in Support of SenoRx's Responsive Claim Construction Brief is a true and correct copy of excerpts from the May 19, 2008 deposition transcript of Jeffrey F. Williamson. The document is marked "Highly Confidential." The excerpts of Mr. Williamson's deposition provided in Exhibit 15 relates to Hologic's confidential and proprietary business information and intellectual property that is internal, confidential, and sensitive to Hologic and its employees, and the unprotected distribution of this document in its unredacted form to the general public could cause harm to Hologic and its employees. Accordingly, Hologic respectfully requests that the Court authorize the filing under seal of Exhibit 15 to the Declaration of Adam D. Harber in Support of SenoRx's Responsive Claim Construction Brief.

3. Exhibit 16 to the Declaration of Adam D. Harber in Support of SenoRx's Responsive Claim Construction Brief is a true and correct copy of excerpts from the May 24, 2008 deposition transcript of James F. Dempsey. The document is marked "Highly Confidential." The excerpts of Mr.

1  Dempsey's deposition provided in Exhibit 16 relates to Hologic's confidential and proprietary business
2  information and intellectual property that is internal, confidential, and sensitive to Hologic and its
3  employees, and the unprotected distribution of this document in its unredacted form to the general
4  public could cause harm to Hologic and its employees.  Accordingly, Hologic respectfully requests that
5  the Court authorize the filing under seal of Exhibit 16 to the Declaration of Adam D. Harber in Support
6  of SenoRx's Responsive Claim Construction Brief.

7        4.      Exhibit 17 to the Declaration of Adam D. Harber in Support of SenoRx's Responsive
8  Claim Construction Brief is a true and correct copy of excerpts from the May 29, 2008 deposition
9  transcript of Timothy J. Patrick.  The document is marked "Highly Confidential."  The excerpts of Mr.
10 Patrick's deposition provided in Exhibit 17 relates to Hologic's confidential and proprietary business
11 information and intellectual property that is internal, confidential, and sensitive to Hologic and its
12 employees, and the unprotected distribution of this document in its unredacted form to the general
13 public could cause harm to Hologic and its employees.   Accordingly, Hologic respectfully requests
14 that the Court authorize the filing under seal of Exhibit 17 to the Declaration of Adam D. Harber in
15 Support of SenoRx's Responsive Claim Construction Brief.

16     I declare under penalty of perjury under the laws of the United States of America that the
17 forgoing is true and correct.  Executed in East Palo Alto, California, on June 6, 2008.

19                                                            /s/ Marilee C. Wang
                                                            Marilee C. Wang

1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  Marilee C. Wang (SBN 232432; wangm@howrey.com)
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, California  94303
4  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
5
   Robert Ruyak
6  Matthew Wolf (Admitted *Pro Hac Vice*)
   Marc Cohn (Admitted *Pro Hac Vice*)
7  HOWREY LLP
   1299 Pennsylvania Avenue, NW
8  Washington, DC 20004
   Telephone:  (202) 783-0800
9  Facsimile:  (202) 383-6610

10 Attorneys for Plaintiffs
   HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.
11
                           UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13
                                   SAN JOSE DIVISION
14

| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING THE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 15, 16, AND 17** |
| vs. | |
| SENORX, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

[Proposed] Order Granting the Motion to File Under Seal
Case No.  C08 00133 RMW (RS)
DM_US:21272623_1

1   The Court, having considered SenoRx, Inc.'s Motion to Seal select portions of Defendant
2   SenoRx, Inc.'s Responsive Claim Construction Brief and the entirety of Exhibits 15, 16, and 17 to the
3   Declaration of Adam D. Harber in Support of SenoRx's Responsive Claim Construction Brief (Docket
4   No. 155) and the Declaration of Marilee C. Wang in support thereof, finds that good cause exists
5   pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its
6   entirety.
7   The clerk shall maintain under seal the confidential version of Defendant SenoRx, Inc.'s
8   Responsive Claim Construction Brief and the entirety of Exhibits 15, 16, and 17 to the supporting
9   Declaration of Adam D. Harber.
10  It is SO ORDERED.

11

12  Dated: _____, 2008        _____
                                                HON. RONALD M. WHYTE
13
                                                UNITED STATES DISTRICT COURT
14                                              NORTHERN DISTRICT OF
                                                CALIFORNIA
15

[Proposed] Order Granting the Motion to File Under     - 1 -
Seal
Case No.  C08 00133 RMW (RS)
DM_US:21272623_1