F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com
Email: nmorgan@wsgr.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5209

Attorneys for Defendant and Counterclaimant
SENORX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CASE NO.: C08-0133 RMW (RS) <br><br> **CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY AND EXHIBIT 3 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY** <br><br> Date: June 25, 2008 <br> Time: 2:00 p.m. <br> Ct. Rm: Courtroom 6, 4th Floor <br> Judge: Hon. Ronald M. Whyte |

1   PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(b) and (c), Defendant SenoRx, Inc. ("SenoRx") hereby moves the Court for an order to file under seal (1) the confidential version of Defendant SenoRx, Inc.'s Reply in Support of its Motion for Partial Summary Judgment for Invalidity ("Invalidity Reply Brief"), and (2) Exhibit 3 to the Declaration of Adam D. Harber in Support of Defendant SenoRx, Inc.'s Reply in Support of its Motion for Partial Summary Judgment of Invalidity.

SenoRx brings this motion because portions of its Invalidity Reply Brief contain the confidential business information of SenoRx and technical information Plaintiffs have designated as confidential. In addition, Exhibit 3 appears to contain the confidential technical information of Plaintiffs.

A protective order governing how confidential and proprietary information produced during the case shall be treated by the parties has been entered in this case [Docket No. 154]. In accordance with that protective order and in compliance with Civil Local Rule 79-5(b) and (c), SenoRx seeks to withhold the foregoing information designated under the protective order from the public versions of its papers. In compliance with Civil Local Rule 79-5(c), SenoRx has created confidential and non-confidential versions of its Invalidity Reply Brief.

For the foregoing reasons, SenoRx respectfully requests that the Court enter an order allowing SenoRx to file under seal select confidential portions of Defendant SenoRx, Inc.'s Reply in Support of its Motion for Partial Summary Judgment of Invalidity.

Dated: June 11, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _s/Natalie J. Morgan_

F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com
Email: nmorgan@wsgr.com

| | |
|---|---|
| 1 | |
| 2 | Bruce R. Genderson (admitted *pro hac vice*) |
| | Aaron P. Maurer (admitted *pro hac vice*) |
| 3 | Rachel Shanahan Rodman (admitted *pro hac vice*) |
| | Adam D. Harber (admitted *pro hac vice*) |
| 4 | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, NW |
| 5 | Washington, DC 20005 |
| | Telephone: (202) 434-5000 |
| 6 | Facsimile: (202) 434-5029 |
| 7 | |
| | Attorneys for Defendant and Counterclaimant |
| 8 | SENORX, INC. |

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Janice Wright, declare:

    I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Suite. 200, San Diego, CA, 92130.

    On June 11, 2008, I served a copy(ies) of the following document(s):

**CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY AND EXHIBIT 3 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY**

**DECLARATION OF NATALIE J. MORGAN IN SUPPORT OF CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY AND EXHIBIT 3 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY**

**[PROPOSED] ORDER GRANTING SENORX'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY**

**[FILED UNDER SEAL] CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY**

**[FILED UNDER SEAL] CONFIDENTIAL EXHIBIT 3 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com) | Attorneys for Plaintiffs |
| Katharine L. Altemus (altemusk@howrey.com) | HOLOGIC, INC. CYTYC |
| HOWREY LLP | CORPORATION and |
| 1950 University Avenue, 4th Floor | HOLOGIC LP |
| East Palo Alto, CA 94303 | |
| Telephone: (650) 798-3500 | |
| Facsimile: (650) 798-3600 | |
| | |
| Matthew Wolf (wolfm@howrey.com) | Attorneys for Plaintiffs |

CERTIFICATE OF SERVICE      1      CASE NO. C08-0133 RMW (RS)

3379986_1.DOC

| | | |
|---|---|---|
| 1 | Marc Cohn (cohnm@howrey.com) | HOLOGIC, INC. CYTYC |
| 2 | HOWREY LLP<br>1229 Pennsylvania Avenue, NW | CORPORATION and<br>HOLOGIC LP |
| 3 | Washington, DC 20004<br>Telephone: (202) 783-0800 | |
|   | Facsimile: (202) 383-6610 | |

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on June 11, 2008.

_____
Janice Wright

| | |
|---|---|
| 1 | F.T. Alexandra Mahaney, State Bar No. 125984 |
|   | Natalie J. Morgan, State Bar No. 211143 |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 3 | 12235 El Camino Real, Suite 200 |
|   | San Diego, CA 92130 |
| 4 | Telephone: (858) 350-2300 |
|   | Facsimile: (858) 350-2399 |
| 5 | Email: amahaney@wsgr.com |
|   | Email: nmorgan@wsgr.com |
| 6 | |
|   | Bruce R. Genderson (admitted *pro hac vice*) |
| 7 | Aaron P. Maurer (admitted *pro hac vice*) |
|   | Rachel Shanahan Rodman (admitted *pro hac vice*) |
| 8 | Adam D. Harber (admitted *pro hac vice*) |
|   | WILLIAMS & CONNOLLY LLP |
| 9 | 725 Twelfth St. NW |
| 10 | Washington, DC 20005 |
|   | (202) 434-5000 |
| 11 | |
| 12 | Attorneys for Defendant and Counterclaimant |
|   | SENORX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., | ) ) ) | CASE NO.: C08-0133 RMW (RS) |
| Plaintiffs, | ) ) | **DECLARATION OF NATALIE J. MORGAN PURSUANT TO CIVIL LOCAL RULE 79-5(D) IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY AND EXHIBIT 3 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY** |
| v. | ) ) | |
| SENORX, INC., | ) ) | |
| Defendant. | ) ) ) ) ) ) ) ) ) | |
| AND RELATED COUNTERCLAIMS | ) ) ) ) | Date: June 25, 2008<br>Time: 2:00 p.m.<br>Ct. Rm: Courtroom 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte |

I, Natalie J. Morgan, declare as follows:

1. I am an associate at the law firm Wilson Sonsini Goodrich & Rosati and a member of the Bar of this court, and I serve as one of the outside counsel for Defendant and Counterclaimant SenoRx, Inc. ("SenoRx"). The following declaration is based on my personal knowledge, and if called upon to testify, I could and would competently testify as to the matters set forth herein.

2. Pursuant to Civil L.R. 79-5(b) and (c), the information contained herein is submitted in support of Plaintiffs' Administrative Motion to File Under Seal the Confidential Version of Defendant SenoRx, Inc.'s Reply in Support of Motion for Partial Summary Judgment of Invalidity and Exhibit 3 to the Declaration of Adam D. Harber in Support of Defendant SenoRx, Inc.'s Reply in Support of its Motion for Partial Summary Judgment of Invalidity.

3. The confidential version of Defendant SenoRx, Inc.'s Reply in Support of Motion for Partial Summary Judgment of Invalidity contains the confidential business information of SenoRx and technical information Plaintiffs have designated as confidential. The distribution to the general public of such information could cause harm to SenoRx.

4. Exhibit 3 (excerpts from the transcript of the deposition of Timothy J. Patrick) was produced during the course of discovery in this case and appears to contain the confidential technical information of Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2008

By: s/Natalie J. Morgan
Natalie J. Morgan

DECLARATION OF NATALIE J. MORGAN ISO
PLAINTIFFS' ADMIN. MOTION TO FILE UNDER SEAL
SENORX'S REPLY IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT FOR INVALIDITY
-1-
CASE NO. C08-0133 RMW (RS)
3380368_1.DOC

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CASE NO.: C08-0133 RMW (RS) <br><br> **[PROPOSED] ORDER GRANTING SENORX'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY** |

1  The Court, having considered Defendant SenoRx, Inc.'s ("SenoRx") Motion To File
2  Under Seal The Confidential Portions of Defendant SenoRx, Inc.'s Reply in Support of Motion
3  for Partial Summary Judgment of Invalidity, finds that good cause exists pursuant to Civil Local
4  Rule 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.
5  The clerk shall maintain the confidential portions of Defendant SenoRx, Inc.'s Reply in
6  Support of Motion for Summary Judgment of Invalidity under seal.
7  It is SO ORDERED
8
9  Dated: _____, 2008          By: _____
                                                Honorable Ronald M. Whyte
10                                              United States District Court Judge

F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA  92130
Telephone:     (858) 350-2300
Facsimile:      (858) 350-2399
Email:            amahaney@wsgr.com
Email:            nmorgan@wsgr.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone:     (202) 434-5000
Facsimile:      (202) 434-5209

Attorneys for Defendant and Counterclaimant
SENORX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., | ) | CASE NO.:  C08-0133 RMW (RS) |
|---|---|---|
| Plaintiffs, | ) ) ) | **DEFENDANT AND COUNTER CLAIMANT SENORX, INC.'S NOTICE OF MANUAL FILING** |
| v. | ) ) | |
| SENORX, INC., | ) | |
| Defendant. | ) ) | |
| AND RELATED COUNTERCLAIMS | ) ) ) ) | Date:      June 25, 2008<br>Time:     2:00 p.m.<br>Ct. Rm:  Courtroom 6, 4th Floor<br>Judge:    Hon. Ronald M. Whyte |

1  Regarding: Confidential version of Defendant SenoRx, Inc.'s Reply in Support of Motion for Partial Summary Judgment of Invalidity and Exhibit 3 to the Declaration of Adam D. Harber in Support of Defendant SenoRx, Inc.'s Reply in Support of its Motion for Partial Summary Judgment of Invalidity; and

  Regarding: Confidential version of Defendant SenoRx, Inc.'s Reply in Support of Motion for Partial Summary Judgment of Non-Infringement and Exhibits 6 and 7 to the Declaration of Adam D. Harber in Support of Defendant SenoRx, Inc.'s Reply in Support of its Motion for Partial Summary Judgment of Non-Infringement.

  These filings are in paper or physical form only, and are being maintained in the case file in the Clerk's office. If you are a participant in this case, these filings will be served in hard-copy shortly. For information on retrieving these filings directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

  These filings were not e-filed for the following reason(s):

  [√] Item(s) Under Seal

Dated: June 11, 2008

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: s/Natalie J. Morgan

F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com
Email: nmorgan@wsgr.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant and Counterclaimant
SENORX, INC.

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Janice Wright, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On June 11, 2008, I served copies of the following document: **DEFENDANT AND COUNTERCLAIMANT SENORX, INC.'S NOTICE OF MANUAL FILING** on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and<br>HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and<br>HOLOGIC LP |

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on June 11, 2008.

*Janice Wright*
Janice Wright