1   COUNSEL LISTED ON SIGNATURE BLOCK

2

3

4

5

6                                                    *E-FILED - 6/12/08*

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  HOLOGIC, INC., CYTYC CORP., and          )   CASE NO.:  C-08-0133 RMW (RS)
    HOLOGIC L.P.,                            )
                                             )   **STIPULATED REQUEST FOR**
13            Plaintiffs,                    )   **ORDER CHANGING TIME TO**
                                             )   **EXTEND DEADLINE FOR FILING**
14        v.                                 )   **PRETRIAL SUBMISSIONS**
                                             )   **PURSUANT TO CIVIL LOCAL**
15  SENORX, INC.,                            )   **RULE 6-2 AND [PROPOSED]**
                                             )   **ORDER**
16            Defendant.                     )
                                             )
17                                           )
    _____       )
18  SENORX, INC.,                            )
                                             )   Courtroom:  6, 4th Floor
19            Counterclaimant,               )   Judge:  Hon. Ronald M. Whyte
                                             )
20        v.                                 )
                                             )
21  HOLOGIC, INC., CYTYC CORP., and          )
    HOLOGIC L.P.,                            )
22                                           )
              Counterdefendants.             )
23  _____       )

24

25

26

27                                                              3373806_1.DOC

28
    ─────────────────────────────────────────────────────────────────────
    STIPULATED REQUEST FOR ORDER TO                  CASE NO. C-08-0133 RMW
    EXTEND DEADLINE FOR FILING
    PRETRIAL SUBMISSIONS

1    Plaintiffs and Counterdefendants Hologic, Inc., Cytyc Corporation, and Hologic L.P. and

2  Defendant and Counterclaimant SenoRx, Inc. hereby jointly request pursuant to Civil Local Rule

3  6-2 an order changing time to extend the deadline to file pretrial submissions to July 3, 2008.  In

4  support of this request, the parties submit the Declaration of Rachel Rodman.

5    The deadline for pretrial submissions is currently June 24, 2008.  However, because the

6  date for the claim construction and summary judgment hearing has been moved to June 25, 2008,

7  the parties' pretrial submissions would now be due before the claim construction hearing and

8  before any claim construction order or order on the pending motions for summary judgment.

9  Because the scope of the case and issues to be tried will depend on the Court's rulings on these

10  motions, the parties request the extension of these pretrial submissions to July 3, 2008.  The

11  pretrial conference is currently scheduled for July 9, 2008, and the trial is scheduled to begin on

12  July 14, 2008.

13    For these reasons, the parties respectfully request that the deadline for submitting pretrial

14  submissions be extended until July 3, 2008.  The parties agree that this extension would not apply

15  to motions in limine, which would be filed on June 24, 2008 so that replies would be filed in time

16  to be heard at the pretrial conference.  In addition, the parties would exchange deposition

17  designations and exhibits in advance of the pretrial submissions so that the pretrial submissions

18  would include counter-designations and objections to deposition designations, as well as

19  objections to authenticity and admissibility of proposed exhibits.

20

Dated:  June 3, 2008                                           HOWREY LLP

21

22                                                              By:   /s/Katharine L. Altemus w/ permission
                                                                     Katharine L. Altemus
23                                                              .     altemusk@howrey.com
                                                                     HOWREY LLP
24                                                                   1950 University Avenue, 4th Floor
                                                                     East Palo Alto, CA  94303
25                                                                   Telephone:  (650) 798-3500
                                                                     Facsimile:  (650) 798-3600
26

27                                                              Attorneys for Plaintiffs Hologic, Inc.,

                                                                                        3373806_1.DOC
28                                                                1
STIPULATED REQUEST FOR ORDER TO                                          CASE NO. C-08-0133 RMW
EXTEND DEADLINE FOR FILING
PRETRIAL SUBMISSIONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cytyc Corporation, and Hologic L.P.
WILLIAMS & CONNOLLY LLP


By:    /s/Bruce R. Genderson w/ permission
        Bruce R. Genderson
        Aaron P. Maurer
        Rachel Shanahan Rodman
        Adam D. Harber
        WILLIAMS & CONNOLLY LLP
        725 12th Street, N.W.
        Washington, D.C.  20005
        Telephone:  (202) 434-5000
        Facsimile:  (202) 434-5029


WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:     /s/Natalie J. Morgan
        Natalie J. Morgan, State Bar No. 211143
        nmorgan@wsgr.com
        F.T. Alexandra Mahaney, State Bar No.
        125984
        amahaney@wsgr.com
        WILSON SONSINI GOODRICH &
        ROSATI
        Professional Corporation
        12235 El Camino Real, Suite 200
        San Diego, CA  92130
        Telephone:  (858) 350-2300
        Facsimile:   (858) 350-2399

Attorneys for Defendant
SENORX, INC.

3373806_1.DOC

2

STIPULATED REQUEST FOR ORDER TO
EXTEND DEADLINE FOR FILING
PRETRIAL SUBMISSIONS

CASE NO. C-08-0133 RMW

**Filer's Attestation**

I, Natalie J. Morgan, am the ECF User whose identification and password are being used to file this Stipulated Request for Order Changing Time. Pursuant to General Order No. 45, ¶ X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from the other signatories to this Stipulation.

By: /s/Natalie J. Morgan
    Natalie J. Morgan

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED. The deadline for submitting pretrial submissions is July 3, 2008. Motions in limine shall be filed on June 24, 2008. The parties shall exchange deposition designations and exhibits in advance of the pretrial submissions so that the pretrial submissions shall include counter-designations and objections to deposition designations, as well as objections to authenticity and admissibility of proposed exhibits.

Dated June 6 , 2008

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Court Judge

3373806_1.DOC

STIPULATED REQUEST FOR ORDER TO
EXTEND DEADLINE FOR FILING
PRETRIAL SUBMISSIONS

3

CASE NO. C-08-0133 RMW

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Janice Wright, declare:

      I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

      On June 3, 2008, I served a copy(ies) of the following document(s):

**STIPULATED REQUEST FOR ORDER CHANGING TIME TO EXTEND DEADLINE FOR FILING PRETRIAL SUBMISSIONS PURSUANT TO CIVIL LOCAL RULE 6-2 AND [PROPOSED] ORDER**

on the parties to this action by the following means:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC<br>CORPORATION and<br>HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC<br>CORPORATION and<br>HOLOGIC LP |

☒ **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ **(BY ELECTRONIC MAIL)** I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ **(BY PERSONAL SERVICE)** I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ **(BY OVERNIGHT DELIVERY)** I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily

3293557_1.DOC

CERTIFICATE OF SERVICE                                       CASE NO. C-08-0133 RMW

1    familiar with WSGR's practice for collecting and processing of correspondence for
     overnight delivery, said practice being that, in the ordinary course of business,
2    correspondence for overnight delivery is deposited with delivery fees paid or provided for
     at the carrier's express service offices for next-day delivery the same day as the
3    correspondence is placed for collection.

4    ☐    (BY FACSIMILE)  I caused to be transmitted by facsimile machine (number of sending
          facsimile machine is (858) 350-2399 at the time stated on the attached transmission
5         report(s) by sending the documents(s) to (see above).  The facsimile transmission(s)
          was/were reported as complete and without error.

6    ☒    (BY CM/ECF)  I caused such document(s) to be sent via electronic mail through the Case
          Management/Electronic Case File system with the U.S. District Court for the Northern
7         District of California.

8         I declare under penalty of perjury under the laws of the United States that the above is true
     and correct, and that this declaration was executed on June 3, 2008.
9

10                                          _Janice Wright_____
                                                   Janice Wright
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
3293557_1.DOC

CERTIFICATE OF SERVICE                                    CASE NO. C-08-0133 RMW