*E-FILED - 6/18/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P.,<br><br>  Plaintiffs,<br><br>v.<br><br>SENORX, INC.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: C08-0133 RMW (RS)<br><br>[PROPOSED] ORDER GRANTING SENORX'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, CONFIDENTIAL PORTIONS OF THE DECLARATIONS OF ROY WEINSTEIN AND WILLIAM F. GEARHART IN SUPPORT THEREOF, AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 1, 7, 14, 15, 17, 20-26, 28 AND 30 TO THE DECLARATION OF AARON P. MAURER AND EXHIBITS 7 AND 8 TO THE DECLARATION OF ROY WEINSTEIN |

[PROPOSED] ORDER

CASE NO. C08-0133 RMW (RS)
3323197_1.DOC

1  The Court, having considered Defendant SenoRx, Inc.'s ("SenoRx") Motion To File Under Seal Confidential Portions Of Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction, Confidential Portions Of The Declarations Of Roy Weinstein And William F. Gearhart In Support Thereof, And The Entirety Of Confidential Exhibits 1, 7, 14, 15, 17, 20-26, 28 and 30 to the Declaration of Aaron P. Maurer and Exhibits 7 and 8 to the Declaration of Roy Weinstein, finds that good cause exists pursuant to Civil Local Rule 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain the following documents under seal:

1) Confidential Version of Defendant SenoRx's Opposition to Plaintiffs' Motion For A Preliminary Injunction;

2) Confidential Version of the Declaration of Roy Weinstein In Support Of Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction; (Exhibit 4)

3) Confidential Version of the Declaration of William F. Gearhart In Support Of Defendant SenoRx, Inc.'s Opposition To Plaintiffs' Motion For A Preliminary Injunction; and

3) The entirety of Exhibits 1, 7, 14, 15, 17, 20-26, 28 and 30 to the Declaration of Aaron P. Maurer and Exhibits 7 and 8 to the Declaration of Roy Weinstein.

It is SO ORDERED

Dated: 6/18, 2008       By: *Ronald M. Whyte*
                            Honorable Ronald M. Whyte
                            United States District Court Judge

[PROPOSED] ORDER                    -1-                    CASE NO. C08-0133 RMW (RS)
                                                           3323197_1.DOC