1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303
   Telephone: (650) 798-3500
4  Facsimile: (650) 798-3600

5  Robert Ruyak
   Matthew Wolf
6  Marc Cohn
   HOWREY LLP
7  1229 Pennsylvania Avenue, NW
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610

*E-FILED - 6/18/08*

9
   Attorneys for Plaintiffs
10 HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14 HOLOGIC, INC., CYTYC CORPORATION,         Case No. C08 00133 RMW (RS)
   and HOLOGIC L.P.,
15                                           **[] ORDER GRANTING
            Plaintiffs,                      PLAINTIFFS' ADMINISTRATIVE
16                                           MOTION TO FILE UNDER SEAL (1)
       vs.                                   PORTIONS OF PLAINTIFFS' REPLY
17                                           BRIEF IN SUPPORT OF PENDING
   SENORX, INC.,                             MOTION FOR PRELIMINARY
18                                           INJUNCTION AND THE DAVIS
            Defendant.                       DECLARATION IN SUPPORT THEREOF,
19                                           (2) PORTIONS OF PLAINTIFFS'
                                             OPPOSITION TO DEFENDANTS' MOTION
20                                           TO STRIKE, AND (3) SELECT
                                             SUPPORTING EXHIBITS TO PLAINTIFFS'
21                                           REPLY AND OPPOSITION IN THEIR
                                             ENTIRETY**

22                                           **Date: April 21, 2008
                                             Time: 2:00 p.m.
23                                           Courtroom: 6, 4th Floor
                                             Judge: Hon. Ronald M. Whyte**
24

25 AND RELATED COUNTERCLAIMS.

26

27

28

HOWREY LLP
[ Order re Motion to File Under Seal
Case No. C08 00133 RMW (RS)

**[] ORDER**

The Court, having considered Plaintiffs' Administrative Motion To File Under Seal (1) Portions Of Plaintiffs' Reply Brief In Support Of Pending Motion For Preliminary Injunction and the Davis Declaration In Support Thereof, (2) Portions Of Plaintiffs' Opposition To Defendants' Motion To Strike, And (3) Select Supporting Exhibits To Plaintiffs' Reply And Opposition In Their Entirety, finds that good cause exists pursuant to Civil L.R. 79-5(b), (c), and (d) for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under seal the (1) designated selections of Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction; (2) Exhibit EE attached to the Declaration of Katharine L. Altemus In Support of Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction; (3) designated selections from the Declaration of Julie L. Davis In Support Of Plaintiffs' Reply Brief In Support Of Motion For Preliminary Injunction; (4) designated selections from Plaintiffs' Opposition To Objections And Motion To Strike Certain Portions Of The Declaration Of Glenn Magnuson; and (5) Exhibit A attached to the Declaration of Katharine L. Altemus In Support of Plaintiffs' Opposition To Objections And Motion To Strike Certain Portions Of The Declaration Of Glenn Magnuson.

It is SO ORDERED.

Dated: 6/18, 2008

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

[] Order re Motion to File Under Seal        - 1 -
Case No. C08 00133 RMW (RS)