Henry C. Su (SBN 211202; suh@howrey.com)
Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
Marilee C. Wang (SBN 232432; wangm@howrey.com)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Robert Ruyak
Matthew Wolf (Admitted *Pro Hac Vice*)
Marc Cohn (Admitted *Pro Hac Vice*)
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>SENORX, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C08 00133 RMW (RS)<br><br>**DECLARATION OF MARILEE C. WANG IN SUPPORT OF MOTION TO FILE UNDER SEAL THE CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT FOR NON-INFRINGEMENT AND EXHIBITS 6 AND 7 TO THE SUPPORTING DECLARATION OF ADAM D. HARBER PURSUANT TO CIVIL LOCAL RULE 79-5(D)** |

Declaration of Marilee C. Wang in Support of the
Motion to File Under Seal
Case No. C08 00133 RMW (RS)

1  I, Marilee C. Wang, declare as follows:

2  I am an attorney with the law firm of Howrey LLP, counsel for Plaintiffs Hologic, Inc., Cytyc Corporation and Hologic L.P. ("Hologic") in the above-captioned case. I am a member of the Bar of this Court and make this declaration pursuant to Civil Local Rule 79-5(d) in support of Defendant SenoRx, Inc.'s Motion to File Under Seal the Confidential Version of Defendant SenoRx, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment for Non-Infringement and Exhibits 6 and 7 to the supporting Declaration of Adam D. Harber. (Docket No. 165). If called as a witness, I could and would testify competently to the contents of this declaration.

1.  SenoRx, Inc. ("SenoRx") has submitted a confidential version of Defendant SenoRx, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment for Non-Infringement in which several statements describing Hologic's intellectual property are quoted from deposition testimony. These passages are highlighted in yellow and contain information that is internal, confidential, and sensitive to Hologic and its employees, and the unprotected distribution of this document in its unredacted form to the general public could cause harm to Hologic and its employees. Accordingly, Hologic respectfully requests that the Court authorize the filing under seal of the confidential version of Defendant SenoRx, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment for Non-Infringement.

2.  Exhibit 6 to the Declaration of Adam D. Harber in Support of Defendant SenoRx, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment for Non-Infringement is a true and correct copy of excerpts from the November 14, 2006 deposition transcript of Dr. Lynn J. Verhey from the case captioned *Xoft Microtube Inc. v. Cytyc Corp., et al.*, Case No. C-05-05312 RMW, in the United States District Court for the Northern District of California. The document is marked "Confidential – Outside Counsel Only" The excerpts of Dr. Verhey's deposition provided in Exhibit 6 relates to Hologic's intellectual property and is internal, confidential, and sensitive to Hologic and its employees, and the unprotected distribution of this document in its unredacted form to the general public could cause harm to Hologic and its employees. Accordingly, Hologic respectfully requests that the Court authorize the filing under seal of Exhibit 6 to the Declaration of Adam D. Harber in Support of Defendant SenoRx, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment

1  for Non-Infringement.

2       3.    Exhibit 7 to the Declaration of Adam D. Harber in Support of Defendant SenoRx, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment for Non-Infringement is a true and correct copy of excerpts from the May 24, 2008 deposition transcript of James F. Dempsey. The document is marked "Highly Confidential." The excerpts of Mr. Dempsey's deposition provided in Exhibit 7 relates to Hologic's intellectual property and is internal, confidential, and sensitive to Hologic and its employees, and the unprotected distribution of this document in its unredacted form to the general public could cause harm to Hologic and its employees. Accordingly, Hologic respectfully requests that the Court authorize the filing under seal of Exhibit 7 to the Declaration of Adam D. Harber in Support of Defendant SenoRx, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment for Non-Infringement.

     I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed in East Palo Alto, California, on June 18, 2008.

                                                    /s/ Marilee C. Wang
                                                      Marilee C. Wang

1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  Marilee C. Wang (SBN 232432; wangm@howrey.com)
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, California 94303
4  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
5
   Robert Ruyak
6  Matthew Wolf (Admitted *Pro Hac Vice*)
   Marc Cohn (Admitted *Pro Hac Vice*)
7  HOWREY LLP
   1299 Pennsylvania Avenue, NW
8  Washington, DC 20004
   Telephone: (202) 783-0800
9  Facsimile: (202) 383-6610

10 Attorneys for Plaintiffs
   HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT FOR NON-INFRINGEMENT AND EXHIBITS 6 AND 7 TO THE SUPPORTING DECLARATION OF ADAM D. HARBER** |
| vs. | |
| SENORX, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

[Proposed] Order Granting the Motion to File Under Seal
Case No. C08 00133 RMW (RS)

1  The Court, having considered Defendant SenoRx, Inc.'s Motion to File Under Seal the
2 Confidential Version of Defendant SenoRx, Inc.'s Reply in Support of Its Motion for Partial Summary
3 Judgment for Non-Infringement and Exhibits 6 and 7 to the supporting Declaration of Adam D. Harber
4 (Docket No. 165) and the Declaration of Marilee C. Wang in support thereof, finds that good cause
5 exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in
6 its entirety.
7  The clerk shall maintain under seal the Confidential Version of Defendant SenoRx, Inc.'s
8 Reply in Support of Its Motion for Partial Summary Judgment for Non-Infringement and Exhibits 6
9 and 7 to the supporting Declaration of Adam D. Harber.
10  It is SO ORDERED.

12 Dated: _____, 2008    _____
                                                HON. RONALD M. WHYTE

                                                UNITED STATES DISTRICT COURT
                                                NORTHERN DISTRICT OF
                                                CALIFORNIA