1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  Marilee C. Wang (SBN 232432; wangm@howrey.com)
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, California  94303
4  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
5
   Robert Ruyak
6  Matthew Wolf (Admitted *Pro Hac Vice*)
   Marc Cohn (Admitted *Pro Hac Vice*)
7  HOWREY LLP
   1299 Pennsylvania Avenue, NW
8  Washington, DC 20004                              ***E-FILED - 6/19/08***
   Telephone:  (202) 783-0800
9  Facsimile:  (202) 383-6610

10 Attorneys for Plaintiffs
   HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.
11
                        UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN JOSE DIVISION
14
   HOLOGIC, INC., CYTYC CORPORATION,          Case No. C08 00133 RMW (RS)
15 and HOLOGIC L.P.,
                                              **REQUEST FOR ORDER GRANTING**
16             Plaintiffs,                    **PLAINTIFFS PERMISSION TO BRING**
                                              **ELECTRONIC EQUIPMENT AND**
17        vs.                                 **EXEMPLAR MEDICAL DEVICES INTO**
                                              **THE COURT FOR THE JUNE 25, 2008**
18 SENORX, INC.,                              **CLAIM CONSTRUCTION HEARING AND**
                                              **[] ORDER**
19             Defendant.

20
   AND RELATED COUNTERCLAIMS.
21

22

23

24

25

26

27

28
   [] Order Granting Pl.'s Request to Bring
   Equipment Into Court
   Case No.  C08 00133 RMW (RS)

1    Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. respectfully request permission

2  from the Court to bring into the courtroom and set up equipment described below to be used at the

3  claim construction and summary judgment hearings scheduled for June 25, 2008, at 2:00 p.m. before

4  the Honorable Ronald M. Whyte.

5       1.    2 Hologic MammoSite Balloon Applicators;

6       2.    3 SenoRx Contura Multi-Lumen Balloon Applicators;

7       3.    Fluid used to fill each balloon device;

8       4.    6 PDAs (Personal Digital Assistants);

9       5.    6 cell phones;

10      6.    4 computers;

11      7.    Multimedia projector;

12      8.    2 speakers;

13      9.    Amplifier;

14      10.   7 foot projection screen;

15      11.   A/B switch box;

16      12.   Laser pointer; and

17      13.   Associated wires, cables, peripherals, extension cords, power strips, adapters, and tools

18  \\

19

20

21

22

23

24

25

26

27

28

[] Order Granting Pl.'s Request to Bring          - 1 -
Equipment Into Court
Case No.  C08 00133 RMW (RS)

1 | to install and connect the above equipment.

2 | Dated:  June 18, 2008                                         HOWREY LLP

3

4

5 | By:    _____/s/_____
  |        Katharine L. Altemus

6

7 | HOWREY LLP
  | Attorneys for Plaintiffs
8 | Hologic, Inc., Cytyc Corporation,
  |  and Hologic L.P.

9

10 | **[] ORDER**

11

12 |     The Court, having considered Plaintiffs' request to bring into the courtroom equipment listed

above, hereby grants that request.  The equipment may be brought in and set up between 1 and 2 p.m.

on June 25, 2008.

    IT IS SO ORDERED.

    Dated: June ei , 2008                          *Ronald M. Whyte*
                                                    Honorable Ronald M. Whyte
                                                    United States District Judge