F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:    (858) 350-2300
Facsimile:     (858) 350-2399
Email:         amahaney@wsgr.com
Email:         nmorgan@wsgr.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
(202) 434-5000

Attorneys for Defendant and Counterclaimant
SENORX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SENORX, INC.,<br><br>    Defendant. | CASE NO.:  C08-0133 RMW (RS)<br><br>**CIVIL LOCAL RULE 79-5(D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 18 AND 19 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT THEREOF**<br><br>Date:  June 25, 2008<br>Time:  2:00 p.m.<br>Ct. Rm: Courtroom 6, 4th Floor<br>Judge:  Hon. Ronald M. Whyte |

1        PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(d), Defendant SenoRx,

2  Inc. ("SenoRx") hereby moves the Court for an order to file under seal select portions of

3  Defendant SenoRx, Inc.'s Supplemental Claim Construction Brief and the Entirety of

4  Confidential Exhibits 18 and 19 to the Declaration of Adam D. Harber in Support of SenoRx's

5  Supplemental Claim Construction Brief.

6        SenoRx brings this motion because the Supplemental Claim Construction Brief and

7  Exhibits 18 and 19 each contain information designated by Plaintiffs as "Highly Confidential."

8  A protective order governing how confidential and proprietary information produced during the

9  case shall be treated by the parties has been entered in this case [Docket No. 154].  In accordance

10  with that protective order and in compliance with Civil Local Rule 79-5(d), SenoRx seeks to

11  withhold the foregoing information designated by Plaintiffs under the protective order from the

12  public versions of its papers.  In compliance with Civil Local Rule 79-5(d), SenoRx has created

13  confidential and non-confidential versions of its Supplemental Claim Construction Brief.

14        For the foregoing reasons, SenoRx respectfully requests that the Court enter an order

15  allowing SenoRx to file the following documents under seal:

16        1)  select portions of Defendant SenoRx, Inc.'s Supplemental Claim Construction Brief;

17  and

18        2) the entirety of Exhibits 18 and 19 to the Declaration of Adam D. Harber in Support of

19  SenoRx's Responsive Claim Construction Brief.

20  Dated:  June 20, 2008             WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

21

22                                  By:  /s/Natalie J. Morgan

23                                  F.T. Alexandra Mahaney, State Bar No. 125984
                                  Natalie J. Morgan, State Bar No. 211143

24                                  WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

25                                  12235 El Camino Real, Suite 200
                                  San Diego, CA  92130

26                                  Telephone: (858) 350-2300
                                  Facsimile: (858) 350-2399

27                                  Email:  amahaney@wsgr.com

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant and Counterclaimant
SENORX, INC.

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On June 20, 2008, I served a copy(ies) of the following document(s):

**CIVIL LOCAL RULE 79-5(D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 18 AND 19 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT THEREOF**

**DECLARATION OF NATALIE J. MORGAN IN SUPPORT OF SENORX'S CIVIL LOCAL RULE 79-5(D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 18 AND 19 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT THEREOF**

**[FILED UNDER SEAL] CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

**[FILED UNDER SEAL] EXHIBIT 18 TO DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

**[FILED UNDER SEAL] EXHIBIT 19 TO DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com) | Attorneys for Plaintiffs |
| Katharine L. Altemus (altemusk@howrey.com) | HOLOGIC, INC. CYTYC |
| HOWREY LLP | CORPORATION and |
| 1950 University Avenue, 4th Floor | HOLOGIC LP |
| East Palo Alto, CA  94303 | |
| Telephone:  (650) 798-3500 | |
| Facsimile:  (650) 798-3600 | |
| | |
| Matthew Wolf (wolfm@howrey.com) | Attorneys for Plaintiffs |
| Marc Cohn (cohnm@howrey.com) | HOLOGIC, INC. CYTYC |
| HOWREY LLP | CORPORATION and |
| 1229 Pennsylvania Avenue, NW | HOLOGIC LP |
| Washington, DC  20004 | |
| Telephone:  (202) 783-0800 | |
| Facsimile:  (202) 383-6610 | |

-1-

1

2

3

4

5

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

6

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

7

8

☐ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

9

10

    I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on June 20, 2008.

11

12

                              _____

                                     Kirsten Blue

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                   CASE NO. C-08-0133 RMW (RS)

1   F.T. Alexandra Mahaney, State Bar No. 125984
    Natalie J. Morgan, State Bar No. 211143
2   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3   12235 El Camino Real, Suite 200
    San Diego, CA 92130
4   Telephone:    (858) 350-2300
    Facsimile:    (858) 350-2399
5   Email:        amahaney@wsgr.com
    Email:        nmorgan@wsgr.com
6
    Bruce R. Genderson (admitted *pro hac vice*)
7   Aaron P. Maurer (admitted *pro hac vice*)
    Rachel Shanahan Rodman (admitted *pro hac vice*)
8   Adam D. Harber (admitted *pro hac vice*)
9   WILLIAMS & CONNOLLY LLP
    725 Twelfth St. NW
10  Washington, DC 20005
    (202) 434-5000
11
    Attorneys for Defendant and Counterclaimant
12  SENORX, INC.

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16  HOLOGIC, INC., CYTIC CORPORATION      )   CASE NO.: C08-0133 RMW (RS)
    and HOLOGIC L.P.,                     )
17                                        )   **DECLARATION OF NATALIE J.**
                  Plaintiffs,             )   **MORGAN IN SUPPORT OF SENORX'S**
18                                        )   **CIVIL LOCAL RULE 79-5(D)**
            v.                            )   **ADMINISTRATIVE MOTION TO FILE**
19                                        )   **UNDER SEAL CONFIDENTIAL**
    SENORX, INC.,                         )   **PORTIONS OF DEFENDANT SENORX,**
20                                        )   **INC.'S SUPPLEMENTAL CLAIM**
                  Defendant.              )   **CONSTRUCTION BRIEF AND THE**
21                                        )   **ENTIRETY OF CONFIDENTIAL**
                                          )   **EXHIBITS 18 AND 19 TO THE**
22                                        )   **DECLARATION OF ADAM D. HARBER**
                                          )   **IN SUPPORT THEREOF**
23                                        )
                                          )
24                                        )
                                          )   Date:    June 25, 2008
25                                        )   Time:    2:00 p.m.
                                          )   Ct. Rm:  Courtroom 6, 4th Floor
26  _____       )   Judge:   Hon. Ronald M. Whyte

27

28

    DECLARATION OF NATALIE J. MORGAN               CASE NO. C08-0133 RMW (RS)
                                                   3387222_1.DOC

1    I, Natalie J. Morgan, declare are follows:

2        1.    I am an associate at the law firm Wilson Sonsini Goodrich & Rosati and a

3    member of the Bar of this court, and I serve as one of the outside counsel for Defendant SenoRx,

4    Inc. ("SenoRx").  The following declaration is based on my personal knowledge, as if called

5    upon to testify, I could and would competently testify as to the matters set forth herein.

6        2.    In support of SenoRx's Civil Local Rule 79-5(d) Administrative Motion To File

7    Under Seal Confidential Portions Of Defendant SenoRx, Inc.'s Supplemental Claim

8    Construction Brief and the Entirety of Confidential Exhibits 17 and 18 to the Declaration of

9    Adam D. Harber in Support Thereof, SenoRx respectfully requests that the Confidential Version

10   of Defendant SenoRx, Inc.'s Responsive Claim Construction Brief and the Entirety of

11   Confidential Exhibits 18 and 19 to the Declaration of Adam D. Harber in Support of Defendant

12   SenoRx Inc.'s Supplemental Claim Construction Brief be maintained under seal.

13       3.    SenoRx's Supplemental Claim Construction Brief contains information that

14   Plaintiffs designated as "Highly Confidential."

15       4.    Exhibits 18 and 19 to the Declaration of Adam D. Harber contain information that

16   Plaintiffs designated as "Highly Confidential."

17   I declare under penalty of perjury that the foregoing is true and correct.

18   Dated:  June 20, 2008

19                                    By:  /s/Natalie J. Morgan
                                          Natalie J. Morgan
20

21

22

23

24

25

26

27

28

1  F.T. Alexandra Mahaney, State Bar No. 125984
   Natalie J. Morgan, State Bar No. 211143
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  12235 El Camino Real, Suite 200
   San Diego, CA 92130
4  Telephone: (858) 350-2300
   Facsimile: (858) 350-2399
5  Email: amahaney@wsgr.com

6  Bruce R. Genderson (admitted *pro hac vice*)
   Aaron P. Maurer (admitted *pro hac vice*)
7  Rachel Shanahan Rodman (admitted *pro hac vice*)
   Adam D. Harber (admitted *pro hac vice*)
8  WILLIAMS & CONNOLLY LLP
9  725 Twelfth St. NW
   Washington, DC 20005
10 Telephone: (202) 434-5000
   Facsimile: (202) 434-5029
11
12 Attorneys for Defendant and Counterclaimant
   SENORX, INC.

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16 HOLOGIC, INC., CYTYC CORPORATION and )   Case No. C-08-0133 RMW (RS)
   HOLOGIC L.P.,                        )
17                                       )
              Plaintiffs,                )
18                                       )   **DEFENDANT SENORX, INC.'S**
                                         )   **NOTICE OF MANUAL FILING**
19     v.                                )
                                         )
20 SENORX, INC.,                         )   Date:    June 25, 2008
                                         )   Time:    2:00 p.m.
21            Defendant.                 )   Ct. Rm:  Courtroom 6, Fourth Floor
                                         )   Judge:   Hon. Ronald M. Whyte
22 _____)

23

24

25

26

27

28

1    Regarding:  **Exhibits 18 and 19 to the Declaration of Adam D. Harber in Support of**

2    **Defendant SenoRx, Inc.'s Supplemental Claim Construction Brief and confidential version**

3    **of Defendant SenoRx, Inc's Supplemental Claim Construction Brief.**

4    This filing is in paper or physical form only, and is being maintained in the case file in

5    the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy

6    shortly.  For information on retrieving this filing directly from the court, please see the court's

7    main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8    This filing was not efiled for the following reason(s):

9    [X]  Item(s) Under Seal

10

11    Dated: June 20, 2008

12                                        Respectfully submitted,

13

14                                        By: ____s/F.T. Alexandra Mahaney_____

15                                        F.T. Alexandra Mahaney, State Bar No. 125984
                                          WILSON SONSINI GOODRICH & ROSATI
16                                        Professional Corporation
                                          12235 El Camino Real, Suite 200
17                                        San Diego, CA  92130
                                          Telephone: (858) 350-2300
18                                        Facsimile: (858) 350-2399
                                          Email:  amahaney@wsgr.com
19
                                          Bruce R. Genderson (admitted *pro hac vice*)
20                                        Aaron P. Maurer (admitted *pro hac vice*)
                                          Rachel Shanahan Rodman (admitted *pro hac vice*)
21                                        Adam D. Harber (admitted *pro hac vice*)
                                          WILLIAMS & CONNOLLY LLP
22                                        725 Twelfth St. NW
                                          Washington, DC 20005
23                                        Telephone: (202) 434-5000
                                          Facsimile: (202) 434-5029
24
25                                        Attorneys for Defendant and Counterclaimant
                                          SENORX, INC.
26

27

28

1

CERTIFICATE OF SERVICE

U.S. District Court, Northern District of California,

*Hologic, Inc. et al. v. SenoRx, Inc.*

Case No. C-08-0133 RMW (RS)

2

3

4   I, Kirsten Blue, declare:

5        I am and was at the time of the service mentioned in this declaration, employed in the
County of San Diego, California. I am over the age of 18 years and not a party to the within
6   action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

7        On June 20, 2008, I served a copy(ies) of the following document(s):

8        **DEFENDANT SENORX, INC.'S NOTICE OF MANUAL FILING**

9   on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

10       Henry C. Su (suh@howrey.com)                     Attorneys for Plaintiffs
         Katharine L. Altemus (altemusk@howrey.com)       HOLOGIC, INC. CYTYC
11       HOWREY LLP                                       CORPORATION and
         1950 University Avenue, 4th Floor                HOLOGIC LP
12       East Palo Alto, CA 94303
         Telephone: (650) 798-3500
13       Facsimile: (650) 798-3600

14       Matthew Wolf (wolfm@howrey.com)                  Attorneys for Plaintiffs
         Marc Cohn (cohnm@howrey.com)                     HOLOGIC, INC. CYTYC
15       HOWREY LLP                                       CORPORATION and
         1229 Pennsylvania Avenue, NW                     HOLOGIC LP
16       Washington, DC 20004
         Telephone: (202) 783-0800
17       Facsimile: (202) 383-6610

18   ☒   (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the
         ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real,
19       Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and
         processing of correspondence for mailing with the United States Postal Service, said
20       practice being that, in the ordinary course of business, correspondence with postage fully
         prepaid is deposited with the United States Postal Service the same day as it is placed for
21       collection.

22   ☒   (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail
         (email) to the above listed names and email addresses.
23

     ☒   (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case
24       Management/Electronic Case File system with the U.S. District Court for the Northern
         District of California.
25

26       I declare under penalty of perjury under the laws of the United States that the above is true
     and correct, and that this declaration was executed on June 20, 2008.

27

                                              _____
28                                                      Kirsten Blue

-1-

CERTIFICATE OF SERVICE                                    CASE NO. C-08-0133 RMW (RS)