1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  Marilee C. Wang (SBN 232432; wangm@howrey.com)
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, California  94303
4  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
5
   Robert Ruyak
6  Matthew Wolf (Admitted *Pro Hac Vice*)
   Marc Cohn (Admitted *Pro Hac Vice*)
7  HOWREY LLP
   1299 Pennsylvania Avenue, NW
8  Washington, DC 20004
   Telephone:  (202) 783-0800
9  Facsimile:  (202) 383-6610

10 Attorneys for Plaintiffs
   HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN JOSE DIVISION
14

| | |
|---|---|
| 15  HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
| 16  Plaintiffs, | **CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S OBJECTIONS AND MOTION TO STRIKE DOCTRINE OF EQUIVALENTS ARGUMENT** |
| 17  vs. | |
| 18  SENORX, INC., | |
| 19  Defendant. | |
| 20 | Date:   June 25, 2008
Time:   2:00 p.m.
Room:  6, 4th Floor
Judge:  Hon. Ronald M. Whyte |
| 21 | |
| 22 | |
| 23  AND RELATED COUNTERCLAIMS. | |

Administrative Motion to File Under Seal
Case No.  C08 00133 RMW (RS)

1  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(B) and (C), Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. ("Plaintiffs" or "Hologic") hereby move the Court for an administrative order to file under seal Exhibit 1 to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant's Objections and Motion to Strike Doctrine of Equivalents Argument.

The exhibit appears to contain confidential SenoRx business information. In compliance with Northern District Civil Local Rule 79-5(B) and (C), Hologic wishes to withhold from the public documents that appear to contain confidential business information.

For the foregoing reasons, Hologic respectfully requests that the Court enter an order allowing Hologic to file under seal Exhibit 1 to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant's Objections and Motion to Strike Doctrine of Equivalents Argument.

Dated: June 20, 2008

By: /s/
Henry C. Su

HOWREY LLP
Attorneys for Plaintiffs
Hologic, Inc., Cytyc Corporation,
and Hologic L.P.

Administrative Motion to File Under Seal           - 1 -
Case No.  C08 00133 RMW (RS)
`

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On June 20, 2008, I served on the interested parties in said action the within:

**CIVIL LOCAL RULE 79-5(B) AND (C) ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S OBJECTIONS AND MOTION TO STRIKE DOCTRINE OF EQUIVALENTS ARGUMENT**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

| | |
|---|---|
| F.T. Alexandra Mahaney (amahaney@wsgr.com) | Bruce R. Genderson (bgenderson@wc.com) |
| Natalie J. Morgan (nmorgan@wsgr.com) | Aaron P. Maurer (amaurer@wc.com) |
| Wilson Sonsini Goodrich & Rosati | Rachael Shanahan Rodman (rrodman@wc.com) |
| 12235 El Camino Real, Suite 200 | Adam D. Harber (aharber@wc.com) |
| San Diego, California 92130 | Williams & Connolly LLP |
| | 725 – 12th Street, N.W. |
| | Washington, D.C. 20005 |

[X]    (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X]    (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 20, 2008, at East Palo Alto, California.

|  |  |
|---|---|
| Sonya Schwab | *(Signature)* |
| (Type or print name) | |

Proof of Service                                    - 1 -
Case No. C08 00133 RMW (RS)