IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC., et al.,

    Plaintiff,

    -v-

SENORX, INC.,

    Defendant.

*E-FILED - 6/23/08*

CASE NO.: C-08-00133-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that plaintiff's declaration of Julie L. Davis in support of plaintiffs' motion for preliminary injunction lodged with the court on April 8, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: June 23, 2008

_____
RONALD M. WHYTE
United States District Judge

1
2
3
4  Copy of Order E-Filed to Counsel of Record:
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2