IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC., et al.,

    Plaintiff,

    -v-

SENORX, INC.,

    Defendant.

*E-FILED - 6/23/08*

CASE NO.: C-08-00133-RMW

**SEALING ORDER**

    IT IS HEREBY ORDERED that defendant's confidential exhibit 1 to the declaration of Aaron P. Maurer in support of defendant Senorx, Inc.'s motion to dismiss and confidential version of defendant Senorx, Inc's notice of motion and motion to dismiss and memorandum of points and authorities in support thereof lodged with the court on April 18, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: June 23, 2008

                                                                       _____
                                                                       RONALD M. WHYTE
                                                                   United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28