IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC., et al.,

    Plaintiff,

-v-

SENORX, INC.,

    Defendant.

*E-FILED - 6/23/08*

CASE NO.: C-08-00133-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that defendant's exhibits 33, 36, 37 and 40 to the declaration of Adam D. Harber in support of defendant Senorx, Inc.'s opposition to plaintiffs' motion for a preliminary injunction ion lodged with the court on April 28, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: June 23, 2008

_____
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28