IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC., et al.,

    Plaintiff,

-v-

SENORX, INC.,

    Defendant.

*E-FILED - 6/23/08*

CASE NO.: C-08-00133-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that plaintiff's opening claim construction brief (exhibits E and G) lodged with the court on May 22, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: June 23, 2008

                                    RONALD M. WHYTE
                                 United States District Judge

Copy of Order E-Filed to Counsel of Record: