IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLOGIC, INC., et al.,<br><br>    Plaintiff,<br><br>    -v-<br><br>SENORX, INC.,<br><br>    Defendant. | ***E-FILED - 6/23/08***<br><br>CASE NO.: C-08-00133-RMW<br><br>**SEALING ORDER** |

IT IS HEREBY ORDERED that defendant's confidential version of defendant Senorx, Inc.'s responsive claim construction brief; defendant's confidential exhibits 15, 16, 17 to the declaration of Adam D. Harber in support of defendant Senorx, Inc.'s responsive claim construction brief lodged with the court on May 30, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: June 23, 2008

_____
RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28