| | |
|---|---|
| 1 | Henry C. Su (SBN 211202; suh@howrey.com) |
| | Katharine L. Altemus (SBN 227080; altemusk@howrey.com) |
| 2 | HOWREY LLP |
| | 1950 University Avenue, 4th Floor |
| 3 | East Palo Alto, California  94303 |
| | Telephone:  (650) 798-3500 |
| 4 | Facsimile:  (650) 798-3600 |
| 5 | Robert Ruyak |
| | Matthew Wolf (Admitted *Pro Hac Vice*) |
| 6 | Marc Cohn (Admitted *Pro Hac Vice*) |
| | HOWREY LLP |
| 7 | 1299 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| 8 | Telephone:  (202) 783-0800 |
| | Facsimile:  (202) 383-6610 |
| 9 | |
| | Attorneys for Plaintiffs |
| 10 | HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC LP |

*E-FILED - 6/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | Date:  June 25, 2008 |
| SENORX, INC., | Time:  2:00 p.m. |
| Defendant. | Courtroom:  6, 4th Floor |
| | Judge:  Hon. Ronald M. Whyte |
| AND RELATED COUNTERCLAIMS. | |

[] Order re Motion to File Under Seal
Case No.  C08 00133 RMW (RS)


**[] ORDER**

The Court, having considered Plaintiffs' Administrative Motion To File Under Seal Exhibits A, D through P, S, and T to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant SenoRx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement, finds that good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under seal Exhibits A, D through P, S, and T to the Declaration of Henry C. Su in Support of Plaintiffs' Opposition to Defendant SenoRx, Inc.'s Motion for Partial Summary Judgment of Non-Infringement.

It is SO ORDERED.

Dated: 6/23, 2008

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge