1

2

3

4

5

6

7                                                          *E-FILED - 6/23/08*

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   HOLOGIC, INC., CYTIC CORPORATION and    )    CASE NO.:  C08-0133 RMW (RS)
     HOLOGIC L.P.,                           )
12                                           )    [PROPOSED] ORDER GRANTING
                    Plaintiffs,              )    SENORX'S ADMINISTRATIVE
13                                           )    MOTION TO FILE UNDER SEAL
           v.                                )    CONFIDENTIAL VERSION OF
14                                           )    DEFENDANT SENORX, INC.'S
     SENORX, INC.,                           )    REPLY IN SUPPORT OF MOTION
15                                           )    FOR PARTIAL SUMMARY
                    Defendant.               )    JUDGMENT OF INVALIDITY
16                                           )
                                             )
17                                           )
                                             )
18                                           )
                                             )
19                                           )
     _____)
20                                           )
                                             )
     AND RELATED COUNTERCLAIMS               )
21   _____)

22

23

24

25

26

27

28

[PROPOSED] ORDER                                 CASE NO. C08-0133 RMW (RS)
                                                 3380393_1.DOC

1         The Court, having considered Defendant SenoRx, Inc.'s ("SenoRx") Motion To File

2    Under Seal The Confidential Portions of Defendant SenoRx, Inc.'s Reply in Support of Motion

3    for Partial Summary Judgment of Invalidity, finds that good cause exists pursuant to Civil Local

4    Rule 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

5         The clerk shall maintain the confidential portions of Defendant SenoRx, Inc.'s Reply in

6    Support of Motion for Summary Judgment of Invalidity under seal.

7         It is SO ORDERED

8

9    Dated: __6/23_____, 2008            By: _____*Ronald M. Whyte*_____

10                                       Honorable Ronald M. Whyte
                                         United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28