1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED - 6/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., | ) ) | CASE NO.: C08-0133 RMW (RS) |
|---|---|---|
| Plaintiffs, | ) ) ) | [~~PROPOSED~~] ORDER GRANTING SENORX'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT FOR NON-INFRINGEMENT |
| v. | ) ) ) | |
| SENORX, INC., | ) ) ) | |
| Defendant. | ) ) ) ) ) ) ) ) | |
| AND RELATED COUNTERCLAIMS | ) ) ) | |

1  The Court, having considered Defendant SenoRx, Inc.'s ("SenoRx") Motion To File
2  Under Seal The Confidential Portions of Defendant SenoRx, Inc.'s Reply in Support of Motion
3  for Partial Summary Judgment for Non-Infringement, finds that good cause exists pursuant to
4  Civil Local Rule 79-5 for the Motion and hereby orders that the Motion is GRANTED in its
5  entirety.

6  The clerk shall maintain the confidential portions of Defendant SenoRx, Inc.'s Reply in
7  Support of Motion for Summary Judgment for Non-Infringement under seal.

8  It is SO ORDERED

10  Dated: ___6/23___, 2008    By: ___Ronald M. Whyte___
11  Honorable Ronald M. Whyte
    United States District Court Judge