1 | Henry C. Su (SBN 211202; suh@howrey.com)
  | Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2 | Marilee C. Wang (SBN 232432; wangm@howrey.com)
  | HOWREY LLP
3 | 1950 University Avenue, 4th Floor
  | East Palo Alto, California 94303
4 | Telephone: (650) 798-3500
  | Facsimile: (650) 798-3600
5 |
  | Robert Ruyak
6 | Matthew Wolf (Admitted *Pro Hac Vice*)
  | Marc Cohn (Admitted *Pro Hac Vice*)
7 | HOWREY LLP
  | 1299 Pennsylvania Avenue, NW
8 | Washington, DC 20004
  | Telephone: (202) 783-0800
9 | Facsimile: (202) 383-6610

10 | Attorneys for Plaintiffs
   | HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

*E-FILED - 6/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
|---|---|
| Plaintiffs, | **[] ORDER GRANTING MOTION TO FILE UNDER SEAL DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT FOR NON-INFRINGEMENT AND EXHIBITS 6 AND 7 TO THE SUPPORTING DECLARATION OF ADAM D. HARBER** |
| vs. | |
| SENORX, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

[] Order Granting the Motion to File Under Seal
Case No. C08 00133 RMW (RS)

1  The Court, having considered Defendant SenoRx, Inc.'s Motion to File Under Seal the
2  Confidential Version of Defendant SenoRx, Inc.'s Reply in Support of Its Motion for Partial Summary
3  Judgment for Non-Infringement and Exhibits 6 and 7 to the supporting Declaration of Adam D. Harber
4  (Docket No. 165) and the Declaration of Marilee C. Wang in support thereof, finds that good cause
5  exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in
6  its entirety.

7  The clerk shall maintain under seal the Confidential Version of Defendant SenoRx, Inc.'s
8  Reply in Support of Its Motion for Partial Summary Judgment for Non-Infringement and Exhibits 6
9  and 7 to the supporting Declaration of Adam D. Harber.

10  It is SO ORDERED.

12  Dated: ____6/23_____, 2008    _____*Ronald M. Whyte*_____
      HON. RONALD M. WHYTE

      UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF
      CALIFORNIA

[] Order Granting the Motion to File Under Seal              - 1 -
Case No.  C08 00133 RMW (RS)