1  Henry C. Su (SBN 211202; suh@howrey.com)
   Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
2  Marilee C. Wang (SBN 232432; wangm@howrey.com)
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, California  94303
4  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
5
   Robert Ruyak
6  Matthew Wolf (Admitted *Pro Hac Vice*)
   Marc Cohn (Admitted *Pro Hac Vice*)
7  HOWREY LLP
   1299 Pennsylvania Avenue, NW
8  Washington, DC 20004                         *E-FILED - 6/23/08*
   Telephone:  (202) 783-0800
9  Facsimile:  (202) 383-6610

10 Attorneys for Plaintiffs
   HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.
11
                           UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13
                                    SAN JOSE DIVISION
14

| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
|---|---|
| Plaintiffs, | **[] ORDER GRANTING MOTION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY AND EXHIBIT 3 TO THE SUPPORTING DECLARATION OF ADAM D. HARBER** |
| vs. | |
| SENORX, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

[] Order Granting the Motion to File Under Seal
Case No.  C08 00133 RMW (RS)

1  The Court, having considered Defendant SenoRx, Inc.'s Motion to File Under Seal the
2  Confidential Version of Defendant SenoRx, Inc.'s Reply in Support of Its Motion for Partial Summary
3  Judgment of Invalidity and Exhibit 3 to the supporting Declaration of Adam D. Harber (Docket No.
4  163) and the Declaration of Marilee C. Wang in support thereof, finds that good cause exists pursuant
5  to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

6  The clerk shall maintain under seal the Confidential Version of Defendant SenoRx, Inc.'s
7  Reply in Support of Its Motion for Partial Summary Judgment of Invalidity and Exhibit 3 to the
8  supporting Declaration of Adam D. Harber.

9  It is SO ORDERED.

11  Dated: _____6/23_____, 2008    *Ronald M. Whyte*
                                      _____
                                      HON. RONALD M. WHYTE

                                      UNITED STATES DISTRICT COURT
                                      NORTHERN DISTRICT OF
                                      CALIFORNIA

[] Order Granting the Motion to File Under Seal            - 1 -
Case No.  C08 00133 RMW (RS)