[COUNSEL LISTED ON SIGNATURE PAGE]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORP., and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. | CASE NO.: C08 0133 RMW <br><br> **JOINT STIPULATION AND [XXXXXXXXX] ORDER STAYING ALL PROCEEDINGS** |

Plaintiffs and Defendant hereby submit this Joint Stipulation and [Proposed] Order requesting a stay of all proceedings as follows:

WHEREAS, the parties have entered into discussions to attempt to resolve the above-captioned dispute; and

WHEREAS, the parties believe that the discussions will require at least sixty (60) days.

NOW, THEREFORE, the parties hereby request that the Court stay all proceedings in this matter as follows:

    1.    The Markman hearing currently scheduled for June 25, 2008, the trial currently scheduled for July 14, 2008, and all other proceedings in this matter are hereby stayed for a period of at least sixty (60) days.

2. The parties shall report to the Court in thirty (30) days the status of their discussions. In the event that the matter is not resolved, the parties shall jointly request mutually agreeable dates for a rescheduled Markman hearing and trial.

Dated: June 23, 2008

Respectfully submitted,

By: /s/Henry C. Su
Henry C. Su (State Bar No. 211202)
suh@howrey.com
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo Alto, California 94303-2281
Telephone:   650-798-3500
Facsimile:   650-798-3600

Matthew M. Wolf
mmw@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:   202-783-0800
Facsimile:   202-383-6610

Attorneys for Plaintiffs HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

By: /s/Bruce R. Genderson
Bruce R. Genderson
bgenderson@wc.com
Aaron P. Maurer
amaurer@wc.com
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029

By: /s/Natalie J. Morgan
F.T. Alexandra Mahaney (CSB #125984)
Natalie J. Morgan (CSB #211143)
amahaney@wsgr.com
nmorgan@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
12235 El Camino Real, Suite 200
San Diego, CA  92130
Telephone: 858-350-2300
Facsimile: 858-350-2399

Attorneys for Defendant
SENORX, INC.

**Filer's Attestation**

I, Natalie J. Morgan, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Staying All Proceedings. Pursuant to General Order No. 45, ¶ X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from the signatories above.

By: /s/Natalie J. Morgan
Natalie J. Morgan

### [XXXXXXXXXX] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED THAT:

1. The Markman hearing currently scheduled for June 25, 2008, the trial currently scheduled for July 14, 2008, and all other proceedings in this matter are hereby stayed for a period of at least sixty (60) days.

2. The parties shall report to the Court in thirty (30) days the status of their discussions. In the event that the matter is not resolved, the parties shall jointly request mutually agreeable dates for a rescheduled Markman hearing and trial.

Dated June 23, 2008

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Court Judge