ORIGINAL

1  F.T. Alexandra Mahaney, State Bar No. 125984
   Natalie J. Morgan, State Bar No. 211143
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  12235 El Camino Real, Suite 200
   San Diego, CA 92130
4  Telephone:  (858) 350-2300
   Facsimile:  (858) 350-2399
5  Email:  amahaney@wsgr.com
   Email:  nmorgan@wsgr.com
6
7  Bruce R. Genderson (admitted *pro hac vice*)
   Aaron P. Maurer (admitted *pro hac vice*)
   Rachel Shanahan Rodman (admitted *pro hac vice*)
8  Adam D. Harber (admitted *pro hac vice*)
9  WILLIAMS & CONNOLLY LLP
   725 Twelfth St. NW
10 Washington, DC 20005
   (202) 434-5000
11
12 Attorneys for Defendant and Counterclaimant
   SENORX, INC.

FILED

2008 JUN 20  A 11: 08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

13                UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
15                    SAN JOSE DIVISION

16 HOLOGIC, INC., CYTIC CORPORATION and   )   CASE NO.: C08-0133 RMW (RS)
   HOLOGIC L.P.,                          )
17                                        )   CIVIL LOCAL RULE 79-5(D)
                    Plaintiffs,           )   ADMINISTRATIVE MOTION TO
18                                        )   FILE UNDER SEAL
         v.                               )   CONFIDENTIAL PORTIONS OF
19                                        )   DEFENDANT SENORX, INC.'S
   SENORX, INC.,                          )   SUPPLEMENTAL CLAIM
20                                        )   CONSTRUCTION BRIEF AND THE
                    Defendant.            )   ENTIRETY OF CONFIDENTIAL
21                                        )   EXHIBITS 18 AND 19 TO THE
                                          )   DECLARATION OF ADAM D.
22                                        )   HARBER IN SUPPORT THEREOF
                                          )
23                                        )   Date:   June 25, 2008
                                          )   Time:   2:00 p.m.
24                                        )   Ct. Rm: Courtroom 6, 4th Floor
                                              Judge:  Hon. Ronald M. Whyte
25

26
27
28

ADMINISTRATIVE MOTION TO FILE UNDER SEAL                    CASE NO. C08-0133 RMW (RS)
                                                            3387224_1.DOC

1	PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(d), Defendant SenoRx, Inc. ("SenoRx") hereby moves the Court for an order to file under seal select portions of Defendant SenoRx, Inc.'s Supplemental Claim Construction Brief and the Entirety of Confidential Exhibits 18 and 19 to the Declaration of Adam D. Harber in Support of SenoRx's Supplemental Claim Construction Brief.

SenoRx brings this motion because the Supplemental Claim Construction Brief and Exhibits 18 and 19 each contain information designated by Plaintiffs as "Highly Confidential." A protective order governing how confidential and proprietary information produced during the case shall be treated by the parties has been entered in this case [Docket No. 154]. In accordance with that protective order and in compliance with Civil Local Rule 79-5(d), SenoRx seeks to withhold the foregoing information designated by Plaintiffs under the protective order from the public versions of its papers. In compliance with Civil Local Rule 79-5(d), SenoRx has created confidential and non-confidential versions of its Supplemental Claim Construction Brief.

For the foregoing reasons, SenoRx respectfully requests that the Court enter an order allowing SenoRx to file the following documents under seal:

1) select portions of Defendant SenoRx, Inc.'s Supplemental Claim Construction Brief; and

2) the entirety of Exhibits 18 and 19 to the Declaration of Adam D. Harber in Support of SenoRx's Responsive Claim Construction Brief.

Dated: June 20, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Natalie J. Morgan

F.T. Alexandra Mahaney, State Bar No. 125984
Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
Email: amahaney@wsgr.com

1  
2  
3  
4  
5  
6  
7  
8  

Bruce R. Genderson (admitted *pro hac vice*)  
Aaron P. Maurer (admitted *pro hac vice*)  
Rachel Shanahan Rodman (admitted *pro hac vice*)  
Adam D. Harber (admitted *pro hac vice*)  
WILLIAMS & CONNOLLY LLP  
725 Twelfth St. NW  
Washington, DC 20005  
Telephone: (202) 434-5000  
Facsimile: (202) 434-5029  

Attorneys for Defendant and Counterclaimant  
SENORX, INC.

**CERTIFICATE OF SERVICE**
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. C-08-0133 RMW (RS)

I, Kirsten Blue, declare:

    I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

    On June 20, 2008, I served a copy(ies) of the following document(s):

**CIVIL LOCAL RULE 79-5(D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 18 AND 19 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT THEREOF**

**DECLARATION OF NATALIE J. MORGAN IN SUPPORT OF SENORX'S CIVIL LOCAL RULE 79-5(D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 18 AND 19 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT THEREOF**

**[FILED UNDER SEAL] CONFIDENTIAL VERSION OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

**[FILED UNDER SEAL] EXHIBIT 18 TO DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

**[FILED UNDER SEAL] EXHIBIT 19 TO DECLARATION OF ADAM D. HARBER IN SUPPORT OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA  94303<br>Telephone:  (650) 798-3500<br>Facsimile:  (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and<br>HOLOGIC LP |
| Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohnm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Telephone:  (202) 783-0800<br>Facsimile:  (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC CORPORATION and<br>HOLOGIC LP |

-1-

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be sent via electronic mail (email) to the above listed names and email addresses.

☐ (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on June 20, 2008.

_____
Kirsten Blue