ORIGINAL

1    F.T. Alexandra Mahaney, State Bar No. 125984
     Natalie J. Morgan, State Bar No. 211143
2    WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
3    12235 El Camino Real, Suite 200
     San Diego, CA 92130
4    Telephone: (858) 350-2300
     Facsimile: (858) 350-2399
5    Email: amahaney@wsgr.com
     Email: nmorgan@wsgr.com

6

7    Bruce R. Genderson (admitted *pro hac vice*)
     Aaron P. Maurer (admitted *pro hac vice*)
     Rachel Shanahan Rodman (admitted *pro hac vice*)
8    Adam D. Harber (admitted *pro hac vice*)
     WILLIAMS & CONNOLLY LLP
9    725 Twelfth St. NW
10    Washington, DC 20005
     (202) 434-5000

11

12    Attorneys for Defendant and Counterclaimant
     SENORX, INC.

**FILED**

2008 JUN 20 A 11: 08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTIC CORPORATION and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. | CASE NO.: C08-0133 RMW (RS) <br><br> **DECLARATION OF NATALIE J. MORGAN IN SUPPORT OF SENORX'S CIVIL LOCAL RULE 79-5(D) ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL PORTIONS OF DEFENDANT SENORX, INC.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF AND THE ENTIRETY OF CONFIDENTIAL EXHIBITS 18 AND 19 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT THEREOF** <br><br> Date: June 25, 2008 <br> Time: 2:00 p.m. <br> Ct. Rm: Courtroom 6, 4th Floor <br> Judge: Hon. Ronald M. Whyte |

DECLARATION OF NATALIE J. MORGAN            CASE NO. C08-0133 RMW (RS)

3387222_1.DOC

1  I, Natalie J. Morgan, declare are follows:

2  1. I am an associate at the law firm Wilson Sonsini Goodrich & Rosati and a member of the Bar of this court, and I serve as one of the outside counsel for Defendant SenoRx, Inc. ("SenoRx"). The following declaration is based on my personal knowledge, as if called upon to testify, I could and would competently testify as to the matters set forth herein.

3  2. In support of SenoRx's Civil Local Rule 79-5(d) Administrative Motion To File Under Seal Confidential Portions Of Defendant SenoRx, Inc.'s Supplemental Claim Construction Brief and the Entirety of Confidential Exhibits 17 and 18 to the Declaration of Adam D. Harber in Support Thereof, SenoRx respectfully requests that the Confidential Version of Defendant SenoRx, Inc.'s Responsive Claim Construction Brief and the Entirety of Confidential Exhibits 18 and 19 to the Declaration of Adam D. Harber in Support of Defendant SenoRx Inc.'s Supplemental Claim Construction Brief be maintained under seal.

4  3. SenoRx's Supplemental Claim Construction Brief contains information that Plaintiffs designated as "Highly Confidential."

5  4. Exhibits 18 and 19 to the Declaration of Adam D. Harber contain information that Plaintiffs designated as "Highly Confidential."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2008

By: /s/Natalie J. Morgan
Natalie J. Morgan