IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC., et al.,

    Plaintiff,

    -v-

SENORX, INC.,

    Defendant.

*E-FILED - 6/25/08*

CASE NO.: C-08-00133-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that defendant's confidential version of defendant Senorx, Inc.'s supplemental claim construction brief; confidential Exhibit 18 and 19 to the declaration of Adam D. Harber in support of defendant Senorx, Inc.'s supplemental claim construction brief lodged with the court on June 20, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: June 25, 2008

_____
RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28