[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> SENORX, INC., <br><br> Defendant. | Case No. C08 00133 RMW (RS) <br><br> **STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS** |
| AND RELATED COUNTERCLAIMS. | |

WHEREAS, the parties are earnestly engaged in good faith discussions concerning a settlement of this action and the underlying dispute;

WHEREAS, the parties and their respective counsel requested and received from the Court on June 23, 2008 a stay of proceedings in this action of at least sixty (60) days to allow them to focus on their settlement discussions;

AND WHEREAS, the Court ordered the parties to report to the Court the status of their discussions after thirty days;

NOW THEREFORE, the parties, through their respective counsel of record, report that settlement discussions are on-going, and that these discussions, if consummated, will resolve all issues in the instant

1  dispute. In the event that the matter is not resolved, the parties shall jointly request mutually-agreeable

2  dates for a rescheduled *Markman* hearing and trial.

3  Dated: July 23, 2008

4  Respectfully submitted,

5

6  By:    /s/ Katharine L. Altemus
     Katharine L. Altemus (SBN 227080)
     E-mail: altemusk@howrey.com
     Henry C. Su (SBN 211202)
     E-mail: suh@howrey.com
     **HOWREY LLP**
     1950 University Avenue, 4th Floor
     East Palo alto, CA 94303-2281
     Telephone: (650) 798-3500
     Facsimile: (650) 798-3600

     Matthew M. Wolf
     E-mail: wolfm@howrey.com
     Marc A. Cohn
     E-mail: cohnm@howrey.com
     **HOWREY LLP**
     1299 Pennsylvania Avenue, NW
     Washington, DC 20004
     Telephone: (202) 783-0800
     Facsimile: (202) 383-6610

     Attorneys for Plaintiffs
     HOLOGIC, INC., CYTYC CORPORATION AND HOLOGIC L.P.

By:    /s/ Aaron P. Maurer
     Aaron P. Maurer
     E-mail: amaurer@wc.com
     Bruce R. Genderson
     E-mail: bgenderson@wc.com
     **WILLIAMS & CONNOLLY LLP**
     725 – 12th Street, N.W.
     Washington, D.C. 20005
     Telephone: (202) 434-5000
     Facsimile: (202) 434-5029

By:    /s/ F.T. Alexandra Mahaney
     F.T. Alexandra Mahaney (SBN 125984)
     E-mail: amahaney@wsgr.com
     **WILSON SONSINI GOODRICH & ROSATI**
     12235 El Camino Real, Suite 200
     San Diego, CA 92130
     Telephone: (858)350-2300
     Facsimile: (858) 350-2399

     Attorneys for Defendant
     SENORX, INC.

**Filer's Attestation**

I, Katharine L. Altemus, am the ECF User whose identification and password are being used to file this Status Report. Pursuant to General Order No. 45, ¶ X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from the signatories above.

Dated: July 23, 2008

By:     /s/
       Katharine L. Altemus

STATUS REPORT RE SETTLEMENT DISCUSSIONS
Case No. C08 00133 RMW (RS)
- 3 -