1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> SENORX, INC., <br><br> Defendant. | Case No. C08 00133 RMW (RS) <br><br> **JOINT NOTICE AND REQUEST FOR STATUS CONFERENCE AND MARKMAN HEARING** |
| AND RELATED COUNTERCLAIMS. | |

On June 23, 2008, the parties and their respective counsel requested and received from the Court a sixty-day suspension of all case deadlines and proceedings, including a Markman/Summary Judgment hearing set for June 25, 2008, to allow the parties to focus on settlement discussions. Although the parties engaged in good faith discussions concerning a settlement of this action, such discussions did not resolve the dispute.

Accordingly, the parties, through their respective counsel of record, hereby request a telephonic status conference, at the convenience of the Court, to discuss the rescheduling of the Markman/Summary Judgment hearing and resumption of the litigation. After consultation with the Court's Courtroom Deputy, and subject to the Court's schedule, the parties respectfully request the

Joint Notice And Request For Status Conference And  -1-
Markman Hearing
Case No.  C08 00133 RMW (RS)

Markman/Summary Judgment hearing be set for October 15, 2008.

Dated: August 25, 2008

Respectfully submitted,

By: /s/ Katharine L. Altemus
Katharine L. Altemus (SBN 227080)
E-mail: altemusk@howrey.com
Henry C. Su (SBN 211202)
E-mail: suh@howrey.com
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo alto, CA 94303-2281
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Matthew M. Wolf
E-mail: wolfm@howrey.com
Marc A. Cohn
E-mail: cohnm@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORPORATION AND HOLOGIC L.P.

By: /s/ Aaron P. Maurer
Aaron P. Maurer
E-mail: amaurer@wc.com
Bruce R. Genderson
E-mail: bgenderson@wc.com
**WILLIAMS & CONNOLLY LLP**
725 – 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

By: /s/ F.T. Alexandra Mahaney
F.T. Alexandra Mahaney (SBN 125984)
amahaney@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858)350-2300
Facsimile: (858) 350-2399

Attorneys for Defendant
SENORX, INC.

**Filer's Attestation**

I, Katharine L. Altemus, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Staying All Proceedings. Pursuant to General Order No. 45, ¶ X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from the signatories above.

Dated: August 25, 2008

By:    /s/
       Katharine L. Altemus

Joint Notice And Request For Status Conference And         -3-
Markman Hearing
Case No.  C08 00133 RMW (RS)

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On August 25, 2008, I served on the interested parties in said action the within:

**JOINT NOTICE AND REQUEST FOR STATUS CONFERENCE AND MARKMAN HEARING**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

| | |
|---|---|
| F.T. Alexandra Mahaney (amahaney@wsgr.com) | Bruce R. Genderson (bgenderson@wc.com) |
| Natalie J. Morgan (nmorgan@wsgr.com) | Aaron P. Maurer (amaurer@wc.com) |
| Wilson Sonsini Goodrich & Rosati | Rachael Shanahan Rodman (rrodman@wc.com) |
| 12235 El Camino Real, Suite 200 | Adam D. Harber (aharber@wc.com) |
| San Diego, California 92130 | Williams & Connolly LLP |
| | 725 – 12th Street, N.W. |
| | Washington, D.C. 20005 |

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X] (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on August 25, 2008, at East Palo Alto, California.

Sonya Schwab
(Type or print name)

_(Signature)_