Henry C. Su (SBN 211202)
suh@howrey.com
Katharine L. Altemus (SBN 227080)
altemusk@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600

Robert Ruyak
Matthew Wolf
Marc Cohn
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORPORATION
and HOLOGIC LP

*E-FILED - 10/14/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> SENORX, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C08 00133 RMW (RS) <br><br> **[] ORDER GRANTING PLAINTIFFS PERMISSION TO BRING ELECTRONIC EQUIPMENT AND EXEMPLAR MEDICAL DEVICES INTO THE COURT FOR THE OCTOBER 15, 2008** *MARKMAN* **HEARING** |

Having considered Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P.'s request for permission to bring electronic equipment and exemplar medical devices into the courtroom for the hearing scheduled on October 15, 2008, at 2:00 p.m. before the Honorable Ronald M. Whyte,

IT IS HEREBY ORDERED that Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. may bring the following electronic equipment and exemplar medical devices into the Court on October 15, 2008 as follows:

1. 2 Hologic MammoSite Balloon Applicators;
2. 3 SenoRx Contura Multi-Lumen Balloon Applicators;
3. Fluid used to fill each balloon device;
4. 6 PDAs (Personal Digital Assistants);
5. 6 cell phones;
6. 4 computers;
7. Multimedia projector;
8. 2 speakers;
9. Amplifier;
10. 7 foot projection screen;
11. A/B switch box;
12. Laser pointer; and
13. Associated wires, cables, peripherals, extension cords, power strips, adapters, and tools to install and connect the above equipment.

Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P.'s request is hereby GRANTED. The equipment may be brought in and set up between 1 and 2 p.m. on October 15, 2008.

IT IS SO ORDERED.

Dated: October 14, 2008

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.:
COUNTY OF SAN MATEO )

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On October 8, 2008, I served on the interested parties in said action the within:

**[PROPOSED] ORDER GRANTING PLAINTIFFS PERMISSION TO BRING ELECTRONIC EQUIPMENT AND EXEMPLAR MEDICAL DEVICES INTO THE COURT FOR THE OCTOBER 15, 2008 *MARKMAN* HEARING**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below.

| | |
|---|---|
| F.T. Alexandra Mahaney<br>*amahaney@wsgr.com*<br>Wilson Sonsini Goodrich & Rosati<br>12235 El Camino Real, Suite 200<br>San Diego, California 92130-3002<br>Telephone: 858-350-2300<br>Facsimile: 858-350-2399 | Aaron P. Maurer<br>*amaurer@wc.com*<br>Adam D. Harber<br>*aharber@wc.com*<br>Bruce R. Genderson<br>*bgenderson@wc.com*<br>Williams & Connolly, LLP<br>725 – 12th Street, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-434-5000<br>Facsimile: 202-434-5029 |

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

[ ] (PERSONAL SERVICE) I delivered such envelope(s) by hand to the offices of addressee.

[X] (BY ELECTRONIC MAIL) I caused such document(s) to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

[X] (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic File system with the U.S. District Court for the Northern District of California.

[] Order Granting Plaintiffs'
Request to Bring Equipment Into Court
Case No. C08 00133 RMW (RS)

- 3 -

DM_US:21523774_1

1
2  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
3
4  Executed on October 8, 2008, at East Palo Alto, California.

5  | Tammy Miller | /s/ Tammy Miller |
   | (Type or print name) | (Signature) |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[] Order Granting Plaintiffs'
Request to Bring Equipment Into Court
Case No.  C08 00133 RMW (RS)

- 4 -

DM_US:21523774_1