1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5                                                    *E-FILED - 10/14/08*

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   HOLOGIC, INC., CYTYC CORPORATION,        Case No. C08 00133 RMW (RS)
     and HOLOGIC L.P.,
12                                            **JOINT STIPULATED ADMINISTRATIVE**
                    Plaintiffs,               **MOTION PURSUANT TO CIVIL L.R. 7-11**
13                                            **FOR LEAVE TO POSTPONE HEARING**
            vs.                               **ON DEFENDANT'S MOTION FOR**
14                                            **PARTIAL SUMMARY JUDGMENT OF**
     SENORX, INC.,                            **NON-INFRINGEMENT UNTIL AFTER**
15                                            **ISSUANCE OF CLAIM CONSTRUCTION**
                    Defendant.                **ORDER AND [] ORDER**
16                                            **GRANTING PARTIES' STIPULATED**
                                              **MOTION**
17
                                              Markman Hearing
18                                            Date:   October 15, 2008
                                              Time:  To Be Set
19                                            Room: Courtroom 6, 4th Floor
                                              Judge: Hon. Ronald M. Whyte
20
21   AND RELATED COUNTERCLAIMS.

22

23        Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. and Defendant SenoRx, Inc.

24   hereby jointly move this Court pursuant to Civil Local Rule 7-11 to postpone the hearing on Defendant

25   SenoRx Inc.'s Motion For Partial Summary Judgment of Non-Infringement ('813 Patent, Claims 11 &

26   12; '204 Patent, Claims 4 & 17; and '142 Patent Claim 6) (Dkt. #131) until after issuance of the claim

27   \\

28   Stip. & [ Order Granting Leave to Postpone              - 1 -
     Hearing on Def.'s MSJ of Non-Infringement
     Case No.  C08 00133 RMW (RS)

1   construction order.   The parties believe that a postponed hearing is warranted because construction of

2   claim terms addressed in SenoRx's motion may render moot or allow the parties to agree on some or

3   all of the issues within the motion for summary judgment.

4        For this reason, the parties respectfully request that any hearing on Defendant's Motion for

5   Partial Summary Judgment of Non-Infringement (Dkt. #131) be postponed until after the Court issues

6   a claim construction order in this case.[1]

7   Respectfully submitted,

8   By:  ___/s/ Katharine L. Altemus
        Katharine L. Altemus (SBN 227080)              By:  ___/s/ Aaron P. Maurer
9       E-mail: altemusk@howrey.com                         Aaron P. Maurer
        Henry C. Su (SBN 211202)                            E-mail: amaurer@wc.com
10      E-mail: suh@howrey.com                              Bruce R. Genderson
                                                            E-mail: bgenderson@wc.com
11      **HOWREY LLP**                                      **WILLIAMS & CONNOLLY LLP**
        1950 University Avenue, 4th Floor                   725 – 12th Street, N.W.
12      East Palo alto, CA 94303-2281                       Washington, D.C. 20005
        Telephone:  (650) 798-3500                          Telephone: (202) 434-5000
13      Facsimile:  (650) 798-3600                          Facsimile: (202) 434-5029

14
        Matthew M. Wolf
15      E-mail: wolfm@howrey.com                        By:  ___/s/ F.T. Alexandra Mahaney
        Marc A. Cohn                                         F.T. Alexandra Mahaney (SBN 125984)
16      E-mail: cohnm@howrey.com                             amahaney@wsgr.com
        **HOWREY LLP**                                      **WILSON SONSINI GOODRICH & ROSATI**
17      1299 Pennsylvania Avenue, NW                         12235 El Camino Real, Suite 200
        Washington, DC 20004                                 San Diego, CA  92130
18      Telephone:  (202) 783-0800                           Telephone:  (858)350-2300
        Facsimile:  (202) 383-6610                           Facsimile:   (858) 350-2399
19

20      Attorneys for Plaintiffs
        HOLOGIC, INC., CYTYC                            Attorneys for Defendant
21      CORPORATION AND HOLOGIC L.P.                    SENORX, INC.

22  \\

23

24  _____

25  [1] This Motion pertains only to SenoRx's Motion For Partial Summary Judgment of Non-Infringement
    ('813 Patent, Claims 11 & 12; '204 Patent, Claims 4 & 17; and '142 Patent Claim 6) (Dkt. #131).  The
26  parties request that SenoRx's Motion for Partial Summary Judgment of Invalidity ('142 Patent, Claims
    1 & 8) (Dkt. #133) be heard as scheduled during the claim construction hearing.
27

28  Stip. & [] Order Granting Leave to Postpone          - 2 -
    Hearing on Def.'s MSJ of Non-Infringement
    Case No.  C08 00133 RMW (RS)

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED:  October ___, 2008
                    14
                                    *Ronald M. Whyte*
                                    _____
                                    The Honorable Ronald M. Whyte
4                                   United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. & [ Order Granting Leave to Postpone           - 3 -
Hearing on Def.'s MSJ of Non-Infringement
Case No.  C08 00133 RMW (RS)

**Filer's Attestation**

     I, Katharine L. Altemus, am the ECF User whose identification and password are being used to file this Joint Stipulated Administrative Motion Pursuant To Civil L.R. 7-11 For Leave to Postpone Hearing on Defendant's Motion For Partial Summary Judgment of Non-Infringement Until After Issuance of Claim Construction Order And [Proposed] Order Granting Parties' Stipulated Motion. Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Rachel Rodman.

Dated: October 2, 2008

                    By:   */s/*_____
                         Katharine L. Altemus

Stip. & [Proposed] Order Granting Leave to Postpone    - 4 -
Hearing on Def.'s MSJ of Non-Infringement
Case No. C08 00133 RMW (RS)

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On October 2, 2008, I served on the interested parties in said action the within:

**JOINT STIPULATED ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 FOR LEAVE TO POSTPONE HEARING ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT UNTIL AFTER ISSUANCE OF CLAIM CONSTRUCTION ORDER AND [PROPOSED] ORDER GRANTING PARTIES' STIPULATED MOTION**

F.T. Alexandra Mahaney
Natalie J. Morgan
Wilson Sonsini Goodrich & Rosati
12235 El Camino Real, Suite 200
San Diego, California 92130-3002

Aaron P. Maurer
Adam D. Harber
Bruce R. Genderson
Rachel Rodman
Williams & Connolly, LLP
725 – 12th Street, N.W.
Washington, D.C. 20005

[X] (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on October 2, 2008, at East Palo Alto, California.

_____        _____
Sonya Schwab
(Type or print name)                              (Signature)

Certificate of Service
Case No.  C08 00133 RMW (RS)

- 1 -