**E-FILED on        03/23/09**

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC.; CYTYC CORPORATION; and HOLOGIC LP,<br><br>          Plaintiffs,<br><br>     v.<br><br>SENORX, INC.,<br><br>          Defendant. | No. C-08-00133 RMW<br><br>ORDER REGARDING MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE<br><br>**[Docket No. 131, 166, 206]** |

On May 21, 2008, defendant SenoRx, Inc. moved for partial summary judgment of non-infringement as to five claims of the three patents at issue in this suit. After a stipulated stay of 60 days to allow the parties to discuss a possible resolution of the dispute, the parties requested a *Markman* and summary judgment hearing, which was scheduled for October 15, 2008. On October 2, 2008, the parties stipulated to postpone the hearing on the motion for partial summary judgment, stating that "a postponed hearing is warranted because construction of claim terms addressed in SenoRx's motion may render moot or allow the parties to agree on some or all of the issues within the motion for summary judgment." Joint Stipulated Administrative Motion to Postpone Hearing Defendant's Motion for Partial Summary Judgment 2 (Docket No. 249).

ORDER REGARDING MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE—No. C-08-00133 RMW

1 Therefore, the court considers the motion for partial summary judgment (Docket No. 131) and the related motion to strike (Docket Nos. 166, 206) no longer pending, but will permit them to be renoticed for decision at the request of either party.

DATED: 03/23/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Katharine Lyn Altemus | altemusk@howrey.com |
| Robert F. Ruyak | ruyakr@howrey.com |
| Henry C. Su | suh@howrey.com |
| Matthew M. Wolf | wolfm@howrey.com |
| Marilee Chan Wang | wangm@howrey.com |

**Counsel for Defendant:**

| | |
|---|---|
| Aaron P. Maurer | amaurer@wc.com |
| Adam D. Harber | aharber@wc.com |
| Bruce R. Genderson | bgenderson@wc.com |
| Kendra P Robins | krobins@wc.com |
| Frances T. Alexandra Mahaney | amahaney@wsgr.com |
| Natalie J. Morgan | nmorgan@wsgr.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      03/23/09                                       JAS
                                                        **Chambers of Judge Whyte**