1  [COUNSEL LISTED ON SIGNATURE PAGE]

***E-FILED - 5/6/09***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> SENORX, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C08 00133 RMW (RS) <br><br> **JOINT REQUEST FOR TELEPHONIC CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER GRANTING PARTIES' JOINT REQUEST AND SETTING STATUS CONFERENCE** |

Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. and Defendant SenoRx, Inc. hereby jointly request that the Court schedule a short status conference to discuss (1) scheduling of this case for trial, (2) correlative pretrial deadlines, and (3) the parties' pending Stipulated Administrative Motion Pursuant To Civil L.R. 7-11 To Set Dates And Page Limits For Summary Judgment Motion Briefing (Dkt. #271). The parties propose that the case management conference be scheduled on the Court's May 8, 2009 case management conferences calendar. In addition, the parties respectfully request permission to attend the scheduled conference telephonically.

Respectfully submitted,

By: ___/s/ Katharine L. Altemus___
Katharine L. Altemus (SBN 227080)
E-mail: altemusk@howrey.com
Henry C. Su (SBN 211202)
E-mail: suh@howrey.com
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo alto, CA 94303-2281
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Matthew M. Wolf
E-mail: wolfm@howrey.com
Marc A. Cohn
E-mail: cohnm@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC
CORPORATION AND HOLOGIC L.P.

By: ___/s/ Aaron P. Maurer___
Aaron P. Maurer
E-mail: amaurer@wc.com
Bruce R. Genderson
E-mail: bgenderson@wc.com
**WILLIAMS & CONNOLLY LLP**
725 – 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

By: ___/s/ F.T. Alexandra Mahaney___
F.T. Alexandra Mahaney (SBN 125984)
amahaney@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858)350-2300
Facsimile: (858) 350-2399

Attorneys for Defendant
SENORX, INC.

## [~~PROPOSED~~] ORDER

PURSUANT TO JOINT REQUEST, IT IS SO ORDERED. A status conference is set in this matter for May __8__, 2009 at 10:30 a.m. The parties may appear telephonically by filing an appropriate request with the Court's Courtroom Deputy.

DATED: May __6__ 2009

*/s/ Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge