Henry C. Su (SBN 211202; suh@howrey.com)
Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Robert Ruyak
Matthew Wolf (Admitted *Pro Hac Vice*)
Marc Cohn (Admitted *Pro Hac Vice*)
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORPORATION and HOLOGIC L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>SENORX, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C08 00133 RMW (RS)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, John E. Nilsson, an active member in good standing in the bars of the Commonwealth of Massachusetts and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest Court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorney is:

Katharine L. Altemus, State Bar No. 227080
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: 650.798.3512
Facsimile: 650.798.3600
Email: altemusk@howrey.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2009

Respectfully submitted,

HOWREY LLP

By: _____
John E. Nilsson
Howrey LLP
Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P.

Application for Admission of Attorney Pro Hac Vice - 1 -
Case No. C08 00133 RMW (RS)

DM_US:22117871_1

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On May 7, 2009, I served on the interested parties in said action the within:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

by placing a true copy thereof in a sealed envelope(s) addressed as stated below.

| | |
|---|---|
| F.T. Alexandra Mahaney<br>amahaney@wsgr.com<br>Wilson Sonsini Goodrich & Rosati<br>12235 El Camino Real, Suite 200<br>San Diego, California 92130-3002<br>Telephone: 858-350-2300<br>Facsimile: 858-350-2399 | Aaron P. Maurer<br>amaurer@wc.com<br>Adam D. Harber<br>aharber@wc.com<br>Bruce R. Genderson<br>bgenderson@wc.com<br>Williams & Connolly, LLP<br>725 – 12th Street, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-434-5000<br>Facsimile: 202-434-5029 |

[X] (BY ELECTRONIC MAIL) I caused such document(s) to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

[X] (BY CM/ECF) I caused such document(s) to be sent via electronic mail through the Case Management/Electronic File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 7, 2009, at East Palo Alto, California.

TAMMY MILLER
(Type or print name)

_____
(Signature)

Application for Admission of Attorney Pro Hac Vice       - 2 -
Case No. C08 00133 RMW (RS)