UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | | |
|---|---|---|
| Case No. C-08-00133-RMW | JUDGE: Ronald M. Whyte | DATE: August 21, 2009<br>TIME IN: *3 hrs.* |

**HOLOGIC, INC., et al.**                    -V- **SENORX, INC.**
Title

| | |
|---|---|
| M. Wolf, K. Altemus | A. Maurer, B. Genderson, A. Harber |
| Attorneys Present (Plaintiff) | Attorneys Present (Defendant) |
| COURT CLERK: Jackie Garcia | COURT REPORTER: Jana Ridenour |

PROCEEDINGS

HEARING ON SUMMARY JUDGMENT MOTIONS

**ORDER AFTER HEARING**

Hearing Held.  The Court heard oral argument from the parties and took the matter under submission.

The Court will send out a ruling to the parties.  The matter is deemed submitted.