1  Henry C. Su (SBN 211202)
   Katharine L. Altemus (SBN 227080)
2  **HOWREY LLP**
   1950 University Avenue, 4th Floor
3  East Palo Alto, CA 94303-2281
4  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
5  E-mail: suh@howrey.com
   E-mail: altemusk@howrey.com
6
7  Matthew M. Wolf (admitted *pro hac vice*)
   John E. Nilsson (admitted *pro hac vice*)         ***E-FILED - 10/20/09***
8  Marc A. Cohn (admitted *pro hac vice*)
   **HOWREY LLP**
9  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
10 Telephone:  (202) 783-0800
11 Facsimile:  (202) 383-6610

12 Attorneys for Plaintiffs
   HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P.
13
                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15
                                SAN JOSE DIVISION
16

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
| Plaintiffs, | **[] ORDER GRANTING PLAINTIFFS PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURT FOR THE NOVEMBER 2, 2009 PRETRIAL CONFERENCE** |
| vs. | |
| SENORX, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

25      Having considered Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P.'s request for

26 permission to bring electronic equipment into the courtroom for the conference scheduled on November

27 2, 2009, at 2:00 p.m. before the Honorable Ronald M. Whyte,

28

                                          - 1 -
[] Order Re Equipment in Courtroom
Case No.  C08 00133 RMW (RS)

DM_US:22822415_1

- 2 -

1   IT IS HEREBY ORDERED that Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P.
2   may bring the following electronic equipment and exemplar medical devices into the Court on November
3   2, 2009 as follows:
4       1.   6 PDAs (Personal Digital Assistants);
5       2.   6 cell phones;
6       3.   4 computers;
7       4.   Multimedia projector;
8       5.   A/B switch box;
9       6.   Laser pointer; and
10      7.   Associated wires, cables, peripherals, extension cords, power strips, adapters, and tools
11           to install and connect the above equipment.
12      Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P.'s request is hereby GRANTED.
13  The equipment may be brought in and set up between 1 and 2 p.m. on November 2, 2009.
14      IT IS SO ORDERED.
15      Dated: October 20, 2009

_____
Honorable Ronald M. Whyte
United States District Judge

- 2 -

[] Order Re Equipment in Courtroom
Case No.  C08 00133 RMW (RS)

DM_US:22822415_1