IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC., et al.,

    Plaintiff,

-v-

SENORX, INC.,

    Defendant.

*E-FILED - 10/22/09*

CASE NO.: C-08-00133-RMW

**SEALING ORDER**

    IT IS HEREBY ORDERED that Hologic's Appendix to Exhibit H to the Joint Pretrial Statement Part 1 through 4 lodged with the court on September 25, 2009 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 22, 2009

_____
RONALD M. WHYTE
United States District Judge

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28