1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC., et al.,

     Plaintiff,

    -v-

SENORX, INC.,

     Defendant.

*E-FILED - 10/22/09*

CASE NO.: C-08-00133-RMW

**SEALING ORDER**

     IT IS HEREBY ORDERED that the videotaped deposition of Thomas J. Engellenner lodged with the court on September 28, 2009 shall be filed under seal.

IT IS SO ORDERED.

DATED:  October 22, 2009

_____
RONALD M. WHYTE
United States District Judge

1

2

Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28