IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC.,

    Plaintiff,

-v-

SENORX, INC., et al.,

    Defendant.

**E-FILED - 10/22/09*

CASE NO.: C-08-00133-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Plaintiff's Revised Highlighted Deposition of: 1) Jeffrey H. Williamson, PH.D; 2) Christopher Porter, PH.D; 3) James F. Dempsey, PH.D; 4) Martin Keisch, M.D. lodged with the court on October 19, 2009 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 22, 2009

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1
2
3
4   Copy of Order E-Filed to Counsel of Record:
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28