UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: November 2, 2009

Case No. C-08-00133-RMW     JUDGE: Ronald M. Whyte     TIME IN: *3 hrs.*

HOLOGIC, INC., et al.     -V- SENORX, INC.
Title

M. Wolf, J. Nilsson, K. Altemus         A. Maurer, B. Genderson, R. Rodman
Attorneys Present (Plaintiff)            Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia             COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

PRETRIAL CONFERENCE

ORDER AFTER HEARING

Hearing Held.  The Court reviewed motions in-limine and rendered a ruling.  There will be 8 jurors and 3 peremptories per side.  Witnesses are excluded except for experts.  The schedule will be to have prospective jurors fill out the juror questionnaire and excuse for cause on 11/30/09 @ 9:00 AM; 12/1/09 @ 9:00 AM jury selection to begin.  The Court gave the parties 15 hours per side (not including closing) to try their case.  The matter is deemed submitted.