F.T. Alexandra Mahaney, State Bar No. 125984
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA  92130
Telephone:  (858) 350-2300
Facsimile:   (858) 350-2399
Email: amahaney@wsgr.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
F. Greg Bowman (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

Attorneys for Defendant
SENORX, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORP., and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. | CASE NO.:  C08 0133 RMW <br><br> **MOTION FOR ADMINISTRATIVE RELIEF FOR PERMISSION TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12** |

1  Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. and Defendant SenoRx, Inc. hereby jointly move, pursuant to Civil Local Rule 7-11, for permission to file two-page supplemental claim construction briefs on the limited issue of the construction of certain language in claim 8 of U.S. Patent No. 6,482,142 ("the '142 patent").  In support of this motion, the parties submit a stipulation pursuant to Civil Local Rule 7-12.

The parties are not seeking any revisions to the Court's previous construction of disputed terms in claim 8 (construing "the expandable outer surface is sufficiently rigid to deform the target tissue " to mean "the expandable outer surface element is sufficiently rigid so as to be capable of deforming tissue.  This does not require that the expandable outer surface actually deforms the target tissue."), Dkt. No. 269 (Cl. Constr. Order) at 25.  Based on the Court's Summary Judgment Order, however, the parties determined that some additional explanation for the jury would be helpful with respect to the scope and meaning of the language of claim 8.  The parties were unable to agree on the wording of such an explanation, however.

Accordingly, the parties request that the Court consider and issue a ruling on the parties' supplemental claim construction of the disputed term.  Plaintiffs' supplemental claim construction brief is attached as Exhibit A to this Motion.  Defendant's supplemental claim construction brief is attached as Exhibit B to this Motion.

**ON BEHALF OF HOLOGIC, INC., CYTYC CORPORATION, AND HOLOGIC L.P.:**

Dated:  November 18, 2009          HOWREY LLP

By:   /s/ John E. Nilsson_____

Katharine L. Altemus (SBN 227080)
E-mail:  altemusk@howrey.com
Henry C. Su (SBN 211202)
E-mail:  suh@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303-2281
Telephone: (650) 798-3500
Facsimile:  (650) 798-3600

Matthew M. Wolf (admitted *pro hac vice*)

MOTION FOR ADMINISTRATIVE RELIEF                               CASE NO. C08 0133 RMW
FOR PERMISSION TO FILE
SUPPLEMENTAL CLAIM CONSTRUCTION
BRIEFS

|   |   |
|---|---|
| 1 | E-mail: wolfm@howrey.com |
|   | John E. Nilsson (admitted *pro hac vice*) |
| 2 | E-mail: nilssonj@howrey.com |
|   | Marc A. Cohn (admitted *pro hac vice*) |
| 3 | E-mail: cohnm@howrey.com |
| 4 | HOWREY LLP |
|   | 1299 Pennsylvania Avenue, NW |
| 5 | Washington, D.C. 20004 |
|   | Telephone: (202) 783-0800 |
| 6 | Facsimile: (202) 383-6610 |

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORPORATION, AND
HOLOGIC L.P

**ON BEHALF OF SENORX, INC.:**

Dated: November 18, 2009          WILLIAMS & CONNOLLY LLP

By: ____/s/ Aaron P. Maurer_____

F.T. Alexandra Mahaney (SBN 125984)
E-mail: amahaney@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Rachel Shanahan Rodman (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant
SENORX, INC.

MOTION FOR ADMINISTRATIVE RELIEF          CASE NO. C08 0133 RMW
FOR PERMISSION TO FILE
SUPPLEMENTAL CLAIM CONSTRUCTION
BRIEFS

**Filer's Attestation**

I, Kendra P. Robins, am the ECF User whose identification and password are being used to file this Motion for Administrative Relief for Permission to File Supplemental Claim Construction Briefs. Pursuant to General Order No. 45, ¶ X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from John Nilsson

By:  /s/ Kendra P. Robins
Kendra P. Robins

MOTION FOR ADMINISTRATIVE RELIEF
FOR PERMISSION TO FILE
SUPPLEMENTAL CLAIM CONSTRUCTION
BRIEFS

CASE NO. C08 0133 RMW

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*Hologic, Inc. et al. v. SenoRx, Inc.*
Case No. 08-CV-0133 RMW

I, Kendra P. Robins, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 725 12th St. NW; Washington DC 20005.

On November 18, 2009, I served a copy(ies) of the following document(s):

**MOTION FOR ADMINISTRATIVE RELIEF FOR PERMISSION TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12**

**EXHIBIT A TO MOTION FOR ADMINISTRATIVE RELIEF FOR PERMISSION TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12: PLAINTIFFS' SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

**EXHIBIT B TO MOTION FOR ADMINISTRATIVE RELIEF FOR PERMISSION TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12: DEFENDANT'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

**STIPULATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FOR PERMISSION TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12**

**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FOR PERMISSION TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12**

CERTIFICATE OF SERVICE                                          CASE NO. C08 0133 RMW

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| Henry C. Su (suh@howrey.com)<br>Katharine L. Altemus (altemusk@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA  94303<br>Telephone:  (650) 798-3500<br>Facsimile:  (650) 798-3600 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC<br>CORPORATION and<br>HOLOGIC LP |
|---|---|
| Robert Ruyak (ruyakr@howrey.com)<br>Matthew Wolf (wolfm@howrey.com)<br>Marc Cohn (cohenm@howrey.com)<br>HOWREY LLP<br>1229 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Telephone:  (202) 783-0800<br>Facsimile:  (202) 383-6610 | Attorneys for Plaintiffs<br>HOLOGIC, INC. CYTYC<br>CORPORATION and<br>HOLOGIC LP |

☐ (BY MAIL)  I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA.  I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ (BY OVERNIGHT DELIVERY)  I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA.  I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☒ (BY CM/ECF)  I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on November 18, 2009.

/s/ Kendra P. Robins
Kendra P. Robins

CERTIFICATE OF SERVICE                                                              CASE NO. C08 0133 RMW