IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC.,

        Plaintiff,

  v.

SENORX, INC.,

        Defendant.

*E-FILED*

CASE NO. C-08-00133-RMW

**ADMITTED EXHIBIT LIST**

HOLOGIC, INC., et al.,                           CASE NO.: 08-CV-0133 RMW (RS)
v.
SENORX, INC.,               Admitted Exhibits

| TX No. | DESCRIPTION | Date Admitted | Sponsoring Witness |
|---|---|---|---|
| TX-0002 | United States Patent No. 6,413,204 patent | 12/3/2009 | Patrick |
| TX-0003 | United States Patent No. 6,482,142 patent | 12/3/2009 | Patrick |
| TX-0021 | MammoSite IFU (Polyurethane Balloon), 720200 Rev. B | 12/15/2009 | Stubbs |
| TX-0022 | MammoSite IFU (Silicone Balloon), 719200 Rev. B | 12/15/2009 | Stubbs |
| TX-0047 | Power of One: MammoSite Revenue Calendar '07 vs. '06 | 12/7/2009 | McMahon |
| TX-0052 | October 29, 1997 Fax Dempsey to Stubbs re isodose contours of 192-Ir HDR Sources | 12/9/2009 | Dempsey Depo |
| TX-0055 | Keisch et al. (2003) "Initial clinical experience with the Mammosite breast brachytherapy applicator in women with early-stage breast cancer treated with breast conserving therapy" | 12/14/2009 | Arthur |
| TX-0071 | Benitez et al. (2006) "Preliminary results and evaluation of Mammosite balloon brachytherapy for partial breast irradiation for pure ductal carcinoma in site: A phase II clinical study" | 12/14/2009 | Arthur |
| TX-0077 | Arthur (2003) "Guest Editorial: Accelerated Partial Breast Irradiation: A Change in Treatment Paradigm for Early Stage Breast Cancer" | 12/14/2009 | Arthur |
| TX-0088 | Keisch & Arthur: "Current perspective on the MammoSite™ Radiation Therapy System – A balloon breast brachytherapy applicator" | 12/7/2009 | McMahon |
| TX-0089 | Arthur & Vicini: "MammoSite RTS: The Reporting of Initial Experiences and How to Interpret" | 12/10/2009 | Arthur |
| TX-0091 | Astrahan et al. (2004): "Optimization of Mammosite Therapy," Int. J. Radiation Oncology Biol. Phys., Vol. 58, No.1, pp. 220-232 | 12/3/2009 | Lubock |
| TX-0149 | Advertisement/Product Literature: MammoSite RTS Multiple Dwell Clinical Data | 12/7/2009 | McMahon |
| TX-0150 | Hologic PowerPoint presentation: "Treating Cancer From Within" | 12/7/2009 | McMahon |
| TX-0156 | Hologic presentation: Dosimetry | 12/7/2009 | McMahon |
| TX-0166 | SenoRx Inc. Board of Directors' Meeting material, September 26, 2007 | 12/8/2009 | Gearhart |
| TX-0174 | Arthur & Vicini, "Accelerated Partial Breast Irradiation As a Part of Breast Conservation Therapy," Clinical Oncology 23:1726-1735 (2005) | 12/10/2009 | Arthur |
| TX-0187 | Dosimetric Comparative Analysis of MammoSite and SenoRx catheters (plus data) | 12/15/2009 | Lubock |
| TX-0212 | SenoRx Presentation, Contura Multi-Lumen Balloon, Expanding Your Treatment Possibilities | 12/9/2009 | Orton |
| TX-0220 | 2008 Contura Market Plan (Presentation) –December 20, 2007 | 12/8/2009 | Gearhart |
| TX-0244 | Email chain Dr. Kaske & Sue Owens re Sally Jobe Breast Center Denver, September 28, 2007 | 12/15/2009 | Gearhart |
| TX-0265 | Letter Edward Lynch to Lloyd Malchow January 18, 2006, Draft – For Discussion Purposes Only re Evaluation of U.S. Patent No. 6,413,204 | 12/3/2009 | Lubock |
| TX-0270 | October 8, 2007 email Lynch to Lubock re Cytyc IP (with attachment) | 12/3/2009 | Lubock |
| TX-0286 | November 16, 2007 letter Lynch to Malchow re Evaluation of U.S. Patent Nos. 5,913,813; 6,413,204; and 6,482,142 | 12/3/2009 | Lubock |

HOLOGIC, INC., et al.,                                            CASE NO.: 08-CV-0133 RMW (RS)
v.
SENORX, INC.,                Admitted Exhibits

| TX No. | DESCRIPTION | Date Admitted | Sponsoring Witness |
|---|---|---|---|
| TX-0289 | Notebook No. 2 Issued to Paul Lubock, April 29, 1998 | 12/3/2009 | Lubock |
| TX-0294 | Email Sue Owens to Mark Schray, LPH Rad Onc FW Contura Multi Lumen Balloon order, March 5, 2008 | 12/8/2009 | Gearhart |
| TX-0305 | Powell email re Contura December 5, 2007 | 12/8/2009 | Gearhart |
| TX-0309 | Email chain from Slavik re Contura-Plan of Attack, October 2007 | 12/8/2009 | Gearhart |
| TX-0337 | MammoSite Applicator spherical 4x5 | 12/3/2009 | Patrick |
| TX-0501 | ASTRO Symposium Agenda - Contura MLB 10/27/07 | 12/14/2009 | Arthur |
| TX-0502 | Lubock email to Malchow 10/12/07 re Pending Press release | 12/14/2009 | Arthur |
| TX-0503 | Arthur email to Lubock 5/30/07 re Washington DC Meeting | 12/14/2009 | Arthur |
| TX-1007 | Ashpole et al., "A New Technique of Brachytherapy for Malignant Gliomas with Caesium-137: A New Method for Utilizing a Remote Afterloading System," Clinical Oncology 2:333-337 (1990) | 12/3/2009 | Lubock |
| TX-1008 | Friedman & Lewis, "A New Technic for the Radium Treatment of Carcinoma of the Bladder," Radiology 53:342-362 (1949) | 12/8/2009 | Orton |
| TX-1009 | Friedman & Lewis, "Irradiation of Carcinoma of the Bladder by a Central Intracavitary Radium or Cobalt 60 Source (The Walter Reed Technique)," The American Journal of Roentgenology 79:6-31 (1958) | 12/3/2009 | Lubock |
| TX-1010 | Muller, "Radiotherapy of Bladder Cancer by Means of Rubber Balloons Filled In Situ with Solution of a Radioactive Isotope (Co60)," Cancer 8(5):1035-1043 (1955) | 12/9/2009 | Orton |
| TX-1011 | Low-Beer, The Clinical Use of Radioactive Isotopes, Springfield, Ill., Charles C. Thomas (1950) | 12/8/2009 | Orton |
| TX-1013 | Harada et al., "Transcystoscopic Intracavitary Irradiation for Carcinoma of the Bladder: Technique and Preliminary Clinical Results," Journal of Urology 138(4):771-774 (1987) | 12/8/2009 | Orton |
| TX-1014 | Hewitt et al., "Intracavitary Radiation in the Treatment of Bladder Tumors," Journal of Urology 107(4):603-606 (1972) | 12/8/2009 | Orton |
| TX-1015 | Johannesen et al., "Intracavity Fractionated Balloon Brachytherapy in Glioblastoma," Acta Neurochir (Vienna, Austria) 141:127-133 (1999) | 12/10/2009 | Hirschberg |
| TX-1023 | Vicini et al., "Dose-Volume Analysis for Quality Assurance of Interstitial Brachytherapy for Breast Cancer," Int. Journal of Radiation Oncology Biol. Phys. 45(3):803-810 (1999) | 12/10/2009 | Arthur |
| TX-1027 | WO 98/15315 (Williams) published April 16, 1998 | 12/9/2009 | Orton |
| TX-1028 | United States Patent No. 5,429,582 (Williams), issued July 4, 1995 | 12/9/2009 | Orton |
| TX-1033 | European Patent 0 719 571 B1 (Namioka, et al.), issued June 15, 2005 (published July 3, 1996) | 12/9/2009 | Orton |
| TX-1039 | Excerpt from SenoRx Board of Directors' Meeting Presentation (September 26, 2007) | 12/8/2009 | Gearhart |
| TX-1044 | Minutes: Dr. Keisch conference call of 06/26/07 | 12/7/2009 | McMahon |
| TX-1055 | Letter From: Paul Lubock To: John L. Rogitz (September 28, 2004) | 12/7/2009 | Lubock |
| TX-1066 | Email From: Paul Lubock To: Edward Lynch Re: opinion senom00034 US 5,913,813_6,413,204 (October 10, 2007) | 12/3/2009 | Lubock |
| TX-1068 | Invalidity and Noninfringement Opinion Regarding U.S. Patent No. 6,413,204 (June 3, 2008) | 12/7/2009 | Lubock |

HOLOGIC, INC., et al.,  CASE NO.: 08-CV-0133 RMW (RS)
v.
SENORX, INC.,  Admitted Exhibits

| TX No. | DESCRIPTION | Date Admitted | Sponsoring Witness |
|---|---|---|---|
| TX-1069 | Invalidity Opinion Regarding U.S. Patent No. 6,482,142 (June 3, 2008) | 12/7/2009 | Lubock |
| TX-1092 | Hirschberg Deposition Exhibit 3 (Photograph) | 12/10/2009 | Hirschberg |
| TX-1093 | Hirschberg Deposition Exhibit 4 (Photograph) | 12/10/2009 | Hirschberg |
| TX-1094 | Abstracts of the 11th Inter'l Conf. on Brain Tumor Research and Therapy, October 31-November 3, 1995, Silverado Country Club and Resort, Napa, California | 12/10/2009 | Hirschberg |
| TX-1130 | Orton Expert Report Ex 1 (C.V. of Colin Orton) | 12/8/2009 | Orton |
| TX-1132 | Arthur Expert Report Ex 1 (C.V. of Douglas Arthur) | 12/10/2009 | Arthur |
| TX-1155 | Abstract PO-T-08: Sadeghi, et al., "Effectiveness of Multiple Dwell Positions for the Treatment of Early-Stage Breast Cancer Using MammoSite #61666; Breast Brachytherapy Applicator," Medical Physics 30(6): 1464 (2003) | 12/10/2009 | Arthur |
| TX-1185 | Proxima Presentation Materials: "Advanced Appropriateness for Treatment" | 12/7/2009 | McMahon |
| TX-1186 | SenoRx Contura Sales Training (February 10, 2008) | 12/8/2009 | Gearhart |
| TX-1188 | "Expanding Your Treatment Possibilities" | 12/8/2009 | Gearhart |
| TX-1190 | "Comparison - Skin Spacing 6.5mm" | 12/7/2009 | Lubock |
| TX-1207 | MammoSite Instruction Manual 719200 Rev. C (2007) | 12/7/2009 | McMahon |
| TX-1222 | Contura Product Samples | 12/8/2009 | Orton |
| TX-1501 | Email String From: D. Arthur To: R. Cascella Re: Re: Greetings and Follow up (March 5, 2008) | 12/7/2009 | McMahon |
| TX-1535 | Baltas et al., "Application of the Monte Carlo Integration (MCI) Method for Calculation of the Anisotropy of 192 Ir Brachytherapy Sources," Phy. Med. Biol. 43:1783-1801 (1998) | 12/9/2009 | Orton |