IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC.,

    Plaintiff,

v.

SENORX, INC.,

    Defendant.

*E-FILED - 2/24/10*

CASE NO.: C-08-00133-RMW

**AMENDED JUDGMENT**

This action came on for trial before the Court and a jury, Honorable Ronald M. Whyte, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict on December 17, 2009,

**IT IS ORDERED AND ADJUDGED** that defendant shall have judgment entered in its favor and against Hologic, and the Court orders that plaintiff shall take nothing by way of its complaint and plaintiff shall pay defendant their recoverable costs.

DATED: February 24, 2010

                                                          RONALD M. WHYTE
                                                          U.S. DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |