Domenico L. Ippolito (SBN 264835)
ippolitod@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600

Matthew M. Wolf (admitted *pro hac vice*)
John E. Nilsson (admitted *pro hac vice*)
Marc A. Cohn (admitted *pro hac vice*)
HOWREY LLP
1229 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>SENORX, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C08 00133 RMW (RS)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY TAXATION OF COSTS PENDING APPEAL** |
|---|---|

- 1 -

Order to Stay Taxation of Costs
Case No. C08 00133 RMW (RS)

DM_US:23216925_1

1    Having reviewed and considered the Unopposed Motion to Stay Taxation of Costs, and good
2 cause appearing therefor,
3    IT IS HEREBY ORDERED that the Motion to Stay Taxation of Costs Pending Appeal is
4 granted. Given that the pending appeal will decide questions relevant to the issue of costs, Hologic's
5 motion is hereby GRANTED and taxation of SenoRx's Bill of Costs (Dkt. No. 492) is hereby
6 STAYED pending resolution of Hologic's appeal to the Court of Appeals for the Federal Circuit.
7    IT IS SO ORDERED
8    Dated: April 22, 2010

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge