Nicholas H. Lee (SBN 259588)
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199
Email: nicholas.lee@aporter.com

Attorney for Plaintiffs
HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> SENORX, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C-08-cv-00133 RMW (HL) <br><br> **NOTICE OF APPEARANCE** |

The undersigned hereby files this present notice of appearance on behalf of Plaintiffs Hologic, Inc., Cytyc Corporation, and Hologic L.P. in this case. The undersigned has the following contact information:

>Nicholas H. Lee (State Bar No. 259588)
>Email: nicholas.lee@aporter.com
>ARNOLD & PORTER LLP
>777 S. Figueroa Street, 44th Floor
>Los Angeles, CA 90071
>Telephone: +1 213.243.4000
>Facsimile: +1 213.243.4199

1 | Dated: March 14, 2011

RESPECTFULLY SUBMITTED,

ARNOLD & PORTER LLP

By:  /s/ Nicholas H. Lee
     Nicholas H. Lee

Attorney for Plaintiffs
HOLOGIC, INC., CYTYC CORP. and
HOLOGIC L.P.