1  Anna W. Lam (SBN 258089)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
4
   Attorneys for Plaintiffs
5  HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., | Case No. C08 00133 RMW (RS) |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF APPEARANCE OF ANNA W. LAM** |
| vs. | |
| SENORX, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

Notice of Withdrawal of Appearance of Anna W. Lam
Case No. C08 00133 RMW (RS)

DM_US:23698244_1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P. hereby provides notice of the withdrawal of Anna W. Lam from the within action. No other changes are requested regarding the other attorneys acting as Plaintiffs' counsel of record.

Dated: March 17, 2011        HOWREY LLP

By: _____/s/ Anna W. Lam_____
      Anna W. Lam
Attorneys for Plaintiffs HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P.