Nicholas Lee (259588)
E-Mail: Nicholas.Lee@aporter.com
Arnold & Porter LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

Matthew M. Wolf (*Pro Hac Vice*)
John E. Nilsson (*Pro Hac Vice*)
Marc Cohn (*Pro Hac Vice*)
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 2004-1206

Attorneys for Hologic, Inc., Cytyc Corporation,
and Hologic L.P

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> SENORX, INC., <br><br> Defendant. <br><br> AND RELATED CROSS-ACTIONS | Case No.: 5:08-cv-00133 <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL ON BEHALF OF KATHARINE LYN ALTEMUS, ROBERT F. RUYAK, ANDREW R. SOMMER, HENRY C. SU, AND, MARILEE CHAN WANG** |

Notice of Withdrawal of Counsel

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P. hereby provides notice of the withdrawal of the following attorneys from the within action.

- Katharine Lyn Altemus
- Robert F. Ruyak
- Andrew R. Sommer
- Henry C. Su
- Marilee Chan Wang

Plaintiffs' continue to be represented by the same lead counsel and no other changes are requested regarding the other attorneys acting as Plaintiffs' counsel of record.

Dated: March 22, 2011                    ARNOLD & PORTER LLP


By: /s/ Nicholas H. Lee
Nicholas H. Lee (259588)

Matthew M. Wolf
John E. Nilsson
Marc Cohn
Attorneys for Hologic, Inc., Cytyc Corporation, and Hologic L.P.