**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

May 3, 2011

CASE NUMBER:   **CV 08-00133 RMW**
CASE TITLE:    **HOLOGIC, INC. ET AL-v- SENORX, INC**
DATE MANDATE FILED:   5/3/2011

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Betty Walton
Case Systems Administrator

Distribution:  CIVIL   -   Counsel of Record

**Matthew M. Wolf**
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004
202-942-5000

**F.T. Alexandra Mahaney**
Stradling Yocca Carlson & Rauth
4365 Executive Drive, Suite 1500
San Diego, CA 92121-2123