IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLOGIC, INC.,

    Plaintiff,

v.

SENORX, INC.,

    Defendants.

*E-FILED - 11/16/11*

CASE NO.: C-08-00133-RMW

**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE**

    PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter has been scheduled for **December 9, 2011 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Revised Joint Case Management Statement by December 2, 2011.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: November 16, 2011

*Jackie Garcia* (signature)

JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record: