Nicholas H. Lee (SBN 259588)
ARNOLD & PORTER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
E-mail:  nicholas.lee@aporter.com

Matthew M. Wolf (admitted *pro hac vice*)
John E. Nilsson (admitted *pro hac vice*)
Marc A. Cohn (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
E-mail:  matthew.wolf@aporter.com
E-mail:  john.nilsson@aporter.com
E-mail:  marc.cohn@aporter.com

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORPORATION, and HOLOGIC L.P.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SENORX, INC.,<br><br>　　　　　　　Defendant. | Case No.: 5:08-cv-00133<br><br>**[] ORDER GRANTING HOLOGIC, INC.'S MOTION TO RESCHEDULE DECEMBER 9, 2011 CASE MANAGEMENT CONFERENCE**<br><br>Date:  N/A<br>Time:  N/A<br>Courtroom:  6, 4th Floor<br>Honorable Ronald M. Whyte |

[] Order Granting Hologic's Motion To Reschedule December 9, 2011
Case Management Conference
Case No. 08-cv-00133

1    The Court, having considered Plaintiffs' Motion to reschedule the December 9, 2011 Case

2  Management Conference, hereby grants that request.  The Case Management Conference will be

3  rescheduled to January 3, 2012 at 2:00 p.m.

4

5    IT IS SO ORDERED.

6

7  Dated: December 8, 2011

   *Ronald M. Whyte*

8  Honorable Ronald M. Whyte
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[] Order Granting Hologic's Motion To Reschedule December 9, 2011
Case Management Conference
Case No. 08-cv-00133