| | |
|---|---|
| Nicholas H. Lee (SBN 229588)<br>ARNOLD & PORTER LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA  90017-5844<br>Telephone:  (213) 243-4000<br>Facsimile:  (213) 243-4199<br>E-mail:  nicholas.lee@aporter.com<br><br>Matthew M. Wolf (admitted *pro hac vice*)<br>John E. Nilsson (admitted *pro hac vice*)<br>ARNOLD & PORTER LLP<br>555 Twelfth Street N.W.<br>Washington, DC  20004-1206<br>Telephone:  (202) 942-5000<br>Facsimile:  (202) 942-5999<br>E-mail:  matthew.wolf@aporter.com<br>E-mail:  john.nilsson@aporter.com<br><br>Attorneys for Plaintiffs<br>HOLOGIC, INC., CYTYC CORP.<br>and HOLOGIC L.P. | Bruce R. Genderson (admitted *pro hac vice*)<br>Aaron P. Maurer (admitted *pro hac vice*)<br>Adam D. Harber (admitted *pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Telephone:  (202) 434-5000<br>Facsimile:  (202) 434-5029<br>E-mail:  bgenderson@wc.com<br>E-mail:  amaurer@wc.com<br>E-mail:  aharber@wc.com<br><br>Attorneys for Defendant<br>SENORX, INC. |

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SENORX, INC.,<br><br>　　　　　Defendant. | Case No. C-08-0133 RMW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SERVE UPDATED DOCUMENT PRODUCTIONS** |

Plaintiffs and Defendant hereby submit this Joint Stipulation and [Proposed] Order requesting an extension of the deadline for the parties to exchange updated document productions in this matter. Under the Court's Scheduling Order, the current deadline is June 15, 2012. The parties stipulate and agree to move this deadline to June 25, 2012. No extensions of this deadline have previously been requested or received. The parties agree that no prejudice will come to this matter by this extension.

Dated:  June 7, 2012

Respectfully submitted,

**ARNOLD & PORTER LLP**

*s/ Matthew M. Wolf*

Matthew M. Wolf

*Attorneys for Plaintiffs*
*HOLOGIC, INC., CYTYC CORP.*
*and HOLOGIC L.P.*

**WILLIAMS & CONNOLLY LLP**

*s/ Bruce R. Genderson*

Bruce R. Genderson

*Attorneys for Defendant SENORX, INC.*

**Filer's Attestation**

I, Adam D. Harber, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Extending Deadline to Serve Updated Document Productions.  Pursuant to General Order No. 45, ¶ X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Plaintiffs' counsel.

By: ___/s/_ Adam D. Harber_____
Adam D. Harber

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. | Case No. C-08-0133 RMW <br><br> **[PROPOSED] ORDER** |

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the deadline for the parties to exchange updated document productions in this matter has been extended from June 15, 2012 to and including June 25, 2012.

IT IS SO ORDERED

DATED:  June ___, 2012

_____
The Honorable Ronald M. Whyte
United States District Court Judge