| | |
|---|---|
| 1 | Nicholas H. Lee (SBN 229588) |
| | ARNOLD & PORTER LLP |
| 2 | 777 S. Figueroa Street, 44th Floor |
| | Los Angeles, CA 90017-5844 |
| 3 | Telephone: (213) 243-4000 |
| 4 | Facsimile: (213) 243-4199 |
| | E-mail: nicholas.lee@aporter.com |

Nicholas H. Lee (SBN 229588)
ARNOLD & PORTER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: nicholas.lee@aporter.com

Matthew M. Wolf (admitted *pro hac vice*)
John E. Nilsson (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street N.W.
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
E-mail: matthew.wolf@aporter.com
E-mail: john.nilsson@aporter.com

Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORP.
and HOLOGIC L.P.

Jeffrey E. Faucette (SBN 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 315-1669
Facsimile: (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Bruce R. Genderson (admitted *pro hac vice*)
Aaron P. Maurer (admitted *pro hac vice*)
Adam D. Harber (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: bgenderson@wc.com
E-mail: amaurer@wc.com
E-mail: aharber@wc.com

Attorneys for Defendant
SENORX, INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P., | Case No.: C-08-0133 RMW |
| Plaintiffs, | **AMENDED JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE DEADLINES** |
| vs. | |
| SENORX, INC., | |
| Defendant. | |

Plaintiffs and Defendant hereby submit this Amended Joint Stipulation and [Proposed] Order requesting an extension of the deadlines in the current Scheduling Order, entered by this Court on March 6, 2012. The parties stipulate and agree to move all deadlines as detailed below. The parties agree that no prejudice will come to this matter by this extension. The parties, through their counsel, hereby lodge the following proposed updated case management statement.

## I.   SCOPE OF ISSUES FOR RETRIAL AND DISCOVERY

The only issues remaining for trial are those of invalidity and willfulness. Based upon the January 3, 2012 Case Management Conference, the parties agree to limited discovery as set forth below, and the following updated schedule for such discovery and for the other deadlines in this case.

## II.   PROPOSED SCHEDULE

### A.   Fact Discovery

On or before February 28, 2012, Hologic shall identify to SenoRx via letter all objective indicia of non-obviousness on which it intends to rely, with a brief description of the facts on which Hologic will rely to support each alleged indicator. All fact discovery shall be commenced in time to be completed by **September 14, 2012**. Document production shall be limited to:

- an updated production of public statements and communications to third-parties concerning the commercial performance, features, clinical performance and/or benefits of any commercial embodiment of an invention(s) of claims 1 and/or 8 of the '142 patent. Documents falling within this category would include quarterly and annual reports, press releases, transcripts of investor calls, advertisements, marketing presentations, brochures, sell sheets, and correspondence with customers;
- annual sales revenue figures for any commercial embodiment of an invention(s) alleged to fall within claims 1 and/or 8 of the '142 patent;
- to the extent that Hologic intends to rely on the Hologic Mammosite® Multi-Lumen product as an embodiment of claims 1 and/or 8 of the '142 patent, Hologic shall produce documents concerning the reason(s) a Multi-Lumen product was introduced, the perceived need (or lack thereof) for such a device, the reason(s) the Multi-Lumen

product was not introduced earlier, comparisons versus the Single Lumen MammoSite® product, the date of the first proposal for the Multi-Lumen product, the instructions for use for the Multi-Lumen product, and the actual use of the Multi-Lumen product, including any evidence of conformance.

Any such production shall be completed by **August 14, 2012**. In addition, each side may serve one deposition notice pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure concerning documents produced pursuant to this order and/or any other discovery provided pursuant to this order. Any such deposition(s) are to be completed on or before **September 14, 2012**. Each party may also update its Rule 26(a) Disclosures pursuant to its obligations under the Federal Rules.

### B.   Expert Discovery

All expert discovery shall be commenced in time to be completed by **November 20, 2012**. Expert discovery shall be limited to the issue of objective evidence of non-obviousness. In this regard, Plaintiff may submit an expert report on the issue of objective evidence of non-obviousness on or before **September 18, 2012**. Defendant may submit a responsive report on or before **October 19, 2012**. Plaintiff may submit a reply report on or before **November 2, 2012**. And depositions of experts on the issue of objective evidence of non-obviousness are to be completed on or before **November 20, 2012**.

### C.   Dispositive Motions

Dispositive motions shall be filed no later than **December 14, 2012**. Responsive briefs shall be filed within 35 days after service of opening briefs. Reply briefs shall be filed within 25 days after service of responsive briefs. Sur-replies shall not be permitted.

### D.   Pre-trial and Trial

A pre-trial conference shall be set for Thursday, March 14, 2013. Trial shall be set for April 22, 2013.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 31, 2012 | **ARNOLD & PORTER LLP** |
|  | *s/ Matthew M. Wolf* |
|  | Matthew M. Wolf |
|  | *Attorneys for Plaintiffs*<br>*HOLOGIC, INC., CYTYC CORP.*<br>*and HOLOGIC L.P.* |
|  | **WILLIAMS & CONNOLLY LLP** |
|  | *s/ Bruce R. Genderson* |
|  | Bruce R. Genderson |
|  | *Attorneys for Defendant SENORX, INC.* |

### ATTESTATION UNDER GENERAL ORDER 45 § X.B

As required by General Order § X.B, I hereby attest that concurrence in the filing of this document was obtained from all signatories to this Amended Joint Case Management Statement.

/s/ Matthew M. Wolf

Matthew M. Wolf
Matthew.Wolf@Aporter.com

### ORDER

The Court, having considered the parties' Stipulation Re Case Schedule, hereby grants that proposed schedule.

IT IS SO ORDERED

Dated: Cwi wuv': , 2012

Ronald M. Whyte

Honorable Ronald M. Whyte
United States District Judge