| | |
|---|---|
| Nicholas H. Lee (SBN 229588)<br>ARNOLD & PORTER LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA  90017-5844<br>Telephone:  (213) 243-4000<br>Facsimile:  (213) 243-4199<br>E-mail:  nicholas.lee@aporter.com | Jeffrey E. Faucette (SBN 193066)<br>SKAGGS FAUCETTE LLP<br>One Embarcadero Center, Suite 500<br>San Francisco, CA 94111<br>Telephone: (415) 315-1669<br>Facsimile: (415) 433-5994<br>E-mail: jeff@skaggsfaucette.com |
| Matthew M. Wolf (admitted *pro hac vice*)<br>John E. Nilsson (admitted *pro hac vice*)<br>ARNOLD & PORTER LLP<br>555 Twelfth Street N.W.<br>Washington, DC  20004-1206<br>Telephone:  (202) 942-5000<br>Facsimile:  (202) 942-5999<br>E-mail:  matthew.wolf@aporter.com<br>E-mail:  john.nilsson@aporter.com | Bruce R. Genderson (admitted *pro hac vice*)<br>Aaron P. Maurer (admitted *pro hac vice*)<br>Adam D. Harber (admitted *pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Telephone:  (202) 434-5000<br>Facsimile:  (202) 434-5029<br>E-mail:  bgenderson@wc.com<br>E-mail:  amaurer@wc.com<br>E-mail:  aharber@wc.com |
| Attorneys for Plaintiffs<br>HOLOGIC, INC., CYTYC CORP.<br>and HOLOGIC L.P. | Attorneys for Defendant<br>SENORX, INC. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SENORX, INC.,<br><br>    Defendant. | Case No. C-08-0133 RMW<br><br>**JOINT STIPULATION AND [] ORDER EXTENDING DEADLINE TO FILE DISPOSITIVE MOTIONS** |

1  Plaintiffs and Defendant hereby submit this Joint Stipulation and [Proposed] Order
2  requesting an extension of the deadline for the parties to file dispositive motions in this matter.
3  Under the Court's Scheduling Order, the current deadline is December 14, 2012.  The parties
4  stipulate and agree to move this deadline to December 21, 2012.  An extension of this deadline
5  was previously requested and received on August 8, 2012 (Dkt. No. 518).  The parties agree that
6  no prejudice will come as a result of this extension.

Respectfully submitted,

Dated:  December 12, 2012   **ARNOLD & PORTER LLP**

*s/ Matthew M. Wolf*

Matthew M. Wolf
*Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORP.
and HOLOGIC L.P.*


**SKAGGS FAUCETTE LLP**

*s/*

Jeffrey E. Faucette

*Attorneys for Defendant SENORX, INC.*

**Filer's Attestation**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Extending Deadline to File Dispositive Motions. Pursuant to General Order No. 45, ¶ X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Plaintiffs' counsel.

By: ___/s/_____
        Jeffrey E. Faucette

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. | Case No. C-08-0133 RMW <br><br> **[] ORDER** |

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the deadline for the parties to file dispositive motions in this matter has been extended from December 14, 2012 to and including December 21, 2012.

IT IS SO ORDERED

DATED: December __FH__, 2012    _/s/ Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Court Judge

---

-1-