**E-FILED on** 2/7/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>SENORX, INC.,<br><br>Defendant. | No. C-08-0133 RMW<br><br>**ORDER DENYING DEFENDANT SENORX'S MOTION TO FILE UNDER SEAL THE ENTIRETY OF EXHIBIT 14 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT OF SENORX'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[Re: Dkt. No. 525]** |

SenoRx moved to file under seal the entirety of Exhibit 14 to the declaration of Adam D. Harber in support of SenoRx's motion for summary judgment on the basis that "Exhibit 14 contains information designated by Plantiffs as 'Highly Confidential'" under the protective order in this case. Mot. 2, Dkt. No. 525. Having reviewed Exhibit 14, the court finds nothing contained therein that is in fact "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a). Pursuant to the local rule, "[a] stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under

ORDER DENYING DEFENDANT SENORX'S MOTION TO FILE UNDER SEAL THE ENTIRETY OF EXHIBIT 14 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT OF SENORX'S MOTION FOR SUMMARY JUDGMENT—No. C-08-0133 RMW
ALG

Case5:08-cv-00133-RMW Document535 Filed02/07/13 Page2 of 2
**United States District Court**
**For the Northern District of California**

1  seal" for that reason alone. Pursuit to Civil Local Rule 79-5(d), within 7 days of SenoRx's sealing

2  motion, plaintiff was required to:

3  file with the Court and serve a declaration establishing that the designated
   information [in the Protective Order] is sealable, and . . . lodge and serve a narrowly
4  tailored proposed sealing order, or must withdraw the designation of confidentiality.
   If the designating party does not file its responsive declaration as required by this
5  subsection, the document or proposed filing will be made part of the public record.

6  Civ. L.R. 79-5(d). Accordingly, the court DENIES the sealing motion, with leave to re-file if any

7  particular portion of Exhibit 14 is indeed a trade secret or otherwise privileged information.

DATED: February 7, 2013



RONALD M. WHYTE
United States District Judge

ORDER DENYING DEFENDANT SENORX'S MOTION TO FILE UNDER SEAL THE ENTIRETY OF EXHIBIT 14 TO THE DECLARATION OF ADAM D. HARBER IN SUPPORT OF SENORX'S MOTION FOR SUMMARY JUDGMENT—No. C-08-0133 RMW
ALG                                                                 2