**E-FILED on** 2/7/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLOGIC, INC. CYTYC CORPORATION and HOLOGIC L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>SENORX, INC.,<br><br>Defendant. | No. C-08-0133 RMW<br><br>**AMENDMENT TO ORDER DENYING-IN-PART AND GRANTING-IN-PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION AND EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[Re: Dkt. Nos. 530, 536]** |

The court hereby amends the Order at Dkt. No. 535, to contain the following ORDER:

**Designated Portions of Opposition Brief:** Because each designated portion of the opposition brief relies on the "confidential" designations of Exhibits 5-7 and 12 in the protective order, and because the court has deemed the content of Exhibits 5-7 and 12 not sealable, Dkt. No. 535, the court **DENIES plaintiffs' motion to seal the designated portions of their brief in**

1 **opposition to defendant's motion for summary judgment**, with leave to re-file in the event the
2 parties re-file sealing motions with respect to any of these exhibits.

DATED: February 7, 2013



RONALD M. WHYTE
United States District Judge

AMENDMENT TO ORDER DENYING-IN-PART AND GRANTING-IN-PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION AND EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT—No. C-08-0133 RMW
ALG                                                         2