Maulik G. Shah (State Bar No. 255403)
**ARNOLD & PORTER LLP**
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Fax: (415) 471-3400
Email: maulik.shah@aporter.com

Matthew M. Wolf (admitted *pro hac vice*)
John E. Nilsson (admitted *pro hac vice*)
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Fax: (202) 942-5999
Email: matthew.wolf@aporter.com
Email: john.nilsson@aporter.com

Attorneys for Plaintiffs Hologic, Inc.,
Cytyc Corporation, and Hologic L.P.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORP., and HOLOGIC L.P.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>SENORX, INC.,<br><br>      Defendant. | Case No. C-08-0133 RMW<br><br>**[] ORDER GRANTING THE PARTIES' JOINT STIPULATION EXTENDING STAY OF ALL PROCEEDINGS** |

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | PURSUANT TO THE PARTIES' JOINT STIPULATION, IT IS SO ORDERED THAT: |
| 3 | 1.  The stay of all proceedings and deadlines in the above captioned case is hereby |
| 4 | extended for a period of 60 days. |
| 6 | It is SO ORDERED. |
| 8 | Dated: _____, 2013     By: *Ronald M. Whyte* |
| 9 | Honorable Ronald M. Whyte  United States District Court Judge |

- 2 -

[] ORDER GRANTING THE PARTIES'     CASE NO. C-08-0133 RMW
JOINT STIPULATION EXTENDING STAY OF ALL PROCEEDINGS