1  Maulik G. Shah (SBN 255403)  
   ARNOLD & PORTER LLP  
2  Three Embarcadero Center, Seventh Floor  
   San Francisco, CA 94111-4024  
3  Telephone: (415) 471-3100  
4  Fax: (415) 471-3400  
   Email: maulik.shah@aporter.com  
5  
6  Matthew M. Wolf (admitted *pro hac vice*)  
   John E. Nilsson (admitted *pro hac vice*)  
7  ARNOLD & PORTER LLP  
   555 Twelfth Street N.W.  
8  Washington, DC  20004-1206  
   Telephone:  (202) 942-5000  
9  Facsimile:  (202) 942-5999  
   E-mail:  matthew.wolf@aporter.com  
10 E-mail:  john.nilsson@aporter.com  
11  
   Attorneys for Plaintiffs  
12 HOLOGIC, INC., CYTYC CORP.  
   and HOLOGIC L.P.

Jeffrey E. Faucette (SBN 193066)  
SKAGGS FAUCETTE LLP  
One Embarcadero Center, Suite 500  
San Francisco, CA 94111  
Telephone: (415) 315-1669  
Facsimile: (415) 433-5994  
E-mail: jeff@skaggsfaucette.com

Bruce R. Genderson (admitted *pro hac vice*)  
Aaron P. Maurer (admitted *pro hac vice*)  
Adam D. Harber (admitted *pro hac vice*)  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, NW  
Washington, DC 20005  
Telephone:  (202) 434-5000  
Facsimile:  (202) 434-5029  
E-mail:  bgenderson@wc.com  
E-mail:  amaurer@wc.com  
E-mail:  aharber@wc.com

Attorneys for Defendant  
SENORX, INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HOLOGIC, INC., CYTYC CORP. and HOLOGIC L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SENORX, INC., <br><br> Defendant. | Case No. C-08-0133 RMW <br><br> **JOINT STIPULATION AND [] ORDER TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Hologic, Inc., Cytyc Corp., and Hologic L.P., and Defendant SenoRx, Inc., that the above-captioned case, and all of the respective claims and counterclaims asserted by the parties, should be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: May 31, 2013    **ARNOLD & PORTER LLP**

*/s/ Matthew M. Wolf*

Matthew M. Wolf

*Attorneys for Plaintiffs
HOLOGIC, INC., CYTYC CORP.
and HOLOGIC L.P.*

**WILLIAMS & CONNOLLY LLP**

*/s/ Bruce R. Genderson*

Bruce R. Genderson

*Attorneys for Defendant SENORX, INC.*

**IT IS SO ORDERED.**

DATED: _____, 2013

The Honorable Ronald M. Whyte
United States District Court Judge